| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MINNESOTA |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Tea Olive I, LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  Stock+Field |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 83-0857953 |
| **4.** | **Debtor's address** | **Principal place of business** <br><br> 2600 Eagan Woods Drive, Suite 120 <br> Eagan, MN 55121 <br> Number, Street, City, State & ZIP Code <br><br> Dakota <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> See attached list of physical locations <br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | https://www.stockandfield.com |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  Tea Olive I, LLC  
      Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    4539

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor  Tea Olive I, LLC                              Case number (*if known*)
        Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?  _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other  _____

**Where is the property?**   _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency  _____
         Contact name   _____
         Phone   _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ■ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ■ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ■ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   Tea Olive I, LLC
         Name                                                          Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 10, 2021
              MM / DD / YYYY

**X** /s/ Matthew F. Whebbe                             Matthew F. Whebbe
Signature of authorized representative of debtor        Printed name

Title   Chairman and Chief Executive Officer

**18. Signature of attorney**

**X** /s/ Clinton E. Cutler                             Date   January 10, 2021
Signature of attorney for debtor                               MM / DD / YYYY

Clinton E. Cutler 158094
Printed name

Fredrikson & Byron, P.A.
Firm name

200 S Sixth St, Ste 4000
Minneapolis, MN 55402
Number, Street, City, State & ZIP Code

Contact phone   612-492-7000        Email address   ccutler@fredlaw.com

158094 MN
Bar number and State

TEA OLIVE I, LLC
STORE LOCATIONS & PRINCIPAL ASSETS OF BUSINESS DEBTOR:

|  | **Type** | **Address** | **City** | **State** | **Zip** |
|---|---|---|---|---|---|
| 1. | Store | 1240 North 7th Street | Rochelle | IL | 61068 |
| 2. | Store | 1860 North Richmond Road | McHenry | IL | 60051 |
| 3. | Store | 11 Northpoint Drive | Streator | IL | 61364 |
| 4. | Store | 2655 Sycamore Drive | Morris | IL | 60450 |
| 5. | Store | 70 Cherry Tree Shopping Center | Washington | IL | 61571 |
| 6. | Store | 15830 South Bell Road | Homer Glen | IL | 60491 |
| 7. | Store | 3315 Court Street | Pekin | IL | 61554 |
| 8. | Store | 1027 West Reynolds | Pontiac | IL | 61764 |
| 9. | Store | 623 East First Street | Gibson City | IL | 60936 |
| 10. | Store | 1200 East Walnut Street | Watseka | IL | 60970 |
| 11. | Store | 3363 North Vermilion | Danville | IL | 61832 |
| 12. | Store | 1625 South Georgetown Road | Tilton | IL | 61833 |
| 13. | Store | 2100 Peace Tree Village | Rochester | IL | 46975 |
| 14. | Store | 4301 South Franklin Street | Michigan City | IN | 46360 |
| 15. | Store | 3101 Northview Drive | Elkhart | IN | 46514 |
| 16. | Store | 3501 South Main Street | Elkhart | IN | 46517 |
| 17. | Store | 3660 Commerce Drive | Warsaw | IN | 46580 |
| 18. | Store | 1601 US Highway 231 | Crawfordsville | IN | 47933 |
| 19. | Store | 1550 North Cass Street | Wabash | IN | 46992 |
| 20. | Store | 1401 West 26th Street | Marion | IN | 46953 |
| 21. | Store | 340 E. Edgewood Blvd. | Lansing | MI | 48911 |
| 22. | Store | 975 N. Cable Road | Lima | OH | 45805 |
| 23. | Store | 1800 Tiffin Road | Findlay | OH | 45840 |
| 24. | Store | 2935 New Pinery Road | Portage | WI | 53901 |
| 25. | Store | 1058 Milwaukee Avenue | Burlington | WI | 53105 |
| 26. | Corporate Office | 2600 Eagan Wood Drive, Suite 120 | Eagan | MN | 55121 |
| 27. | Corporate Office | 2600 Eagan Wood Drive, Suite 90 | Eagan | MN | 55121 |
| 28. | Corporate Office | 200 N. Ernest Grove Parkway | Wateska | IL | 60970 |
| 29. | Warehouse | 317 Old US Hwy 24 | Wateska | IL | 60970 |
| 30. | Warehouse | 1201 North Jefferson St | Wateska | IL | 60970 |

71695803 v1

Fill in this information to identify the case:

Debtor name: Tea Olive I, LLC
United States Bankruptcy Court for the: DISTRICT OF MINNESOTA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Worldwide Distributors<br>PO Box 88607<br>Seattle, WA 98138 | Steve Apple<br>stevea@wdi-wdi.com<br>253-872-7603 | Business Debt: Goods and/or Services | | | | $2,351,125.12 |
| Under Armour Customer Service<br>1020 Hull Street<br>Baltimore, MD 21230 | Mike Wicks<br>mike-wicks@msn.com<br>410-454-6428 | Business Debt: Goods and/or Services | | | | $824,560.29 |
| MWI Veterinary Supply, Inc.<br>14659 Collections Center Drive<br>Chicago, IL 60693 | Brad Mawby<br>ERasmussen@ivesco.net<br>507-995-2760 | Business Debt: Goods and/or Services | | | | $734,631.03 |
| Cam 2 International<br>PO Box 249<br>Hammond, LA 70404 | Jake Wilson<br>nationalorders@smittysinc.net<br>985-474-1520 | Business Debt: Goods and/or Services | | | | $621,297.71 |
| True Media, LLC<br>500 Business Loop 70 West<br>Columbia, MO 65203 | Emily Almich<br>ealmich@truemediaservices.com<br>573-443-8783 | Business Debt: Goods and/or Services | | | | $569,797.26 |
| Orgill Distributing<br>PO Box 1000 Dept 7<br>Memphis, TN 38148 | Chuck Procarione<br>cprocarione@orgillsales.com<br>800-347-2860 | Business Debt: Goods and/or Services | | | | $545,451.74 |
| Business Impact Group<br>2411 Galpin Court Suite 120<br>Chanhassen, MN 55317 | Brandon Geeham<br>info@impactgroup.us<br>952-278-7800 | Business Debt: Goods and/or Services | | | | $491,447.55 |

