## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

In re:

Tea Olive I, LLC d/b/a Stock+Field,         Case No.: 21-30037
                                            Chapter 11 Case
　　　　　Debtor.

### ORDER APPROVING JOINT APPLICATION BY DEBTOR TO
### EMPLOY CLAIMS, NOTICING, AND BALLOTING AGENT
### (DONLIN, RECANO & COMPANY, INC.)

This matter is before the court on the Application to Employ Claims, Noticing, and Balloting Agent (Donlin, Recano & Company, Inc.) (the "Application") filed by the above-captioned debtor (the "Debtor"). It appears necessary for the Debtor to employ a claims, noticing, and balloting agent. It appears that the professional selected by the Debtor to fill this role does not hold or represent an interest adverse to the estate, and that it is disinterested within the meaning of 11 U.S.C. § 327(a).

IT IS ORDERED:

1.　　The Application is granted.

2.　　The Debtor is hereby authorized to employ and retain Donlin, Recano & Company, Inc. ("Donlin Recano") as is claims, noticing, and balloting agent, all as contemplated by the Application and on the terms provided in the Engagement Agreement attached as Exhibit A to the Application.

3.　　As provided in Local Rule 2014-1, this order approving Donlin Recano's employment and retention is effective as of the Debtor's bankruptcy filing date of January 10, 2021, which is the date the Application was filed.

4.　　Donlin Recano is authorized to render the following claims, noticing, and

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/01/2021*
Lori Vosejpka, Clerk, By BLM, Deputy Clerk

balloting services:

(a) For all notices, motions, and other pleadings or documents filed by the debtor, (i) conduct service as appropriate and (ii) prepare and file or cause to be filed an affidavit or certificate of service within seven business days of service;

(b) Prepare and maintain a creditor matrix and master service list;

(c) Analyze claims and process claims-related data;

(d) Monitor the Court's docket for all notices of appearance, address changes, and claims-related pleadings and orders filed;

(e) Maintain a case website and call center (and email inquiry service) for the benefit of all parties in interest;

(f) Assist in the dissemination of information to the public and respond to requests for administrative information regarding the case;

(g) Provide assistance with data processing and administrative functions, including (i) preparation and maintenance of the debtor' schedules of assets and liabilities and statement of financial affairs and (ii) the analysis and reconciliation of claims;

(h) Provide such other claims analysis, noticing, and related administrative services as may be requested by the debtor;

(i) Provide balloting and solicitation services in connection with the solicitation process for any chapter 11 plan for which a disclosure statement has been approved by the Court;

(j) Generate and provide claim reports and claim objection exhibits;

(k) Manage the preparation, compilation, and mailing of documents to creditors and other parties in interest in connection with the solicitation of a chapter 11 plan;

(l) Tabulate votes in connection with any plan filed by the debtor and provide ballot reports to the debtor and its professionals;

(m) Generate a ballot certification and testify, if necessary, in support of the same;

(n) Manage any distributions made pursuant to a confirmed plan;

(o) Manage the publication of legal notices, if any, as requested by the debtor; and

4

  (p) Provide such other balloting, solicitation, distribution and administrative services as may be requested by the debtor.

5. Donlin Recano shall make all reasonable efforts to avoid any inappropriate duplication of services provided by any of the Debtor's other retained professionals in this chapter 11 case.

6. Donlin Recano shall be compensated for its services and reimbursed for any reasonable and necessary expenses and disbursements in accordance with the rates (as adjusted from time to time) and disbursement policies as set forth in the Application and Engagement Agreement, and in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable order of this Court.

7. Donlin Recano is authorized to hold its prepetition retainer during this chapter 11 case as security for the payment of fees and expenses under the Engagement Agreement.

8. Donlin Recano is authorized to file fee applications to be heard on 30-day intervals from the bankruptcy filing date.

9. The Debtor and Donlin Recano are authorized and empowered to take all actions necessary to implement the relief granted in this order.

10. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: *February 1, 2021*            /e/ William J. Fisher
                     William J. Fisher
                     United States Bankruptcy Judge