Debtor  Tea Olive I, LLC                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bill Hicks Company<br>15155 23rd Ave North<br>Plymouth, MN 55447 | Tim Kraus<br><br>952-674-2347<br>tim.kraus@billhicksco.com | Business Debt: Goods and/or Services | | | | $375,445.44 |
| Valassis<br>90469 Collection Center Drive<br>Chicago, IL 60693 | Emily Reece<br><br>ReeceE@valassis.com<br>773-896-6950 | Business Debt: Goods and/or Services | | | | $371,604.94 |
| Health Care Service Corporation<br>Blue Cross Blue Shield of IL<br>Dept 1134 PO Box 121134<br>Dallas, TX 75312 | Remy Juarez<br><br>Remy.Juarez@lockton.com<br>303-414-6195 | Business Debt: Goods and/or Services | | | | $370,746.84 |
| Needleart World (Diamond Dotz)<br>4748 Lewis Road<br>Stone Mountain, GA 30083 | Teri Mountain<br><br>Teri@Ketzassociates.com<br>770-493-9102 | Business Debt: Goods and/or Services | | | | $346,631.50 |
| Ariat International<br>PO Box 201282<br>Dallas, TX 75320 | H.J. Hoppmann<br><br>hj.hoppmann@ariat.com<br>952-564-0143 | Business Debt: Goods and/or Services | | | | $316,215.89 |
| Feradyne Outdoors<br>Attn: Josh Jacobsen<br>101 Main Street<br>Superior, WI 54880 | Josh Jacobson<br><br>jjj1167@gmail.com<br>715-395-9955 | Business Debt: Goods and/or Services | | | | $294,527.90 |
| American Distribution & Manufacturing Co<br>BIN #130129<br>PO Box 9201<br>Minneapolis, MN 55480 | Hope Eaton<br><br>heaton@admcmn.com<br>651-451-1349 | Business Debt: Goods and/or Services | | | | $286,205.71 |
| Innovative Office Solutions, LLC<br>PO Box 860627<br>Minneapolis, MN 55486 | Max Smith<br><br>MSmith@innovativeos.com<br>952-808-9900 | Business Debt: Goods and/or Services | | | | $261,751.51 |
| First Insurance Funding<br>450 Skokie Blvd, Suite 1000<br>Northbrook, IL 60062 | John Reichmeier<br><br>John.Reichmeier@lockton.com<br>800-837-3707 | Business Debt: Goods and/or Services | | | | $260,175.34 |
| Compass Mineral America<br>Attn: Adam King<br>PO Box 277043<br>Atlanta, GA 30384 | Adam King<br><br>kinga@compassminerals.com<br>317-649-1767 | Business Debt: Goods and/or Services | | | | $259,381.52 |

Debtor  Tea Olive I, LLC
       Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The KL Companies, Inc. 1790 Sun Dolphin Rd Muskegon, MI 49444 | Nate Dehaan  nated@kloutdoor.com 231-739-4502 | Business Debt: Goods and/or Services | | | | $259,378.00 |
| X-Stand Treestands 21673 Cedar Avenue S Lakeville, MN 55044 | Katrina Trcka  katrina@outdoor 540-877-2769 | Business Debt: Goods and/or Services | | | | $247,704.40 |
| Intex Development Co. Ltd 9/F Everbright Centre 108 Gloucester Rd, Wanchai Hong Kong | Michael Leddy  michael@ribbitsm.com 310-621-1609 | Business Debt: Goods and/or Services | | | | $244,341.71 |

# United States Bankruptcy Court
### District of Minnesota

In re: Tea Olive I, LLC, Debtor(s)

Case No.
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 2018 Whebbe Family Trust | | | 1% |
| Matthew F. Whebbe<br>2600 Eagan Woods Drive, Suite 120<br>Eagan, MN 55121 | | | 99% |
| Tea Olive, LLC<br>2600 Eagan Woods Drive, Suite 120<br>Eagan, MN 55121 | | | 100% |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Chairman and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: January 10, 2021

Signature: /s/ Matthew F. Whebbe
Matthew F. Whebbe

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Minnesota

In re: Tea Olive I, LLC

Debtor(s)

Case No.
Chapter: 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Tea Olive I, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Tea Olive, LLC
2600 Eagan Woods Drive, Suite 120
Eagan, MN 55121

☐ None [*Check if applicable*]

| | |
|---|---|
| January 10, 2021 | /s/ Clinton E. Cutler |
| Date | Clinton E. Cutler 158094 |
| | Signature of Attorney or Litigant |
| | Counsel for  Tea Olive I, LLC |
| | Fredrikson & Byron, P.A. |
| | 200 S Sixth St, Ste 4000 |
| | Minneapolis, MN 55402 |
| | 612-492-7000 Fax:612.492.7077 |
| | ccutler@fredlaw.com |