## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

In re:

Tea Olive I, LLC d/b/a Stock+Field,             Case No.: 21-30037
                                                Chapter 11 Case

        Debtor.

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Debtor Tea Olive I, LLC d/b/a Stock+Field (the "Debtor") submit this set of Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement" and, together with the Schedules, the "Schedules and Statement") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

On January 10, 2021 (the "Filing Date"), the Debtor commenced the above-captioned chapter 11 case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Minnesota (the "Bankruptcy Court"). The Debtor is authorized to operate its business as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

The Schedules and Statement were prepared by the Debtor's management and are unaudited. While those members of management responsible for the preparation of the Schedules and Statement have made a reasonable effort to ensure that the Schedules and Statement are accurate and complete based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors or omissions may exist and/or the

subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and Statement.  Accordingly, the Debtor reserves the right to amend and/or supplement its Schedules and Statement from time to time as may be necessary or appropriate, but there can be no guarantees that the Debtor will do so.

The Debtor and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.  While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtor and its agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required under the Bankruptcy Code or the Bankruptcy Rules.  In no event shall the Debtor or its agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys, and financial advisors are advised of the possibility of such damages. These Global Notes and Statements of Limitations, Methodology and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (these "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statement, and should be referred to and reviewed in connection with any review

of the Schedules and Statement.  In the event that the Schedules and Statement differ from these Global Notes, these Global Notes shall control.

**General Comments**

    **Reservation of Rights.** The Debtors reserve the right to dispute, or to assert setoff or other defenses to, any claim reflected in the Schedules and Statement as to amount, liability, and classification. The Debtors also reserve all rights with respect to the values, amounts, and characterizations of the assets and liabilities listed in its Schedules and Statement.

    **Basis of Presentation.**  The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to reconcile to the financial statements previously distributed to lenders, major creditors, or others on an intermittent basis.

    The Schedules and Statement have been signed by Matthew Whebbe ("Whebbe").  In reviewing and signing the Schedules and Statement, Whebbe necessarily relied upon the efforts, statements, and representations of the Debtor's accounting and non-accounting personnel who report to, or work with, Whebbe, either directly or indirectly.  Whebbe has not, and could not have, personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

    **Date of Valuation.**  Except as otherwise noted in these Global Notes or in the Schedules and Statement, all liabilities, as well as cash, inventory, and vendor debit balances, are valued as of the Filing Date.  All assets also are valued as of the Filing Date, to the extent possible.  All values are stated in United States currency.  In certain instances, the Debtor used estimates or pro-rated amounts where actual data as of the Filing Date was not available.  The Debtor made a reasonable effort to allocate liabilities between the pre- and post-petition periods based on the

information and research that was conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available and further research is conducted, the Debtor may modify the allocation of liabilities between the pre- and post-petition periods and amend the Schedules and Statement accordingly.

**Book Value.** Except as otherwise noted, each asset and liability of the Debtor is shown on the basis of net book value of the asset or liability in accordance with the Debtor's books and records. Therefore, unless otherwise noted, the Schedules and Statement are not based upon any estimate of the current market values of the Debtor's assets and liabilities, which may not correspond to book values. It would be cost prohibitive and unduly burdensome to obtain current market valuations of the Debtor's property interests. Except as otherwise noted, the Debtor's assets are presented as they appear on the Debtor's accounting sub-ledgers. As such, the information may include error corrections and value adjustments. The Debtor believes that certain of its assets, including goodwill, may have been significantly impaired by, among other things, the events leading to, and the commencement of, the Debtor's chapter 11 case. The Debtor has not yet formally evaluated the appropriateness of the carrying values ascribed to its assets prior to the Filing Date.

**Property and Equipment.** Owned property and equipment are recorded at cost and are shown net depreciation. Depreciation is recorded using the straight-line method over the estimated useful lives of the assets, which range from 3-7 years for furniture, fixtures, equipment, and software. Leasehold improvements are amortized on the straight-line method over the shorter of the lease term or estimated useful life of the asset.

**Causes of Action.** The Debtor has made its best efforts to set forth known causes of action against third parties as assets in their Schedules and Statement. The Debtor reserves all of

its rights with respect to causes of action it may have, whether disclosed or not disclosed, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any such causes of action.

**Litigation**.  The Debtor made reasonable efforts to accurately record litigation or similar proceedings in which it was involved in the past year (the "Litigation Actions").  The inclusion of any Litigation Action in these Schedules and Statement does not constitute an admission by the Debtor of liability, the validity of any Litigation Action, or the amount of any potential claim with respect to any Litigation Action, or the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

**Application of Vendor Credits.**  In the ordinary course of its business, the Debtor applies credits against amounts otherwise due to vendors.  These credits arise because, among other matters, (i) materials ordered and paid for may not be delivered, (ii) materials delivered may be damaged or unusable, (iii) co-marketing arrangements, and (iv) vendor provided volume rebates and cash discounts.  Certain of these credits are subject to change.  Vendor claims are listed at the amounts entered on the Debtor's books and records, which may or may not all reflect credits or allowances due from such creditors to the Debtor.  The Debtor reserves all rights with respect to such credits and allowances.

**Claims.**  Certain of the Debtor's Schedules list creditors and set forth the Debtor's estimate of the claims of creditors as of the Filing Date.  By estimating certain invoices, the Debtor is not representing that they have sought to identify and estimate all un-invoiced charges, such as vendor charges.  Given that many claims are an aggregate of multiple invoices, the Debtor has generally not attempted to identify the date or dates debt was incurred.  The Debtor intentionally has not included "non-cash" accruals, i.e. accruals to recognize expense or liability

over multiple periods where no specific obligations to perform is established, such as accruals to equalize lease payments, in the Schedules and Statement.

The Bankruptcy Court has authorized the Debtor, among other matters, to (i) continue certain customer practices, (ii) pay certain prepetition wages, salaries, employee benefits and other related obligations, (iii) pay certain prepetition taxes, and (iv) make deposit arrangements with utility providers. Because the claims stated herein are as of the Filing Date, certain of these types of adjustments are not captured in the information set forth herein. Accordingly, the actual unpaid claims of creditors that may be allowed in this case may differ from the amounts set forth in the Schedules and Statement. For example, the Debtor has not attempted to reflect any alleged recoupments in the claims of utility companies or other parties holding prepetition deposits that may assert (or have asserted) a recoupment right. Additional information regarding how specific types of claims are reflected in the Schedules and Statement is provided below.

Any failure to designate a claim listed on a Schedule as "disputed," "contingent," "or "unliquidated" does not constitute an admission by the Debtor that the claim is not "disputed," "contingent," or "unliquidated." The Debtor reserves the right to (i) object to or otherwise dispute or assert setoff rights, cross-claims, counterclaims or defenses to, any claim reflected on the Schedules as to amount, liability or classification or (ii) otherwise to designate subsequently any claim as "disputed," "contingent" or "unliquidated."

The claims listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves all of its rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

The Debtor has excluded potential rejection damage claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage claims exist.

**Employee Claims and Notice.**    The Bankruptcy Court entered an order granting authority to, but not requiring, the Debtor to pay prepetition employee wages, salaries, benefits, and other related obligations.  With the possible exception of certain prepetition severance and deferred compensation obligations, the Debtor currently expects that most prepetition employee claims for wages, salaries, benefits and other related obligations either have been paid or will be paid in the ordinary course of business and, therefore, the Schedules and Statement do not include such claims.  Notwithstanding the foregoing, the Debtor reserves its rights to (i) evaluate whether to modify or terminate any employee plan or program and (ii) modify or terminate, with respect to discretionary obligations, or seek to modify or terminate any such plans or programs. Although the Schedules and Statement do not list employees as creditors, the Debtor has attempted to give notice of this case and the claim deadline to all current and former (within the last year) employees, pursuant to the notice procedures approved by the Court.  Accordingly, if employees believe they hold a claim against the Debtor, they should have the information required to assert such a claim.

**Customer Programs and Obligations.** The Bankruptcy Court entered an order granting authority to, but not requiring, the Debtor to honor and pay prepetition amounts related to customer programs and obligations, such as returns and refunds and gift cards or rewards certificates. As a result, the Debtor currently expects that any claims that may otherwise exist related to such programs and obligations either have been paid or will be paid in the ordinary course of business and therefore, the Schedules and Statement generally do not include such

claims.  The Schedules and Statements do, however, provide the total outstanding amount of purchased gift cards and the Ag Plus account credits as of the Filing Date.  The Debtor does not expect that the full face amount of such obligations will be satisfied, mainly because a substantial amount of such obligations relate to many years ago, and if such gift cards or merchandise cards have not already been used, it is unlikely that they will be in the future.  The Debtor has or is in the process of complying with the Court-approved notice procedures related to notice to gift card holders.

**Schedules**

**Schedule A/B – Real and Personal Property**

Item No. 21 – Finished goods, including goods held for resale.  Inventory is shown as of the Filing Date and includes inventory adjustments.  Inventory is shown net of reduction for shrink, lower of cost or market, and inventory reserves, as well as the unamortized portion of vendor entitlements and other credits not recorded at the SKU level.

Item No. 25 – Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?  The amount listed represents receipts of inventory by the Debtor in the 20 days prior to the Filing Date, which is not necessarily consistent with the date of purchase.  In addition, there can be no assurance that a portion of these receipts were not sold to third parties prior to the Filing Date.  Moreover, the Debtor paid for a portion of the inventory received within 20 days before the Filing Date.

Item No. 39 – Office furniture.  In the normal course of the Debtor's business, the Debtor does not maintain records of specific types of office equipment, including computer and communications equipment.  Consequently, the office furniture listed includes computer and communications equipment that would normally be listed under Item No. 41.

**Schedule D – Creditors Holding Claims Secured by Property**

Except as otherwise ordered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on the Debtor's Schedule D.  Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim (unless otherwise provided in any orders entered by the Bankruptcy Court).

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statement shall be deemed a modification or interpretation of the terms of such agreements.

Schedule D does not include beneficiaries of letters of credit. Although the claims of these parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D. The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

Item No. 2.1 – Blackwood Pet Food, LLC.  Blackwood Pet Food, LLC d/b/a Brightpet ("Brightpet") filed a filed a financing statement under the Uniform Commercial Code, asserting a

purchase money security interest in all products sold by Brightpet to the Debtor. As of the Filing

Date, the Debtor has been unable to locate any agreement between the Debtor and Brightpet in

which the Debtor agreed to provide a purchase money security interest to Brightpet. Due to the

existence of the financing statement, the Debtor has listed Brightpet as a secured creditor on the

Schedules, but the Debtor reserves all rights to challenge the amount of Brightpet's claim and the

validity, extent, and priority of its asserted security interest.

Item No. 2.3 – Stihl, Inc.   Stihl, Inc. ("STIHL") asserts a purchase money security

interest in all products sold by STIHL to the Debtor. The Debtor purchases STIHL products

through three distributors. One of the distributors, Midwest Stihl, is a direct subsidiary of

STIHL. The other two distributors are independent entities that are not owned by STIHL.

Consequently, the Debtor has identified STIHL as a secured creditor, but only identified the

inventory supplied by Midwest Stihl as the collateral of STIHL's purported secured interest.

The Debtor reserves all rights to challenge the amount of STIHL's claim, and the validity, extent,

and priority of its asserted security interest.

Item No. 2.4 – Worldwide Distributors.   The Debtor's books and records show a liability

owing to Worldwide Distributors ("Worldwide"), which was calculated on the basis of invoices

received from Worldwide. However, it is currently unknown whether that liability is owed to

Worldwide or to the vendors whose goods were purchased by the Debtor. The Debtor reserves

all rights to challenge the amount of Worldwide's claim, and the validity, extent, and priority of

its asserted security interest.

**Schedule E/F – Creditors Holding Unsecured Claims**

Certain of the claims of state and local taxing authorities set forth in Schedules E and F

ultimately may be deemed to be secured claims pursuant to state or local laws. Certain of the

claims owing to various taxing authorities to which the Debtor may be liable may be subject to ongoing audits. The Debtor reserves its right to dispute or challenge whether claims owing to various taxing authorities are entitled to priority, and the listing of any claim on Schedule E/F Part 1 does not constitute an admission that such claim is entitled to priority treatment pursuant to section 507 of the Bankruptcy Code.

The Debtor receives utilities from certain municipal utilities. The Debtor was unable to distinguish between municipal utilities that were taxing authorities, which would be listed as priority claim holders, or solely utility provides, which would be listed as general unsecured claim holders. Consequently, the Debtor listed all municipal utilities as holders of general unsecured claims on the Schedules. The Debtor reserves all rights to dispute or challenge whether any such municipal utility holds a claim entitled to priority.

Certain of the Debtors' liabilities do not lend themselves to identification of individual claims/claimants. Specifically, as described above, Schedule E/F Part 2 includes the total face amount of liabilities for the outstanding store gift cards, merchandise cards, AgPlus account credits, and gift certificates without identifying the holders thereof.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Filing Date.

Item 4 – Others to be notified. The Debtors have listed their known creditors in Schedule E/F. To the extent attorneys have entered appearances on behalf of such creditors, those appearances are noted on the docket of the Debtors' chapter 11 cases and are not separately listed

in Item 4, with the exception of certain counsel and administrative agencies related to pending

litigation or similar proceedings.

**Schedule G – Executory Contracts and Unexpired Leases.**

The Debtor's business is complex and, while every effort has been made to ensure the

accuracy of Schedule G, inadvertent errors or omissions may have occurred.  The Debtor hereby

reserves all rights to (i) dispute the validity, status, or enforceability of any contracts,

agreements, or leases set forth in Schedule G and (ii) amend or supplement such Schedule as

necessary.  Furthermore, the Debtor reserves all of its rights, claims, and causes of action with

respect to the contracts and agreements listed on the Schedules, including the right to dispute or

challenge the characterization or the structure of any transaction, document, or instrument. The

presence of a contract or agreement on Schedule G does not constitute an admission that such

contract or agreement is an executory contract or an unexpired lease.

The contracts, agreements and leases listed on Schedule G may have expired or may have

been modified, amended, or supplemented from time to time by various amendments,

restatements, waivers, estoppel certificates, letter and other documents, instruments, and

agreements that may not be listed therein.  Certain of the real property leases listed on Schedule

G may contain renewal options, guarantees of payments, options to purchase, rights of first

refusal, rights to lease additional space and other miscellaneous rights.  Such rights, powers,

duties, and obligations are not set forth on Schedule G.  Additionally, the Debtor may be a party

to various other agreements concerning real property, such as easements, rights of way,

subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title

documents, consents, site plans, maps, and other miscellaneous agreements.  Such agreements, if

any, are not set forth in Schedule G.  Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings.

**Statement**

Question 1 – Gross revenue from business.  As is customary in the retail industry, sales are reflected net of returns and allowances, coupons, discounts, and shipping and handling.

Question 2 – Non-business revenue. Items that may otherwise be categorized as nonbusiness revenue—such as royalty income, interest, and internet advertising revenue—are not separately tracked by the Debtor, so are included in the response to Question 1.

Question 3 – Certain payments or transfers to creditors within 90 days before filing this case.  The Debtor has listed all payments made to creditors in the 90 days prior to the Filing Date on an individual payment basis, and have not aggregated payments by unique creditor.  Question 3 includes any disbursement or other transfer made by the Debtor within 90 days before the Filing Date including payments that are listed in response to other questions on the Statement, including payments to: (i) insiders (which payments appear in response to Statement question 4); (ii) employees; (iii) pass-thru transfers or payments to agencies which funds did not constitute the Debtors' property; and (iv) bankruptcy professionals (which payments appear in response to Question 11).  The amounts listed in Question 3 reflect the Debtor's disbursements netted against any check level detail.  All disbursements listed in response to Question 3 were made through the Debtors' cash management system.

Question 6 – Setoffs.  The Debtor is not currently aware of any setoffs that had occurred as of the Filing Date; however, there may be instances, including, without limitation, credits due to landlords and holdbacks made by credit card processors, where such a setoff has occurred without the Debtor's knowledge.

Question 7 – Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits.  The Debtor does not have a centralized system for tracking all litigation, so the response represents the Debtor's best efforts to gather such information. The Debtor also does not track (i) certain litigation for which they are indemnified and a third-party is defending the action or (ii) informal demands; those matters are not identified on the Schedules and Statement.

Question 11 – Payments related to bankruptcy.  Prior to the Filing Date, the Debtor employed Clear Thinking Group LLC ("CTG") and Steeplechase Advisors LLC ("Steeplechase") to assist with preparing for the bankruptcy filing and other non-preparation services, including without limitation, marketing the business for a going-concern sale, analyzing potential new financing opportunities, and providing general financial advice.  For purposes of answering Question 11, the Debtor did not attempt to distinguish between bankruptcy preparation and non-bankruptcy preparation work and listed all fees and expenses paid to CTG and Steeplechase prior to the Filing Date.

Question 14 – Previous Addresses.  Due to the voluminous nature of the Debtor's store base and the undue burden involved in identifying and documenting all changes to store addresses over the last three years, the Debtor has not included store or distribution center addresses in the Statement.

Question 26d – Issuance of Financial Statements.  The Debtor issued many financial statements during the 2 years prior to the Petition Date, including to secured lenders, select vendors, and others. Given the volume of information and lack of tracking, the Debtor has not listed individual recipients.

Question 27 – Have any inventories of the debtor's property been taken within 2 years before filing this case?  The Debtor does not generally conduct PP&E (property, plant, and equipment) inventories. The Debtor does, however, arrange for annual inventories of its inventory for resale at the store level. These inventories typically occur between December and February in any given year. No inventory was conducted at the end of 2020 or the beginning of 2021.

Question 30 – Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?  The Debtor identified payments made to Whebbe in response to Question 30, but did not identify any payments made to Whebbe's other businesses. Instead, the payments to Whebbe's other businesses are listed in response to Question 4.

<div align="center">

***END OF GLOBAL NOTES***

**SCHEDULES AND STATEMENT BEGIN ON THE FOLLOWING PAGE**

</div>

72088324 v1

**Fill in this information to identify the case:**

Debtor name    Tea Olive I, LLC

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    21-30037

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February  8, 2021          **X** /s/ Matthew F. Whebbe
                                          Signature of individual signing on behalf of debtor

                                          Matthew F. Whebbe
                                          Printed name

                                          Chairman and Chief Executive Officer
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    Tea Olive I, LLC

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    21-30037

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...............................................................................   $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................   $     57,801,795.98

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................   $     57,801,795.98

**Part 2:**    **Summary of Liabilities**

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................   $     32,379,081.97

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $     8,153,296.49

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$     29,474,138.42

4.   **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b     $     70,006,516.88

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Tea Olive I, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known) | 21-30037 |

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $4,950.00 |
| 2.    **Cash on hand** | $139,147.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Disbursement Account | 0728 | $2,813.97 |
| 3.2. | Bank of America | Deposit Account | 8486 | $350,996.13 |
| 3.3. | Bank of America | Main Account | 8481 | $0.00 |
| 3.4. | Gateway Bank | Checking Account | 2359 | $11,652.51 |
| 3.5. | First Financial Bank | Deposit Account | 3293 | $81,816.46 |

4.    **Other cash equivalents** *(Identify all)*

| Debtor | Tea Olive I, LLC | Case number *(If known)* 21-30037 |
|---|---|---|
| | Name | |

| 4.1. | Cash In Transit | $1,810,210.00 |
|---|---|---|

| 5. | **Total of Part 1.** | $2,401,586.07 |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
|---|---|---|
| 7.1. | Eversole Run 50% deposit required for processing of store uniforms. Remaining amount owed not paid and uniforms not received. | $8,518.50 |

| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
|---|---|---|
| 8.1. | ST Services - Snow Plowing pre-pay - waiting for copies of invoices to determine if any of this balance was expensed prior to January 10, 2021 | $6,500.00 |
| 8.2. | Schommer Construction - Snow Plowing pre-pay balance as of January 10, 2021 | $440.00 |
| 8.3. | EZ Arms - FFL | $4,950.00 |
| 8.4. | Chubb | $15,175.57 |
| 8.5. | First Insurance Funding | $138,221.01 |
| 8.6. | Liberty Mutual | $194,379.02 |
| 8.7. | CSU (Firearms) | $22,428.98 |

| 9. | **Total of Part 2.** | $390,613.08 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

| Debtor | Tea Olive I, LLC | Case number *(if known)* 21-30037 |
|---|---|---|
| | Name | |

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:

| 167,358.00 | - | 0.00 | = .... | $167,358.00 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

11b. Over 90 days old:

| 255,014.28 | - | 0.00 | = .... | $255,014.28 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$422,372.28

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                          % of ownership

| 15.1. | Worldwide Distributors | 0.0 | % | Purchase Price | $5,000.00 |
|---|---|---|---|---|---|

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

$5,000.00

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Ammunition | 12/16/19 - 01/17/20 | $175,976.39 | Average Cost | $175,976.39 |

| Debtor | Tea Olive I, LLC | Case number *(if known)*  21-30037 |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| Automotive | 12/16/19 - 01/17/20 | $2,714,945.30 | Average Cost | $2,714,945.30 |
| Childrens Clothing | 12/16/19 - 01/17/20 | $196,150.00 | Average Cost | $196,150.00 |
| Electrical | 12/16/19 - 01/17/20 | $1,539,744.81 | Average Cost | $1,539,744.81 |
| Farm | 12/16/19 - 01/17/20 | $3,106,566.14 | Average Cost | $3,106,566.14 |
| Food | 12/16/19 - 01/17/20 | $1,463,678.88 | Average Cost | $1,463,678.88 |
| Footwear | 12/16/19 - 01/17/20 | $1,477,785.24 | Average Cost | $1,477,785.24 |
| Guns | 12/16/19 - 01/17/20 | $1,256,348.56 | Average Cost | $1,256,348.56 |
| Hardware | 12/16/19 - 01/17/20 | $1,294,978.79 | Average Cost | $1,294,978.79 |
| Heating & Cooling | 12/16/19 - 01/17/20 | $914,244.47 | Average Cost | $914,244.47 |
| Housewares | 12/16/19 - 01/17/20 | $2,863,346.97 | Average Cost | $2,863,346.97 |
| Ladies Clothing | 12/16/19 - 01/17/20 | $1,026,244.83 | Average Cost | $1,026,244.83 |
| Lawn And Garden | 12/16/19 - 01/17/20 | $1,942,174.38 | Average Cost | $1,942,174.38 |
| Live Goods | 12/16/19 - 01/17/20 | $30,231.64 | Average Cost | $30,231.64 |
| Livestock Feed | 12/16/19 - 01/17/20 | $678,332.83 | Average Cost | $678,332.83 |
| Mens Clothing | 12/16/19 - 01/17/20 | $2,126,261.61 | Average Cost | $2,126,261.61 |
| Misc. Goods | 12/16/19 - 01/17/20 | $67,978.73 | Average Cost | $67,978.73 |
| Paint | 12/16/19 - 01/17/20 | $1,220,567.80 | Average Cost | $1,220,567.80 |
| Pet Supplies & Feed | 12/16/19 - 01/17/20 | $2,819,903.24 | Average Cost | $2,819,903.24 |
| Plumbing | 12/16/19 - 01/17/20 | $1,248,639.39 | Average Cost | $1,248,639.39 |
| Pool & Patio | 12/16/19 - 01/17/20 | $879,989.57 | Average Cost | $879,989.57 |
| Power Equipment | 12/16/19 - 01/17/20 | $3,014,770.91 | Average Cost | $3,014,770.91 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Tea Olive I, LLC
_____    Case number *(If known)*  21-30037
Name

| | | | | |
|---|---|---|---|---|
| Seasonal Decorations | 12/16/19 - 01/17/20 | $421,810.16 | Average Cost | $421,810.16 |
| Sporting Goods | 12/16/19 - 01/17/20 | $5,656,120.05 | Average Cost | $5,656,120.05 |
| Tools | 12/16/19 - 01/17/20 | $3,885,787.91 | Average Cost | $3,885,787.91 |
| Toys | 12/16/19 - 01/17/20 | $1,255,910.93 | Average Cost | $1,255,910.93 |
| Wild Bird | 12/16/19 - 01/17/20 | $363,839.02 | Average Cost | $363,839.02 |
| In Transit | N/A | $168,570.08 | N/A | $168,570.08 |

**22.   Other inventory or supplies**

| | | | | |
|---|---|---|---|---|
| Big R Control Sku's | 12/16/19 - 01/17/20 | $2.29 | Average Cost | $2.29 |
| Employee Uniforms | 12/16/19 - 01/17/20 | $59,997.57 | Average Cost | $59,997.57 |
| Misc Non-Resale | 12/16/19 - 01/17/20 | $364,455.10 | Average Cost | $364,455.10 |
| Parts Central | 12/16/19 - 01/17/20 | $69,027.73 | Average Cost | $69,027.73 |
| Rental Center | 12/16/19 - 01/17/20 | $11,206.98 | Average Cost | $11,206.98 |
| Repair Shop | 12/16/19 - 01/17/20 | $405,541.17 | Average Cost | $405,541.17 |
| Store Use | 12/16/19 - 01/17/20 | $210,347.12 | Average Cost | $210,347.12 |

**23.   Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.    $44,931,476.59

**24.   Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
■ Yes. Book value     1,016,459.64   Valuation method   Average Cost   Current Value    1,016,459.64

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Tea Olive I, LLC
      Name

Case number *(If known)*  21-30037

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Corporate Office Furniture and Office Equipment | $686,913.24 | Net Book Value | $686,913.24 |
| 40. | **Office fixtures** Store Fixtures & Equipment | $4,873,839.25 | Net Book Value | $4,873,839.25 |
| | Corp/DC Fixtures & Equipment | $1,548,545.45 | Net Book Value | $1,548,545.45 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment is included under Office furniture. (See Schedule A/B # 39) | $0.00 | Net Book Value | $0.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $7,109,297.94 |
|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 2018 Chevy Malibu VIN:1G1ZB5ST1JF282937 | $2,786.01 | Net Book Value | $2,786.01 |

| Debtor | Tea Olive I, LLC | | Case number *(If known)* 21-30037 | |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 47.2. | 2018 Chevy Malibu<br>VIN:1G1ZB5ST4JF280891 | $2,602.76 | Net Book Value | | $2,602.76 |
| 47.3. | 2018 Chevy Malibu<br>VIN:1G1ZB5ST9JF288646 | $2,602.76 | Net Book Value | | $2,602.76 |
| 47.4. | 2017 Ford F150<br>VIN:1FTEW1CF3HFA22710 | $3,847.83 | Net Book Value | | $3,847.83 |
| 47.5. | 2017 Nissan NV200 Van<br>VIN:3N6CM0KN9HK706167 | $2,754.36 | Net Book Value | | $2,754.36 |
| 47.6. | 2017 Nissan NV200 Van<br>VIN:3N6CM0KN8HK702725 | $2,754.36 | Net Book Value | | $2,754.36 |
| 47.7. | 2016 Dodge Grand Caravan<br>VIN:2C4RDGBG7GR195996 | $1,918.30 | Net Book Value | | $1,918.30 |
| 47.8. | Year: 1998 Make: Stoughton Model: Trailer<br>VIN: 1DW1A4828WS207306 | $2,234.24 | Net Book Value | | $2,234.24 |
| 47.9. | Year: 1991 Make: Fruehauf Model: Trailer<br>VIN: 1H2V04829ME003630 | $2,978.99 | Net Book Value | | $2,978.99 |
| 47.10. | Year: 1998 Make: Stoughton Model: Trailer<br>VIN: 1DW1A5322WS167981 | $1,690.58 | Net Book Value | | $1,690.58 |
| 47.11. | Year: 2009 Make: Stoughton Model: Trailer<br>VIN: 1DW1A53279S137007 | $3,679.05 | Net Book Value | | $3,679.05 |
| 47.12. | Year: 2009 Make: Stoughton Model: Trailer<br>VIN: 1DW1A53299S137008 | $3,679.05 | Net Book Value | | $3,679.05 |
| 47.13. | Year: 2009 Make: Stoughton Model: Trailer<br>VIN: 1DW1A53209S137009 | $3,679.05 | Net Book Value | | $3,679.05 |
| 47.14. | Year: 1993 Make: Stoughton Model: Trailer<br>VIN: 1DW1A4826PS829940 | $1,489.49 | Net Book Value | | $1,489.49 |
| 47.15. | Year: 2003 Make: Stoughton Model: 53<br>Van Trailer VIN: 1DW1A53ZX3B644121 | $1,191.60 | Net Book Value | | $1,191.60 |
| 47.16. | Year: 2003 Make: Stoughton Model: Trailer<br>VIN: 1DW1A53213B644122 | $3,086.98 | Net Book Value | | $3,086.98 |
| 47.17. | Year: 2003 Make: Stoughton Model: Trailer<br>VIN: 1DW1A53233B644123 | $3,086.98 | Net Book Value | | $3,086.98 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 7

| Debtor | Tea Olive I, LLC | | Case number *(If known)* 21-30037 |
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 47.18 | Year: 2003 Make: Stoughton Model: Trailer VIN: 1DW1A53253B644124 | $3,086.98 | Net Book Value | $3,086.98 |
| 47.19 | Year: 2008 Make: Strick Model: Trailer VIN: 1S12E95368E517894 | $3,500.31 | Net Book Value | $3,500.31 |
| 47.20 | Year: 1996 Make: Wabash Model: Trailer VIN: 1JJV532U8TL357509 | $1,489.49 | Net Book Value | $1,489.49 |
| 47.21 | Year: 2008 Make: Strick Model: Trailer VIN: 1S12E95358E521547 | $3,500.31 | Net Book Value | $3,500.31 |
| 47.22 | Year: 1999 Make: Utility Model: Trailer VIN: 1UYVS253XXP126920 | $1,578.86 | Net Book Value | $1,578.86 |
| 47.23 | Year: 2008 Make: Strick Model: Trailer VIN: 1S12E95378E521548 | $3,500.31 | Net Book Value | $3,500.31 |
| 47.24 | Year: 1995 Make: Great Dane Model: Trailer VIN: 1GRAA0624SB175407 | $1,563.97 | Net Book Value | $1,563.97 |
| 47.25 | Year: 1999 Make: Trailmobile Model: Trailer VIN: 1PT01JAH5X9008611 | $1,563.97 | Net Book Value | $1,563.97 |
| 47.26 | Year: 2008 Make: Strick Model: Trailer VIN: 1S12E95328E517892 | $3,500.31 | Net Book Value | $3,500.31 |
| 47.27 | Year: 1998 Make: Trailmobile Model: Trailer VIN: 1PT01JLH3W9013124 | $1,563.97 | Net Book Value | $1,563.97 |
| 47.28 | Year: 1999 Make: Trailmobile Model: Trailer VIN: 1PT01JAHX9006018 | $1,563.97 | Net Book Value | $1,563.97 |
| 47.29 | Year: 1997 Make: Fruehauf Model: Trailer VIN: 1H2V05321VE023806 | $2,978.99 | Net Book Value | $2,978.99 |
| 47.30 | Year: 2008 Make: Strick Model: Trailer VIN: 1S12E95348E517893 | $3,500.31 | Net Book Value | $3,500.31 |
| 47.31 | Year: 1998 Make: Stoughton Model: Trailer VIN: 1DW1A5322WS167947 | $1,690.58 | Net Book Value | $1,690.58 |
| 47.32 | Year: 1996 Make: Wabash Model: Trailer VIN: 1JJV532U4T6357507 | $1,489.49 | Net Book Value | $1,489.49 |
| 47.33 | Year: 2008 Make: Strick Model: Trailer VIN: 1S12E95308E517891 | $3,500.31 | Net Book Value | $3,500.31 |

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                  page 8

| Debtor | Tea Olive I, LLC | | Case number *(If known)* 21-30037 | |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 47.34. | Year: 2007 Make: Wabash Model: Trailer VIN: 1JJV532W67L047480 | | $3,321.57 | Net Book Value | $3,321.57 |
| 47.35. | Year: 2007 Make: Wabash Model: Trailer VIN: 1JJV532W17L047483 | | $3,321.57 | Net Book Value | $3,321.57 |
| 47.36. | Year: 2007 Make: Wabash Model: Trailer VIN: 1JJV532W67L047494 | | $3,321.57 | Net Book Value | $3,321.57 |
| 47.37. | Year: 2007 Make: Wabash Model: Trailer VIN: 1JJV532W87L047495 | | $3,321.57 | Net Book Value | $3,321.57 |
| 47.38. | Year: 2005 Make: Stoughton Model: Trailer VIN: 1DW1A53275B796151 | | $3,500.31 | Net Book Value | $3,500.31 |
| 47.39. | Year: 2009 Make: Wabash Model: Trailer VIN: 1JJV532W09L262808 | | $3,679.05 | Net Book Value | $3,679.05 |
| 47.40. | Year: 2009 Make: Wabash Model: Trailer VIN: 1JJV532W99L262807 | | $3,679.05 | Net Book Value | $3,679.05 |
| 47.41. | Year: 2004 Make: Manac Inc Model: Trailer VIN: 2M592161841094712 | | $4,557.85 | Net Book Value | $4,557.85 |
| 47.42. | Year: 2004 Make: Manac Inc Model: Trailer VIN: 2M592161841094726 | | $4,557.85 | Net Book Value | $4,557.85 |
| 47.43. | Year: 1998 Make: Wabash Model: Trailer VIN: 1JJV532W6WL438000 | | $1,489.49 | Net Book Value | $1,489.49 |
| 47.44. | Year: 2005 Make: Stoughton Model: Trailer VIN: 1DW1A53245B796155 | | $3,500.31 | Net Book Value | $3,500.31 |
| 47.45. | Year: 2000 Make: Wabash Model: Trailer VIN: 1JJV532W7YF565680 | | $2,904.51 | Net Book Value | $2,904.51 |
| 47.46. | Year: 2006 Make: Wabash Model: Trailer VIN: 1JJV532W56L944501 | | $3,574.79 | Net Book Value | $3,574.79 |
| 47.47. | Year: 2006 Make: Wabash Model: Trailer VIN: 1JJV532W46L944456 | | $3,574.79 | Net Book Value | $3,574.79 |
| 47.48. | Year: 2006 Make: Wabash Model: Trailer VIN: 1JJV532WX6L944493 | | $3,574.79 | Net Book Value | $3,574.79 |
| 47.49. | Year: 2006 Make: Wabash Model: Trailer VIN: 1JJV532W36L944447 | | $3,574.79 | Net Book Value | $3,574.79 |

Debtor    Tea Olive I, LLC
_____    Case number *(If known)*  21-30037
Name

| | | | | |
|---|---|---|---|---|
| 47.50 · | Year: 2006 Make: Wabash Model: Trailer VIN: 1JJV532W36L944495 | $3,574.79 | Net Book Value | $3,574.79 |
| 47.51 · | Year: 2006 Make: Wabash Model: Trailer VIN: 1JJV532W76L944547 | $3,574.79 | Net Book Value | $3,574.79 |
| 47.52 · | Year: 2006 Make: Wabash Model: Trailer VIN: 1JJV532W56L944434 | $4,021.63 | Net Book Value | $4,021.63 |
| 47.53 · | Year: 2007 Make: Vanguard Model: 53 Van Trailer VIN: 5V8VA53267M708069 | $2,681.09 | Net Book Value | $2,681.09 |
| 47.54 · | Year: 2007 Make: Vanguard Model: 53 Van Trailer VIN: 5V8VA53227M708070 | $2,681.09 | Net Book Value | $2,681.09 |
| 47.55 · | Year: 1990 Make: Fruehauf Model: Trailer VIN: 1H5V04825LM007035 | $1,489.49 | Net Book Value | $1,489.49 |
| 47.56 · | Year: 2009 Make: Stoughton Model: Trailer VIN: 1DW1A53249S168201 | $3,634.37 | Net Book Value | $3,634.37 |
| 47.57 · | Year: 2009 Make: Stoughton Model: Trailer VIN: 1DW1A53269S168202 | $3,679.05 | Net Book Value | $3,679.05 |
| 47.58 · | Year: 1995 Make: Stoughton Model: Trailer VIN: 1DW1A4827SS956740 | $2,234.24 | Net Book Value | $2,234.24 |
| 47.59 · | Year: 1983 Make: Monon Model: Trailer VIN: 1NNZF452XDM067132 | $1,489.49 | Net Book Value | $1,489.49 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Leasehold Improvements    $2,371,301.61    Net Book Value    $2,371,301.61

Forklift Model no. C5 S/N 9A215602    Unknown    Unknown

51.    **Total of Part 8.**    $2,541,450.02
Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Tea Olive I, LLC
_____
Name

Case number *(If known)*  21-30037

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** Service Mark - "You'll Love What's In Store" - 5198012 | $0.00 | | Unknown |
| | STOCK+FIELD - 88499875 | $0.00 | | Unknown |
| | Various S+F Logos - 88500003, 88492071, 88499966 | $0.00 | | Unknown |
| | FARM BELL - 88520061 | $0.00 | | Unknown |
| | STOCK & FIELD - 88473030 | $0.00 | | Unknown |
| | Stock & Field Logo - 88473042 | $0.00 | | Unknown |
| 61. | **Internet domain names and websites** www.bigr.com | $0.00 | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** Company Email List: Names, Email Addresses, Phone number | $0.00 | | $0.00 |
| | AG Plus Program: Names, Addresses, Phone Number, Email | $0.00 | | $0.00 |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Tea Olive I, LLC | Case number *(If known)* 21-30037 |
|--------|------------------|-----------------------------------|
|        | Name             |                                   |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    Tea Olive I, LLC
_____    Case number *(If known)*  21-30037
    Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,401,586.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $390,613.08 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $422,372.28 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $5,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $44,931,476.59 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,109,297.94 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,541,450.02 | |
| 88. **Real property.** *Copy line 56, Part 9.*.............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $57,801,795.98 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $57,801,795.98 |

**Fill in this information to identify the case:**

Debtor name        Tea Olive I, LLC

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    21-30037

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Blackwood Pet Food, LLC<br>Creditor's Name<br>dba Brightpet Nutrition Group LLC<br>38281 Industrial Blvd<br>Lisbon, OH 44432<br>Creditor's mailing address<br><br>leeh@blackwoodpetfood.com<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>Various<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>Inventory Shipments<br><br><br>**Describe the lien**<br>Vendor Liability<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $107,164.96 | Unknown |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| **2.2** Second Avenue Capital Partners<br>Creditor's Name<br>CIT/Northbridge<br>1010 Northern Blvd. Suite 340<br>Great Neck, NY 11021<br>Creditor's mailing address<br><br>aprunier@secondavecp.com<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>March 1, 2020<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>All Owned Assets<br><br><br>**Describe the lien**<br>Asset Based Loan<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $29,724,103.00 | $38,152,984.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Tea Olive I, LLC
_____
Name

Case number (if known)    21-30037

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Stihl, Inc. | | | |

Creditor's Name

PO Box 117245
Atlanta, GA 30368

Creditor's mailing address

ian.hunt@stihl.us

Creditor's email address, if known

**Date debt was incurred**
Various

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Inventory Shipments

**Describe the lien**
Vendor Liability

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

$195,281.41    $456,158.49

---

| 2.4 | Wells Fargo Bank, N.A. | | | |

Creditor's Name

800 Walnut Street
F0005-044
Des Moines, IA 50309

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Forklift Model no. C5 S/N 9A215602

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

$1,407.48    Unknown

---

| 2.5 | Worldwide Distributors | | | |

Creditor's Name

PO Box 88607
Seattle, WA 98138

Creditor's mailing address

stevea@wdi-wdi.com

**Describe debtor's property that is subject to a lien**
Inventory Shipments

**Describe the lien**
Vendor Liability

**Is the creditor an insider or related party?**
■ No

$2,351,125.12    Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

Various

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $32,379,081.97 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Second Avenue Capital Partners LLC<br>c/o Riemer & Braunstein LP<br>Attn: Steven Fox<br>Times Square Tower Suite 2506<br>New York, NY 10036 | Line  2.2 | |
| Stihl Incorporated<br>c/o Connie Lahn<br>Barnes & Thornburg LLP<br>225 South Sixth Suite 2800<br>Minneapolis, MN 55402 | Line  2.3 | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify the case:**

Debtor name __Tea Olive I, LLC__

United States Bankruptcy Court for the: __DISTRICT OF MINNESOTA__

Case number (if known) __21-30037__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>_Employees<br>Names & Addresses Intentionally<br>Omitted | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $525,278.39 | $525,278.39 |
| Date or dates debt was incurred<br>1/1/21-1/9/21 | Basis for the claim:<br>Salary/Wages/Carryover PTO/Expense Reimbursement | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>City of Burlington<br>300 N Pine St<br>Burlington, WI 53105 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21.60 | $21.60 |
| Date or dates debt was incurred<br>Multiple | Basis for the claim:<br>Municipal Utility | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          26054          Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | | Case number (if known) | 21-30037 |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**2.3** | Priority creditor's name and mailing address
City of Elkhart
Municipal Building
229 S. Second St.
Elkhart, IN 46516

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00   $100.00

Date or dates debt was incurred
Multiple

Basis for the claim:
Municipal Utility

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address
City of Gibson
P.O. Box 545
Gibson City, IL 60936

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$321.52   $321.52

Date or dates debt was incurred
Multiple

Basis for the claim:
Municipal Utility

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address
City of Lansing
124 W Michigan Ave
9th Floor
Lansing, MI 48933

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$233,053.97   $233,053.97

Date or dates debt was incurred
8/31/2020

Basis for the claim:
Property Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address
City of Lima Utilities Dept.
P.O. Box 183199
Columbus, OH 43218

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,279.90   $1,279.90

Date or dates debt was incurred
Multiple

Basis for the claim:
Municipal Utility

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Tea Olive I, LLC | | Case number (if known) | 21-30037 |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.13 | $600.13 |
|---|---|---|---|---|

**2.7**

Priority creditor's name and mailing address
City of Mchenry
333 S. Green Street
Mchenry, IL 60050

As of the petition filing date, the claim is: $600.13    $600.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Multiple

Basis for the claim:
Municipal Utility

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8**

Priority creditor's name and mailing address
City of Pekin
111 South Capitol St.
Pekin, IL 61554

As of the petition filing date, the claim is: $217.73    $217.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Multiple

Basis for the claim:
Municipal Utility

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9**

Priority creditor's name and mailing address
City of Pontiac
Pontiac City Hall
115 W. Howard St.
Pontiac, IL 61764

As of the petition filing date, the claim is: $214.90    $214.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Multiple

Basis for the claim:
Municipal Utility

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10**

Priority creditor's name and mailing address
City of Streator
P.O. Box 517
Streator, IL 61364

As of the petition filing date, the claim is: $557.65    $557.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Multiple

Basis for the claim:
Municipal Utility

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.58 | $435.58 |
|---|---|---|---|---|

**2.11**

Priority creditor's name and mailing address

City of Wabash Wastewater Utilit
P.O. Box 245
Wabash, IN 46992

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$435.58    $435.58

Date or dates debt was incurred
Multiple

Basis for the claim:
Municipal Utility

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12**

Priority creditor's name and mailing address

City of Warsaw Wastewater
Payment Office
P.O. Box 557
Warsaw, IN 46581

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,304.64    $1,304.64

Date or dates debt was incurred
Multiple

Basis for the claim:
Municipal Utility

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13**

Priority creditor's name and mailing address

City of Washington
Water/Sewer Dept.
301 Walnut St.
Washington, IL 61571

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$161.19    $161.19

Date or dates debt was incurred
Multiple

Basis for the claim:
Municipal Utility

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14**

Priority creditor's name and mailing address

City of Watseka
P.O. Box 338
201 N Brianna Drive
Watseka, IL 60970

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$629.26    $629.26

Date or dates debt was incurred
Multiple

Basis for the claim:
Municipal Utility

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**2.15**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,191,650.00 | $5,191,650.00 |
|---|---|---|---|
| Community Federal Savings Bank | Check all that apply. | | |
| 89-16 Jamaica Ave | ☐ Contingent | | |
| Woodhaven, NY 11421 | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 7/8/2020 | PPP Loan |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

**2.16**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54,494.84 | $54,494.84 |
|---|---|---|---|
| Elkhart County Treasurer | Check all that apply. | | |
| PO Box 116 | ☐ Contingent | | |
| Goshen, IN 46527-0116 | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 11/10/20 | Property Tax |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

**2.17**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $793,298.73 | $793,298.73 |
|---|---|---|---|
| Employer Social Security Payroll Tax | Check all that apply. | | |
| PO Box 932100 | ☐ Contingent | | |
| Louisville, KY 40293-2100 | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 12/31/20 | Deferred Payroll Tax |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

**2.18**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,930.36 | $14,930.36 |
|---|---|---|---|
| Ford County Treasurer | Check all that apply. | | |
| PO Box 92 | ☐ Contingent | | |
| Paxton, IL 60957 | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 11/10/20 | Property Tax |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**2.19** Priority creditor's name and mailing address
Fulton County Treasurer
PO Box 111
Lewistown, IL 61542

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$15,640.92     $15,640.92

Date or dates debt was incurred
11/10/20

Basis for the claim:
Property Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.20** Priority creditor's name and mailing address
Grant County Treasurer
401 S. Adam St
2nd Floor
Marion, IN 46953

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,688.95     $7,688.95

Date or dates debt was incurred
11/10/20

Basis for the claim:
Property Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.21** Priority creditor's name and mailing address
Il Secretary Of State
213 State Capitol
Springfield, IL 62756

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,879.00     $4,879.00

Date or dates debt was incurred
Multiple

Basis for the claim:
Trailer Registration

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.22** Priority creditor's name and mailing address
Illinois Dept. of Revenue
PO Box 19013
Springfield, IL 62794-9013

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$486,812.68     $486,812.68

Date or dates debt was incurred
1/9/21

Basis for the claim:
Sales Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**2.23** | Priority creditor's name and mailing address

Indiana Dept. of Revenue
PO Box 40
Indianapolis, IN 46206-0040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$331,159.55     $331,159.55

Date or dates debt was incurred
1/9/21

Basis for the claim:
Sales Tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.24** | Priority creditor's name and mailing address

Indiana Secretary Of State
Auto Dealer Services Div
302 W Washington St Room E-018
Indianapolis, IN 46204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00     $30.00

Date or dates debt was incurred
Multiple

Basis for the claim:
Trailer Registration

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.25** | Priority creditor's name and mailing address

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.26** | Priority creditor's name and mailing address

Kosciusko County Clerk
121 N Lake St.
Warsaw, IN 46580

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$25,907.91     $25,907.91

Date or dates debt was incurred
11/10/20

Basis for the claim:
Property Tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,850.27 | $27,850.27 |
|---|---|---|---|---|
| | LaPorte County Treasurer<br>555 Michigan Avenue<br>Suite 102<br>La Porte, IN 46350 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>11/10/20 | Basis for the claim:<br>Property Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,463.30 | $38,463.30 |
|---|---|---|---|---|
| | Livingston County Treasurer<br>PO Box 50<br>Pontiac, IL 61764 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>9/14/2020 | Basis for the claim:<br>Property Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43,101.52 | $43,101.52 |
|---|---|---|---|---|
| | McHenry County Collector<br>2100 N Seminary Avenue<br>Woodstock, IL 60098 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>9/15/2020 | Basis for the claim:<br>Property Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,148.76 | $32,148.76 |
|---|---|---|---|---|
| | Michigan Department of Treasury<br>430 W Allegan St<br>Lansing, MI 48922 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>1/9/21 | Basis for the claim:<br>Sales Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

MN Department of Revenue
Collection Enforcement
Mail Station 5130
St. Paul, MN 55164

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35,276.99 | $35,276.99 |
|---|---|---|---|---|

Montgomery County Treasurer
1 Courthouse Square
Room 101
Hillsboro, IL 62049

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
11/10/20

Basis for the claim:
Property Tax

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65,408.98 | $65,408.98 |
|---|---|---|---|---|

Ohio Dept. of Taxation
PO Box 2678
Columbus, OH 43216-2678

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
1/9/21

Basis for the claim:
Sales Tax

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,387.50 | $25,387.50 |
|---|---|---|---|---|

St. Joseph County Treasurer
PO Box 4758
South Bend, IN 46634-4758

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
11/10/20

Basis for the claim:
Property Tax

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | Tea Olive I, LLC | | Case number (if known) | 21-30037 |
|---|---|---|---|---|
| | Name | | | |

---

**2.35** | Priority creditor's name and mailing address
State Of Michigan
Po Box 30255
Lansing, MI 48909

As of the petition filing date, the claim is:      $500.00 | $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Multiple

Basis for the claim:
Trailer Registration

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.36** | Priority creditor's name and mailing address
State Of Wisconsin
Department Of Natural Resources
Po Box 7924
Madison, WI 53707

As of the petition filing date, the claim is:      $264.55 | $264.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Multiple

Basis for the claim:
Trailer Registration

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.37** | Priority creditor's name and mailing address
Vermillion County Treasurer
P.O. Box 730
Danville, IL 61834

As of the petition filing date, the claim is:      $50,580.73 | $50,580.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
9/4/20

Basis for the claim:
Property Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.38** | Priority creditor's name and mailing address
Wabash County Treasurer
1 W. Hill Street
Suite 104
Wabash, IN 46992

As of the petition filing date, the claim is:      $27,094.73 | $27,094.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
11/10/20

Basis for the claim:
Property Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,552.39 | $49,552.39 |
|---|---|---|---|---|

**2.39**

Priority creditor's name and mailing address
Will County Treasurer
302 N. Chicago St.
Joliet, IL 60432

As of the petition filing date, the claim is:    $49,552.39    $49,552.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
9/3/2020

Basis for the claim:
Property Tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.40**

Priority creditor's name and mailing address
Wisconsin Dept. of Revenue
2135 Rimrock Rd
Madison, WI 53708

As of the petition filing date, the claim is:    $66,997.37    $66,997.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
1/9/21

Basis for the claim:
Sales Tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address
.30-06 Outdoors
1135 Williams Rd
Columbus, OH 43207

As of the petition filing date, the claim is: *Check all that apply.*    $5,747.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**   Multiple

**Last 4 digits of account number** _

Basis for the claim:   Trade

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address
13 Fishing (Dqc International Dba 13 Fis
13323 W. Hillsborough Avenue
Unit 103
Tampa, FL 33635

As of the petition filing date, the claim is: *Check all that apply.*    $11,633.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**   Multiple

**Last 4 digits of account number** _

Basis for the claim:   Trade

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address
2Nb Prevue Pet Products
224 N. Maplewood Avenue
Chicago,, IL 60612

As of the petition filing date, the claim is: *Check all that apply.*    $57,295.55
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**   Multiple

**Last 4 digits of account number** _

Basis for the claim:   Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35.32**

455-Praxair Distribution Inc.
Dept Ch 10660
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125,000.00**

_AGPlus Program Members

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** 2020 AgPlus Program Unused Credits

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$352,153.61**

_Holders of Unused Gift Cards

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** Unused Gift Cards

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,512.77**

A & I Products
1020 22Nd Ave.
P.O. Box 8
Rock Valley, IA 51247

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125.00**

A & T Property Service
6151 S 390 East
Wabash, IN 46992

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,750.00**

A Clubb Lawn Care & Landscaping Inc
2760 N Il Rte 47
Morris, IL 60450

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$892.00**

A Plus Home Improvement
305 North East Ave.
Kankakee, IL 60901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | | Case number (if known) | 21-30037 |
|---|---|---|---|---|
| | Name | | | |

**3.11**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,924.24 |
|---|---|---|
| Absorbent Products | ☐ Contingent | |
| 724 Sarcee St East | ☐ Unliquidated | |
| Kamloops, BC V2H 1 | ☐ Disputed | |
| Canada | | |
| **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.12**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28,373.85 |
|---|---|---|
| Acd Distribution LLC | ☐ Contingent | |
| 3129 Deming Way | ☐ Unliquidated | |
| Middleton, WI 53562 | ☐ Disputed | |
| **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.13**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $150.00 |
|---|---|---|
| Adaptive Enviroments | ☐ Contingent | |
| 43600 Utica Rd | ☐ Unliquidated | |
| Sterling Heights, MI 48314 | ☐ Disputed | |
| **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.14**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,796.69 |
|---|---|---|
| Adp, Inc. | ☐ Contingent | |
| Po Box 842875 | ☐ Unliquidated | |
| Boston, MA 02284 | ☐ Disputed | |
| **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.15**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,046.49 |
|---|---|---|
| Adt Commercial LLC | ☐ Contingent | |
| Po Box 219044 | ☐ Unliquidated | |
| Kansas City, MO 64121 | ☐ Disputed | |
| **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.16**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $61,160.31 |
|---|---|---|
| Advanced Drainage System | ☐ Contingent | |
| P.O. Box 3000 | ☐ Unliquidated | |
| Hilliard, OH 43026 | ☐ Disputed | |
| **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.17**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,342.06 |
|---|---|---|
| Advanced Technology International | ☐ Contingent | |
| 707 Beech Street | ☐ Unliquidated | |
| Grafton, WI 53024 | ☐ Disputed | |
| **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Tea Olive I, LLC | | Case number (if known) | 21-30037 |
|---|---|---|---|---|
| | Name | | | |

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,311.37**

Adventure Products/Ego
918 Laurel St
Caldwell, ID 83605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,510.00**

Aerosoft Footwear Usa Llc
9204 Brown Lane, Suite B
Austin, TX 78745

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,420.63**

Agri Fab
303 West Raymond Street
Sullivan,, IL 61951

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,147.00**

Agsco Corporation
160 West Hintz Road
Wheeling, IL 60090

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,030.69**

Albert E Pfaff
311 E Jackson St
Morris, IL 60450

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,245.52**

All Star Sports & More
1403 E County Rd M
Milton, WI 53563

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,100.00**

All-Star Lawn And Landscape
29251 County Road 20
Elkhart, IN 46517

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.25** | **Nonpriority creditor's name and mailing address**
Alliant Energy
Po Box 3062
Cedar Rapids, IA 52406

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$3,784.55

---

**3.26** | **Nonpriority creditor's name and mailing address**
Amanda Blu & Co Llc
883 N Jan Mar Ct
Olathe Ks, KS 66061

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$9,976.20

---

**3.27** | **Nonpriority creditor's name and mailing address**
Ameren Illinois
P.O. Box 88034
Chicago, IL 60680

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$31,767.19

---

**3.28** | **Nonpriority creditor's name and mailing address**
American Belt Company
Carhartt Belts
320 5Th Avenue, Suite 1111
New York, NY 10001

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$28,415.37

---

**3.29** | **Nonpriority creditor's name and mailing address**
American Bottling Company/ 7-Up
21431 Network Place
Chicago, IL 60673

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$2,048.85

---

**3.30** | **Nonpriority creditor's name and mailing address**
American Distribution & Manufacturing Co
7900 97Th Street South
Cottage Grove, MN 55016

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$159,645.44

---

**3.31** | **Nonpriority creditor's name and mailing address**
American Electric Power
Aep Ohio
P.O Box 371496
Pittsburg, PA 15250

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$5,694.57

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address**
American Moving Supplies
2830 Merrel Road
Dallas, TX 75229

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$11,584.41

---

**3.33** | **Nonpriority creditor's name and mailing address**
Ames True Temper
465 Railroad Avenue
Camp Hill,, PA 17001

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$13,997.58

---

**3.34** | **Nonpriority creditor's name and mailing address**
Amish Country Popcorn
5433 S. 150 E
Berne, IN 46711

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$5,139.76

---

**3.35** | **Nonpriority creditor's name and mailing address**
Amtrol/Water Worker
1400 Division Road
West Warwick, OH 02893

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$6,716.02

---

**3.36** | **Nonpriority creditor's name and mailing address**
Anderson Plumbing & Heating Inc.
621 First Ave.
Rochelle, IL 61068

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$2,062.34

---

**3.37** | **Nonpriority creditor's name and mailing address**
Andy'S Seasoning
2829 Chouteau Avenue
St. Louis, MO 63103

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$8,952.60

---

**3.38** | **Nonpriority creditor's name and mailing address**
Angel Pest Control
113 S. Adams Ave.
Fowler, IN 47944

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$10,693.00

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,194.53 |
|---|---|---|---|

Antler King Trophy Products
811 Red Iron Rd
Black River Fall, WI 54615

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,706.34 |
|---|---|---|---|

Apache Hose And Belting
4805 Bowling Street
P.O. Box 1719
Cedar Rapids, IA 52404

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,041.58 |
|---|---|---|---|

Apex Delta Consolidated
2728 Capital Boulevard
Raleigh, NC 27604

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,752.98 |
|---|---|---|---|

Apex Tool Group, Llc
P.O. Box 728         *Nbo
Fax 800-423-6175
Apex, NC 27502

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Aqua Illinois
P.O Box 70279
Philadelphia, PA 19176

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $703.74 |
|---|---|---|---|

Aquality Solutions
102 North 1St Ave
Hoopeston, IL 60942

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,777.31 |
|---|---|---|---|

Aquality Solutions, LLC
Po Box 100
Hoopeston, IL 60942

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,447.76 |
|---|---|---|---|

Aquatic Control
P.O. Box 100
Seymour, IN 47274

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.96 |
|---|---|---|---|

Aramark Uniform & Career Apparel, LLC
Aus St.Louis Mc Lockbox
26792 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.00 |
|---|---|---|---|

Arc Of Wabash Co, Inc
Po Box 400
Wabash, IN 46992

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,430.22 |
|---|---|---|---|

Area Disposal Services Inc.
Pdc/Area Companies
32289 Collection Ctr. Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316,215.89 |
|---|---|---|---|

Ariat International
3242 Whipple Road
Union City, CA 94587

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,394.00 |
|---|---|---|---|

Ark Naturals Co
1121 E Twiggs St
Suite 100
Tampa, FL 33602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,500.00 |
|---|---|---|---|

Armscor Usa/Rock Island
150 North Smart Way
Pahrump, NV 89060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,750.13**

Arrow Pest Control
P.O. Box 515
Plymouth, IN 46563

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$89.00**

Arrow Precision, Llc
1619 W. Washington St.
Allentown, PA 18102

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,241.47**

Artex Knitting Mills
300 Harvard Avenue
P.O. Box 183
Westville, NJ 08093

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,002.17**

Asl Solutions, Inc.
212 South Main Street
P.O. Box 195
Ste. Marie, IL 62459

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,614.54**

AT&T
P.O.Box 5014
Carol Stream, IL 60197

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$553.17**

AT&T
Po Box 5080
Carol Stream, IL 60197

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$243.75**

AT&T
P.O. Box 5080
Carol Stream, IL 60197

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.60**

**Nonpriority creditor's name and mailing address**
At&T Business Services
P.O. Box 5019
Carol Stream, IL 60197

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$4,970.95

---

**3.61**

**Nonpriority creditor's name and mailing address**
ATN Inc
2970 Marie Ave Ste 123
Northbrook, IL 60062

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$13,200.00

---

**3.62**

**Nonpriority creditor's name and mailing address**
Auca Chicago Mc Lockbox
25259 Network Plaza
Chicago, IL 60673

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$6,232.90

---

**3.63**

**Nonpriority creditor's name and mailing address**
Automatic Entrances Of Wisconsin Inc
1712 Paramount Ct
Waukesha, WI 53186

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$989.00

---

**3.64**

**Nonpriority creditor's name and mailing address**
Avalara, Inc.
Dept. Ch 16781
Palatine, IL 60055

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$9,445.00

---

**3.65**

**Nonpriority creditor's name and mailing address**
B&B Live Bait
1025 Lasalle St
Ottawa, IL 61350

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$2,227.82

---

**3.66**

**Nonpriority creditor's name and mailing address**
B&B Live Bait
1025 LaSalle St
Ottawa, IL 61350-2018

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.67**

**Nonpriority creditor's name and mailing address**
B&R Plastics, Inc.
4550 Kingston Street
Denver,, CO 80239

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$4,890.00

---

**3.68**

**Nonpriority creditor's name and mailing address**
Bac Industries
15067 Spruce Hill Park Rd Ne
Miltona, MN 56354

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$15,815.97

---

**3.69**

**Nonpriority creditor's name and mailing address**
Bahler Transportation Services
P.O. Box 225
Fairbury, IL 61739

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$2,015.00

---

**3.70**

**Nonpriority creditor's name and mailing address**
Ballreich Bros. Inc.
186 Ohio Avenue
Tiffin, OH 44883

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$4,569.14

---

**3.71**

**Nonpriority creditor's name and mailing address**
Balmshot LLC
1952 S Wilde Creek Way
Boise, ID 83709

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$1,289.52

---

**3.72**

**Nonpriority creditor's name and mailing address**
Banded Holdings - Avery Outdoors/Superst
335 Cumberland Street
Memphis, TN 38112

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$51,336.79

---

**3.73**

**Nonpriority creditor's name and mailing address**
Banjo
13 Banjo Drive
Crawfordsville, IN 47933

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$9,706.20

---

| Debtor | Tea Olive I, LLC | | Case number (if known) | 21-30037 |
|---|---|---|---|---|
| | Name | | | |

---

**3.74** | **Nonpriority creditor's name and mailing address** | $165.00

Banner Electric, Inc
1515 W. Jefferson St
Plymouth, IN 46563

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | $21,194.00

Basic Fun
301 Yamato Rd
Suite 2112
Boca Raton, FL 33431

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | $0.00

Battenfield Technologies, Inc.
Crimson Trace Corp.
Andy LB# 5810
PO Box 95000-5810
Philadelphia, PA 19195-0001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | $14.85

Bay County Department Of Water And Sewer
3933 Patterson Road
Bay Citiy, MI 48706

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | $51,016.00

Baycom, Inc
Po Box 88013
Milwaukee, WI 53288

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | $36,000.00

Bazaarvoice, Inc.
10901 Stonelake Blvd.
Austin, TX 78759

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | $6,432.00

Bc Forward
Po Box 71495
Chicago, IL 60694

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | | Case number (if known) | 21-30037 |
|---|---|---|---|---|
| | Name | | | |

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146,094.87**

Bcs Distributing
1510 Brookfield Avenue
Green Bay, WI 54313

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,167.84**

Beacon Power, Inc.
5690 Bandini Road
Bell, CA 90201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$514.32**

Beaumont Products
1560 Big Shanty Drive
Kennesaw, GA 30144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,201.48**

Becks Superior Hybrids
6767 E 276Th Street
Atlanta, IN 46031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,384.72**

Bee Jay Bait Co
8407 Sw 59 Hwy
St Joseph, MO 64504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114,976.83**

Behlen Mfg Co
Po Box 569
Columbus, NE 68602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,340.10**

Behrens Manufacturing
1250 E Sanborn Street
Winona, MN 55987

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.88**

**Nonpriority creditor's name and mailing address**
Bell Sports
6225 N State Hwy 162
Irving, TX 75038

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$9,738.41

---

**3.89**

**Nonpriority creditor's name and mailing address**
Berg-Johnson Electrical
Contractors, Inc.
P.O. Box 219
Rochelle, IL 61068

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$98.00

---

**3.90**

**Nonpriority creditor's name and mailing address**
Bermo
1403 Gillingham Lp
Suite 200
Sugar Land, TX 77478

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$8,750.50

---

**3.91**

**Nonpriority creditor's name and mailing address**
Berne Apparel
P.O. Box 309
Berne, IN 46711

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$35,485.72

---

**3.92**

**Nonpriority creditor's name and mailing address**
Best & Flanagan
60 South 6Th St
Suite 2700
Minneapolis, MN 55402

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$144,300.00

---

**3.93**

**Nonpriority creditor's name and mailing address**
Best Security Industries
755 Nw 17Th Avenue
Suit #101
Delray Beach, FL 33445

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$1,376.24

---

**3.94**

**Nonpriority creditor's name and mailing address**
Big Time Products
2 Wilbanks Rd.
Rome, GA 30161

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$3,562.37

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $375,445.44

Bill Hicks Company
15155 23Rd Ave North
Minneapolis, MN 55447

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17,730.42

Bird X
300 North Oakly Blvd
Chicago, IL 60612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $602.25

Black & Decker
Power Tools          *Nbo
So. Holland, IL 60473

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $921.50

Black Diamond Plumbing & Mechanical Inc
1400 Miller Parkway
Mchenry, IL 60050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,094.02

Black Swan Mfg Co
4540 West Thomas Street
Chicago, IL 60651

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,809.46

Blackburn
P.O. Box 86
Neligh, NE 68756

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $91,685.83

Blocker Outdoors  LLC
1731 Wierengo Drive
Muskego, MI 49442

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com |

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.102**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,082.71 |
|---|---|---|
| Bloem, LLC<br>Po Box 583<br>Hudsonville, MI 49426 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.103**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,000.00 |
|---|---|---|
| Boatburner Inc<br>275 4Th St E<br>St Paul, MN 55101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.104**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $996.60 |
|---|---|---|
| Boehlke Bottled Gas Corp<br>1020 Highway 60<br>Cedarburg, WI 53012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.105**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Bonide Products<br>VG Supply Co Inc.<br>1400 Renaissance Drive Ste 309<br>Park Ridge, IL 60068-1336 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.106**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,066.67 |
|---|---|---|
| Borealis Led Lighting Ltd<br>Po Box 511<br>Oswego, IL 60543 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.107**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,448.59 |
|---|---|---|
| Bradshaw Intl<br>9409 Buffalo Ave<br>Rancho Cucamonga, CA 91730 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.108**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,575.00 |
|---|---|---|
| Brandon Ross<br>American Eagle Lawn & Home<br>1772 South 75 East<br>Wabash, IN 46992 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $534.50

Brant's Auto Farm & Fab
4404 N 100 E
Marion, IN 46952

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,022.44

Brenmar Company
8523 S 117Th St
La Vista, NE 68128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $350.00

Brian Kerr
8201 S 800 W
Kewanna, IN 46939

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,836.62

Brightedge Technologies, Inc.
989 E. Hillsdale Blvd. Ste 300
Foster City, CA 94404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $265.00

Bruce Batson
Phoenix Plumbing
P.O. Box 871
Elkhart, IN 46515

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Bruesewitz Plumbing Inc.
1201 Milwaukee Avenue
Burlington, WI 53105-1388

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $474.81

Brueswitz Plumbing Inc
1201 Milwaukee Ave
Burlington, WI 53105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.116** **Nonpriority creditor's name and mailing address**
Bryan Equipment Sales, Inc
6300 Smith Road
Loveland, OH 45140

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

**$6,864.23**

---

**3.117** **Nonpriority creditor's name and mailing address**
Buck Wear Inc.
2900 Cowan Ave
Baltimore, MD 21223

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

**$27,576.50**

---

**3.118** **Nonpriority creditor's name and mailing address**
Buckeye Exterminating, Inc.
P.O. Box 246
Ottoville, OH 45876

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

**$1,437.96**

---

**3.119** **Nonpriority creditor's name and mailing address**
Buddeez, Inc.
P.O. Box 207
Wentzville,, MO 63385

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

**$2,544.30**

---

**3.120** **Nonpriority creditor's name and mailing address**
Burlington Police Department
224 East Jefferson Street
Burlington, WI 53105

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

**$270.00**

---

**3.121** **Nonpriority creditor's name and mailing address**
Burlington Water Utility
2200 S Pine Street
Burlington, WI 53105

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

**$935.87**

---

**3.122** **Nonpriority creditor's name and mailing address**
Business Impact Group
2411 Galpin Court
Suite 120
Chanhasses, MN 55317

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

**$491,447.55**

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $935.00

Busse's Excavating
9931 W 700 N
Waynetown, IN 47990

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,929.77

Bussmann
P.O. Box 14460   Ref.# P-0783
St.Louis, MO 63178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $51,233.87

Butcher's Block Pet Treats
11626 I Street
Omaha, NE 68137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $663.76

Buth-Joppes Ice Cream Co
1154 Comstock St
Marne, MI 49435

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,560.00

Butler'S Pantry
Columbus Vegetable Oils
30 East Oakton
Des Plaines, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,584.62

Buyers Products Co.
9049 Tyler Blvd
Mentor, OH 44060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28,559.00

C & L Trucking & Maintenance
300 N Veterans Parkway
P.O. Box 161
Watseka, IL 60970

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,040.26 |
|---|---|---|---|

C&S Products
P.O. Box 4997
Des Moines, IA 50305

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,557.33 |
|---|---|---|---|

C.H. Robinson Co.
P.O. Box 9121
Minneapolis, MN 55480

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,527.32 |
|---|---|---|---|

Cable Electric,  LLC
23128 Cr 44
New Paris, IN 46553

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $985.00 |
|---|---|---|---|

Cal And Shan'S Landscape And
Design, Inc.
2819 Raycraft Road
Woodstock, IL 60098

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,843.08 |
|---|---|---|---|

Cal Term/Apw Tools
Apw Tools And Supplies
6100 North Baker Road
Milwaukee, WI 53209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Call One
PO Box 76112
Cleveland, OH 44010-1204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $621,297.71 |
|---|---|---|---|

Cam 2 International
3412 Pemberton Square Blv
Suite 2-317
Vicksburg, MS 39180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,270.00**

Candle Warmer
1948 W 2425 S
Wood Cross, UT 84087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$174.08**

Capitol Scale
2744 Pearl Ct.
Sun Prairie, WI 53590

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111,975.12**

Carry-On Trailer
90 Pifers Ln
Sullivan, IL 61951

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,193.00**

CCA & B - Elf On The Shelf
3350 Riverwood Parkway
Suite 300
Atlanta, GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,903.10**

Ceaco
70 Bridge Street
Newton, MA 02458

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,115.71**

Ceka Farms/American Oak
601 Mulberry St
North Judson, IN 46366

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00**

Central Big R
Po Box 158
Watseka, IL 60970

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/1/2021

**Basis for the claim:**  Rent

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|--------|------------------|------------------------|----------|
|        | Name             |                        |          |

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $763.68 |
|-------|------------------------------------------------------|------------------------------------------------------------------------|---------|

Central Life Sciences
Farnam
301 W. Osborn
Phoenix, AZ 85037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,850.41 |
|-------|------------------------------------------------------|------------------------------------------------------------------------|-----------|

Century Drill & Tool Corp.
1160 Contract Dr
Green Bay, WI 54304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,695.06 |
|-------|------------------------------------------------------|------------------------------------------------------------------------|-----------|

Century Link
P.O. Box 2961
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $37.43 |
|-------|------------------------------------------------------|------------------------------------------------------------------------|--------|

Ceramo Pottery Inc
Po Box 485
Jackson, MO 63755

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,222.86 |
|-------|------------------------------------------------------|------------------------------------------------------------------------|-----------|

Charlie Brewer Slider Co.
2326 Springer Rd.
P.O. Box 130
Lawrenceburg, TN 38464

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $793.50 |
|-------|------------------------------------------------------|------------------------------------------------------------------------|---------|

Cherry Republic
Po Box 677
Glen Arbor, MI 49636

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35,763.75 |
|-------|------------------------------------------------------|------------------------------------------------------------------------|------------|

Chs Sunflower
220 Clement Ave
Grandin, ND 58038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.151**

**Nonpriority creditor's name and mailing address**
Chubb
P.O. Box 382001
Pittsburgh, PA 15250

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

**$40,710.00**

---

**3.152**

**Nonpriority creditor's name and mailing address**
Cid Resources, Inc.
601 S. Royal Lane
Coppell, TX 75019

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

**$28,458.66**

---

**3.153**

**Nonpriority creditor's name and mailing address**
Citgo, Petroleum Corp
One Warren Place
Po Box 3758
Tulsa, OK 74102

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

**$170,680.21**

---

**3.154**

**Nonpriority creditor's name and mailing address**
Claeys Candy, Inc.
Po Box 1535
South Bend, IN 46634

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

**$20.86**

---

**3.155**

**Nonpriority creditor's name and mailing address**
Cleaves Mechanical Services Llc
American Heating & Ac, Inc.
407 W. Spring St.
Lima, OH 45801

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

**$4,415.00**

---

**3.156**

**Nonpriority creditor's name and mailing address**
Clinton Decoy
P.O. Box 3093
Clinton, IA 52732

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

**$12,764.80**

---

**3.157**

**Nonpriority creditor's name and mailing address**
Clocktower Plaza, Llc
970 Windham Court
Suite 7
Boardman, OH 44512

**Date(s) debt was incurred** 1/1/2021

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

Is the claim subject to offset? ■ No ☐ Yes

**$29,948.75**

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.158**

**Nonpriority creditor's name and mailing address**
Clover
Telecheck Services, Inc
Po Box 60028
City Of Industry, CA 91716

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$3,609.91

---

**3.159**

**Nonpriority creditor's name and mailing address**
Coastal Pet Products
911 Leadway Ave
Alliance, OH 44601

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$13,924.66

---

**3.160**

**Nonpriority creditor's name and mailing address**
Coca Cola Bottling Co.
P.O. Box 602937
Charlotte, NC 28260

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$13,449.72

---

**3.161**

**Nonpriority creditor's name and mailing address**
Coca-Cola Bottling - Plymouth
1701 Pidco Drive
Plymouth, IN 46563

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$358.16

---

**3.162**

**Nonpriority creditor's name and mailing address**
Coca-Cola Enterprises
2335 Paysphere Circle
Chicago, IL 60674

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$854.92

---

**3.163**

**Nonpriority creditor's name and mailing address**
Cogimex
575 Madison Ave. 25Th Floor
New York, NY 10022

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$20,644.10

---

**3.164**

**Nonpriority creditor's name and mailing address**
Coleman
3600 N. Hydraulic
Wichita, KS 67219

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$7,789.09

---

| Debtor | Tea Olive I, LLC | | Case number (if known) | 21-30037 |
|---|---|---|---|---|
| | Name | | | |

---

**3.165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,716.62**

Coleman Cable Inc
1530 Shields Drive
Waukegan, IL 60085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95,580.00**

Coleman Powersports
Rich Godfrey & Associates
1775 E University Drive
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,118.01**

Columbia Gas Of Ohio
Po Box 4629
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,812.95**

Com Ed
P.O. Box 6111
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,472.48**

Combined Manufacturing/ Ez-Pour
18451 Centaur Rd
Wildwood, MO 63005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$899.58**

Comcast
Po Box 60533
City Of Industry, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,948.95**

Comcast
Po Box 70219
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | | Case number (if known) | 21-30037 |
|---|---|---|---|---|
| | Name | | | |

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $259,381.52 |
|---|---|---|---|
| | Compass Minerals America<br>9900 West 109Th Street<br>Suite 600<br>Overland Park, KS 66210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,893.60 |
|---|---|---|---|
| | Computer Add Ons Inc<br>86 Denton Ave<br>New Hyde Park, NY 11040 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,288.80 |
|---|---|---|---|
| | Conagra Food Sales, LLC<br>4745 Walnut Street<br>Suite A<br>Boulder, CO 80301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,455.20 |
|---|---|---|---|
| | Concentric  International<br>1901 Bell Ave.  Ste. 18<br>Des Moines, IA 50315 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,060.35 |
|---|---|---|---|
| | Concur Technologies Inc<br>62157 Collections Center Dr<br>Chicago, IL 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $203.85 |
|---|---|---|---|
| | Confetti<br>Capital Factors, Inc.<br>P.O. Box 31690<br>Tampa, FL 33631 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $87.36 |
|---|---|---|---|
| | Confidential On-Site Paper<br>Shredding<br>422 S. White Oak Road<br>Normal, IL 61761 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.179** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,273.86

Consumers Energy
Payment Center
Po Box 740309
Cincinnati, OH 45274

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $39,861.28

Consumers Supply Dist LLC
P O Box 1820
North Sioux City, SD 57049

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,570.00

Continental Industries Inc
Po Box 865
Shepherdsville, KY 40165

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $196,469.07

Copeland Buhl
800 East Wayzata Blvd
Suite 300
Wayzata, MN 55391

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $874.00

Corporation Service Company
Csc
P.O. Box 13397
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,940.18

Cosmic Pet
3100 S. Meridian
Wichita,, KS 67217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $721.60

Cottage Watchman Security System
883 S 900 E
Piercetron, IN 46562

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com |

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.186** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,598.40**

Cow Creek Ranch House
106043 N 3840 Road
Okemah, OK 74859

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_
**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,341.78**

Craig Fouts & Sons, Inc.
Dba Hoosier Machinery Solutions
9450 W Us 30
Wanatah, IN 46390

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_
**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,695.49**

Crawfordsville Electric Light
& Power/Accelplus
P.O. Box 428
Crawfordsville, IN 47933

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_
**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$127.46**

Crawfordsville Utilities
P.O. Box 935
Crawfordsville, IN 47933

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_
**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,470.75**

Crimson Trace Corporation
9780 Sw Freeman Drive
Wilsonville, OR 97070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_
**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

Cross Points Sales, Inc.
3158 S. State St.
Lockport, IL 60441

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_
**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.01**

Crow Shooting Supply
200 S Front St
Montezuma, IA 50171

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_
**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | | Case number (if known) | 21-30037 |
| | Name | | | |

**3.193** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $68,466.97

Crown Credit Company
P.O. Box 640352
Cincinnati, OH 45264

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,736.80

Crown Equipment Corporation
Po Box 641173
Cincinnati, OH 45264

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $48,904.63

Crown Lift Trucks
P.O. Box 641173
Cincinnati, OH 45264

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,323.29

Cst/Berger Rolatape
255 W. Fleming St
Watseka, IL 60970

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00

Csu Producer Resources Inc
Po Box 145416
Cincinnati, OH 45250

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34,780.45

CTM Enterprises, Inc.
29696 Network Place
Chicago, IL 60673

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $70,614.37

Curt Manufacturing
6208 Industrial Drive
Eau Claire, WI 54701

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.200**

**Nonpriority creditor's name and mailing address**
Curt Manufacturing Inc.
Box 88006
Milwaukee, WI 53288

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$972.36

---

**3.201**

**Nonpriority creditor's name and mailing address**
Custom Accessories
5900 Ami Drive
Richmond, IL 60071

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$2,769.52

---

**3.202**

**Nonpriority creditor's name and mailing address**
Custom Landscaping, Inc.
2012 East U.S. Hwy. 20
Michigan City, IN 46360

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.203**

**Nonpriority creditor's name and mailing address**
D&M Fencing
8656 Deep Cut Rd
Spenserville, OH 45887

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$5,760.00

---

**3.204**

**Nonpriority creditor's name and mailing address**
D.M.F. Bait
1130 Sylvertis Dr
Waterford, MI 48328

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$3,279.63

---

**3.205**

**Nonpriority creditor's name and mailing address**
Dad's Root Beer Company
950 South St. Charles Street
Po Box 790
Jasper, IN 47546

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$10,302.70

---

**3.206**

**Nonpriority creditor's name and mailing address**
Daggett Container Service Llc
15542 S. Airport Road
Lansing, MI 48906

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$2,575.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

**3.207** | **Nonpriority creditor's name and mailing address**
Daido Corporation Of America
615 Pierce St.
Somerset, NJ 08873

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$9,811.18

---

**3.208** | **Nonpriority creditor's name and mailing address**
Dakota Style Foods, Inc.
211 Industrial Drive
Clark, SD 57225

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$42,613.62

---

**3.209** | **Nonpriority creditor's name and mailing address**
Dalen Products
700 Dalen Lane
Knoxville,, TN 37932

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ☐ No ☐ Yes

$52,806.60

---

**3.210** | **Nonpriority creditor's name and mailing address**
Dan & Jerry's Greenhouses
2121 90Th St Ne
Monticello, MN 55362

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.211** | **Nonpriority creditor's name and mailing address**
Danville Sanitary District
P.O. Box 81
Danvill, IL 61834

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ☐ No ☐ Yes

$231.12

---

**3.212** | **Nonpriority creditor's name and mailing address**
Dare Products
860 Betterly Rd.
Fax#(269)965-3261
Battle Creek, MI 49016

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$146,332.67

---

**3.213** | **Nonpriority creditor's name and mailing address**
Datasite Llc
733 S Marquette Ave
Suite 600
Minneapolis, MN 55402

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$34,260.00

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|--------|------------------|------------------------|----------|
| | Name | | |

---

**3.214**

**Nonpriority creditor's name and mailing address**
Dead Down Wind, Llc
7009 South Stewart Road
Pleasant Valley, MO 64068

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

**$13,021.56**

---

**3.215**

**Nonpriority creditor's name and mailing address**
Deck Internet Solutions
Deck Commerce
1750 S Brentwood Blvd Ste 209
St. Louis, MO 63144

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

**$56,250.00**

---

**3.216**

**Nonpriority creditor's name and mailing address**
Deez Cutz, Llc
6599 W 600 N
Marion, IN 46952

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

**$3,202.50**

---

**3.217**

**Nonpriority creditor's name and mailing address**
Delavan Ag Pumps Inc
1226 Linden Avenue
Suite 123
Minneapolis, MN 55403

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

**$136,969.43**

---

**3.218**

**Nonpriority creditor's name and mailing address**
Dell Marketing
C/O Dell Usa L.P.
P.O. Box 802816
Chicago, IL 60680

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

**$909.57**

---

**3.219**

**Nonpriority creditor's name and mailing address**
Department Of Water Works
P.O. Box 888
Michigan City, IN 46361

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

**$909.39**

---

**3.220**

**Nonpriority creditor's name and mailing address**
Depke Welding Supplies, Inc.
P.O. Box 967
Danville, IL 61834

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

**$924.69**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | | Case number (if known) | 21-30037 |
|---|---|---|---|---|
| | Name | | | |

---

**3.221** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,300.00
Dexter Decorating Inc.
P.O. Box 296
Crescent City, IL 60928

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $425.67
Diamond K Sheet Metal & Fabrication
934 S Nebraska St.
Marion, IN 46953

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $49,500.42
Diamond Pet Foods
103 North Olive
P.O. Box 156
Meta,, MO 65058

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,824.76
Dickey-John
P.O. Box 10
Fax#(319)365-7345
Auburn, IL 62615

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $53,962.50
Diecast Masters America
12717 W Sunrise Blvd
Ste 418
Sunrise, FL 33323

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,352.70
Discover Home Import
502 Rudder Rd
Fenton, MO 63026

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $57,199.13
Discover Home Products
502 Rudder Road
Fenton, MO 63026

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.228** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,650.50

Disselkoen & Mulder Farms
844 W County Line Road
Beecher, IL 60401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $116,337.01

Diversified Marine Products
3421 E North Ave
#101
Fresno, CA 93725

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $38.00

Divine Savior Healthcare
2817 New Pinery Rd
Portage, WI 53901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

DMF Bait Co.
1130 Sylvertis Drive
Waterford, MI 48328-2028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Do it Best
PO Box 868 Nelson Road
6502 Nelson Road
Fort Wayne, IN 46803-1947

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17,015.00

Do-All Traps Inc - Jurassic Rock
2021 21St Avenue South
Suite #105
Nashville, TN 37212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $123,807.57

Do-All Traps Inc - Targets
2021 21St Avenue South
Suite #105
Nashville, TN 37212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.235** | **Nonpriority creditor's name and mailing address**
Domain Outdoor
424 Park Ln
Hudson, WI 54016

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$2,859.00

---

**3.236** | **Nonpriority creditor's name and mailing address**
Dominion Energy Ohio
P.O. Box 26785
Richmond, VA 23261

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$1,526.26

---

**3.237** | **Nonpriority creditor's name and mailing address**
Donald H. Luxton
15186 E. Bethel Road
Rochelle, IL 61068

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$320.00

---

**3.238** | **Nonpriority creditor's name and mailing address**
Dorcy International
2700 Port Road
Columbus, OH 43217

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$770.01

---

**3.239** | **Nonpriority creditor's name and mailing address**
Dorfman-Pacific Co.
2615 Boeing Way
P.O. Box 213005
Stockton, CA 95213

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$3,885.00

---

**3.240** | **Nonpriority creditor's name and mailing address**
Douglas Co., Inc
69 Kirf Road
Po Box D
Keene, NH 03431

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$18,743.08

---

**3.241** | **Nonpriority creditor's name and mailing address**
Dougs Overhead Doors
1121 N. Jefferson
Watseka, IL 60970

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$1,604.22

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com |

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.242**

**Nonpriority creditor's name and mailing address**
Dow Chemical
Insta-Foam/Flexible Products
1881 W. Oak Parkway
Marietta,, GA 30062

Date(s) debt was incurred  Multiple

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade

Is the claim subject to offset? ■ No ☐ Yes

$10,950.96

---

**3.243**

**Nonpriority creditor's name and mailing address**
Dqb Industries
32165 Schoolcraft Road
Livonia,, MI 48150

Date(s) debt was incurred  Multiple

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade

Is the claim subject to offset? ■ No ☐ Yes

$7,171.20

---

**3.244**

**Nonpriority creditor's name and mailing address**
Driftwood Enterprises
Michigan City Garage Door
922 W Us Hwy 20
Michigan City, IN 46360

Date(s) debt was incurred  Multiple

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade

Is the claim subject to offset? ■ No ☐ Yes

$240.00

---

**3.245**

**Nonpriority creditor's name and mailing address**
DS Waters
Dba Hinckley Springs Water
6055 South Harlem Ave
Chicago, IL 60638

Date(s) debt was incurred  Multiple

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade

Is the claim subject to offset? ■ No ☐ Yes

$7,013.60

---

**3.246**

**Nonpriority creditor's name and mailing address**
Duke Company
P.O. Box 555
West Point, MS 39773

Date(s) debt was incurred  Multiple

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade

Is the claim subject to offset? ■ No ☐ Yes

$24,790.24

---

**3.247**

**Nonpriority creditor's name and mailing address**
Duke Energy
P.O. Box 1326
Charlotte, NC 28201

Date(s) debt was incurred  Multiple

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade

Is the claim subject to offset? ■ No ☐ Yes

$21,085.26

---

**3.248**

**Nonpriority creditor's name and mailing address**
Durable Inc.
750 Northgate Parkway
Wheeling, IL 60090

Date(s) debt was incurred  Multiple

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade

Is the claim subject to offset? ■ No ☐ Yes

$4,434.80

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17,387.12 |
|---|---|---|---|

Duraflame Inc.
P.O. Box 398
Pleasanton, TX 78064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $400.55 |
|---|---|---|---|

Durham Electric Inc.
P.O. Box 68
Pontiac, IL 61764

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,095.64 |
|---|---|---|---|

Dynegy Energy Services
27679 Network Plaza
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,758.00 |
|---|---|---|---|

E Mishan & Sons Inc
230 5Th Avenue
Suite 800
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,820.00 |
|---|---|---|---|

E&B Paving
286 W 300 N
Anderson, IN 46012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,100.00 |
|---|---|---|---|

Eagle Eye Marketing
119-660 Eglington Ave E
Toronto, ON M4G 2
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $39,153.00 |
|---|---|---|---|

Eagle Imports
1750 Brielle Avenue
Unit B-1
Wanamassa, NJ 07712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.256** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19,901.97

Earth Edge
940 23Rd St Sw
Hickory, NC 28602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $42,162.12

Earthkind
3000 N. 14Th Suite 1B
Bismark, ND 58503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23,189.36

Echo Global Logistics Inc.
Accounts Receivable
22168 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $320.00

Eco Shred
310 Farabee Drive
Lafayette, IN 47905

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19,827.60

Eco-Shell Inc
5230 Grange Rd
Corning, CA 96021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $47,002.38

Eder Flag Mfg.
1000 West Rawson Avenue
Oak Creek,, WI 53154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,498.88

Edgewell Personal Care
A/K/A Banana Boat
P.O. Box 537
Neenah, WI 54927

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.263** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $147,466.44

Eillien'S Candies, Inc.
Po Box 28017
Green Bay, WI 54324

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $328.54

Elkhart Public Utilities
P.O. Box 7027
South Bend, IN 46634

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,745.47

Emergetech, LLC
Po Box 14550
Scottsdale, AZ 85267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,215.20

Emerson Healthcare, LLC
407 E Lancaster Avenue
Wayne, PA 19087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,046.48

Entrance Technologies 1, LLC
Po Box 1416
Eagle River, WI 54521

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,242.88

Environmental Recycling
And Disposal Service
P.O. Box 675
Orland Park, IL 60462

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $102,808.27

Epicor Software Corporation
P.O. Box 204768
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.270** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$87,848.20**

Essick Air Products
Aka Bemis
5800 Murray Street
Little Rock, AR 72209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.271** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,925.15**

Evergreen Enterprises
5915 Midlothian Turnpike
Richmond, VA 23225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$69.30**

Evergreen Fs, Inc.
P.O. Box 1367
Bloomington, IL 61702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,051.20**

Evolution Outdoor Design
2002 Synergy Blvd
Suite 100
Kilgore, TX 75662

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$56,577.84**

Exhart Enviro. Inc.
20364 Plummer Street
Chatsworth,, CA 91311

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,590.50**

Explore Scientific - Toy
621 Madison Street
Springdale, AR 72764

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,100.96**

Express Services, Inc.
Express Employment Professionals
P.O. Box 203901
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.277** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,767.70

Eze Castle Integration
100 High Street
16Th Floor
Boston, MA 02110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.278** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36,987.70

F.C. Young
400 Howell Street
Bristol,, PA 19007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.279** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Farm Innovators
Attn: Andrew
Post Office Box 546
Plymouth, IN 46563-0564

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,705.00

Fbg Bottling Group Llc.
Frostop
1523 Alum Creek Drive
Columbus, OH 43209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,001.69

Federal Express
P.O. Box 94515
Palatine, IL 60094

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.01

Federal Mogul /Champion
P.O. Box 7224
St Louis, MO 63177

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,564.02

Federal Process Corp
4520 Richmond Road
Cleveland, OH 44128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.284**

**Nonpriority creditor's name and mailing address**
Fedex Freight
Dept Ch  P.O. Box 10306
Palatine, IL 60055

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

$11,143.22

---

**3.285**

**Nonpriority creditor's name and mailing address**
Feradyne Outdoors
101 Main St.
Superior, WI 54880

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

$294,527.90

---

**3.286**

**Nonpriority creditor's name and mailing address**
Fiber By-Products Corp
70721 Us 131
White Pigeon, MI 49099

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

$12,410.60

---

**3.287**

**Nonpriority creditor's name and mailing address**
Findlay Mall Capital Holding, LLC
1010 Northern Blvd
Suite 212
Great Neck, NY 11021

**Date(s) debt was incurred** 1/1/2021

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

Is the claim subject to offset? ■ No  ☐ Yes

$30,472.58

---

**3.288**

**Nonpriority creditor's name and mailing address**
Findlay-Hancock County
Chamber Of Commerc
123 E Main Cross St
Findlay, OH 45840

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

$815.00

---

**3.289**

**Nonpriority creditor's name and mailing address**
Fire Dynamics, Llc
614 West Caroll Street
Portage, WI 53901

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

$275.09

---

**3.290**

**Nonpriority creditor's name and mailing address**
Firethorn Capital, Inc.
2600 Eagan Woods Dr
Suite 120
Eagan, MN 55121

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Note

Is the claim subject to offset? ■ No  ☐ Yes

$1,700,000.00

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|--------|------------------|------------------------|----------|
| | Name | | |

---

**3.291**

**Nonpriority creditor's name and mailing address**
First Insurance Funding
450 Skokie Blvd, Suite 1000
Northbrook, IL 60062

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$260,175.34

---

**3.292**

**Nonpriority creditor's name and mailing address**
First Quality Consumer Products
601 Allendale Rd
King Of Prussia, PA 19406

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$28,591.20

---

**3.293**

**Nonpriority creditor's name and mailing address**
Fitt USA Inc
234 Overhill Dr
Unit C
Mooresville, NC 28117

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$29,166.90

---

**3.294**

**Nonpriority creditor's name and mailing address**
Fleet Equipment Center Inc.
555 E South Frontage Road
Bolingbrook, IL 60440

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$73,975.00

---

**3.295**

**Nonpriority creditor's name and mailing address**
Foremost Tarp Company
20 42Nd St. Ne
Suite B
Aubrun, WA 98002

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$117,742.91

---

**3.296**

**Nonpriority creditor's name and mailing address**
Forest Product Dist Inc
4200 Beach Dr
Suite 2
Rapid City, SD 57702

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$33,624.92

---

**3.297**

**Nonpriority creditor's name and mailing address**
Forney Industries, Inc
P.O. Box 563        *Nbo
Fax #970-498-9505
Fort Collins, CO 80522

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$78,614.51

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Tea Olive I, LLC | | Case number (if known) | 21-30037 |
|---|---|---|---|---|
| | Name | | | |

---

**3.298** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$88,536.60**

Fosters Inc
1441 N. Main
East Peoria, IL 61611

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$20,000.00**

Fox River Plaza, LLC
138 Buntrock Ave
Thiensville, WI 53092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/1/2021

**Basis for the claim:**  Rent

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$51,858.45**

Frogg Toggs
131 Sundown Dr Nw
Arab, AL 35016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$3,268.40**

Frontier
Po Box 740407
Cincinnati, OH 45274

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$350.00**

Fulton County Chamber
Of Commerce
822 Main Street
Rochester, IN 46975

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$49,158.22**

Funrise Distribution Co.
7811 Lemona Ave
Van Nuys, CA 91405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$24,544.63**

G5 Outdoors, Llc
34775 Potter Street
P.O. Box 59
Memphis, MI 48041

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.305** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,781.15

Gardner-Gibson
4161 E. 7Th Avenue
Tampa,, FL 33605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $51,140.16

Gc Telecom / Spypoint
3000 Gannett Ave
Des Moines, IA 50321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.307** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $54,390.00

Generac Power Systems
S45 W29290 Hwy 59
Waukesha, WI 53189

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,353.25

George M Lukach
1425 N 17Th Road
Streator, IL 61364

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $82,342.42

Gerson Company
1450 S Lone Elm
Po Box 1209
Olathe, KS 66061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.00

Gibson Area Chamber Of Commerce
Box 294
Gibson City, IL 60936

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00

Gilbar Trading Inc / Sketch 36
C/O Manufacturers' Exchange
10 West 33Rd Street
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|--------|------------------|------------------------|----------|
|        | Name             |                        |          |

**3.312** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150,219.84**

Gildan Usa, Inc.
1980 Clements Ferry Road
Charleston, SC 29492

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100,913.45**

Global Harvest Foods
16000 Christensen Road
Suite 300
Seattle, WA 98188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$47,081.13**

Global Pet Inx-Hillside Farms
16330 Bake Prky
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,199.48**

Gold Eagle
4400 S. Kildare
Chicago, IL 60632

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$108,384.01**

Googan Baits
630 N 9Th St
Thayer, MO 65791

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$57,364.58**

Gordini Usa, Inc.
Carhartt Gloves
67 Allen Martin Drive
Essex Junction, VT 05451

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$59,658.44**

Gracious Living Corporation
7200 Martin Grove Road
Woodbridge, ON L4L91
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.319** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,078.34**

Gramercy Products LLC Dba Nerf Pets
600 Meadowlands Prky
Suite 131
Secaucus, NJ 07094

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,045.50**

Granite Telecommunications
Client Id # 311
P.O. Box 983119
Boston, MA 02298

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.321** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,103.77**

Great Lakes Coca-Cola Dist.
P.O. Box 809082
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.322** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,517.88**

Great Plains
5252 East 36Th St. North
Wichita, KS 67207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$436.00**

Greater Elkhart Chamber
P.O. Box 428
Elkhart, IN 46515

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49,679.01**

Green Leaf
P.O. Box 88
Fax # 812-877-4278
Fontanet, IN 47851

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.325** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,002.00**

Griffin Pest Solutions
3001 E Kilgore Rd
Kalamazoo, MI 49001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | | Case number (if known) | 21-30037 |
|---|---|---|---|---|
| | Name | | | |

---

**3.326**

**Nonpriority creditor's name and mailing address**
Group Sales
412 S Cooper Ave
Cincinnati, OH 45229

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$12,240.00

---

**3.327**

**Nonpriority creditor's name and mailing address**
Grundy County Health Department
1320 Union St
Morris, IL 60450

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$175.00

---

**3.328**

**Nonpriority creditor's name and mailing address**
Guardian
P.O. Box 677458
Dallas, TX 75267

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$9,923.15

---

**3.329**

**Nonpriority creditor's name and mailing address**
H&P Sales Inc
2022 Victory Dr
Vista, CA 92084

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$7,451.85

---

**3.330**

**Nonpriority creditor's name and mailing address**
Halsted Corporation
51 Commerce Dr.
Cranbury, NJ 08512

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$7,275.00

---

**3.331**

**Nonpriority creditor's name and mailing address**
Hannas Candles
2700 S Armstrong Ave
Suite 2
Fayetteville, AR 72701

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$58,206.59

---

**3.332**

**Nonpriority creditor's name and mailing address**
Hatsan Usa, Inc.
Po Box 576
Bentonville, AR 72712

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$13,983.25

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.333**

**Nonpriority creditor's name and mailing address**
Hay-Bush Mechanical
2301 Indianapolis Road
Crawfordsville, IN 47933

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$1,288.50

---

**3.334**

**Nonpriority creditor's name and mailing address**
Health Care Service Corporation
25551 Network Place
Chicago, IL 60673

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$370,746.84

---

**3.335**

**Nonpriority creditor's name and mailing address**
Health Extension Pet Care
50 Commerce Dr
Hauppauge, NY 11788

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$27,764.40

---

**3.336**

**Nonpriority creditor's name and mailing address**
Healthistraw
40035 Rd. 31E
Blumenort, MB Roa O

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$10,192.00

---

**3.337**

**Nonpriority creditor's name and mailing address**
Heritage Electrical Construction, Inc.
13341 W. Haley Road
Manhattan, IL 60442

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$848.00

---

**3.338**

**Nonpriority creditor's name and mailing address**
Hickory Farms, LLC
811 Madison Ave.
5Th Floor
Toledo, OH 43604

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$14,605.00

---

**3.339**

**Nonpriority creditor's name and mailing address**
Hicksgas
P.O. Box 339
Oakwood, IL 61858

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$12,708.99

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.340**  **Nonpriority creditor's name and mailing address**

Hicksgas
1005 Interlake Drive
Pontiac, IL 61764

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No  ☐ Yes

$933.73

---

**3.341**  **Nonpriority creditor's name and mailing address**

Hicksgas
27833 Cooper Road
Morton, IL 61550

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No  ☐ Yes

$3,982.84

---

**3.342**  **Nonpriority creditor's name and mailing address**

Hicksgas
1620 E Walnut
Watseka, IL 60970

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No  ☐ Yes

$2,448.58

---

**3.343**  **Nonpriority creditor's name and mailing address**

Hicksgas
P.O Box 98
Roberts, IL 60962

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No  ☐ Yes

$2,793.98

---

**3.344**  **Nonpriority creditor's name and mailing address**

Hicksgas
415 S Division St
Braidwood, IL 60408

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No  ☐ Yes

$953.52

---

**3.345**  **Nonpriority creditor's name and mailing address**

Hicksgas
Hicksgas, Llc (Dekalb)
P.O. Box 577
Cortland, IL 60112

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No  ☐ Yes

$2,301.72

---

**3.346**  **Nonpriority creditor's name and mailing address**

Hicksgas
1023 Lake Ave.
Woodstock, IL 60098

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No  ☐ Yes

$9,873.84

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.347** **Nonpriority creditor's name and mailing address**
Hicksgas
4774 Dale Drive
Lafayette, IN 47905

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$8,186.03**

---

**3.348** **Nonpriority creditor's name and mailing address**
Hicksgas
P.O. Box 111
Knox, IN 46534

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$17,558.26**

---

**3.349** **Nonpriority creditor's name and mailing address**
Hicksgas, LLC  (Marseilles)
P.O. Box 127
Marseilles, IL 61341

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$2,090.73**

---

**3.350** **Nonpriority creditor's name and mailing address**
Highline Aftermarket
4635 Willow Drive
Medina, MN 55340

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$7,188.20**

---

**3.351** **Nonpriority creditor's name and mailing address**
Hill'S Pet Nutrition
P.O. Box 148
Topeka, KS 66601

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$166,485.80**

---

**3.352** **Nonpriority creditor's name and mailing address**
Hillman Fastener
P.O. Box 31012
10590 Hamilton Ave.
Cincinnati, OH 45231

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$5,213.99**

---

**3.353** **Nonpriority creditor's name and mailing address**
Hirecredit Llc
8335 Allison Pointe Trail
Suite 190
Indianapolis, IN 46250

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$1,183.10**

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.354** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,077.48

Holiday Trims
600 Park Street
Belgium,, WI 53004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,759.55

Home City Ice Co.
P.O. Box 111116
Cincinnati, OH 45211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.356** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $367.85

Home City Ice Co.
P.O. Box 111116
Cincinnati, OH 45211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,812.50

Home Depot Usa, Inc.
Attn: Lockbox 7491
400 White Clay Center Dr.
Neward, DE 19711

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/1/2021

**Basis for the claim:**  Rent

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,237.14

Homes/Ademco
1985 Douglas Drive North
Golden Valley, MN 55422

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $154,943.44

Honeywell Safety Products
900 Douglas Pike
Smithfield, RI 02917

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,070.38

Hoosier Ink And Toner Llc
P.O. Box 752
Crawfordsville, IN 47933

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.361**  **Nonpriority creditor's name and mailing address**

House Handle
2013 Main Street
Cassville, MO 65625

**Date(s) debt was incurred**  Multiple

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

Is the claim subject to offset? ☑ No  ☐ Yes

$13,355.71

---

**3.362**  **Nonpriority creditor's name and mailing address**

HSA Bank
P.O. Box 939
Sheboygan, WI 53082

**Date(s) debt was incurred**  Multiple

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

Is the claim subject to offset? ☑ No  ☐ Yes

$532.25

---

**3.363**  **Nonpriority creditor's name and mailing address**

Hubbell
1343 N. Tech Blvd
Gilbert, AZ 85233

**Date(s) debt was incurred**  Multiple

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

Is the claim subject to offset? ☑ No  ☐ Yes

$10,017.13

---

**3.364**  **Nonpriority creditor's name and mailing address**

Hunter's Reserve
12900 Highway 55
Plymouth, MN 55441

**Date(s) debt was incurred**  Multiple

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

Is the claim subject to offset? ☑ No  ☐ Yes

$14,956.38

---

**3.365**  **Nonpriority creditor's name and mailing address**

Hy-C Company
10950 Linpage Place
St Louis, MO 63132

**Date(s) debt was incurred**  Multiple

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

Is the claim subject to offset? ☑ No  ☐ Yes

$4,718.30

---

**3.366**  **Nonpriority creditor's name and mailing address**

IBD LLC
Dba Ibs Southwest Chicago
11912 S Spaulding Schol Dr
Plainfield, IL 60585

**Date(s) debt was incurred**  Multiple

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

Is the claim subject to offset? ☑ No  ☐ Yes

$367.26

---

**3.367**  **Nonpriority creditor's name and mailing address**

IBD LLC
Dba Ibs Of Indianapolis
6848 E 21St Street
Indianapolis, IN 46219

**Date(s) debt was incurred**  Multiple

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

Is the claim subject to offset? ☑ No  ☐ Yes

$213.48

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.368** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$545.04**

IBD LLC
Dba Ibs Mid-Illinois
1115 E Lafayette Street
Bloomington, IL 61701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.369** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$533.16**

IBD LLC
Dba Ibs Of Southeastern Wisconsi
4560 N 124Th St
Wauwatosa, WI 53225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.370** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

ICC Business Products
PO Box 26058
Indianapolis, IN 46226-0058

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.371** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,744.00**

Iconic Candy,  LLC
36 Farmstead Lane
Brookville, NY 11545

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.372** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,123.00**

Ideal Corporation
8100 Tridon Drive
Smyrna, TN 37167

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,869.94**

Igloo Corp.
777 Igloo Road
Katy, TX 77492

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.374** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,723.50**

Illiana Lock Service
304 W. Walnut St.
Watseka, IL 60970

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | | Case number (if known) | 21-30037 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.375 | **Nonpriority creditor's name and mailing address**<br>Illiana Realty LLC<br>Po Box 158<br>Watseka, IL 60970<br><br>**Date(s) debt was incurred** 1/1/2021<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Rent<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,000.00 |
|---|---|---|---|

| 3.376 | **Nonpriority creditor's name and mailing address**<br>Illini Fs Inc.<br>1509 E University Ave<br>Urbana, IL 61802<br><br>**Date(s) debt was incurred** Multiple<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade<br><br>Is the claim subject to offset? ■ No ☐ Yes | $8,589.20 |
|---|---|---|---|

| 3.377 | **Nonpriority creditor's name and mailing address**<br>Illinois Industrial Tool<br>5111 West 122Nd Street<br>Alsip, IL 60803<br><br>**Date(s) debt was incurred** Multiple<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,889.59 |
|---|---|---|---|

| 3.378 | **Nonpriority creditor's name and mailing address**<br>Illinois State Police<br>Ftip - Payment Program<br>Po Box 19210<br>Springfield, IL 62794<br><br>**Date(s) debt was incurred** Multiple<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,210.00 |
|---|---|---|---|

| 3.379 | **Nonpriority creditor's name and mailing address**<br>Illinois-American Water Co.<br>P.O. Box 6029<br>Carol Steam, IL 60197<br><br>**Date(s) debt was incurred** Multiple<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,237.94 |
|---|---|---|---|

| 3.380 | **Nonpriority creditor's name and mailing address**<br>Implus, LLC<br>9221 Globe Center Drive<br>Morrisville, NC 27560<br><br>**Date(s) debt was incurred** Multiple<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade<br><br>Is the claim subject to offset? ■ No ☐ Yes | $6,570.40 |
|---|---|---|---|

| 3.381 | **Nonpriority creditor's name and mailing address**<br>Indera Mills Company<br>19 Five Points Road<br>Mertztown, PA 19539<br><br>**Date(s) debt was incurred** Multiple<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade<br><br>Is the claim subject to offset? ■ No ☐ Yes | $17,485.77 |
|---|---|---|---|

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.382** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $238.20
| Indian Lake Wholesale Bait | ☐ Contingent |
| 11449 Hiawatha Path | ☐ Unliquidated |
| Lakeview, OH 43331 | ☐ Disputed |
| **Date(s) debt was incurred** _Multiple_ | **Basis for the claim:** _Trade_ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.383** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
| Indiana American Water Co. Inc. | ☐ Contingent |
| PO Box 6029 | ☐ Unliquidated |
| Carol Stream, IL 60197-6029 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade_ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.384** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,951.50
| Indiana Michigan Power | ☐ Contingent |
| P.O. Box 371496 | ☐ Unliquidated |
| Pittsburgh, PA 15250 | ☐ Disputed |
| **Date(s) debt was incurred** _Multiple_ | **Basis for the claim:** _Trade_ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.385** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,811.91
| Infotrust Llc | ☐ Contingent |
| 4340 Glendale-Milford Rd | ☐ Unliquidated |
| Ste. 200 | ☐ Disputed |
| Blue Ash, OH 45242 | |
| **Date(s) debt was incurred** _Multiple_ | **Basis for the claim:** _Trade_ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.386** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,613.88
| Inland Plastics | ☐ Contingent |
| Po Box 2199 | ☐ Unliquidated |
| Drumheller, AB T0J 0 | ☐ Disputed |
| Canada | |
| **Date(s) debt was incurred** _Multiple_ | **Basis for the claim:** _Trade_ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.387** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,237.61
| Innovative Manufacturing LLC | ☐ Contingent |
| 4300 Morral Kirkpatrick Rd E | ☐ Unliquidated |
| Marion, OH 43302 | ☐ Disputed |
| **Date(s) debt was incurred** _Multiple_ | **Basis for the claim:** _Trade_ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.388** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $261,745.45
| Innovative Office Solutions, LLC | ☐ Contingent |
| Po Box 860627 | ☐ Unliquidated |
| Minneapolis, MN 55486 | ☐ Disputed |
| **Date(s) debt was incurred** _Multiple_ | **Basis for the claim:** _Trade_ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.389** | **Nonpriority creditor's name and mailing address**

Innovative Packaging, LLC
DBA Cameron Packaging
250 E. Hanthorn Rd
Lima, OH 45804

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$719.96

---

**3.390** | **Nonpriority creditor's name and mailing address**

Insight
6820 S Harl Ave
Tempe, AZ 85283

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$16,500.00

---

**3.391** | **Nonpriority creditor's name and mailing address**

Insight Direct
Po Box 731069
Dallas, TX 75373

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$12,372.24

---

**3.392** | **Nonpriority creditor's name and mailing address**

Interlake Mecalux
1600 North 25Th Ave
Melrose Park, IL 60160

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$322.62

---

**3.393** | **Nonpriority creditor's name and mailing address**

Intex Development Co. Ltd
9/F Everbright Center
108 Glouster Rd.
Wanchai, HK

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$244,341.71

---

**3.394** | **Nonpriority creditor's name and mailing address**

Ipl-Plastics
725 Water Street
Cambridge, OH 43725

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$85,041.00

---

**3.395** | **Nonpriority creditor's name and mailing address**

Iq Brands
129 Nc Highway 801 S
Advance, NC 27006

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$35,045.00

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

**3.396**

**Nonpriority creditor's name and mailing address**
Iroquois Memorial Hospital
Po Box 20737
Attn Marykay Lavicka
Belfast, ME 04915

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$86.70

---

**3.397**

**Nonpriority creditor's name and mailing address**
ITW Global Brands
5700 South Lee Road
P.O.Box 378003
Maple Heights, OH 44137

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$29,442.15

---

**3.398**

**Nonpriority creditor's name and mailing address**
J & C Pet Supply
1095A Towbin Ave
Lakewood, NJ 08701

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$4,230.60

---

**3.399**

**Nonpriority creditor's name and mailing address**
J America/Top Of The World
445 Van Riper Road
Fowerville, MI 48837

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$7,353.00

---

**3.400**

**Nonpriority creditor's name and mailing address**
J F Ahern Co.
Attn: Acct. Receivable
P.O. Box 1316
Fond Du Lac, WI 54936

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$650.00

---

**3.401**

**Nonpriority creditor's name and mailing address**
J-B Weld
P.O. Box 483
Fax#(612)829-1845
Sulpher Springs, TX 75482

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$11,622.24

---

**3.402**

**Nonpriority creditor's name and mailing address**
J.T. Eaton
1393 E. Highland Road
Twinsburg, OH 44087

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$36,650.64

---

| Debtor | Tea Olive I, LLC | | Case number (if known) | 21-30037 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.403 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,745.74 |
|---|---|---|---|

Jackson Oil & Solvents, Inc.
75 Remittance Drive
Dept 6988
Chicago, IL 60675

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,731.25 |
|---|---|---|---|

Jakks Pacific Inc
2951 28Th Street
Santa Monica, CA 90405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,125.00 |
|---|---|---|---|

James Kebler
13256 State Rd
Hay & Straw
Grand Ledge, MI 48837

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,484.54 |
|---|---|---|---|

Jarden Consumer Sol
2381 Executive Center Dr.
Boca Raton, FL 33431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $594.00 |
|---|---|---|---|

Jay Manufacturing
Div Of State Ind
7107 N Black Canyon Hwy
Phoenix, AZ 85021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,755.00 |
|---|---|---|---|

Jcs Apparel Group Inc
1407 Broadway, Suite 202
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,200.00 |
|---|---|---|---|

Jealous Devil
2629 Manhattan Ave
#214
Hermosa Beach, CA 90254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.410**

**Nonpriority creditor's name and mailing address**
Jelmar
5550 W. Touhy Avenue
Suite 200
Skokie, IL 60077

**Date(s) debt was incurred**  Multiple

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

Is the claim subject to offset? ■ No ☐ Yes

$8,463.90

---

**3.411**

**Nonpriority creditor's name and mailing address**
Jerent Enterprises Dba Sonic Boom
7802 S. 169Th Street
Omaha, NE 68136

**Date(s) debt was incurred**  Multiple

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

Is the claim subject to offset? ■ No ☐ Yes

$18,365.40

---

**3.412**

**Nonpriority creditor's name and mailing address**
JFL Ent, Inc/Just For Laughs
4900 Train Avenue
Cleveland, OH 44102

**Date(s) debt was incurred**  Multiple

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

Is the claim subject to offset? ■ No ☐ Yes

$7,812.42

---

**3.413**

**Nonpriority creditor's name and mailing address**
JMC CO Inc.
40 South 7th Street
Ste 212-314
Minneapolis, MN 55402-1606

**Date(s) debt was incurred**  _

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.414**

**Nonpriority creditor's name and mailing address**
Joda Crabtree
Po Box 461
Watseka, IL 60970

**Date(s) debt was incurred**  1/1/2021

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent

Is the claim subject to offset? ■ No ☐ Yes

$4,000.00

---

**3.415**

**Nonpriority creditor's name and mailing address**
Joe Werner
1791 S County Line Rd
Westville, IN 46391

**Date(s) debt was incurred**  Multiple

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

Is the claim subject to offset? ■ No ☐ Yes

$28.01

---

**3.416**

**Nonpriority creditor's name and mailing address**
Johnson & Wood Llc
2130 E. Hemphill Road
Burton, MI 48529

**Date(s) debt was incurred**  Multiple

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

Is the claim subject to offset? ■ No ☐ Yes

$48,984.18

---

| Debtor | Tea Olive I, LLC | | Case number (if known) | 21-30037 |
|---|---|---|---|---|
| | Name | | | |

---

**3.417** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,909.77

Johnson Control Security Solutions
P.O. Box 371967
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.418** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $68,801.01

Jones Natural Chews Co
3450 Pyramid Drive
Rockford, IL 61109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.419** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,400.00

Jordan Mfg.
1200 S. Sixth Street
Monticello,, IN 47960

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $274,207.35

Juniper I, LLC
2600 Eagan Woods Dr
Suite 120
Eagan, MN 55121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Unsecured Note/Rent_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $490,090.75

Juniper II, LLC
2600 Eagan Woods Dr
Suite 120
Eagan, MN 55121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Unsecured Note/Rent_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,852.86

K & H Truck Plaza
Box 247
Gilman, IL 60938

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.423** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,426.50

K'Nex Industries
2990 Bergey Rd.
Hatfield,, PA 19440

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.424** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,615.20**

K-T Industries
P.O. Box 123
Highway 60 North
Sheldon, IA 51201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.425** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Kampen's Lawn Care
N129 8th Road
Portage, WI 53901-9328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _TRADE_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,536.34**

Kane Home Products
Po Box 58244
Seattle, WA 98138

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,259.08**

Keenway Industries Ltd.
Rm. 1209-1212, New East Ocean
Centre 9 Science Museum Rd
Tst East

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.428** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00**

Kelly's Sign Shop
110 West Fairchild St.
Danville, IL 61832

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,942.58**

Keren Hart Ltd
C/O Steven Handmaker
1298 Apparel Center
Chicago, IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.430** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,089.97**

Kerosene Supplier
Illlinifs
1509 E Univeristy Ave
Urbanna, IL 61802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | | Case number (if known) | 21-30037 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.431 | **Nonpriority creditor's name and mailing address**<br>Kershaw Cutlery<br>25300 Sw Parkway<br>Wilsonville,, OR 97070 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,370.83 |
|---|---|---|---|
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.432 | **Nonpriority creditor's name and mailing address**<br>Kessler Corporation<br>2040 Stoner Ave<br>Suite B<br>Los Angeles, CA 90025 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,800.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.433 | **Nonpriority creditor's name and mailing address**<br>Kettle Heroes LLC<br>1705 W Ruby Dr Ste. 107<br>Temple, AZ 85284 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,782.92 |
|---|---|---|---|
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.434 | **Nonpriority creditor's name and mailing address**<br>Key Bank<br>127 Public Square<br>Cleveland, OH 44114 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $630,635.87 |
|---|---|---|---|
| | **Date(s) debt was incurred** 1/1/2021 | **Basis for the claim:** Rent | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.435 | **Nonpriority creditor's name and mailing address**<br>Keystone Meats<br>3585 Harding Hwy<br>Lima, OH 45805 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,948.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.436 | **Nonpriority creditor's name and mailing address**<br>Kingsford Charcoal<br>Tri-State Trading<br>Kelsey S<br>PO Box 896717<br>Charlotte, NC 28289-6717 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.437 | **Nonpriority creditor's name and mailing address**<br>KI Industries<br>1790 Sun Dolphin Drive<br>Muskegon, MI 49444 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $94,437.78 |
|---|---|---|---|
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.438** | **Nonpriority creditor's name and mailing address**
Kleen Products Llc
11900 Wayzata Blvd Ste
Minnetonka, MN 55305

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$545.00

---

**3.439** | **Nonpriority creditor's name and mailing address**
KMS Inc
811 E Waterman
Wichita, KS 67202

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$39,936.00

---

**3.440** | **Nonpriority creditor's name and mailing address**
Kness MFG
P.O. Box 70, Hwy. 5 South
Albia,, IA 52531

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$6,952.05

---

**3.441** | **Nonpriority creditor's name and mailing address**
Koch Industries Inc.
4200 Dahlberg Dr,
Suite 200
Minneapolis, MN 55422

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$45,784.93

---

**3.442** | **Nonpriority creditor's name and mailing address**
Kole Imports
24600 Main St
Carson, CA 90745

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$15,615.65

---

**3.443** | **Nonpriority creditor's name and mailing address**
Kontoor Brands--Lee Label
2969 Ridge Court
Greenleaf, WI 54126

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$43,003.93

---

**3.444** | **Nonpriority creditor's name and mailing address**
Kontoor Brands--Wrangler
2050 N. Stemmons Freeway
Room 7004, Unit 162
Dallas, TX 75207

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$10,926.85

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.445** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $918.50

Kosciusko Chamber Of Commerce
523 S. Buffalo Street
Ste. A
Warsaw, IN 46580

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.446** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,804.15

KX Technologies LLC
36 Wild Rose Drive
Luka, MS 38852

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.447** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $90,782.80

Landmann Usa, Inc.
7405 Graham Road
Fairburn,, GA 30213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.448** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,194.86

Lansing Board Of Water & Light
P.O. Box 13007
Lansing, MI 48901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.449** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00

Lansing Regional Chamber Of Commerce
500 E Michigan Ave
Suite 200
Lansing, MI 48912

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.450** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41,090.00

Lavin/Div Of Rogers-Whitley
4100 Caven Road
Austin, TX 78744

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.451** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $193.75

Lee Plumbing, Inc
17621 C.R.18
Goshen, IN 46528

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.452** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,378.00

Legacy Sports
4750 Longley Lane
Suite 208
Reno, NV 89502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.453** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,053.10

Lego
555 Taylor Road
Po Box 1600
Enfield, CT 06083

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

LEM Products
4440 Muhlhauser Road Suite 300
Hamilton, OH 45011-9767

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32,461.50

Lemax
25 Pequot Way
Canton,, MA 02021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17,098.57

Levi Strauss & Co.
1155 Battery Street, Ls/5
San Francisco, CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $63,384.78

Lew's ( Do Outdoors Inc )
3031 N Marint Ave
Springfield, MO 65803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,926.48

Liberty Mutual Insurance
Po Box 91012
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.459** | **Nonpriority creditor's name and mailing address**

Liberty Propane
P.O. Box 458
Lemont, IL 60439

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$14,482.59

---

**3.460** | **Nonpriority creditor's name and mailing address**

Liberty Safe
1199 West Utah Avenue
Payson, UT 84651

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$84,617.00

---

**3.461** | **Nonpriority creditor's name and mailing address**

Libra, Inc.
3310 North 2Nd Street
Minneapolis,, MN 55412

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$12,066.76

---

**3.462** | **Nonpriority creditor's name and mailing address**

Lifetyme Grass Seed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.463** | **Nonpriority creditor's name and mailing address**

Lima Fire Equipment Company
P.O. Box 1623
Lima, OH 45802

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$857.51

---

**3.464** | **Nonpriority creditor's name and mailing address**

Lima Security Inc.
703 North West Street
Lima, OH 45802

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$276.65

---

**3.465** | **Nonpriority creditor's name and mailing address**

Lincoln Financial Group
Po Box 0821
Carol Stream, IL 60132

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$8,888.51

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.466** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,489.77

Lincoln Industrial
One Lincoln Way
St Louis, MO 63120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.467** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,193.90

Lock N Lube
21 Technology Dr
Suite 2
West Lebanon, NH 03784

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.468** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,750.00

Lockton Companies
Mountain West Series Lockton Co
Dept 999226, Po Box 173850
Denver, CO 80217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.469** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00

Lockton Investment Advisors, LLC
Dept 999224
Po Box 219153
Kansas City, MO 64121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.470** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Locomotive Solutions LLC
2663 Grandbury Grove Road
Lakeland, FL 33811-1028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.471** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,244.50

Lodge Mfg.
P.O. Box 380
South Pittsburg, TN 37380

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.472** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $108.00

Long'S Lock Shop
P.O. Box 204
Elkhart, IN 46515

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|

Name

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,268.79 |
|---|---|---|---|

Lonza Arch Chemical
501 Merritt 7
P.O. Box 4500
Norwalk, CT 06856

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,795.76 |
|---|---|---|---|

Lord & Hodge Inc.
Po Box 737
Middletown, CT 06457

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,203.96 |
|---|---|---|---|

Lucas Oil Products
302 N Sheridan Street
Corona, CA 92880

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,568.44 |
|---|---|---|---|

Luster Leaf Products
C/O Total Marketing Associates
2220 Techcourt
Woodstock, IL 60098

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,040.00 |
|---|---|---|---|

Lyn- Cal Llc    Dba: Cowboy'S Wild Game
3222 Eldorado Blvd
Missouri City, TX 77459

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,878.06 |
|---|---|---|---|

Lynco Distribution, Inc
1410 11Th St West
Milan, IL 61201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,848.54 |
|---|---|---|---|

M & F Western Products
P.O. Box 287
Sulphur Springs, TX 75483

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.480** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,114.00

M Cornell Importers
1462 18Th St Nw
St Paul, MN 55112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.481** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,428.92

M Pet Group
2980 Ne 207Th St
Suite 701
Aventura, FL 33180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.482** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,614.38

M&M Sales Enterprises
7425 Chavenelle Road
Dubuque,, IA 52002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $47,749.50

M. Hidary & Company Inc.
10 West 33Rd St. #900
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.484** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $203.25

M.A.A.C. Property Services
Po Box 262
Niles, MI 49120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.485** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $63,440.00

Mac Wholesale, Inc.
140 Laurel Street
East Bridgewater, MA 02333

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.486** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,313.60

Malwarebytes
3979 Freedom Circle 12Th Fl
Santa Clara, CA 95054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

| 3.487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $47,500.00 |
|---|---|---|---|

Management 3D
7900 Xerxes Ave South
Suite 2100
Bloomington, MN 55431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19,034.20 |
|---|---|---|---|

Marigold Enterprises Ltd
Rm 713, Tower A, Hunghom Comm
Centre, 39 Ma Tau Wai Road
Hunghim, Kowloon, HK

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $122.70 |
|---|---|---|---|

Marion Municipal Utilities
P.O. Box 718
Marion, IN 46952

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,146.27 |
|---|---|---|---|

Mark Kizewski Construction, LLC
1287 Edgewood Rd N
Custer, WI 54423

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34,795.47 |
|---|---|---|---|

Markman Peat Corporation
Po Box 1657
Muscatine, IA 52761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,143.49 |
|---|---|---|---|

Marmon Retail Products Inc.
Cerro Electrical Products
1002 Industrial Way
Crothersville, IN 47229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,188.75 |
|---|---|---|---|

Martin M. Moyer
30186 C.R. 24
Osceola, IN 46561

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.494**

**Nonpriority creditor's name and mailing address**
Martin Voorhees
1123 E Cruger Road
Washington, IL 61571

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$638.00

---

**3.495**

**Nonpriority creditor's name and mailing address**
Martin Wheel Co
342 West Avenue
Tallmadge, OH 44278

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$14,756.24

---

**3.496**

**Nonpriority creditor's name and mailing address**
Masontops Inc
Rpo Sheppard Plaza
Suite 524
Ontario, ON M3H6A
Canada

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$5,851.68

---

**3.497**

**Nonpriority creditor's name and mailing address**
Massimo Motor
3101 W Miller Rd
Garland, TX 75041

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$113,750.00

---

**3.498**

**Nonpriority creditor's name and mailing address**
Masterpiece Puzzle Co
12475 N Rancho Vistoso Blvd
Oro Valley, AZ 85755

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$56,064.40

---

**3.499**

**Nonpriority creditor's name and mailing address**
Matco Fire Protection, Inc.
1195 E. Pells
Suite B
Paxton, IL 60957

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$4,630.00

---

**3.500**

**Nonpriority creditor's name and mailing address**
Mazel & Company
4300 W Ferdinand Street
Chicago, IL 60624

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$28,141.79

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.501** **Nonpriority creditor's name and mailing address**

Mchenry Area Chamber Of Commerce
1257 N. Green St.
Mchenry, IL 60050

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

$480.00

---

**3.502** **Nonpriority creditor's name and mailing address**

Mct Pro Tools,Inc.
7440 Nw 52Nd St.
Miami, FL 33166

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

$10,008.00

---

**3.503** **Nonpriority creditor's name and mailing address**

Mdx Medical Inc
Sapphire-Digital
160 Chubb Ave, Suite 301
Lyndhurst, NJ 07071

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

$150.00

---

**3.504** **Nonpriority creditor's name and mailing address**

Mediacom
P.O. Box 5744
Carol Stream, IL 60197

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

$8,417.91

---

**3.505** **Nonpriority creditor's name and mailing address**

Meeker Farms
24574 Ncr 3400 E
Manito, IL 61546

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

$5,434.00

---

**3.506** **Nonpriority creditor's name and mailing address**

Metro Fiber Net Llc
P.O. Box 630903
Cincinnati, OH 45263

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

$91.07

---

**3.507** **Nonpriority creditor's name and mailing address**

Meyer Services, Llc
4366 Nestling Lane
Rochester, IN 46975

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

$160.00

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.508** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,259.63**

Michiana Recycling And Disposal
P.O. Box 1148
Niles, MI 49120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.509** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$670.00**

Michigan City Wholesale Bait
1114 W. 4Th Street
Michigan City, IN 46360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.510** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.00**

Michigan Computer Services, Inc.
York Worldwide Technologies
5000 Hakes Drive Ste. 200
Norton Shores, MI 49441

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.511** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,304.37**

Michigan West Shore Nursery
9 East Main Street
Zeeland, MI 49464

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.512** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$221.95**

Middleton Overhead Doors
48 Meadow Ave.
Joliet, IL 60436

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.513** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,902.95**

Midwest Can Company
1950 N Mannheim Rd
Melrose Park, IL 60160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,485.82**

Midwest Fastener
9031 Shaver Road
Kalamazoo, MI 49024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.515** | **Nonpriority creditor's name and mailing address**

Midwest Target
1103 South State Street
Litchfield, IL 62056

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$42,572.16

---

**3.516** | **Nonpriority creditor's name and mailing address**

Milano Hat Co., Inc.
1565 Highway 66
Garland, TX 75040

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$17,083.00

---

**3.517** | **Nonpriority creditor's name and mailing address**

Militti Sales/Promotions
13436 Industrial Road
P.O. Box 45216
Omaha, NE 68145

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$4,832.00

---

**3.518** | **Nonpriority creditor's name and mailing address**

Milk Specialties
P.O. Box 278
Dundee, IL 60118

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$2,412.66

---

**3.519** | **Nonpriority creditor's name and mailing address**

Milton Industries
4500 Cortland Avenue
Chicago,, IL 60639

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$31,613.63

---

**3.520** | **Nonpriority creditor's name and mailing address**

Minnesota Mining & Mfg.
P.O. Box 33844
Dept. Pn
St. Paul,, MN 55133

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$101,835.74

---

**3.521** | **Nonpriority creditor's name and mailing address**

Moews Farms
15332 East 2430 North Rd
Danville, IL 61834

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$2,327.50

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,611.04 |
|---|---|---|---|

Mojack Distributors Llc
3535 North Rock Rd
Wichita, KS 67220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,384.48 |
|---|---|---|---|

Mojo Outdoors
623 Hwy. 594
Monroe, LA 71203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $68,217.96 |
|---|---|---|---|

Morning Sun
4301A Industry Drive East
Tacoma, WA 98424

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $221.02 |
|---|---|---|---|

Morris Municipal Services Building
700 N Division St
Morris, IL 60450

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,585.53 |
|---|---|---|---|

Morton Salt Inc (Ice Melt)
123 North Wacker Drive
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,671.46 |
|---|---|---|---|

Motomco
6551 North Towne Rd
Windsor, WI 53598

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $126.48 |
|---|---|---|---|

Mtd - Independent Retail
Po Box 368023
Cleveland, OH 44136

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.91 |
|---|---|---|---|

Mtd Products Inc.
Po Box 368023
Cleveland, OH 44136

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,346.66 |
|---|---|---|---|

Mtm Molded Products
3370 Obco Court
Dayton, OH 45414

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,927.24 |
|---|---|---|---|

Mu Kitchen
5310 W 23Rd St
Suite 120
St Louis Park, MN 55416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $88,964.28 |
|---|---|---|---|

Multipet Int'L Inc.
55 Madison Circle Drive
East Rutherford, NJ 07073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $734,631.03 |
|---|---|---|---|

Mwi Veterinary Supply, Inc.
3041 W. Pasadena Dr
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32,765.25 |
|---|---|---|---|

My Favorite Chicken
Po Box 716
Melissa, TX 75454

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,310.88 |
|---|---|---|---|

My Pillow
950 Lake Drive East
Suite 110
Chanhassen, MN 55317

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.536** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,085.05

Myers Bait & Fish Inc
Po Box 189
Pleasant Lake, IN 46779

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.537** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $532.31

N.E.W. Plumbing & Heating Inc
976 East Pound Drive N
Warsaw, IN 46582

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.538** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,404.34

National Holiday Traditions
Jack-Post Corporation
800 East Third Street
Buchanan,, MI 49107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.539** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,711.00

National Vinegar Co.
1750 S. Brentwood Blvd.
St. Louis, MO 63144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.540** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,744.80

Nature's Health Food LLC
21561 County Road 190
Mt. Victory, OH 43340

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.541** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,428.00

Nature'S View, Inc.
Corene N. Maulding
P.O. Box 286
Watseka, IL 60970

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26,855.00

Navegate, Inc
1300 Mendota Heights Road
Mendota Heights, MN 55120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.543** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$346,631.50**

Needleart World (Diamond Dotz)
4748 Lewis Road
Stone Mountain, GA 30083

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.544** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,707.60**

Netherland Bulb Co
13 Mcfaddenroad
Easton, PA 18045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.545** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,471.38**

New Ray Toys Ca Inc
Unit 9 12/F Houston Ctr Mody Rd
Hong Kong
Hong Kong, HK

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.546** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,037.70**

Newcore Llc
36 Four Seasons Shopping Center
Box 102
Chesterfield, MO 63017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.547** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,758.17**

Newell Brands
221 River St Hoboken
Hoboken, NJ 07030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.548** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$644.74**

Newton's Cleaning & Restoration, LLC
701 Tilton Road
Danville, IL 61832

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.549** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

NICOR
PO Box 5407
Carol Stream, IL 60197-5407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number *(if known)* | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.550** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,250.80**

Nikwax North America
801 Nw 42Nd St
Suite 204
Seattle, WA 98107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.551** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,533.85**

Nipsco
P.O. Box 13007
Merrillville, IN 46411

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.552** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,067.00**

North Atlantic Imports, LLC
513 W 2500 N
Logan, UT 84341

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.553** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,379.24**

North States Industries Inc
1507 92Nd Lane N.E.
Blaine, MN 55449

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.554** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,207.39**

Northern Musicast Inc.
2911 W. Spencer St.
Appleton, WI 54914

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.555** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,678.92**

Northland Footwear Group
1000 First Street
Harrison, NJ 07029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.556** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,089.00**

Northpoint Development Holdings LLC
Attn: Keith Weinstein
20  Northpoint Dr
Streator, IL 61364

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/1/2021

**Basis for the claim:** Rent

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.557** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,587.40**

Northpoint Trading, Inc.
Dba Seven Apparel Group
347 Fifth Avenue Suite 201
New York,, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.558** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$745.45**

Northwestern Mutual Life
P.O. Box 3007
Milwaukee, WI 53201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.559** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,805.30**

Novelty Inc
351 Muskegon Dr
Greenfield, IN 46140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.560** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,914.90**

Nutrena Feed
P.O. Box 842621
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.561** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,295.42**

Oberlander Electric
2101 N. Main St.
East Peoria, IL 61611

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.562** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,944.64**

Ohio Bureau Of Workers'
Compensation
P.O. Box 89492
Cleveland, OH 44101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.563** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,209.80**

Oil-Dri Corporation of America
700 Industrial Road
Mounds, IL 62694

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.564** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,368.90

Olson Saw
16 Stony Hill Road          *Nbo
Bethel, CT 06801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.565** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $37,391.00

Olympia Tools International, Inc
929 Grand Ave
Covina, CA 91724

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.566** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,643.60

On Line Packaging
4311 Liberty Lane
Plover, WI 54467

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.567** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $65.00

One Way Lawn Care
7503 W 450 S
Laporte, IN 46360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.568** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,977.40

Open Roads
1425 E Douglas Ave
Wichita, KS 67211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.569** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,085.00

Opperman Construction Co
16535 N. 1650 East Road
Pontiac, IL 61764

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.570** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Oracle America Inc.
Bank of America Lockbox Serv
15612 Collections Center Drive
Chicago, IL 60693-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | | Case number (if known) | 21-30037 |
|---|---|---|---|---|
| | Name | | | |

---

**3.571** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $776,077.91
---|---|---|---

Orgill Distributing
3742 Tyndale Drive
Memphis, TN 38125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.572** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $128,983.95

Origin Point Brands
1116 Newton Way
Summerville, SC 29483

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.573** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,249.41

Orin Briant Inc Dba Stick Jacket
246 Stone Ct
New Lenox, IL 60451

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $981.90

Orkin
603 E. Diehl Road
Suite 124
Naperville, IL 60563

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.575** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,633.17

Orkin
1524 Elmhurst Rd
Elkgrove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.576** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $875.00

Orkin Pest Control
4114 Fieldstone Road
Ste A
Champaign, IL 61822

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.577** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $270.00

Orkin Pest Control
2619 S Main St
Bloomington, IL 61704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.578** | **Nonpriority creditor's name and mailing address**
Orkin Pest Control
4498 Entec Drive
Bartonville, IL 61607

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$545.09

---

**3.579** | **Nonpriority creditor's name and mailing address**
Orkin, Inc.
354 Civic Rd
La Salle, IL 61301

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$473.55

---

**3.580** | **Nonpriority creditor's name and mailing address**
Oscar Wilson Parts
826 Lone Star Drive
Fax 800-873-6720
O'Fallon, MO 63366

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$1,155.25

---

**3.581** | **Nonpriority creditor's name and mailing address**
Osf Occupational Health
Po Box 776793
Chicago, IL 60677

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$43.00

---

**3.582** | **Nonpriority creditor's name and mailing address**
Osmundson Manufacturing Co
P.O. Box 158
Perry, IA 50220

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$5,206.87

---

**3.583** | **Nonpriority creditor's name and mailing address**
Ottawa Plant Food
3076 N Ill Route 71
Ottawa, IL 61350

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$14,516.35

---

**3.584** | **Nonpriority creditor's name and mailing address**
Outdoor Product Innovations
177 Reaser Ct
Elyria, OH 44035

**Date(s) debt was incurred** __Multiple__

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$81,489.50

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|--------|------------------|------------------------|----------|
|        | Name |

---

**3.585** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23,666.40

Oxx, Inc
35 Oakes St Sw
Suite 600
Grand Rapids, MI 49503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.586** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $49.95

Pace, Inc.
739 S. Mill Street
Plymouth, MI 48170

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.587** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,814.96

Pacer Pumps
41 Industrial Circle
Lancaster, PA 17601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $43,480.07

Panacea Products
2711 International St.
Columbus,, OH 43228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.589** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,253.53

Parker-Hannifin/Pioneer
8145 Lewis Road
Minneapolis, MN 55427

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,853.33

Parris Mfg
Po Box 338
Savannah, TN 38372

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.591** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,955.00

Pathguide Technologies, Inc.
22745 - 29Th Drive Se
Bothell, WA 98021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.592** | **Nonpriority creditor's name and mailing address**
Pekin Area Chamber Of Commerce
402 Court St.
Pekin, IL 61554

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.593** | **Nonpriority creditor's name and mailing address**
Pepsi Cola Genl Bot. Inc.
P.O. Box 75948
Chicago, IL 60675

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$1,093.70

---

**3.594** | **Nonpriority creditor's name and mailing address**
Pepsi-Cola
75 Remittance Dr. Ste 1884
Chicago, IL 60675

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$2,453.19

---

**3.595** | **Nonpriority creditor's name and mailing address**
Pepsi-Cola
1031 N. 3Rd    Box 449
Logansport, IN 46947

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$2,436.05

---

**3.596** | **Nonpriority creditor's name and mailing address**
Perdue Pavement Solutions
3202 E Washington St
East Peoria, IL 61611

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$110.00

---

**3.597** | **Nonpriority creditor's name and mailing address**
Performance Seed
Po Box 7126
St Cloud, MN 56302

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$57,676.43

---

**3.598** | **Nonpriority creditor's name and mailing address**
Perry Products, Inc.
P.O. Box 2255
Decatur, IL 62524

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$4,436.84

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.599** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,196.32**

Pestell Pet Products
141 Hamilton Road
PO Box 794
New Hamburg, ON Nob 2
Canada

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.600** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,640.00**

Pestell Pet Products Cedar
141 Hamilton Road
Po Box 794
New Hamburg, ON Nob 2
Canada

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.601** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89,067.23**

Pet IQ
10077 S 134Th St
Sergeant'S Pet Care
Omaha, NE 68138

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.602** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,256.08**

Pet King Brands, Inc./Zymox
710 Vandustrial Drive
Westmont, IL 60559

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.603** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,158.41**

Petedge Dealer Services
P.O. Box 1000
Beverly, MA 01915

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.604** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,263.52**

Petsport Usa
1160 Railroad Avenue
Pittsburg,, CA 94565

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.605** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,277.50**

Phoenix Leather Company
12091 Carrington Lane #207
Loveland, OH 45140

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,831.80 |
|---|---|---|---|

Phoenix Mfg
300 Industrial Drive
Horicon, WI 53032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,762.80 |
|---|---|---|---|

Pilot Knob Comforts
1026 Knox Road 2600 N
Oneida, IL 61467

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,060.88 |
|---|---|---|---|

Pine Tree Farms
3714 Cayuga Street
Interlaken, NY 14847

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $655,312.50 |
|---|---|---|---|

Pink Dogwood I, LLC
2600 Eagan Woods Dr
Suite 120
Eagan, MN 55121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Unsecured Note/Rent

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

Pitney Bowes, Inc.
P.O. Box 371874
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.20 |
|---|---|---|---|

Plano
431 E. South Street
Po Box 189
Plano, IL 60545

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $65,373.53 |
|---|---|---|---|

Plantation Products LLC
Po Box 536084
Pittsburgh, PA 15253

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,240.00 |
|---|---|---|---|

Platinum Chemical
200 S 25Th Ave
Broadview, IL 60155

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $82,777.00 |
|---|---|---|---|

Play Monster LLC
1400 E. Inman Pkwy
Po Box 268
Beloit, WI 53511

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,727.67 |
|---|---|---|---|

Pmt Holdings Ltd
2355 E 37Th St
Los Angeles, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,006.84 |
|---|---|---|---|

Poof-Slinky, Inc.
45400 Helm St
Plymouth,, MI 48170

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $39,782.72 |
|---|---|---|---|

Popsockets
5757 Central Ave
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.01 |
|---|---|---|---|

Portable Heater Parts
342 N. County Rd 400 E.
Valparaiso, IN 46383

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,768.36 |
|---|---|---|---|

Portage Indiana Utility
6070 Central Avenue
Portage, IN 46368

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.620**

**Nonpriority creditor's name and mailing address**
Potter & Son'S Asphalt
9995 Township Rd 690 N
Wyoming, IL 61491

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$3,700.00

---

**3.621**

**Nonpriority creditor's name and mailing address**
Power Distibuting, LLC
Red Bull - Elmhurst
24537 Network Place
Chicago, IL 60673

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$4,221.29

---

**3.622**

**Nonpriority creditor's name and mailing address**
Power Distributing, LLC
185 W Industrial Drive
Elmhurst, IL 60126

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$38.91

---

**3.623**

**Nonpriority creditor's name and mailing address**
Power Distributors
3700 Paragon Drive
Columbus, OH 43228

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$6,728.02

---

**3.624**

**Nonpriority creditor's name and mailing address**
Power Service Products, Inc
1410 N. Bowie
Weatherford, TX 76086

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$39,744.06

---

**3.625**

**Nonpriority creditor's name and mailing address**
Premier Cooperative Inc.
2104 W Park Court
Champaign, IL 61821

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$3,401.92

---

**3.626**

**Nonpriority creditor's name and mailing address**
Premium Waters, Inc
2100 Summer St Ne Suite 200
Minneapolis, MN 55413

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$60,703.20

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.627**

**Nonpriority creditor's name and mailing address**
Pressman Toy Corp Dba Goliath
3701 W. Plano Pkwy
Suite 100
Plano, TX 75075

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$5,334.00

---

**3.628**

**Nonpriority creditor's name and mailing address**
Prestige Patio Co, Ltd
42 West 38Th St
Rm. 802
New York, NY 10018

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.629**

**Nonpriority creditor's name and mailing address**
Primeline Tools Inc
3170 Orlando Drive
Unit 1
Mississauga, ON L4V 1
Canada

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$24,117.84

---

**3.630**

**Nonpriority creditor's name and mailing address**
Priority Fulfillment Services, Inc
Po Box 95420
Grapevine, TX 76099

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$17,406.45

---

**3.631**

**Nonpriority creditor's name and mailing address**
Private Brand/Jody Of Calif
Private Brand Merchandising
214 W Olympic Blvd
Los Angeles, CA 90015

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$10,099.35

---

**3.632**

**Nonpriority creditor's name and mailing address**
Pro-4 Marketing
24655 Southfield Rd
Suite 200
Southfield, MI 48075

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$12,188.35

---

**3.633**

**Nonpriority creditor's name and mailing address**
Pro-Shot Products
1213 E. Park St.
Po Box 763
Taylorville, IL 62568

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$9,123.14

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.634** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $51,649.93

Promag
43 N 48Th Ave
Phoenix, AZ 85043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.635** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $26,780.76

Promika
5000 Centre Green Way
Ste 100
Cary, NC 27513

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.636** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,287.42

Protection Associates Inc.
372 S. East Ave.
Kankakee, IL 60901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.637** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,762.98

Protie
1 Mulch Lane
St. Charles, MO 63044

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.638** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $782.56

Proven Business Systems
18450 Crossing Dr.
Ste. D
Tinley Park, IL 60487

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.639** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $47,186.21

Purheat, Llc
Po Box 478
Bolivar, MO 65613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.640** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $119,404.00

Quagga Accessories, LLC
1735 S. River Road
St. Charles, MO 63303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

| 3.641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50,523.22 |
|---|---|---|---|

Qualco Inc
225 Passaic Street
Passaic, NJ 07055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $436.00 |
|---|---|---|---|

Quik-Kill Pest Eliminators
109 Iowa Ave
Streator, IL 61364

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,402.00 |
|---|---|---|---|

Quincy Air Master
3501 Wismann Lane
Quincy, IL 62301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $33,615.00 |
|---|---|---|---|

Quincy Air Master
701 North Dobson Ave
Bay Minette, AL 36507

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $158.00 |
|---|---|---|---|

R & R Professional Window Clean
1318 W. Circle Road
Peoria, IL 61604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $119.92 |
|---|---|---|---|

R.W. Rogers Company, Inc.
610 S. Kirk Road
St. Charles, IL 60174

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.647 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,395.32 |
|---|---|---|---|

Radians, Inc
5305 Distriplex Farms Dr
Memphis, TN 38141

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.648** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $58,734.96

Radio Systems Inc.
10427 Electric Avenue
Knoxville, TN 37932

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.649** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $788.32

Rapala VMC Corporation
10395 Yellow Circle Drive
Minnetonka, MN 55343

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.650** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,922.50

Rcg Ventures Fund III, LP
Rcg-Michigan City, Llc
Po Box 53483
Atlanta, GA 30355

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.651** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,576.50

Red Bull Distribution Company
1740 Stewart Street
Santa Monica, CA 90404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.652** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,902.37

Red Devil
1 Webb Street
Pryor, OK 74361

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.653** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,018.80

Red River Commodities
P.O. Box 3022
Fargo, ND 58108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.654** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,510.00

Red River Commodities Corn
P.O. Box 3022
Fargo, ND 58108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | | Case number *(if known)* | 21-30037 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,334.94 |
|---|---|---|---|

Red Wing Shoe
314 Main Street
Red Wing, MN 55066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,423.98 |
|---|---|---|---|

Reddy Rentals, Inc.
34194 Aurora Road, # 226
Solon, OH 44139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.63 |
|---|---|---|---|

Reeves Int'L Inc.
14 Industrial Road
Pequannock,, NJ 07442

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

Registration Fee Trust
Wisconsin Dept Of Transportaion
Po Box 3279
Milwaukee, WI 53201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,082.59 |
|---|---|---|---|

Reinders
W227 N6225 Sussex Rd
Sussex, WI 53089

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $137,290.51 |
|---|---|---|---|

Reliable of Milwaukee    Opc 18
1126 South 70Th St., Suite 112-3
P.O. Box 563
Milwaukee, WI 53214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,316.31 |
|---|---|---|---|

Reliance Worldwide/Shark Bite
2727 Paces Ferry Road E
Atlanta, GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.662** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$44,661.99**

Renfro Corporation (Carhartt Socks)
Carhartt Socks
661 Linville Road, P.O. Box 908
Mount Airy, NC 27030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.663** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$770.40**

Rent-A-Trailer
708 N. Eel River
Cemetery Road
Peru, IN 46970

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.664** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,051.59**

Republic Services, Inc
National Accounts
Po Box 99917
Chicago, IL 60696

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.665** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,845.40**

Revo Brand Group LLC
10700 Hwy 55 Suite 150
Plymouth, MN 55441

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.666** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$787.00**

Richard Foldenauer
1737 Us 421
Michigan City, IN 46360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.667** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,084.83**

Roadrunner Lawn Ornaments
2583 Il Rt 16
Pana, IL 62557

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.668** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$562.09**

Roadrunner Lawn Ornaments
2583 Il Rt. 16
Pana, IL 62557

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.669** **Nonpriority creditor's name and mailing address**

Robert Half Management Resources
Po Box 743295
Los Angeles, CA 90074

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$54,844.26

---

**3.670** **Nonpriority creditor's name and mailing address**

Robinson Wholesale Bait Llc
603 Freeman Street
Genoa City, WI 53128

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$450.16

---

**3.671** **Nonpriority creditor's name and mailing address**

Rochelle Municipal Utilities
P.O. Box 456
Rochelle, IL 61068

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$10,157.22

---

**3.672** **Nonpriority creditor's name and mailing address**

Rochester Telephone Company
P.O. Box 507
Rochester, IN 46975

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$1,338.57

---

**3.673** **Nonpriority creditor's name and mailing address**

Rochester Water Department
Rochester Sewer Department
320 Main Street
Rochester, IN 46975

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$440.71

---

**3.674** **Nonpriority creditor's name and mailing address**

Rockhill Pinnick LLP
105 East Main Street
Warsaw, IN 46580

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$161.03

---

**3.675** **Nonpriority creditor's name and mailing address**

Roebic Labs
P.O. Box 927        Edi *Nbo
Fax #203-795-5227
Orange,, CT 06477

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$6,890.76

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.676**

**Nonpriority creditor's name and mailing address**
Rolf C. Hagen (Usa) Corp.
305 Forbes Boulevard
Mansfield, MA 02048

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$159,609.72

---

**3.677**

**Nonpriority creditor's name and mailing address**
Roofoptions LLC
5712 Weatherstone Way
Johnsburg, IL 60051

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$4,686.66

---

**3.678**

**Nonpriority creditor's name and mailing address**
Ross-Leemon Construction
Po Box 247
Rossville, IL 60963

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$1,215.00

---

**3.679**

**Nonpriority creditor's name and mailing address**
Roto-Rooter
5672 Collections Center Drive
Chicago, IL 60693

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$228.00

---

**3.680**

**Nonpriority creditor's name and mailing address**
Roto-Rooter
27991 C.R. 10
Suite 102
Elkhart, IN 46514

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$639.00

---

**3.681**

**Nonpriority creditor's name and mailing address**
Royal Oak
1 Royal Oak Ave
Rosewell, GA 30076

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$41,203.08

---

**3.682**

**Nonpriority creditor's name and mailing address**
RSM US LLC
5155 Payshpere Circle
Chicago, IL 60674

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$5,000.00

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

| 3.683 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29,556.79 |
|---|---|---|---|

Rubbermaid Home Products
3320 West Market Street
Wooster,, OH 44333

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,780.50 |
|---|---|---|---|

Rubbermaid Specialty (Farm)
P.O. Box 652          *Nbo
1616 Wheat Road
Winfield, KS 67156

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,768.00 |
|---|---|---|---|

Rust-Oleum Corporation
11 Hawthorn Parkway
Vernon Hills, IL 60061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,035.35 |
|---|---|---|---|

Rvh Trucking LLC
Po Box 268
Wheatland, IA 52777

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $239,137.50 |
|---|---|---|---|

Sa Consumer Products
3305 W 132Nd St
Leakwood, KS 66209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |
|---|---|---|---|

Sabre/Chili Fund
120 West Michigan Ave
Lansing, MI 48933

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,495.06 |
|---|---|---|---|

Safety Vehicle Emblem
5235 Commerce Circle
Fax#(317)784-4190
Indianapolis, IN 46237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.690**

**Nonpriority creditor's name and mailing address**
Safeway Pest Management, Inc
S83 W 18622 Saturn Dr
Muskego, WI 53150

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$225.00

---

**3.691**

**Nonpriority creditor's name and mailing address**
Salesforce.Com, Inc
Salesforce Tower
415 Mission Street 3Rd Floor
San Francisco, CA 94105

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$55,560.00

---

**3.692**

**Nonpriority creditor's name and mailing address**
Sanford L.P.
P.O. Box 16700
Columbus, OH 43216

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$3,505.33

---

**3.693**

**Nonpriority creditor's name and mailing address**
Scents of America
105 Long Springs Rd
Po Box 4571
Sevierville, TN 37876

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$660.00

---

**3.694**

**Nonpriority creditor's name and mailing address**
Schlemmer Brothers
Metalworks, Inc.
607 S Cass St
Wabash, IN 46992

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$69.55

---

**3.695**

**Nonpriority creditor's name and mailing address**
Scholl Dairy Co
1320 Hwy. 212
Michigan City, IN 46360

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$215.00

---

**3.696**

**Nonpriority creditor's name and mailing address**
Schwartz Electric And Sign Co.
2627 Allentown Road
Pekin, IL 61554

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$1,290.29

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.697** | **Nonpriority creditor's name and mailing address**
Scotwood Industries, Inc
12980 Metcalf
Suite 240
Overland Park, KS 66213

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$52,253.36

---

**3.698** | **Nonpriority creditor's name and mailing address**
Scrub Daddy
6 Horne Drive
Folcroft, PA 19032

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$6,134.40

---

**3.699** | **Nonpriority creditor's name and mailing address**
Sellars Wipers & Sorbent
6540 N. Industrial Road
Milwaukee, WI 53223

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$8,699.08

---

**3.700** | **Nonpriority creditor's name and mailing address**
Sellers Publishing (Rsvp Cards)
161 John Roberts Road
South Portland, ME 04106

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$10,286.01

---

**3.701** | **Nonpriority creditor's name and mailing address**
Sergeant'S Pet Care
2625 S. 158Th Plaza
Omaha,, NE 68130

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$27,037.08

---

**3.702** | **Nonpriority creditor's name and mailing address**
Seritage SRC Finance LLC
Po Box 776148
Chicago, IL 60677

**Date(s) debt was incurred** _1/1/2021_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rent_

Is the claim subject to offset? ■ No ☐ Yes

$28,292.18

---

**3.703** | **Nonpriority creditor's name and mailing address**
Servass Laboratories
5240 Walt Place
Indianapolis, IN 46254

**Date(s) debt was incurred** _Multiple_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$5,923.44

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com |

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.704** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30,722.19

Shadow Hunter / Summit Outdoors Llc
6714 Pointe Inverness Way
Suite 200
Fort Wayne, IN 46804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.705** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $78,870.90

Shelterlogic
150 Callender Road
Watertown, CT 06795

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.706** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,450.93

Shimano
One Holland Drive
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.707** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,585.76

Sidney Electric Company
840 S. Vandemark Road
Sidney, OH 45365

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.708** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,800.00

Sign Crafters, Inc.
P.O. Box 4266
Evansville, IN 47711

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.709** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.01

Simone Chickenbone
524 S. Commerce
Wichita,, KS 67202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.710** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,907.00

Skell Inc.
2401 Lincoln Blvd.
Suite C
Santa Monica, CA 90405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

**3.711** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,055.42**

Snax-In-Pax
204 Hawpatch Dr
Topeka, IN 46571

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.712** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,537.46**

Soft Air Usa Inc
4265 Trade Center Dr
Ste 130
Grapevine, TX 76051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.713** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113,874.23**

Sopus / Shell / Rotella
609 Science Drive
Moorpark, CA 93021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.714** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$166.02**

South Bend Municipal Utilities
125 W Colfax Ave
South Bend, IN 46601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.715** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

South Win LTd
South/Win LLC/Highline Aftermarket
Atlanta, GA 30374-4780

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.716** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.01**

Southern Patio/ Behm & Hagemann Inc.
465 Railroad Ave
Camp Hill, PA 17011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.717** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,694.49**

Specialty Entrance Technologies
6351 N 650 E
Urbana, IN 46990

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.718**

**Nonpriority creditor's name and mailing address**
Spectrum Business
Charter Communications
Po Box 94188
Palatine, IL 60094

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$446.69

---

**3.719**

**Nonpriority creditor's name and mailing address**
Spectrum Enterprise
Time Warner Cable
Box 223085
Pittsburgh, PA 15251

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$116.97

---

**3.720**

**Nonpriority creditor's name and mailing address**
Spoontiques
111 Island Street
Stoughton, MA 02072

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$7,972.35

---

**3.721**

**Nonpriority creditor's name and mailing address**
Sports Specialists Milwaukee
N904 W13885 Donges Bay Road
Germantown, WI 53022

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$17,824.78

---

**3.722**

**Nonpriority creditor's name and mailing address**
St. Louis Business Forms, Inc.
2508 Gravois Road
High Ridge, MO 63049

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$367.12

---

**3.723**

**Nonpriority creditor's name and mailing address**
Stack On Products
1360 North Old Rand Road
Wauconda, IL 60084

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$52,025.93

---

**3.724**

**Nonpriority creditor's name and mailing address**
Stafford Solid Waste
P.O. Box 1599
Warsaw, IN 46581

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$1,534.20

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.725** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,034.18

Stanley Muffler
Box D - Highway 80 West
Fax #314-649-2664
East Prairie, MO 63845

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.726** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,400.00

Star Ride Kids
112 West 34Th Street, Suite 830
New York, NY 10120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.727** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,933.20

Stens
225 S. Clay
Jasper, IN 47546

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.728** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17,496.40

Stephen's Pipe & Steel
2224 East Hwy 619
Russell Springs,, KY 42642

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.729** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $853.23

Steve Merkel
P.O. Box 6263
Champaign, IL 61826

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.730** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,043.00

Sticky Holsters
4306 Arnold Ave.00
Naples, FL 34104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.731** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,502.91

Stihl
C/O Crader Distributing
808 Hwy 34 West
Marble Hill, MO 63764

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

| 3.732 | **Nonpriority creditor's name and mailing address**<br>Stoner<br>1070 Robert Fulton Hwy<br>Quarryville, PA 17566 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,317.84 |
|---|---|---|---|
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.733 | **Nonpriority creditor's name and mailing address**<br>Store Capital<br>8377 E. Hartford Dr<br>Scottsdale, AZ 85255 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,102,517.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** 6/30/2020 | **Basis for the claim:** Unsecured Note/Rent Abatement | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.734 | **Nonpriority creditor's name and mailing address**<br>Strategic Distribution/Careismatic<br>C/O Paul Haber<br>15221 Viburnum Rd<br>Frisco, TX 75035 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28,874.04 |
|---|---|---|---|
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.735 | **Nonpriority creditor's name and mailing address**<br>Streamlight<br>30 Eagleville Road<br>Eagleville, PA 19403 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,894.28 |
|---|---|---|---|
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.736 | **Nonpriority creditor's name and mailing address**<br>Strike King Lure<br>466 Washington Street<br>Collierville, TN 38017 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,528.07 |
|---|---|---|---|
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.737 | **Nonpriority creditor's name and mailing address**<br>Suncast Corporation<br>701 North Kirk Road<br>Batavia, IL 60510 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,557.47 |
|---|---|---|---|
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.738 | **Nonpriority creditor's name and mailing address**<br>Sunshine Mills<br>500 6Th Street Sw<br>Red Bay, AL 35582 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,544.56 |
|---|---|---|---|
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.739**

**Nonpriority creditor's name and mailing address**
Superior Nut Company, Inc
225 Monsignor O'Brien Hwy
Cambridge, MA 02141

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$54.00

---

**3.740**

**Nonpriority creditor's name and mailing address**
Superior Pump
2301 Traffic Street Ne
Minneapolis, MN 55413

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$2,619.69

---

**3.741**

**Nonpriority creditor's name and mailing address**
Superior Safe And Lock
1521 Tremont Dr
Mishwaka, IN 46544

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$253.50

---

**3.742**

**Nonpriority creditor's name and mailing address**
Svela'S Complete Landscaping & Maintenan
6435 S. Westwood Ave
Rochelle, IL 61068

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$700.00

---

**3.743**

**Nonpriority creditor's name and mailing address**
Swayzee Telephone Company
P.O. Box 97
Swayzee, IN 46986

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.744**

**Nonpriority creditor's name and mailing address**
Swift Response
2690 Weston Road
Suite 200
Weston,, FL 33331

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$35,681.15

---

**3.745**

**Nonpriority creditor's name and mailing address**
Symmetry Energy Solutions LLC
1111 Louisiana St
B-241
Houston, TX 77002

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$10,531.91

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

| 3.746 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $26,921.28 |
|---|---|---|---|

Tannerite
36366 Valley Road
Pleasant Hill, OR 97455

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,511.60 |
|---|---|---|---|

Tara Toy
40 Adams Avenue
Hauppauge,, NY 11788

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $106,945.85 |
|---|---|---|---|

Tarter Mfg
Po Box 39
10739 South Us 127
Dunnville, KY 42528

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,880.00 |
|---|---|---|---|

Tas Lawn Care
1314 S 10Th St
Pekin, IL 61554

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,896.11 |
|---|---|---|---|

Tee Jay Central, Inc.
P.O. Box 130
Gridley, IL 61744

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,283.82 |
|---|---|---|---|

Tee Jay Service Company, Inc.
958 Corporate Blvd.
Aurora, IL 60502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30,265.12 |
|---|---|---|---|

Tek Nek Toys Intl Inc
1904 Industrial Blvd
Ste 1000101
Colleyville, TX 76034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.753**

**Nonpriority creditor's name and mailing address**
Tekno Products
301 Rt 17N
Suite 204
Rutherford, NJ 07070

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$2,424.50

---

**3.754**

**Nonpriority creditor's name and mailing address**
Tekton, Inc.
3707 Roger B Chaffee Drive S.E.
Grand Rapids, MI 49548

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$9,828.76

---

**3.755**

**Nonpriority creditor's name and mailing address**
Terminator Pest Control, LLC
W1798 Cemetery Rd
Randolph, WI 53956

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$965.25

---

**3.756**

**Nonpriority creditor's name and mailing address**
Terminix
2100 Kickapoo Drive
Danville, IL 61832

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$1,140.00

---

**3.757**

**Nonpriority creditor's name and mailing address**
Terrel Landscaping
5910 E 1250 S
N.Manchester, IN 46962

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.758**

**Nonpriority creditor's name and mailing address**
Tervis Tumbler
201 Triple Diamond Blvd
North Venice, FL 34275

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$114,297.78

---

**3.759**

**Nonpriority creditor's name and mailing address**
The American Bottling Company
21431 Network Place
Chicago, IL 60673

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$128.61

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259,378.00 |
|---|---|---|---|

The KI Companies, Inc
2420 Remembrance Dr
Muskegon, MI 49442

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,044.20 |
|---|---|---|---|

The Original Salt Company
2349 Pllastics Dr
Suite 100
Gastonia, NC 28054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

The Paper Of Wabash County, Inc
Po Box 603
Wabash, IN 46992

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,099.20 |
|---|---|---|---|

The Pound Bakery
2 Dogs Way
Harvard, IL 60033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,407.63 |
|---|---|---|---|

Thermacell Repellents, Inc
26 Crosby Drive
Bedford, MA 01730

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,240.00 |
|---|---|---|---|

Thermold Magazines
3730 Wheeler Ave.
Fort Smith, AR 72901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,396.94 |
|---|---|---|---|

Thermos Llc
475 N Martingale Road
Schaumbug, IL 60173

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.767** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,048.28**

Thermwell Products
420 Rt 17 South
Mahwah, NJ 07430

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.768** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$991.47**

Thompson'S Equip. Repair Service
548 County Rd 2425
El Paso, IL 61738

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.769** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,806.20**

Thoroughbread Industrial Cylinder Exchan
1575 Winchester Rd
Ste 160
Lexington, KY 40505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.770** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,457.95**

Tnt Fireworks
Po Box 3417
Industrial Park
Florence, AL 35634

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.771** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$180.00**

Tomkat Roofing Inc.
8 Northpoint Drive
Streator, IL 61364

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.772** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,464.51**

Torrence Sound Equipment Co
29050 Glenwood Rd
Perrysburg, OH 43551

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.773** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34.00**

Touch Tone Communications
P.O. Box 135
Whippany, NJ 07981

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.774** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,073.04

Toughbuilt Industries, Inc
25371 Commercenter Drive
#200
Lake Forest, CA 92630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__
**Last 4 digits of account number** __

**Basis for the claim:** __Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.775** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $116,204.34

Townline Poultry Farm
Box 108
Zeeland, MI 49464

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__
**Last 4 digits of account number** __

**Basis for the claim:** __Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.776** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $149.00

Townsquare Media Lansing
3420 Pine Tree Rd
Lansing, MI 48911

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__
**Last 4 digits of account number** __

**Basis for the claim:** __Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.777** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,060.00

Toysmith
3101 West Valley Highway East
Sumner, WA 98390

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__
**Last 4 digits of account number** __

**Basis for the claim:** __Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.778** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,091.94

Travelers CI Remmittance Center
Po Box 660317
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__
**Last 4 digits of account number** __

**Basis for the claim:** __Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.779** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,851.21

Tri Global Enterprises
15067 Spruce Hill Park Rd Ne
Miltona, MN 56354

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__
**Last 4 digits of account number** __

**Basis for the claim:** __Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.780** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $65,594.88

Tri-State Trading
8426 Medical Plaza Drive
Po Box 60569
Charlotte, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__
**Last 4 digits of account number** __

**Basis for the claim:** __Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.781** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $129,107.20

Trilliant Food Beverage & Nutrition
1101 Moasis Drive
Po Box 307
Little Chute, WI 54140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.782** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.00

Triple J Liqui-Green
Juan Flores
3021 E Vine St
Danville, IL 61834

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.783** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $400.00

Tropiceel
237 S.E. Miller Avenue
Roseburg, OR 97470

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.784** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,508.00

Tru Fragrance
7725 S. Quincy Street
Willowbrook, IL 60527

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.785** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $569,797.26

True Media
500 Business Loop 70 West
Columbia, MO 65203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.786** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,995.00

Truglo Archery Products
525 International Parkway
Richardson, TX 75081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.787** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,612.56

Truper S.A De C.V.
Miguel De Cervantes
Saavedra #67 Col. Granada
.P.11520

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.788** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,850.00

Truwall Construction
645 Cr 37
Bluffton, OH 45817

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

**3.789** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $283.50

TSB Communications, LLC
35209 Academy Road
Burlington, WI 53105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

**3.790** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $55,947.56

Tuthill
Fill-Rite Division
8825 Aviation Drive
Fort Wayne, IN 46809

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

**3.791** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,464.42

Twenty First Century
2950 Fretz Valley Road
Perkasie,, PA 18944

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

**3.792** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $52,203.80

Ty, Inc.
Po Box 5377
Oak Brook, IL 60522

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

**3.793** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,520.71

Tyson Pet Products
2200 Don Tyson Parkway
Springdale, AZ 72762

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

**3.794** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,456.85

Uline
P.O. Box 88741
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number**

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.795** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $691,820.34

Under Armour
Tide Point, 1020 Hull St
Baltimore, MD 21230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.796** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $811.88

United Gilsonite Labs
Box 70
Scranton,, PA 18501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.797** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,722.01

United Parcel Service
Po Box 809488
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.798** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,784.90

United Paving
P.O. Box 67
Paxton, IL 60957

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.799** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,681.60

United States Stove
111 Industrial Drive
S. Pittsburg, TN 37380

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.800** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,862.00

V-G Supply Co
1400 Renaissance Drive
Suite 300
Park Ridge, IL 60068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.801** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,672.27

Val-A Chicago
765 Industrial Drive
Elmhurst, IL 60126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.802** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$371,604.94**

Valassis
199775 Victor Parkway
Livonia, MI 48152

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.803** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,512.95**

Valley Industries
123 North Industrial Loop
Paynesville, MN 56362

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.804** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,665.46**

Valu Merchandisers Company
4805 Campbell Dr
Ft Scott, KS 66701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.805** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,882.04**

Value Max Products
410 Jay Street
Coldwater, MI 49036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.806** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,894.03**

Van Ness Plastic Molding Co. Inc.
400 Brighton Road
Clifton, NJ 07012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.807** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,315.00**

Vancina Group, Inc.
2100 Mills Road
Joliet, IL 60433

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.808** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,566.59**

Vaughan And Bushnell Mgf Co
11414 Maple Avenue
Po Box 390
Hebron, IL 60034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.809** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,411.00**

Veritiv Operating Company
Po Box 849089
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.810** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,120.31**

Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.811** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,925.05**

Vermillion River Farms
1425 N 17Th Rd
Streator, IL 61364

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.812** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,500.00**

Versacarry
1003 N Earl Rudder Fwy
Bryan, TX 77808

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.813** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,375.48**

Victorio Kitchen Prod
Palmer Wholesales
1804 Sandhill Rd
Orem, UT 84058

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.814** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,289.32**

Victory Propane
P.O. Box 1217
Highland Park, IL 60035

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.815** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,395.00**

Virtual Graffiti Inc.
9979 Muirlands Blvd.
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,890.17 |
|---|---|---|---|

Voortman Cookies
Po Box 4562
Buffalo, NY 14240

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,963.53 |
|---|---|---|---|

VSP Service Plan
P.O. Box 742135
Los Angeles, CA 90074

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $86,225.21 |
|---|---|---|---|

Vtech Electronics
1156 W Shure Drive
Suite 200
Arlington Hts, IL 60004

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|---|

Vulcan Enterprises, Inc.
Vulcan Fire Protection
2600-D State Rt. 568
Carey, OH 43316

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

W Enterprises, LLC
Walden Transport & Recycle
P.O. Box 602
Crawfordsville, IN 47933

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,032.00 |
|---|---|---|---|

W. S. Badger Company
768 Route 10
Gilsum, NH 03448

**Date(s) debt was incurred** Multiple

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

W.M. Barr/Klean Strip
WM Barr and Co Inc.
PO Box 637687
Cincinnati, OH 45263-7687

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.823** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,115.96**

Wabash Valley Farms
6323 North 150 East
Monon, IN 47959

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.824** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$494.64**

Washington Shoe Company
21001 72Nd Ave S
Kent, WA 98032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.825** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,682.06**

Waste Management
P.O. Box 4648
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.826** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37,736.60**

Water Boss
4343 South Hamilton Road
Groveport, OH 43125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.827** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,795.48**

Watkins Inc
150 Liberty St
Winona, MN 55987

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.828** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,290.46**

Watseka B&D Enterprises, Inc.
1821 E 1400 North Road
Watseka, IL 60970

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.829** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,552.40**

Waukesha Lime & Stone
233N507
Hwy F
Waukesha, WI 53188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.830** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,210.69**

We Energies
Po Box 6042
Carol Stream, IL 60197

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.831** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,421.00**

Weatherby
1605 Commerce Way
Paso Robles, CA 93446

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.832** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,218.64**

Weaver Leather
Box 68, 7540 C.R. 201
Mt. Hope, OH 44660

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.833** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,183.90**

Weber Plumbing
105 N. 2Nd Street
Watseka, IL 60970

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.834** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,994.90**

Weiman Products
775 Tri State Pkwy
Gurnee, IL 60031

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.835** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,192.80**

Wells Lamont
6640 West Touhy Avenue
Niles, IL 60714

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.836** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,541.84**

West Drive Llc
1045 W Glen Oaks Lane
Suite 202 Mequon
Manitowoc,, WI 53092

**Date(s) debt was incurred** Multiple
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.837** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Whitewater Management, LLC
12301 Whitewater Drive
Suite 110
Minnetonka, MN 55343

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.838** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,833.77

Whitewater Outdoors
W4228 Church St.
Hingham, WI 53031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.839** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $148.85

Wholesale Collections
3965 Airways Blvd
Module G, 3Rd Floor
Memphis, TN 38816

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.840** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17,263.00

Widseth Smith Nolting & Assoc., Inc.
P.O. Box 458
216 South Main St.
Crookston, MN 56716

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.841** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30,871.46

Wildlife Sciences Llc
4268 Norex Drive
Chaska, MN 55318

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.842** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,035.80

Wildman
800 S. Buffalo St.
Warsaw, IN 46580

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.843** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,693.50

Wilmington Overhead Doors
515 N Kankakee St
Wilmington, IL 60481

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Multiple_

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |

---

**3.844** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $552.00

Wilson's General Store & Cafe
11120 Broadway
Evansville, IN 47712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.845** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $60,175.45

Winston Products
30339 Diamond Parkway
Suite 105
Glenwillow, OH 44139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.846** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,910.00

Wisconsin Department Of Justice
17 W Main St
Madison, WI 53703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.847** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,720.00

Wm Barr
P.O. Box 1879
Memphis, TN 38101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.848** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $182,509.88

Wolverine
9341 Courtland Dr.
Rockford, MI 49351

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.849** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $130,939.69

World Wide Intl Logistics Inc.
800 Roosevelt Road
Ste B410
Glen Ellyn, IL 60137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.850** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,759.98

Worthington Cylinders
P.O. Box 391
1085 Dearborn Drive
Columbus, OH 43085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

---

**3.851** Nonpriority creditor's name and mailing address

WP Beverages, LLC
Dba Pepsi-Cola Of Rockford
P.O. Box 7425
Madison, WI 53707

Date(s) debt was incurred __Multiple__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ☒ No ☐ Yes

$1,730.80

---

**3.852** Nonpriority creditor's name and mailing address

Wunderman
466 Lexington Ave, 4Th Floor
New York, NY 10017

Date(s) debt was incurred __Multiple__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ☒ No ☐ Yes

$133,485.35

---

**3.853** Nonpriority creditor's name and mailing address

X-Stand Treestands
14645 Felton Court
Suite 103
Apple Valley, MN 55124

Date(s) debt was incurred __Multiple__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ☒ No ☐ Yes

$247,704.40

---

**3.854** Nonpriority creditor's name and mailing address

Xenophon Management, LLC
Dba Previa Products
301 Main Plaza Suite 209
New Braunfels, TX 78130

Date(s) debt was incurred __Multiple__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ☒ No ☐ Yes

$7,287.40

---

**3.855** Nonpriority creditor's name and mailing address

Yenkin-Majestic Paint Corp
1920 Leonard Avenue
Columbus,, OH 43219

Date(s) debt was incurred __Multiple__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ☒ No ☐ Yes

$54,769.82

---

**3.856** Nonpriority creditor's name and mailing address

Ytl International Inc
17517 Fabrica Way Suite H
Cerritos, CA 90703

Date(s) debt was incurred __Multiple__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ☒ No ☐ Yes

$21.02

---

**3.857** Nonpriority creditor's name and mailing address

Zebco
P.O. Box 270
Tulsa, OK 74101

Date(s) debt was incurred __Multiple__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ☒ No ☐ Yes

$10,821.06

---

| Debtor | Tea Olive I, LLC | Case number (if known) | 21-30037 |
|---|---|---|---|
| | Name | | |

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,480.81 |
|---|---|---|---|

Zep Companies
Country Vet
425 Franklin Road Se Suite 530
Marietta, GA 30067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.16 |
|---|---|---|---|

Zimmerman Plumbing, Inc.
303 E Albert St
Portage, WI 53901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Multiple

**Basis for the claim:**  Trade

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Internal Revenue Service<br>Wells Fargo Place<br>30 E 7th St, Mail Stop 5700<br>Saint Paul, MN 55101 | Line  2.25<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 8,153,296.49 |
| 5b. Total claims from Part 2 | 5b. + $ | 29,474,138.42 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 37,627,434.91 |

**Fill in this information to identify the case:**

Debtor name ___Tea Olive I, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF MINNESOTA___

Case number (if known) ___21-30037___

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lima Store Lease | |
| | State the term remaining | 2/28/2027 | Clocktower Plaza, LLC 970 Windham Ct Boardman, OH 44513 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: ENER, Model: 12-85G-7, Type: Battery, Serial #: MPA1227340 | |
| | State the term remaining | 2/28/2022 | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: ENER, Model: 12-E140-15, Type: Battery, Serial #: RNC848645 | |
| | State the term remaining | 6/30/2023 | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: ENER, Model: 18-125P-13, Type: Battery, Serial #: MNF1205664 | |
| | State the term remaining | 5/31/2023 | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| | List the contract number of any government contract | | |

Debtor 1   Tea Olive I, LLC
　　　　　First Name　　　　Middle Name　　　　Last Name　　　　　　Case number (*if known*)   21-30037

<div style="background:#4B0A3F">　</div> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>　　State the term remaining<br><br>　List the contract number of any government contract | Lease: Make: DEKA, Model: 18-D125-13, Type: Battery, Serial #: 6043GE<br>6/30/2023<br><br>Crown Credit Company<br>P.O. Box 640352<br>Cincinnati, OH 45264 |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>　　State the term remaining<br><br>　List the contract number of any government contract | Lease: Make: DEKA, Model: 18-D125-13, Type: Battery, Serial #: 3863CG<br>1/31/2025<br><br>Crown Credit Company<br>P.O. Box 640352<br>Cincinnati, OH 45264 |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>　　State the term remaining<br><br>　List the contract number of any government contract | Lease: Make: DEKA, Model: 18-D85-17, Type: Battery, Serial #: 5503DE<br><br>12/31/2024<br><br>Crown Credit Company<br>P.O. Box 640352<br>Cincinnati, OH 45264 |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>　　State the term remaining<br><br>　List the contract number of any government contract | Lease: Make: DEKA, Model: 18-H120-13, Type: Battery, Serial #: 0331DC<br>7/31/2021<br><br>Crown Credit Company<br>P.O. Box 640352<br>Cincinnati, OH 45264 |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>　　State the term remaining<br><br>　List the contract number of any government contract | Lease: Make: DEKA, Model: 18-H120-13, Type: Battery, Serial #: 0344DC<br>5/31/2023<br><br>Crown Credit Company<br>P.O. Box 640352<br>Cincinnati, OH 45264 |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest<br><br>　　State the term remaining<br><br>　List the contract number of any | Lease: Make: DEKA, Model: 18-P140-15, Type: Battery, Serial #: 0387AD<br>12/31/2021<br><br>Crown Credit Company<br>P.O. Box 640352<br>Cincinnati, OH 45264 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　　　　Best Case Bankruptcy

| Debtor 1 | Tea Olive I, LLC | | | | Case number (*if known*) | 21-30037 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | |

|  | | | |
|---|---|---|---|
| | government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: AES, Model: 18Y-865X3, Type: Charger, Serial #: 07L42143 | |
| | State the term remaining | 5/31/2023 | |
| | List the contract number of any government contract | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: AMTK, Model: 750H3-18C, Type: Charger, Serial #: 406CS45504 | |
| | State the term remaining | 7/31/2021 | |
| | List the contract number of any government contract | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: GNB, Model: FLX20018750T1H, Type: Charger, Serial #: 10F3368M | |
| | State the term remaining | 5/31/2023 | |
| | List the contract number of any government contract | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: FS3-MP324-2, Type: Charger, Serial #: 3E734027 | |
| | State the term remaining | 2/28/2022 | |
| | List the contract number of any government contract | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: FS3-MP344-1, Type: Charger, Serial #: 3M19090491 | |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |

Debtor 1 Tea Olive I, LLC

| First Name | Middle Name | Last Name | Case number *(if known)* 21-30037 |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.16. State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: ACT, Model: P36750R25SB, Type: Charger, Serial #: 37120046IB | |
| State the term remaining | 6/30/2023 | |
| List the contract number of any government contract | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: GNB, Model: SCR20012965T1H, Type: Charger, Serial #: 07J8158M | |
| State the term remaining | 6/30/2023 | |
| List the contract number of any government contract | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| 2.18. State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: SC5225-30, Type: Sit Down Forklift - Electric, Serial #: 9A189296 | |
| State the term remaining | 12/31/2024 | |
| List the contract number of any government contract | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| 2.19. State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 10041960 | |
| State the term remaining | 6/30/2021 | |
| List the contract number of any government contract | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| 2.20. State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 10045103 | |
| State the term remaining | 7/31/2021 | |
| List the contract number of any government contract | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| 2.21. State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 10069117 | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| State the term remaining | 3/30/2022 | |

Debtor 1    Tea Olive I, LLC

First Name        Middle Name        Last Name

Case number (*if known*)    21-30037

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 10054470 | |
| | State the term remaining | 9/30/2021 | |
| | List the contract number of any government contract | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 10044879 | |
| | State the term remaining | 6/30/2021 | |
| | List the contract number of any government contract | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 10053221 | |
| | State the term remaining | 9/30/2021 | |
| | List the contract number of any government contract | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 10034568 | |
| | State the term remaining | 3/30/2021 | |
| | List the contract number of any government contract | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 10059685 | |
| | State the term remaining | 11/30/2021 | |
| | List the contract number of any government contract | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |

| Debtor 1 | Tea Olive I, LLC | | | Case number *(if known)* | 21-30037 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 10034564 | |
|---|---|---|---|
| | State the term remaining | 2/28/2021 | |
| | List the contract number of any government contract | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 9A232494 | |
|---|---|---|---|
| | State the term remaining | 9/30/2021 | |
| | List the contract number of any government contract | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 9A217224 | |
|---|---|---|---|
| | State the term remaining | 9/30/2021 | |
| | List the contract number of any government contract | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 10028699 | |
|---|---|---|---|
| | State the term remaining | 12/31/2020 | |
| | List the contract number of any government contract | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: C51000-60, Type: Sit Down Forklift - LP unit, Serial #: 9A193839 | |
|---|---|---|---|
| | State the term remaining | 3/31/2022 | |
| | List the contract number of any government contract | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: C51050-50, Type: Sit Down Forklift - LP unit, Serial #: 10023140 | |
|---|---|---|---|
| | State the term remaining | 10/30/2020 | |
| | List the contract number of any | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Tea Olive I, LLC | | | Case number (*if known*) | 21-30037 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: C51050-50, Type: Sit Down Forklift - LP unit, Serial #: 9A230745 12/31/2024 | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: C51050-50, Type: Sit Down Forklift - LP unit, Serial #: 10147217 5/30/2023 | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: C51050-50, Type: Sit Down Forklift - LP unit, Serial #: 9A226873 9/30/2021 | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: C51050-50, Type: Sit Down Forklift - LP unit, Serial #: 9A207939 10/31/2024 | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: C51050-50, Type: Sit Down Forklift - LP unit, Serial #: 9A203960 12/31/2024 | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: C51050-50, Type: Sit Down Forklift - LP unit, Serial #: 10147224 | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
|---|---|---|---|

Debtor 1    Tea Olive I, LLC

First Name            Middle Name            Last Name

Case number (*if known*)    21-30037

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    6/30/2023 | |
| List the contract number of any government contract _____ | |
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest    Lease: Make: CRW, Model: C51050-50, Type: Sit Down Forklift - LP unit, Serial #: 10021052 | |
| State the term remaining    11/30/2021 | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| List the contract number of any government contract _____ | |
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest    Lease: Make: CRW, Model: C51050-50, Type: Sit Down Forklift - LP unit, Serial #: 10023710 | |
| State the term remaining    10/30/2020 | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| List the contract number of any government contract _____ | |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest    Lease: Make: CRW, Model: RM6025-45, Type: Stand-up Reach truck, Serial #: 1A421554 | |
| State the term remaining    5/31/2023 | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| List the contract number of any government contract _____ | |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest    Lease: Make: CRW, Model: RR5715-35, Type: Stand-up Reach truck, Serial #: 1A375578 | |
| State the term remaining    6/30/2023 | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| List the contract number of any government contract _____ | |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest    Lease: Make: CRW, Model: RR5725-35, Type: Stand-up Reach truck, Serial #: 1A448399 | |
| State the term remaining    5/31/2023 | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| List the contract number of any government contract _____ | |

| Debtor 1 | Tea Olive I, LLC | | | Case number (*if known*) | 21-30037 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: RR5725-45, Type: Stand-up Reach truck, Serial #: 1A372937 12/31/2021 | |
|---|---|---|---|
| | State the term remaining | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| | List the contract number of any government contract | | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: RR5725-45, Type: Stand-up Reach truck, Serial #: 1A376854 7/31/2021 | |
|---|---|---|---|
| | State the term remaining | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: RR5725-45, Type: Stand-up Reach truck, Serial #: 1A399996 5/31/2022 | |
|---|---|---|---|
| | State the term remaining | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: RR5725-45, Type: Stand-up Reach truck, Serial #: 1A428572 6/30/2023 | |
|---|---|---|---|
| | State the term remaining | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: RR5725-45, Type: Stand-up Reach truck, Serial #: 1A353398 1/31/2025 | |
|---|---|---|---|
| | State the term remaining | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: SX3000-30, Type: Walkie stacker, Serial #: 5A551256 2/28/2022 | |
|---|---|---|---|
| | State the term remaining | | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Tea Olive I, LLC | | | Case number (*if known*) | 21-30037 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: WAV60-118, Type: Work Assist Vehicle (WAVE), Serial #: 10041966 | |
|---|---|---|---|
| | State the term remaining | 5/30/2021 | Crown Credit Company |
| | List the contract number of any government contract | | P.O. Box 640352 Cincinnati, OH 45264 |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: WAV60-118, Type: Work Assist Vehicle (WAVE), Serial #: 10035016 | |
|---|---|---|---|
| | State the term remaining | 7/31/2021 | Crown Credit Company |
| | List the contract number of any government contract | | P.O. Box 640352 Cincinnati, OH 45264 |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: WAV60-118, Type: Work Assist Vehicle (WAVE), Serial #: 10034569 | |
|---|---|---|---|
| | State the term remaining | 2/28/2021 | Crown Credit Company |
| | List the contract number of any government contract | | P.O. Box 640352 Cincinnati, OH 45264 |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: WAV60-118, Type: Work Assist Vehicle (WAVE), Serial #: 10151796 | |
|---|---|---|---|
| | State the term remaining | 6/30/2023 | Crown Credit Company |
| | List the contract number of any government contract | | P.O. Box 640352 Cincinnati, OH 45264 |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: WAV60-118, Type: Work Assist Vehicle (WAVE), Serial #: 10034560 | |
|---|---|---|---|
| | State the term remaining | 2/28/2021 | Crown Credit Company |
| | List the contract number of any government contract | | P.O. Box 640352 Cincinnati, OH 45264 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Tea Olive I, LLC | | Case number (*if known*) | 21-30037 |
| | First Name | Middle Name | Last Name | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: WAV60-118, Type: Work Assist Vehicle (WAVE), Serial #: 10035013 | |
| | State the term remaining | 7/31/2021 | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| | List the contract number of any government contract | | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: WAV60-118, Type: Work Assist Vehicle (WAVE), Serial #: 10035012 | |
| | State the term remaining | 7/31/2021 | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | Lease: Make: CRW, Model: WAV60-118, Type: Work Assist Vehicle (WAVE), Serial #: 10147227 | |
| | State the term remaining | 6/30/2023 | Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | Findlay Store Lease | |
| | State the term remaining | 6/30/2028 | Findlay Mall Capital Holding 1010 Northern Blvd Great Neck, NY 11021 |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Joint Marketing Agreement of Co-Branded Credit Card | |
| | State the term remaining | 11/22/2021 | First National Bank of Omaha 1620 Dodge Street Omaha, NE 68197 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Tea Olive I, LLC | | | Case number *(if known)* | 21-30037 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | Fleet Equipment Trailer Leases | |
|---|---|---|---|
| | State the term remaining | | Fleet Equipment |
| | List the contract number of any government contract | | 555 E. South Frontage Rd Bolingbrook, IL 60440 |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | Burlington Store Lease | |
|---|---|---|---|
| | State the term remaining | 4/30/2027 | Fox River Plaza, LLC |
| | List the contract number of any government contract | | 138 Buntrock Ave Thiensville, WI 53092 |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | Getty Images Marketing | |
|---|---|---|---|
| | State the term remaining | 3/5/2021 | Getty Images Western Union Telegraph Building |
| | List the contract number of any government contract | | 195 Broadway New York, NY 10007 |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | Benefits Contract | |
|---|---|---|---|
| | State the term remaining | 12/31/2021 | Guardian Life |
| | List the contract number of any government contract | | P.O. Box 677458 Dallas, TX 75267 |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | Benefits Contract | |
|---|---|---|---|
| | State the term remaining | 12/31/2021 | Health Care Service Corporation |
| | List the contract number of any government contract | | 25551 Network Place Chicago, IL 60673 |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | Marion Store Lease | |
|---|---|---|---|
| | State the term remaining | 11/30/2023 | Home Depot USA, Inc |
| | List the contract number of any | | 400 White Clay Center Dr Neward, DE 19711 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  Tea Olive I, LLC                                                    Case number (*if known*)  21-30037
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | government contract | |
| **2.66.** | State what the contract or lease is for and the nature of the debtor's interest | Benefits Contract |
| | State the term remaining | 12/31/2021 |
| | List the contract number of any government contract | |

HSA Bank
P.O. Box 939
Sheboygan, WI 53082

| **2.67.** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Center -53 Store Lease |
|---|---|---|
| | State the term remaining | 8/16/2021 |
| | List the contract number of any government contract | |

Illiana Realty, LLC
Po Box 158
Watseka, IL 60970

| **2.68.** | State what the contract or lease is for and the nature of the debtor's interest | McHenry Store Lease |
|---|---|---|
| | State the term remaining | 8/16/2021 |
| | List the contract number of any government contract | |

Illiana Realty, LLC
Po Box 158
Watseka, IL 60970

| **2.69.** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Center -51 Store Lease |
|---|---|---|
| | State the term remaining | 8/16/2021 |
| | List the contract number of any government contract | |

Joda Crabtree
Po Box 461
Watseka, IL 60970

| **2.70.** | State what the contract or lease is for and the nature of the debtor's interest | Portage Store Lease |
|---|---|---|
| | State the term remaining | 7/31/2024 |
| | List the contract number of any government contract | |

Juniper I, LLC
2600 Eagan Woods Dr
Eagan, MN 55121

| **2.71.** | State what the contract or lease is for and the nature of the debtor's interest | Lansing Store Lease |
|---|---|---|

Juniper II, LLC
2600 Eagan Woods Dr
Eagan, MN 55121

Debtor 1    Tea Olive I, LLC

    First Name        Middle Name        Last Name

Case number *(if known)*    21-30037

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    8/31/2024 | |
| List the contract number of any government contract | |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | Benefits Contract | |
|---|---|---|---|
| | State the term remaining | 12/31/2021 | Lincoln Financial Group |
| | List the contract number of any government contract | | Po Box 0821 Carol Stream, IL 60132 |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Co-Branded Credit Card Provider | |
|---|---|---|---|
| | State the term remaining | 5/1/2021 | Mastercard International Incorporated |
| | List the contract number of any government contract | | Attn: Craig Vosburg, President, North Am 2000 Purchase Street Purchase, NY 10577 |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | Streator Store Lease | |
|---|---|---|---|
| | State the term remaining | 8/30/2027 | Northpoint Development Holdings LLC |
| | List the contract number of any government contract | | 20 Northpoint Dr Streator, IL 61364 |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | Bronto Email Services | |
|---|---|---|---|
| | State the term remaining | 4/4/2021 | Oracle+Netsuite |
| | List the contract number of any government contract | | 500 Oracel Parkway Redwood Shores, CA 94065 |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Payroll service provider | |
|---|---|---|---|
| | State the term remaining | 3/31/2021 | People's ETC |
| | List the contract number of any government contract | | 275 E. Court Street, Suite 201 Kankakee, IL 60901 |

| Debtor 1 | Tea Olive I, LLC | | | Case number *(if known)* | 21-30037 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Center -52 Store Lease | |
|---|---|---|---|
| | State the term remaining | 8/16/2021 | Pink Dogwood |
| | List the contract number of any government contract | | 2600 Eagan Woods Dr Eagan, MN 55121 |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | Website Service Contract | |
|---|---|---|---|
| | State the term remaining | 10/27/2023 | Salesforce.com Inc |
| | List the contract number of any government contract | | 415 Mission Street San Francisco, CA 94105 |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | North Elkhart Store Lease | |
|---|---|---|---|
| | State the term remaining | 9/30/2027 | Seritage SRC Finance LLC |
| | List the contract number of any government contract | | Po Box 776148 Chicago, IL 60677 |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | Store Capital Master Lease #1 | |
|---|---|---|---|
| | State the term remaining | 8/16/2033 | Store Capital |
| | List the contract number of any government contract | | 8377 E. Hartford Dr. Scottsdale, AZ 85255 |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | Store Capital Master Lease #2 | |
|---|---|---|---|
| | State the term remaining | 8/16/2033 | Store Capital |
| | List the contract number of any government contract | | 8378 E. Hartford Dr. Scottsdale, AZ 85255 |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | Store Capital Master Lease #3 | |
|---|---|---|---|
| | State the term remaining | 8/16/2033 | Store Capital |
| | List the contract number of any | | 8379 E. Hartford Dr. Scottsdale, AZ 85255 |

Debtor 1   Tea Olive I, LLC
    First Name        Middle Name        Last Name

Case number *(if known)*   21-30037

■ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | Benefits Contract |
| | State the term remaining | 12/31/2021 |
| | List the contract number of any government contract | |

Vsp Service Plan
P.O. Box 742135
Los Angeles, CA 90074

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Tea Olive I, LLC__

United States Bankruptcy Court for the: __DISTRICT OF MINNESOTA__

Case number (if known) __21-30037__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Juniper I, LLC | 2600 Eagan Woods Drive, Suite 120 Eagan, MN 55121 | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 | Juniper II, LLC | 2600 Eagan Woods Drive, Suite 120 Eagan, MN 55121 | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.3 | Juniper, LLC | 2600 Eagan Woods Drive, Suite 120 Eagan, MN 55121 | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.4 | Pink Dogwood I, LLC | 2600 Eagan Woods Drive, Suite 120 Eagan, MN 55121 | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.5 | Pink Dogwood, LLC | 2600 Eagan Woods Drive, Suite 120 Eagan, MN 55121 | | ☐ D _____ ☐ E/F _____ ☐ G _____ |

Debtor    Tea Olive I, LLC                                    Case number *(if known)*    21-30037

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|
| 2.6    Tea Olive, LLC | 2600 Eagan Woods Drive, Suite 120<br>Eagan, MN 55121 | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __Tea Olive I, LLC__

United States Bankruptcy Court for the: __DISTRICT OF MINNESOTA__

Case number (if known) __21-30037__

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     **04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

---

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 1/01/2021 to Filing Date | ■ Operating a business<br>☐ Other _____ | $3,811,031.90 |
   | For prior year:<br>From 1/01/2020 to 12/31/2020 | ■ Operating a business<br>☐ Other _____ | $137,727,245.46 |
   | For year before that:<br>From 1/01/2019 to 12/31/2019 | ■ Operating a business<br>☐ Other _____ | $183,221,035.23 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | Case number *(if known)* | 21-30037 |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    See Attached Exhibit A | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    Matthew F. Whebbe<br>2600 Eagan Woods Drive, Suite 120<br>Eagan, MN 55121<br>CEO/Owner | 1/1/2020 -<br>1/9/2021 | $211,538.36 | Gross Salary |
| 4.2.    Matthew F. Whebbe<br>2600 Eagan Woods Drive, Suite 120<br>Eagan, MN 55121<br>CEO/Owner | 1/1/2020 -<br>1/9/2021 | $10,991.50 | Employer Paid Benefits |
| 4.3.    Matthew F. Whebbe<br>2600 Eagan Woods Drive, Suite 120<br>Eagan, MN 55121<br>Owner | 6/5/2020 | $100,601.15 | Rent |
| 4.4.    Firethorn Capital<br>2600 Eagan Woods Drive, Suite 120<br>Eagan, MN 55121<br>Owner | 6/10/2020 &<br>9/9/2020 | $230,435.14 | Rent & Expense Reimbursement |
| 4.5.    Juniper I, LLC<br>2600 Eagan Woods Drive, Suite 120<br>Eagan, MN 55121<br>Owner | 6/30/2020,<br>8/7/2020,<br>9/1/2020,<br>10/5/2020,<br>11/2/2020,<br>11/30/2020<br><br>($24,207.35<br>per month) | $145,244.10 | Rent |
| 4.6.    Juniper II, LLC<br>2600 Eagan Woods Drive, Suite 120<br>Eagan, MN 55121<br>Owner | 6/30/2020,<br>8/7/2020,<br>9/1/2020,<br>10/5/2020,<br>11/2/2020,<br>11/30/2020<br><br>($40,090.75<br>per month) | $240,544.50 | Rent |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   Tea Olive I, LLC                                                    Case number *(if known)* 21-30037

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.7.   Pink Dogwood I<br>2600 Eagan Woods Drive, Suite 120<br>Eagan, MN 55121<br>Owner | 6/30/2020,<br>8/7/2020,<br>9/1/2020,<br>10/5/2020,<br>11/2/2020,<br>11/30/2020<br><br>($31,313.00<br>per month) | $163,876.00 | Rent |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Sexstone Enterprises, Inc dba<br>Tri-State Trading v. Tea Olive I,<br>LLC dba Stock+Field<br>21-CVS-678 | Civil | Superior Court of<br>Mecklenburg County<br>882 East Fourth St.<br>Charlotte, NC 28202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   All-Star Sports & More, LLC v.<br>Tea Olive I, LLC dba<br>Stock+Field<br>2020CV002277 | Money Judgement | Dane County, WI Circuit<br>Court<br>Dane County Courthouse<br>Room 1000<br>215 S Hamilton St.<br>Madison, WI 53703 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.   CITGO Petroleum Corporation<br>v. Tea Olive I, LLC dba<br>Stock+Field<br>2020-79499 | Civil | District Court of Harris<br>County, Texas<br>201 Caroline, Suite 420<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.   Michigan West Shore Nursery,<br>Inc. v. Tea Olive I, LLC dba<br>Stock+Field<br>20201124951 | Civil | Circuit Court of Cook County,<br>Illinois<br>50 West Washington Street,<br>Suite 1303<br>Chicago, IL 60602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   Tea Olive I, LLC

Case number *(if known)*  21-30037

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | FeraDyne Outdoors, LLC v. Tea Olive I, LLC dba Stock+field<br>Not Yet Filed | | Dakota County District Court<br>14955 Galaxie Avenue West<br>Apple Valley, MN 55124 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Normark Corporation dba Rapala USA v. Tea Olive I, LLC dba Stock+Field<br>11050139 | Civil | Circuit Court of Cook County, Illinois<br>50 West Washington Street, Suite 1303<br>Chicago, IL 60602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Parkhill Family Enterprises, LLC dba My Favorite Chicken v. Tea Olive I, LLC dba Stock+Field<br>2020LM63 | Civil | Circuit Court of the 21st Judicial Circuit Iroquis County<br>550 S 10th Street<br>Watseka, IL 60970 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Allied Big R Stores, LLC et al v. Tea Olive I, LLC et al<br>20-L-00080 | Civil | Illinois Central District Court<br>151 U.S. Courthouse 600 E. Monroe Street<br>Springfield, IL 62701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | FKS Enterprises, Inc., Farm King Supply, LLC, Azelia Company, LLC, Rick A. Severs, and Bradley D. Severs<br>vs<br>Matthew Whebbe, Flowering Crab Apple, LLC, Magnolia I, LLC, Pampas I, LLC, Tea Olive I, LLC d/b/a Big R Stores<br>27-CV-19-13794 | Civil | Hennepin County District Court<br>6125 Shingle Creek Crossing #200<br>Brooklyn Center, MN 55430 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | ADK Properties, LLC vs. Tea Olive I, LLC<br>64D02-2010-PL-008432 | Civil | Porter County Circuit & Superior Court<br>16 Lincolnway, #209<br>Valparaiso, IN 46383 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | Meeco Mfg. CO. Inc, vs Tea Olive I, LLC dba Stock+Field fka BigR Stores<br>Not Yet Filed | Civil | N/A | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | Pro-4 Marketing LLC vs Tea Olive I, LLC dba Stock+Field<br>20211100423 | Civil | Circuit Court of Cook County, Illinois<br>50 West Washington Street, Suite 1303<br>Chicago, IL 60602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | Opperman Construction Co. vs. Tea Olive I, LLC dba Stock+Field Stores<br>21-SC-6 | Civil | Circuit Court of 11th Judicial Circuit<br>110 North Main Street<br>Pontiac, IL 61764 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Debtor | Tea Olive I, LLC | Case number *(if known)*  21-30037 |
|---|---|---|

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

**Part 5:**   **Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

   | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
   |---|---|---|---|
   | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:**   **Certain Payments or Transfers**

11.  **Payments related to bankruptcy**

   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

   | | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
   |---|---|---|---|---|
   | 11.1. | Clear Thinking Group LLC<br>401 Towne Centre Drive<br>Hillsborough, NJ 08844 | | 10/31/2020 - 01/07/2021 | $390,029.00 |
   | | Email or website address<br>www.clearthinkinggroup.com | | | |
   | | Who made the payment, if not debtor? | | | |
   | 11.2. | Fredrikson & Byron PA<br>200 South 6th Street<br>Suite 4000<br>Minneapolis, MN 55402 | | 12/18/2020 - 01/08/2021 | $248,869.00 |
   | | Email or website address<br>www.fredlaw.com | | | |
   | | Who made the payment, if not debtor? | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Tea Olive I, LLC

Case number *(if known)*    21-30037

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | Donlin Recano & Company, Inc. 6201 15th Avenue Brooklyn, NY 11219 | | 1/7/2021 | $50,000.00 |
| | **Email or website address** www.donlinrecano.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | Steeplechase Advisors LLC 601 Carlson Parkway Suite 1050 Hopkins, MN 55305 | | 10/01/2020 - 01/08/2021 | $208,617.68 |
| | **Email or website address** www.steeplechasemn.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.5. | Tiger Group 99 Park Avenue #1930 New York, NY 10016 | | 12/23/2020 | $175,000.00 |
| | **Email or website address** www.tigergroup.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Debtor | Tea Olive I, LLC | Case number *(if known)* | 21-30037 |
|---|---|---|---|

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

    1. Company Email List: Names, Email Addresses, Phone number and
    2. AG Plus Program: Names, Addresses, Phone Number, Email
    (no privacy policy for AG Plus Program)

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☑ No Go to Part 10.
    ☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of Pontiac P.O. Box 710 Pontiac, IL 61764-0710 | XXXX-5312 | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 12/4/2019 | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Tea Olive I, LLC | | | Case number *(if known)*  21-30037 | |
|---|---|---|---|---|---|

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | Central Bank<br>340 May Mart Drive<br>Rochelle, IL 61068 | **XXXX**-6473 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12/4/2019 | $0.00 |
| 18.3. | JP Morgan Chase Bank<br>P.O. Box 182051<br>Columbus, OH 43218-2051 | **XXXX**-3379 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12/4/2019 | $0.00 |
| 18.4. | Fifth Third Bank<br>P.O. Box 630900<br>Cincinnati, OH 45263 | **XXXX**-6192 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12/4/2019 | $0.00 |
| 18.5. | First Farmers Bank & Trust<br>123 N. Jefferson<br>Converse, IN 46919 | **XXXX**-5324 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12/4/2019 | $0.00 |
| 18.6. | First Midwest Bank<br>220 West Main Street<br>Morris, IL 60450 | **XXXX**-6088 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12/4/2019 | $0.00 |
| 18.7. | Heartland Bank<br>130 N Church Street<br>Gibson City, IL 60936 | **XXXX**-7555 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12/4/2019 | $0.00 |
| 18.8. | Hoosier Heartland State Bank<br>1661 US-231<br>Crawfordsville, IN 47933 | **XXXX**-6223 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12/4/2019 | $0.00 |
| 18.9. | Lake City Bank<br>P.O. Box 1387<br>Warsaw, IN 46581 | **XXXX**-7480 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12/4/2019 | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    Tea Olive I, LLC

Case number *(if known)*   21-30037

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.10. | Midland States Bank<br>201 E Main Street<br>Streator, IL 61364 | XXXX-6755 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12/4/2019 | $0.00 |
| 18.11. | Old National Bank<br>P.O. Box 718<br>Evansville, IN 47705 | XXXX-2705 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12/4/2019 | $0.00 |
| 18.12. | Star Financial Bank<br>2948 S. Western Avenue<br>Marion, IN 46953 | XXXX-9557 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12/4/2019 | $0.00 |
| 18.13. | Greenwood State Bank/formerly Fox River<br>500 Interchange N<br>Lake Geneva, WI 53147 | XXXX-1307 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12/4/2019 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

| Debtor | Tea Olive I, LLC | Case number *(if known)* | 21-30037 |
|---|---|---|---|

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1. Worldwide Distributors P.O. BOX 88607 Seattle, WA 98138 | Buying Group | EIN: 91-2146795 From-To 2/25/2019 - Current |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. Randall Johnson 200 N. Ernest Grove Parkway Watseka, IL 60970 | 8/19/2018 - 4/30/2020 |
| 26a.2. Amy McGill 200 N. Ernest Grove Parkway Watseka, IL 60970 | 8/19/2018 - 12/29/2019 |

Debtor    Tea Olive I, LLC _____    Case number *(if known)*  21-30037

| Name and address | Date of service From-To |
|---|---|
| 26a.3.  M'Lissa Howe 200 N. Ernest Grove Parkway Watseka, IL 60970 | 8/19/2018 - 6/12/2020 |
| 26a.4.  Brenna Swartz 200 N. Ernest Grove Parkway Watseka, IL 60970 | 10/8/2018 - 3/11/2020 |
| 26a.5.  Jonathan Peters 200 N. Ernest Grove Parkway Watseka, IL 60970 | 10/23/2018 - 11/14/2018 |
| 26a.6.  Jason Pass 2600 Eagan Woods Drive, Suite 120 Eagan, MN 55121 | 3/4/2019 - 2/7/2020 |
| 26a.7.  Thomas Murphy 2600 Eagan Woods Drive, Suite 120 Eagan, MN 55121 | 6/8/2020 - 7/10/2020 |
| 26a.8.  James Beard 2600 Eagan Woods Drive, Suite 120 Eagan, MN 55121 | 6/15/2020 - Present |
| 26a.9.  Samantha Lee 2600 Eagan Woods Drive, Suite 120 Eagan, MN 55121 | 6/15/2020 - Present |
| 26a.10.  Steven Ferm 2600 Eagan Woods Drive, Suite 120 Eagan, MN 55121 | 6/15/2020 - 8/4/2020 |
| 26a.11.  Jennifer DeMars 2600 Eagan Woods Drive, Suite 120 Eagan, MN 55121 | 11/2/2020 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  Copeland Buhl and Company, PLLP 800 Wayzata Blvd E, Suite 300 Wayzata, MN 55391 | 6/1/2018 - Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  James Beard 2600 Eagan Woods Drive, Suite 120 Eagan, MN 55121 | |
| 26c.2.  Samantha Lee 2600 Eagan Woods Drive, Suite 120 Eagan, MN 55121 | |

| Debtor | Tea Olive I, LLC | Case number *(if known)* 21-30037 |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3.    Jennifer DeMars<br>2600 Eagan Woods Drive, Suite 120<br>Eagan, MN 55121 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    See Attached - Exhibit B |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Ken Frey | 12/16/2019 - 01/17/2020 | $66,673,360.00 - Average Cost |
| | **Name and address of the person who has possession of inventory records** | | |
| | Tea Olive I, LLC, held at each store<br>2600 Eagan Woods Drive, Suite 120<br>Eagan, MN 55121 | | |
| 27.2. | Ken Frey - COO | 01/04/2019 - 2/23/2019 | $62,993,454.00 - Average Cost |
| | **Name and address of the person who has possession of inventory records** | | |
| | Tea Olive I, LLC, held at each store<br>2600 Eagan Woods Drive, Suite 120<br>Eagan, MN 55121 | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew F. Whebbe | 2600 Eagan Woods Drive, Suite 120<br>Eagan, MN 55121 | CEO | 99.0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Wesley | 401 Towne Centre Drive<br>Hillsborough, NJ 08844 | CRO | 0.0% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor    Tea Olive I, LLC                                    Case number *(if known)*  21-30037

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Matthew F. Whebbe<br>2600 Eagan Woods Drive<br>Suite 120<br>Eagan, MN 55121 | $211,538.36 | 1/1/2020 -<br>1/9/2021 | Gross Salary |
| | **Relationship to debtor**<br>CEO/Owner | | | |
| 30.2. | Matthew F. Whebbe<br>2600 Eagan Woods Drive<br>Suite 120<br>Eagan, MN 55121 | $10,991.50 | 1/1/2020 -<br>1/9/2021 | Employer Paid Benefits |
| | **Relationship to debtor**<br>CEO/Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor      Tea Olive I, LLC                                           Case number *(if known)*  21-30037

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February  8, 2021

/s/ Matthew F. Whebbe                                       Matthew F. Whebbe
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    Chairman and Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Official Form 207                   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                   page **14**

**Form 207 - Statement of Financial Affairs # 3 - EXHIBIT A**

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| ADP 401K | PO BOX 842875 | | BOSTON | MA | 02284 | USA | 10/13/20 | $145.38 | BENEFITS |
| ADP 401K | PO BOX 842875 | | BOSTON | MA | 02284 | USA | 10/15/20 | $19,826.18 | BENEFITS |
| GUARDIAN | P.O. BOX 677458 | | DALLAS | TX | 75267 | USA | 10/16/20 | $9,866.81 | BENEFITS |
| ADP 401K | PO BOX 842875 | | BOSTON | MA | 02284 | USA | 10/20/20 | $60.04 | BENEFITS |
| ADP 401K | PO BOX 842875 | | BOSTON | MA | 02284 | USA | 10/28/20 | $120.08 | BENEFITS |
| ADP 401K | PO BOX 842875 | | BOSTON | MA | 02284 | USA | 10/29/20 | $13,767.70 | BENEFITS |
| ADP, INC. | PO BOX 842875 | | BOSTON | MA | 02284 | USA | 10/30/20 | $877.33 | BENEFITS |
| GUARDIAN | P.O. BOX 677458 | | DALLAS | TX | 75267 | USA | 10/30/20 | $9,200.79 | BENEFITS |
| ADP 401K | PO BOX 842875 | | BOSTON | MA | 02284 | USA | 11/12/20 | $19,169.01 | BENEFITS |
| ADP 401K | PO BOX 842875 | | BOSTON | MA | 02284 | USA | 11/25/20 | $20,472.44 | BENEFITS |
| ADP 401K | PO BOX 842875 | | BOSTON | MA | 02284 | USA | 12/10/20 | $22,672.54 | BENEFITS |
| ADP, INC. | PO BOX 842875 | | BOSTON | MA | 02284 | USA | 12/15/20 | $895.34 | BENEFITS |
| HEALTH CARE SERVICE CORPORATION | 25551 NETWORK PLACE | | CHICAGO | IL | 60673 | USA | 12/18/20 | $156,069.24 | BENEFITS |
| ADP 401K | PO BOX 842875 | | BOSTON | MA | 02284 | USA | 12/24/20 | $22,263.13 | BENEFITS |
| ADP 401K | PO BOX 842875 | | BOSTON | MA | 02284 | USA | 1/4/21 | $14,071.03 | BENEFITS |
| ADP, INC. | PO BOX 842875 | | BOSTON | MA | 02284 | USA | 1/7/21 | $901.35 | BENEFITS |
| LINCOLN FINANCIAL GROUP | PO BOX 0821 | | CAROL STREAM | IL | 60132 | USA | 10/16/20 | $49,040.28 | BENEFITS |
| CHUBB | P.O. BOX 382001 | | PITTSBURGH | PA | 15250 | USA | 10/16/20 | $13,570.00 | INSURANCE |
| LIBERTY MUTUAL INSURANCE | PO BOX 91012 | | CHICAGO | IL | 60680 | USA | 10/16/20 | $198,910.26 | INSURANCE |
| FIRST INSURANCE FUNDING | 450 SKOKIE BLVD, SUITE 1000 | | NORTHBROOK | IL | 60062 | USA | 10/23/20 | $43,104.66 | INSURANCE |
| CHUBB | P.O. BOX 382001 | | PITTSBURGH | PA | 15250 | USA | 11/17/20 | $13,581.95 | INSURANCE |
| CSU PRODUCER RESOURCES INC | PO BOX 145416 | | CINCINNATI | OH | 45250 | USA | 11/17/20 | $22,158.25 | INSURANCE |
| FIRST INSURANCE FUNDING | 450 SKOKIE BLVD, SUITE 1000 | | NORTHBROOK | IL | 60062 | USA | 11/18/20 | $43,104.66 | INSURANCE |
| LIBERTY MUTUAL INSURANCE | PO BOX 91012 | | CHICAGO | IL | 60680 | USA | 12/18/20 | $204,371.57 | INSURANCE |
| FIRST INSURANCE FUNDING | 450 SKOKIE BLVD, SUITE 1000 | | NORTHBROOK | IL | 60062 | USA | 12/21/20 | $43,104.66 | INSURANCE |
| SUPERVALU | 2811 NORTH LINCOLN AVENUE | | URBANA | IL | 61802 | USA | 10/12/20 | $113,692.93 | OTHER |
| WORLDWIDE DISTRIBUTORS | P.O. BOX 88607 | | SEATTLE | WA | 98138 | USA | 10/13/20 | $30,330.51 | OTHER |
| HICKSGAS | 1620 E WALNUT | | WATSEKA | IL | 60970 | USA | 10/14/20 | $211.32 | OTHER |
| HICKSGAS | 1620 E WALNUT | | WATSEKA | IL | 60970 | USA | 10/14/20 | $9,407.18 | OTHER |
| ABSORBENT PRODUCTS | 724 SARCEE ST EAST | | KAMLOOPS | BC | 2H 1E7 | CAN | 10/16/20 | $3,461.80 | OTHER |
| AMERICAN BOTTLING COMPANY/ 7-UP | 21431 NETWORK PLACE | | CHICAGO | IL | 60673 | USA | 10/16/20 | $944.95 | OTHER |
| C & L TRUCKING & MAINTENANCE | 300 N VETERANS PARKWAY | | WATSEKA | IL | 60970 | USA | 10/16/20 | $29,298.98 | OTHER |
| CARLA LLOYD | 1211 STONE RIDGE TERRACE | | ROCHELLE | IL | 61068 | USA | 10/16/20 | $289.47 | OTHER |
| CHAMPAIGN-DANVILLE OVERHEAD | DOORS, INC. | BOX 27 | OGDEN | IL | 61859 | USA | 10/16/20 | $252.94 | OTHER |
| CHS SUNFLOWER | 220 CLEMENT AVE | | GRANDIN | ND | 58038 | USA | 10/16/20 | $19,868.75 | OTHER |
| CLEAR THINKING GROUP LLC | 401 TOWNE CENTRE DR | | HILLSBOROUGH | NJ | 08844 | USA | 10/16/20 | $3,700.00 | OTHER |
| COCA COLA BOTTLING CO. | P.O. BOX 602937 | | CHARLOTTE | NC | 28260 | USA | 10/16/20 | $3,062.93 | OTHER |
| COCA-COLA BOTTLING - PLYMOUTH | 1701 PIDCO DRIVE | | PLYMOUTH | IN | 46563 | USA | 10/16/20 | $295.00 | OTHER |
| COMPASS MINERALS AMERICA | 9900 WEST 109TH STREET | SUITE 600 | OVERLAND PARK | KS | 66210 | USA | 10/16/20 | $52,309.59 | OTHER |
| CONFIDENTIAL ON-SITE PAPER | SHREDDING | 422 S. WHITE OAK ROAD | NORMAL | IL | 61761 | USA | 10/16/20 | $236.49 | OTHER |
| CURT MANUFACTURING | 6208 INDUSTRIAL DRIVE | | EAU CLAIRE | WI | 54701 | USA | 10/16/20 | $56,751.93 | OTHER |
| DAN & JERRY'S GREENHOUSES | 2121 90TH ST NE | | MONTICELLO | MN | 55362 | USA | 10/16/20 | $25,210.26 | OTHER |
| EASY HEAT WOOD PELLETS | 15 SPRAQUE ROAD | | SOUTH CHARLESTON | OH | 45368 | USA | 10/16/20 | $16,213.12 | OTHER |
| ECHO GLOBAL LOGISTICS INC. | ACCOUNTS RECEIVABLE | 22168 NETWORK PLACE | CHICAGO | IL | 60673 | USA | 10/16/20 | $22,104.00 | OTHER |
| EILLIEN'S CANDIES, INC. | PO BOX 28017 | | GREEN BAY | WI | 54324 | USA | 10/16/20 | $117,125.88 | OTHER |
| HILL'S PET NUTRITION | P.O. BOX 148 | | TOPEKA | KS | 66601 | USA | 10/16/20 | $13,891.00 | OTHER |
| HOBART RETAIL SALES | 600 WEST MAIN STREET | | TROY | OH | 45373 | USA | 10/16/20 | $13,458.80 | OTHER |
| ICC BUSINESS PRODUCTS | PO BOX 26058 | | INDIANAPOLIS | IN | 46226 | USA | 10/16/20 | $4,257.58 | OTHER |
| ILLINOIS DEPT. OF AGRICULTURE | PO BOX 19281 | | SPRINGFIELD | IL | 62794 | USA | 10/16/20 | $600.00 | OTHER |
| ILLINOIS STATE POLICE | FTIP - PAYMENT PROGRAM | PO BOX 19210 | SPRINGFIELD | IL | 62794 | USA | 10/16/20 | $1,010.00 | OTHER |
| INDERA MILLS COMPANY | 19 FIVE POINTS ROAD | | MERTZTOWN | PA | 19539 | USA | 10/16/20 | $47,949.94 | OTHER |
| J & C PET SUPPLY | 1095A TOWBIN AVE | | LAKEWOOD | NJ | 08701 | USA | 10/16/20 | $9,921.75 | OTHER |
| JUDY DUWALDT | | | PEKIN | 0 | 0 | USA | 10/16/20 | $258.78 | OTHER |
| KONTOOR BRANDS--WRANGLER | 2050 N. STEMMONS FREEWAY | ROOM 7004, UNIT 162 | DALLAS | TX | 75207 | USA | 10/16/20 | $22,463.94 | OTHER |
| LANDMANN USA, INC. | 7405 GRAHAM ROAD | | FAIRBURN, | GA | 30213 | USA | 10/16/20 | $11,699.25 | OTHER |
| LOCOMOTIVE SOLUTIONS LLC | 2663 GRANDBURY GROVE ROAD | | LAKELAND | FL | 33811 | USA | 10/16/20 | $3,595.74 | OTHER |
| MAG INSTRUMENT | 2001 SOUTH HELLMAN AVE | | ONTARIO | CA | 91761 | USA | 10/16/20 | $19,639.14 | OTHER |
| MASONTOPS INC | RPO SHEPPARD PLAZA | SUITE 524 | ONTARIO | ON | 43H6A7 | CAN | 10/16/20 | $18,462.05 | OTHER |
| MIDWEST FASTENER | 9031 SHAVER ROAD | | KALAMAZOO | MI | 49024 | USA | 10/16/20 | $89,207.52 | OTHER |
| PETEDGE DEALER SERVICES | P.O. BOX 1000 | | BEVERLY | MA | 01915 | USA | 10/16/20 | $11,304.38 | OTHER |
| PETTY CASH - BURLINGTON STORE #2 | 1058 MILWAUKEE AVE | | BURLINGTON | WI | 53105 | USA | 10/16/20 | $250.41 | OTHER |
| PEZ CANDY INC | 35 PRINDLE HILL ROAD | | ORANGE | CT | 06477 | USA | 10/16/20 | $5,104.80 | OTHER |

Tea Olive I, LLC

Certain p... to cred... ...ors... of this case

**Form 207 - Statement of Financial Affairs # 3 - EXHIBIT A**

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| PIVOTAL PARTNERS | 16040 POWERS FERRY ROAD | BLDG 5, SUITE 300 | MARIETTA | GA | 30067 | USA | 10/16/20 | $7,825.50 | OTHER |
| PR TRADING COMPANY, INC. | PR SUNGLASSES | 7596 HARWIN DRIVE | HOUSTON | TX | 77036 | USA | 10/16/20 | $1,731.49 | OTHER |
| PRESTIGE PATIO CO, LTD | 42 WEST 38TH ST | RM 802 | NEW YORK | NY | 10018 | USA | 10/16/20 | $19,810.09 | OTHER |
| QUINCY AIR MASTER | 701 North Dobson Ave | | BAY MINETTE | AL | 36507 | USA | 10/16/20 | $48,319.00 | OTHER |
| ROBERT HALF MANAGEMENT RESOURCES | PO BOX 743295 | | LOS ANGELES | CA | 90074 | USA | 10/16/20 | $33,995.56 | OTHER |
| SCHOMMER CONSTRUCTION LLC | W6313 MILITARY RD | | PORTAGE | WI | 53901 | USA | 10/16/20 | $16,040.00 | OTHER |
| SPRINGFIELD ARMORY | 420 WEST MAIN STREET | | GENESEO | IL | 61254 | USA | 10/16/20 | $97,630.00 | OTHER |
| STRATEGIC DISTRIBUTION/CAREISMAT | C/O PAUL HABER | 15221VIBURNUM RD | FRISCO | TX | 75035 | USA | 10/16/20 | $57,343.88 | OTHER |
| THE AMERICAN BOTTLING COMPANY | 21431 NETWORK PLACE | | CHICAGO | IL | 60673 | USA | 10/16/20 | $419.50 | OTHER |
| VIRTUAL GRAFFITI INC. | 9979 MUIRLANDS BLVD. | | IRVINE | CA | 92618 | USA | 10/16/20 | $11,179.21 | OTHER |
| WELLS LAMONT | 6640 WEST TOUHY AVENUE | | NILES | IL | 60714 | USA | 10/16/20 | $67,853.44 | OTHER |
| YARDMAX | 534 CONGRESS CIRCLE NORTH0 | | ROSELLE | IL | 60172 | USA | 10/16/20 | $50,089.15 | OTHER |
| FORNEY INDUSTRIES, INC | P.O. BOX  563 | | FORT COLLINS | CO | 80522 | USA | 10/19/20 | $28,390.50 | OTHER |
| SUPERVALU | 2611 NORTH LINCOLN AVENUE | | URBANA | IL | 61802 | USA | 10/19/20 | $250,139.84 | OTHER |
| BRYAN EQUIPMENT SALES, INC | 6300 Smith Road | | LOVELAND | OH | 45140 | USA | 10/20/20 | $178,892.15 | OTHER |
| HICKSGAS | 1620 E WALNUT | | WATSEKA | IL | 60970 | USA | 10/20/20 | $408.97 | OTHER |
| HICKSGAS | 1620 E WALNUT | | WATSEKA | IL | 60970 | USA | 10/20/20 | $5,521.62 | OTHER |
| HICKSGAS | 1620 E WALNUT | | WATSEKA | IL | 60970 | USA | 10/20/20 | $800.45 | OTHER |
| HICKSGAS | 1620 E WALNUT | | WATSEKA | IL | 60970 | USA | 10/20/20 | $3,490.79 | OTHER |
| HICKSGAS | 1620 E WALNUT | | WATSEKA | IL | 60970 | USA | 10/20/20 | $2,143.56 | OTHER |
| HICKSGAS | 1620 E WALNUT | | WATSEKA | IL | 60970 | USA | 10/20/20 | $3,036.27 | OTHER |
| HICKSGAS | 1620 E WALNUT | | WATSEKA | IL | 60970 | USA | 10/20/20 | $8,017.96 | OTHER |
| HICKSGAS | 1620 E WALNUT | | WATSEKA | IL | 60970 | USA | 10/20/20 | $7,308.98 | OTHER |
| HICKSGAS | 1620 E WALNUT | | WATSEKA | IL | 60970 | USA | 10/20/20 | $10,925.92 | OTHER |
| HICKSGAS | 1620 E WALNUT | | WATSEKA | IL | 60970 | USA | 10/20/20 | $3,448.44 | OTHER |
| HICKSGAS | 1620 E WALNUT | | WATSEKA | IL | 60970 | USA | 10/20/20 | $6,080.18 | OTHER |
| JERRY FLAHERTY | 13335 FIRESTONE DR | | ORLAND PARK | IL | 60462 | USA | 10/20/20 | $10,000.00 | OTHER |
| KELSEY WASSERBURGER | 5625 COLFAX AVE S | | MINNEAPOLIS | MN | 55419 | USA | 10/20/20 | $3,200.00 | OTHER |
| STIHL | C/O CRADER DISTRIBUTING | 808 Hwy 34 West | MARBLE HILL | MO | 63764 | USA | 10/20/20 | $5,033.28 | OTHER |
| WORLDWIDE DISTRIBUTORS | P.O. BOX 88607 | | SEATTLE | WA | 98138 | USA | 10/20/20 | $161,629.85 | OTHER |
| CONSUMER SUPPLY | P.O. BOX 404322 | | ATLANTA | GA | 30384 | USA | 10/21/20 | $10,800.50 | OTHER |
| HICKSGAS | 1620 E WALNUT | | WATSEKA | IL | 60970 | USA | 10/21/20 | $541.53 | OTHER |
| HICKSGAS | 1620 E WALNUT | | WATSEKA | IL | 60970 | USA | 10/21/20 | $2,333.49 | OTHER |
| HICKSGAS | 1620 E WALNUT | | WATSEKA | IL | 60970 | USA | 10/22/20 | $4,144.29 | OTHER |
| MICHIGAN WEST SHORE NURSERY | 9 EAST MAIN STREET | | ZEELAND | MI | 49464 | USA | 10/22/20 | $11,179.82 | OTHER |
| AMERICAN DISTRIBUTION & MANUFACT | 7900 97TH STREET SOUTH | | COTTAGE GROVE | MN | 55016 | USA | 10/23/20 | $137,118.82 | OTHER |
| ANTHONY LANE | 4250 FRANCE AVE S | | EDINA | MN | 55416 | USA | 10/23/20 | $381.74 | OTHER |
| AQUATIC CONTROL | P.O. BOX 100 | | SEYMOUR | IN | 47274 | USA | 10/23/20 | $53,723.88 | OTHER |
| BILL HICKS COMPANY | 15155 23RD AVE NORTH | | MINNEAPOLIS | MN | 55447 | USA | 10/23/20 | $59,632.92 | OTHER |
| BUSINESS IMPACT GROUP | 2411 GALPIN COURT | SUITE 120 | CHANHASSES | MN | 55317 | USA | 10/23/20 | $5,236.51 | OTHER |
| C & L TRUCKING & MAINTENANCE | 300 N VETERANS PARKWAY | | WATSEKA | IL | 60970 | USA | 10/23/20 | $28,950.50 | OTHER |
| CLEAR THINKING GROUP LLC | 401 TOWNE CENTRE DR | | HILLSBOROUGH | NJ | 08844 | USA | 10/23/20 | $3,450.00 | OTHER |
| COCA COLA BOTTLING CO. | P.O. BOX 602937 | | CHARLOTTE | NC | 28260 | USA | 10/23/20 | $2,851.90 | OTHER |
| COMPASS MINERALS AMERICA | 9900 WEST 109TH STREET | SUITE 600 | OVERLAND PARK | KS | 66210 | USA | 10/23/20 | $76,681.19 | OTHER |
| DAN & JERRY'S GREENHOUSES | 2121 90TH ST NE | | MONTICELLO | MN | 55362 | USA | 10/23/20 | $6,979.90 | OTHER |
| GORDINI USA, INC. | CARHARTT GLOVES | 67 ALLEN MARTIN DRIVE | ESSEX JUNCTION | VT | 05451 | USA | 10/23/20 | $28,322.28 | OTHER |
| GREAT LAKES COCA-COLA DIST. | P.O. BOX 809082 | | CHICAGO | IL | 60680 | USA | 10/23/20 | $490.18 | OTHER |
| HILL'S PET NUTRITION | P.O. BOX 148 | | TOPEKA | KS | 66601 | USA | 10/23/20 | $21,893.77 | OTHER |
| ICC BUSINESS PRODUCTS | PO BOX 26058 | | INDIANAPOLIS | IN | 46226 | USA | 10/23/20 | $3,295.18 | OTHER |
| INSIGHT DIRECT | PO BOX 731069 | | DALLAS | TX | 75373 | USA | 10/23/20 | $17,488.31 | OTHER |
| J & C PET SUPPLY | 1095A TOWBIN AVE | | LAKEWOOD | NJ | 08701 | USA | 10/23/20 | $9,921.75 | OTHER |
| KONTOOR BRANDS--WRANGLER | 2050 N. STEMMONS FREEWAY | ROOM 7004, UNIT 162 | DALLAS | TX | 75207 | USA | 10/23/20 | $22,463.94 | OTHER |
| LEVI STRAUSS & CO. | 1155 BATTERY STREET, LS/5 | | SAN FRANCISCO | CA | 94111 | USA | 10/23/20 | $61,582.30 | OTHER |
| MASONTOPS INC | RPO SHEPPARD PLAZA | SUITE 524 | ONTARIO | ON | M3H6A7 | CAN | 10/23/20 | $18,462.04 | OTHER |
| MU KITCHEN | 5310 W 23RD ST, STE 120 | | ST LOUIS PARK | MN | 55416 | USA | 10/23/20 | $14,657.84 | OTHER |
| NEXT GENERATION DIST INC | 225 W BARGES ST | | ARKRON | OH | 44307 | USA | 10/23/20 | $29,111.00 | OTHER |
| PEPSI-COLA | P.O. BOX 75944 | | CHICAGO | IL | 60675 | USA | 10/23/20 | $504.03 | OTHER |
| PEPSI-COLA | P.O. BOX 75944 | | CHICAGO | IL | 60675 | USA | 10/23/20 | $536.00 | OTHER |
| PETEDGE DEALER SERVICES | P.O. BOX 1000 | | BEVERLY | MA | 01915 | USA | 10/23/20 | $824.94 | OTHER |
| PETTY CASH - WARSAW STORE #7 | 3660 COMMERCE DR | | WARSAW | IN | 46580 | USA | 10/23/20 | $104.49 | OTHER |
| PETTY CASH - WASHINGTON STORE #1 | 70 CHERRY TREE SHOPPING CNTR | | WASHINGTON | IL | 61571 | USA | 10/23/20 | $322.91 | OTHER |
| PIVOTAL PARTNERS | 16040 POWERS FERRY ROAD | BLDG 5, SUITE 300 | MARIETTA | GA | 30067 | USA | 10/23/20 | $8,787.00 | OTHER |

Tea Olive I, LLC

Certain parties [illegible] to creditors and [illegible] before [illegible] this case

Form 207 - Statement of Financial Affairs # 3 - EXHIBIT A

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| POWER DISTIBUING, LLC | RED BULL - ELMHURST | 24537 NETWORK PLACE | CHICAGO | IL | 60673 | USA | 10/23/20 | $1,028.13 | OTHER |
| PRESTIGE PATIO CO, LTD | 42 WEST 38TH ST | RM 802 | NEW YORK | NY | 10018 | USA | 10/23/20 | $19,810.09 | OTHER |
| QUINCY AIR MASTER | 701 North Dobson Ave | | BAY MINETTE | AL | 36507 | USA | 10/23/20 | $35,000.00 | OTHER |
| ROBERT HALF MANAGEMENT RESOURCES | PO BOX 743295 | | LOS ANGELES | CA | 90074 | USA | 10/23/20 | $12,628.37 | OTHER |
| SELLERS PUBLISHING (RSVP CARDS) | 161 JOHN ROBERTS ROAD | | SOUTH PORTLAND | ME | 04106 | USA | 10/23/20 | $10,881.05 | OTHER |
| SOUTH 40 SNACKS LLC | 140 LAKESIDE AVE | STE A-158 | SEATTLE | WA | 98122 | USA | 10/23/20 | $22,440.00 | OTHER |
| SPOONTIQUES | 111 ISLAND STREET | | STOUGHTON | MA | 02072 | USA | 10/23/20 | $4,168.28 | OTHER |
| STEEPLECHASE ADVISORS, LLC | 601 CARLSON PKWY | SUITE 1050 | MINNETONKA | MN | 55305 | USA | 10/23/20 | $19,702.25 | OTHER |
| TOM STURGIS PRETZELS INC | 2267 LANCASTER PIKE | | READING | PA | 19601 | USA | 10/23/20 | $7,527.60 | OTHER |
| TORO/LAWNBOY | 8111 LYNDALE AVENUE SOUTH | | BLOOMINGTON | MN | 55420 | USA | 10/23/20 | $6,862.31 | OTHER |
| VTECH ELECTRONICS | 1156 W SHURE DRIVE | SUITE 200 | ARLINGTON HTS | IL | 60004 | USA | 10/23/20 | $86,225.21 | OTHER |
| WELLS LAMONT | 6640 WEST TOUHY AVENUE | | NILES | IL | 60714 | USA | 10/23/20 | $66,845.58 | OTHER |
| WEST PAW, IINC. DBA WEST PAW DES | 32050 E FRONTAGE RD | | BOZEMAN | MT | 59715 | USA | 10/23/20 | $64,827.00 | OTHER |
| WP BEVERAGES, LLC | DBA PEPSI-COLA OF ROCKFORD | P.O. BOX 7425 | MADISON | WI | 53707 | USA | 10/23/20 | $1,874.00 | OTHER |
| AMERICAN EXPRESS | BOX 0001 | | LOS ANGELES | CA | 90096 | USA | 10/26/20 | $10,911.53 | OTHER |
| SUPERVALU | 2611 NORTH LINCOLN AVENUE | | URBANA | IL | 61802 | USA | 10/26/20 | $99,787.73 | OTHER |
| WORLDWIDE DISTRIBUTORS | P.O. BOX 88607 | | SEATTLE | WA | 98138 | USA | 10/26/20 | $91,867.03 | OTHER |
| BILL HICKS COMPANY | 15155 23RD AVE NORTH | | MINNEAPOLIS | MN | 55447 | USA | 10/27/20 | $121,593.95 | OTHER |
| SPINMASTER TOYS | BERKLEY CASTLEET WEST | 250 THE ESPLANADE SUITE 400 | TORONTO | ON | M5A15 | CAN | 10/28/20 | $19,212.07 | OTHER |
| HICKSGAS | 1620 E WALNUT | | WATSEKA | IL | 60970 | USA | 10/29/20 | $4,875.61 | OTHER |
| AMERICAN DIST | PO BOX 9201 | | MINNEAPOLIS | MN | 55480 | USA | 10/30/20 | $59,470.09 | OTHER |
| BASIC SPORTSWEAR CO. | 120 BROADWAY | SUITE 2121 | NEW YORK | NY | 10271 | USA | 10/30/20 | $5,355.00 | OTHER |
| BOEHLKE BOTTLED GAS CORP | 1020 HIGHWAY 60 | | CEDARBURG | WI | 53012 | USA | 10/30/20 | $1,645.37 | OTHER |
| BRYAN PARISH | 545 FAIRFIELD DR | | WABASH | IN | 46992 | USA | 10/30/20 | $124.80 | OTHER |
| C & L TRUCKING & MAINTENANCE | 300 N VETERANS PARKWAY | | WATSEKA | IL | 60970 | USA | 10/30/20 | $30,761.38 | OTHER |
| CALLA PRODUCTS, LLC | PO BOX 926 | | DIABLO | CA | 94528 | USA | 10/30/20 | $12,000.00 | OTHER |
| CARLA LLOYD | 1211 STONE RIDGE TERRACE | | ROCHELLE | IL | 61068 | USA | 10/30/20 | $124.93 | OTHER |
| CENTURY DRILL & TOOL CORP. | 1160 CONTRACT DR | | GREEN BAY | WI | 54304 | USA | 10/30/20 | $50,796.72 | OTHER |
| CHS SUNFLOWER | 220 CLEMENT AVE | | GRANDIN | ND | 58038 | USA | 10/30/20 | $11,921.25 | OTHER |
| CLEAR THINKING GROUP LLC | 401 TOWNE CENTRE DR | | HILLSBOROUGH | NJ | 08844 | USA | 10/30/20 | $110,750.00 | OTHER |
| CRC INDUSTRIES | PO BOX 33127 | | LOUISVILLE | KY | 40232 | USA | 10/30/20 | $3,877.41 | OTHER |
| DAN & JERRYS GREENHOUSES | 2121 90TH STREET NE | | MONTICELLO | MN | 55362 | USA | 10/30/20 | $5,153.78 | OTHER |
| DEPARTMENT OF NATURAL RESOURCES | NURSERY DEALER LICENSING PROG | 402 W. WASHINGTON ST, ROOM | INDIANAPOLIS | IN | 46204 | USA | 10/30/20 | $400.00 | OTHER |
| DIAMOND PET FOODS | 103 NORTH OLIVE | P.O. BOX 156 | META | MO | 65058 | USA | 10/30/20 | $88,733.34 | OTHER |
| EAGLE IMPORTS | 1750 Brielle Avenue | UNIT B-1 | WANAMASSA | NJ | 07712 | USA | 10/30/20 | $19,576.50 | OTHER |
| EASY HEAT WOOD PELLETS | 15 SPRAQUE ROAD | | SOUTH CHARLESTON | OH | 45368 | USA | 10/30/20 | $15,781.92 | OTHER |
| EVERSOLE RUN | 2194 WESTBELT DRIVE | | COLUMBUS | OH | 43228 | USA | 10/30/20 | $8,518.50 | OTHER |
| EZE CASTLE INTEGRATION | 100 HIGH STREET | 16TH FLOOR | BOSTON | MA | 2110 | USA | 10/30/20 | $1,259.58 | OTHER |
| HATSAN USA, INC. | PO BOX 576 | | BENTONVILLE | AR | 72712 | USA | 10/30/20 | $13,983.25 | OTHER |
| HILL'S PET NUTRITION | P.O. BOX 148 | | TOPEKA | KS | 66601 | USA | 10/30/20 | $10,084.41 | OTHER |
| HOBART RETAIL SALES | 600 WEST MAIN STREET | | TROY | OH | 45373 | USA | 10/30/20 | $14,672.78 | OTHER |
| HUNTER SAFETY SYSTEM | 8237 DANVILLE ROAD | | DANVILLE | AL | 35619 | USA | 10/30/20 | $12,882.63 | OTHER |
| ICC BUSINESS PRODUCTS | PO BOX 26058 | | INDIANAPOLIS | IN | 46226 | USA | 10/30/20 | $2,484.14 | OTHER |
| ILLINOIS DEPT. OF REVENUE | LEGAL SERVICES OFFICE-RM 5-500 | 101 W Jefferson St | SPRINGFIELD | IL | 62707 | USA | 10/30/20 | $738.00 | OTHER |
| J & C PET SUPPLY | 1095A TOWBIN AVE | | LAKEWOOD | NJ | 08701 | USA | 10/30/20 | $39,921.75 | OTHER |
| JOHNSON MECHANICAL, LLC | 2601 PORTAGE RD | | PORTAGE | WI | 53901 | USA | 10/30/20 | $13,964.00 | OTHER |
| KONTOOR BRANDS--WRANGLER | 2050 N. STEMMONS FREEWAY | ROOM 7004, UNIT 162 | DALLAS | TX | 75207 | USA | 10/30/20 | $22,463.94 | OTHER |
| LANDMANN USA, INC. | 7405 GRAHAM ROAD | | FAIRBURN, | GA | 30213 | USA | 10/30/20 | $11,699.25 | OTHER |
| LEGO | 555 TAYLOR ROAD | PO BOX 1600 | ENFIELD | CT | 06083 | USA | 10/30/20 | $10,000.00 | OTHER |
| LOCOMOTIVE SOLUTIONS LLC | 2663 GRANDBURY GROVE ROAD | | LAKELAND | FL | 33811 | USA | 10/30/20 | $3,504.00 | OTHER |
| MARTIN LUBRICANTS | 484 EAST 6TH STREET | 2727 ROE LANE | SMACKOVER | AR | 71762 | USA | 10/30/20 | $6,716.64 | OTHER |
| MARY CARLEY | P.O. BOX 40 | | CRESCENT CITY | IL | 60928 | USA | 10/30/20 | $35.00 | OTHER |
| MONTGOMERY COUNTY HEALTH DEPARTM | 110 W. SOUTH BLVD | | CRAWFORDSVILLE | IN | 47933 | USA | 10/30/20 | $175.00 | OTHER |
| MORTON SALT INC (ICE MELT)  r70 | 123 NORTH WACKER DRIVE | | CHICAGO | IL | 60606 | USA | 10/30/20 | $7,396.39 | OTHER |
| ORGILL DISTRIBUTING | 3742 TYNDALE DRIVE | | MEMPHIS | TN | 38125 | USA | 10/30/20 | $761,559.37 | OTHER |
| PRESTIGE PATIO CO, LTD | 42 WEST 38TH ST | RM 802 | NEW YORK | NY | 10018 | USA | 10/30/20 | $19,810.09 | OTHER |
| PRIVATE BRAND/JODY OF CALIF | Private Brand Merchandising | 214 W Olympic Blvd | LOS ANGELES | CA | 90015 | USA | 10/30/20 | $3,366.45 | OTHER |
| SALLIS BRANDS LLC | 201 E AVE | SUITE 206 | TEMPE | AZ | 85282 | USA | 10/30/20 | $56,564.00 | OTHER |
| SCHOMMER CONSTRUCTION LLC | W6313 MILITARY RD | | PORTAGE | WI | 53901 | USA | 10/30/20 | $5,000.00 | OTHER |
| ST SERVICES, LLC | 10919 N PRINCEVILLE JUBILEE RD | | BRIMFIELD | IL | 61517 | USA | 10/30/20 | $6,500.00 | OTHER |
| STEEPLECHASE ADVISORS, LLC | 601 CARLSON PKWY | SUITE 1050 | MINNETONKA | MN | 55305 | USA | 10/30/20 | $19,824.36 | OTHER |
| STEVE MERKEL | P.O. BOX 6263 | | CHAMPAIGN | IL | 61826 | USA | 10/30/20 | $5,143.88 | OTHER |

Tea Olive I, LLC
Certain parties are redacted to creditors and others by court order in this case

**Form 207 - Statement of Financial Affairs # 3 - EXHIBIT A**

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| STRATEGIC DISTRIBUTION/CAREISMAT | C/O PAUL HABER | 15221VIBURNUM RD | FRISCO | TX | 75035 | USA | 10/30/20 | $154.56 | OTHER |
| TEK NEK TOYS INTL INC          D | 1904 INDUSTRIAL BLVD | STE 1000101 | COLLEYVILLE | TX | 76034 | USA | 10/30/20 | $15,132.56 | OTHER |
| THE AMERICAN BOTTLING COMPANY | 21431 NETWORK PLACE | | CHICAGO | IL | 60673 | USA | 10/30/20 | $251.00 | OTHER |
| TIFFANY SHENEFIELD | 435 N COMSTOCK ST | | WABASH | IN | 46992 | USA | 10/30/20 | $29.60 | OTHER |
| VALASSIS | 199775 VICTOR PARKWAY | | LIVONIA | MI | 48152 | USA | 10/30/20 | $57,668.64 | OTHER |
| WUNDERMAN | 466 LEXINGTON AVE, 4TH FLOOR | | NEW YORK | NY | 10017 | USA | 10/30/20 | $12,000.00 | OTHER |
| SUPERVALU | 2611 NORTH LINCOLN AVENUE | | URBANA | IL | 61802 | USA | 11/2/20 | $360,469.63 | OTHER |
| ILLINOIS DEPT. OF REVENUE | LEGAL SERVICES OFFICE-RM 5-500 | 101 W Jefferson St | SPRINGFIELD | IL | 62707 | USA | 11/3/20 | $106.00 | OTHER |
| ILLINOIS DEPT. OF REVENUE | LEGAL SERVICES OFFICE-RM 5-500 | 101 W Jefferson St | SPRINGFIELD | IL | 62707 | USA | 11/4/20 | $52.00 | OTHER |
| AMERICAN DIST | PO BOX 9201 | | MINNEAPOLIS | MN | 55480 | USA | 11/6/20 | $872.70 | OTHER |
| BASIC SPORTSWEAR CO. | 120 BROADWAY | SUITE 2121 | NEW YORK | NY | 10271 | USA | 11/6/20 | $5,355.00 | OTHER |
| GRABBER PERFORMANCE GROUP | 4600 DANVERS SE | | GRAND RAPIDS | MI | 49512 | USA | 11/6/20 | $20,000.00 | OTHER |
| GRAND & BENEDICTS, INC. | 6140 SW MACADAM AVE. | | PORTLAND | OR | 97239 | USA | 11/6/20 | $5,949.88 | OTHER |
| ILLINOIS DEPT. OF REVENUE | LEGAL SERVICES OFFICE-RM 5-500 | 101 W Jefferson St | SPRINGFIELD | IL | 62707 | USA | 11/6/20 | $46.00 | OTHER |
| MWI VETERINARY SUPPLY, INC. | 3041 W. PASADENA DR | | BOISE | ID | 83705 | USA | 11/6/20 | $90,645.36 | OTHER |
| SUPERVALU | 2611 NORTH LINCOLN AVENUE | | URBANA | IL | 61802 | USA | 11/9/20 | $210,622.69 | OTHER |
| HOUSEWARE DISTRIBUTORS | P.O. BOX 855 | 145 PROGRESS DRIVE | WEST BEND | WI | 53095 | USA | 11/11/20 | $7,520.12 | OTHER |
| SUMMIT BRAND | a/k/a IRON OUT | 7201 ENGLE ROAD | FORT WAYNE | IN | 46804 | USA | 11/11/20 | $5,600.66 | OTHER |
| BRYAN EQUIPMENT SALES, INC | 6300 Smith Road | | LOVELAND | OH | 45140 | USA | 11/12/20 | $15,355.99 | OTHER |
| BRYAN EQUIPMENT SALES, INC | 6300 Smith Road | | LOVELAND | OH | 45140 | USA | 11/12/20 | $2,779.17 | OTHER |
| RADIANS, INC | 5305 DISTRIPLEX FARMS DR | | MEMPHIS | TN | 38141 | USA | 11/12/20 | $24,559.51 | OTHER |
| RADIANS, INC | 5305 DISTRIPLEX FARMS DR | | MEMPHIS | TN | 38141 | USA | 11/12/20 | $7,620.48 | OTHER |
| STIHL | C/O CRADER DISTRIBUTING | 808 Hwy 34 West | MARBLE HILL | MO | 63764 | USA | 11/12/20 | $3,096.16 | OTHER |
| WORLDWIDE DISTRIBUTORS | P.O. BOX 88607 | | SEATTLE | WA | 98138 | USA | 11/12/20 | $471,457.95 | OTHER |
| WORLDWIDE DISTRIBUTORS | P.O. BOX 88607 | | SEATTLE | WA | 98138 | USA | 11/12/20 | $46,471.48 | OTHER |
| BASIC SPORTSWEAR CO. | 120 BROADWAY | SUITE 2121 | NEW YORK | NY | 10271 | USA | 11/13/20 | $5,355.00 | OTHER |
| BRYAN PARISH | 545 FAIRFIELD DR | | WABASH | IN | 46992 | USA | 11/13/20 | $31.20 | OTHER |
| CONTINENTAL LINEN SERVICE | 4200 MANCHESTER RD | | KALAMAZOO | MI | 49001 | USA | 11/13/20 | $1,262.33 | OTHER |
| JACQUELINE PIPES | 400 S HOUGH ST. | | BARRINGTON | MN | 60010 | USA | 11/13/20 | $597.50 | OTHER |
| JOE MALONE | 7519 N HONEYSUCKLE CT | | BRIMFIELD | IL | 61517 | USA | 11/13/20 | $668.77 | OTHER |
| JOHN ANDREWS | 1705 LARK AVE | | MAPLEWOOD | MN | 55109 | USA | 11/13/20 | $58.76 | OTHER |
| JOHNIE SKEEN | 440 FIREFLY DRIVE | | MICHIGAN CITY | IN | 46360 | USA | 11/13/20 | $481.32 | OTHER |
| KEITH MAYS | 4296 WHITE PINE CIRCLE | | ST JOSEPH | MI | 49085 | USA | 11/13/20 | $62.35 | OTHER |
| KOSCIUSKO COUNTY HEALTH DEPARTME | 100 WEST CENTER STREET | | WARSAW | IN | 46580 | USA | 11/13/20 | $20.00 | OTHER |
| PETTY CASH - MCHENRY STORE #11 | 1860 N RICHMOND RD | | MC HENRY | IL | 60050 | USA | 11/13/20 | $300.00 | OTHER |
| PETTY CASH - PORTAGE STORE #26 | STOCK + FIELD | 2935 NEW PINERY RD | PORTAGE | WI | 53901 | USA | 11/13/20 | $154.60 | OTHER |
| STEEPLECHASE ADVISORS, LLC | 601 CARLSON PKWY | SUITE 1050 | MINNETONKA | MN | 55305 | USA | 11/13/20 | $19,883.93 | OTHER |
| WABASH CO. HEALTH DEPARTMENT | ATTN: FOOD DIVISION | 89 WEST HILL ST. | WABASH | IN | 46992 | USA | 11/13/20 | $125.00 | OTHER |
| WILLIAM A. HASSER | 8716 W 599 NORTH ROAD | | EARL PARK | IN | 47942 | USA | 11/13/20 | $554.00 | OTHER |
| PETTY CASH - BURLINGTON STORE #2 | 1058 MILWAUKEE AVE | | BURLINGTON | WI | 53105 | USA | 11/16/20 | $260.00 | OTHER |
| PETTY CASH - CRAWFORDSVILLE STOR | 1601 US HWY 231 | | CRAWFORDSVILLE | IN | 47933 | USA | 11/16/20 | $410.00 | OTHER |
| PETTY CASH - DANVILLE STORE #3 | 3363 N WEMILION ST | | DANVILLE | IL | 61832 | USA | 11/16/20 | $310.00 | OTHER |
| PETTY CASH - ELKHART STORE #14 | 3501 S MAIN ST | | ELKHART | IN | 46517 | USA | 11/16/20 | $330.00 | OTHER |
| PETTY CASH - ELKHART STORE #24 | 3101 NORTHVIEW DR | | NORTH ELKHART | IN | 46514 | USA | 11/16/20 | $350.00 | OTHER |
| PETTY CASH - FINDLAY STORE #22 | 1800 TIFFIN RD | | FINDLAY | OH | 45840 | USA | 11/16/20 | $230.00 | OTHER |
| PETTY CASH - GIBSON STORE #2 | 623 E FIRST ST | | GIBSON CITY | IL | 60936 | USA | 11/16/20 | $220.00 | OTHER |
| PETTY CASH - HOMER GLEN STORE #1 | 15830 S BELL RD | | HOMER GLEN | IL | 60491 | USA | 11/16/20 | $410.00 | OTHER |
| PETTY CASH - LANSING STORE #27 | STOCK + FIELD | 340 E EDGEWOOD BLVD | LANSING | MI | 48911 | USA | 11/16/20 | $420.00 | OTHER |
| PETTY CASH - LIMA STORE #12 | 975 N CABLE RD | | LIMA | OH | 45805 | USA | 11/16/20 | $350.00 | OTHER |
| PETTY CASH - MARION STORE #21 | 1401 W 26TH ST | | MARION | IN | 46953 | USA | 11/16/20 | $320.00 | OTHER |
| PETTY CASH - MICHIGAN CITY STORE | 4301 S FRANKLIN ST | | MICHIGAN CITY | IN | 46360 | USA | 11/16/20 | $350.00 | OTHER |
| PETTY CASH - MORRIS STORE #6 | 2655 SYCAMORE DR | | MORRIS | IL | 60450 | USA | 11/16/20 | $350.00 | OTHER |
| PETTY CASH - PEKIN STORE #13 | 3315 COURT ST | | PEKIN | IL | 61554 | USA | 11/16/20 | $290.00 | OTHER |
| PETTY CASH - PONTIAC STORE #5 | 1027 W REYNOLDS ST | | PONTIAC | IL | 61764 | USA | 11/16/20 | $330.00 | OTHER |
| PETTY CASH - PORTAGE STORE #26 | STOCK + FIELD | 2935 NEW PINERY RD | PORTAGE | WI | 53901 | USA | 11/16/20 | $390.00 | OTHER |
| PETTY CASH - ROCHELLE STORE #16 | 1240 N 7TH ST | | ROCHELLE | IL | 61068 | USA | 11/16/20 | $330.00 | OTHER |
| PETTY CASH - ROCHESTER STORE #17 | 2100 PEACE TREE VILLAGE | | ROCHESTER | IN | 46975 | USA | 11/16/20 | $290.00 | OTHER |
| PETTY CASH - STREATOR STORE #3 | 11 NORTHPOINT DR | | STREATOR | IL | 61364 | USA | 11/16/20 | $230.00 | OTHER |
| PETTY CASH - TILTON STORE #4 | 1625 S GEORGETOWN RD | | TILTON | IL | 61833 | USA | 11/16/20 | $350.00 | OTHER |
| PETTY CASH - WABASH STORE #18 | 1550 N CASS ST | | WABASH | IN | 46992 | USA | 11/16/20 | $330.00 | OTHER |
| PETTY CASH - WARSAW STORE #7 | 3660 COMMERCE DR | | WARSAW | IN | 46580 | USA | 11/16/20 | $340.00 | OTHER |
| PETTY CASH - WASHINGTON STORE #1 | 70 CHERRY TREE SHOPPING CNTR | | WASHINGTON | IL | 61571 | USA | 11/16/20 | $340.00 | OTHER |

**Form 207 - Statement of Financial Affairs # 3 - EXHIBIT A**

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| PETTY CASH - WATSEKA STORE #1 | 1200 E WALNUT ST | | WATSEKA | IL | 60970 | USA | 11/16/20 | $290.00 | OTHER |
| SUPERVALU | 2611 NORTH LINCOLN AVENUE | | URBANA | IL | 61802 | USA | 11/16/20 | $51,527.54 | OTHER |
| ARMORED AUTO GROUP | 555 WHITE PLAINS ROAD | | TARRYTOWN | NY | 10591 | USA | 11/17/20 | $19,879.68 | OTHER |
| B&B BEDDING | aka BACALAND IN ILLINOIS | 2245 275TH STREET | OSKALOOSA | IA | 52577 | USA | 11/17/20 | $4,545.80 | OTHER |
| C & L TRUCKING & MAINTENANCE | 300 N VETERANS PARKWAY | | WATSEKA | IL | 60970 | USA | 11/17/20 | $62,018.00 | OTHER |
| HOUSEWARE DISTRIBUTORS | P.O. BOX 855 | 145 PROGRESS DRIVE | WEST BEND | WI | 53095 | USA | 11/17/20 | $7,520.12 | OTHER |
| IL SECRETARY OF STATE | 213 State Capitol | | SPRINGFIELD | IL | 62707 | USA | 11/17/20 | $241.00 | OTHER |
| IL SECRETARY OF STATE | 213 State Capitol | | SPRINGFIELD | IL | 62707 | USA | 11/17/20 | $241.00 | OTHER |
| IL SECRETARY OF STATE | 213 State Capitol | | SPRINGFIELD | IL | 62707 | USA | 11/17/20 | $241.00 | OTHER |
| IL SECRETARY OF STATE | 213 State Capitol | | SPRINGFIELD | IL | 62707 | USA | 11/17/20 | $214.00 | OTHER |
| IL SECRETARY OF STATE | 213 State Capitol | | SPRINGFIELD | IL | 62707 | USA | 11/17/20 | $241.00 | OTHER |
| IL SECRETARY OF STATE | 213 State Capitol | | SPRINGFIELD | IL | 62707 | USA | 11/17/20 | $241.00 | OTHER |
| IL SECRETARY OF STATE | 213 State Capitol | | SPRINGFIELD | IL | 62707 | USA | 11/17/20 | $241.00 | OTHER |
| IL SECRETARY OF STATE | 213 State Capitol | | SPRINGFIELD | IL | 62707 | USA | 11/17/20 | $241.00 | OTHER |
| IL SECRETARY OF STATE | 213 State Capitol | | SPRINGFIELD | IL | 62707 | USA | 11/17/20 | $241.00 | OTHER |
| IL SECRETARY OF STATE | 213 State Capitol | | SPRINGFIELD | IL | 62707 | USA | 11/17/20 | $268.00 | OTHER |
| IL SECRETARY OF STATE | 213 State Capitol | | SPRINGFIELD | IL | 62707 | USA | 11/17/20 | $214.00 | OTHER |
| IOWA STEEL AND WIRE | 1500 WEST VAN BUREN | | CENTERVILLE | IA | 52544 | USA | 11/17/20 | $31,133.78 | OTHER |
| KURT S. ADLER | 1107 BROADWAY | | NEW YORK | NY | 10010 | USA | 11/17/20 | $108,279.24 | OTHER |
| ORGILL DISTRIBUTING | 3742 TYNDALE DRIVE | | MEMPHIS | TN | 38125 | USA | 11/17/20 | $555,712.79 | OTHER |
| RAPALA VMC CORPORATION | 10395 YELLOW CIRCLE DRIVE | | MINNETONKA | MN | 55343 | USA | 11/17/20 | $21,548.00 | OTHER |
| GRAND & BENEDICTS, INC. | 6140 SW MACADAM AVE. | | PORTLAND | OR | 97239 | USA | 11/18/20 | $5,949.89 | OTHER |
| MWI VETERINARY SUPPLY, INC. | 3041 W. PASADENA DR | | BOISE | ID | 83705 | USA | 11/18/20 | $50,041.53 | OTHER |
| WILSON'S GENERAL STORE & CAFE | 11120 BROADWAY | | EVANSVILLE | IN | 47712 | USA | 11/18/20 | $3,420.00 | OTHER |
| AMERICAN DIST | PO BOX 9201 | | MINNEAPOLIS | MN | 55480 | USA | 11/19/20 | $126,560.27 | OTHER |
| RADIANS, INC | 5305 DISTRIPLEX FARMS DR | | MEMPHIS | TN | 38141 | USA | 11/19/20 | $132,313.00 | OTHER |
| WORLDWIDE DISTRIBUTORS | P. O. BOX 88607 | | SEATTLE | WA | 98138 | USA | 11/19/20 | $23,034.19 | OTHER |
| ARROW PEST CONTROL | P.O. BOX 515 | | PLYMOUTH | IN | 46563 | USA | 11/20/20 | $2,301.76 | OTHER |
| CHS | 220 CLEMENT AVE | | GRANDIN | ND | 58038 | USA | 11/20/20 | $11,921.25 | OTHER |
| CLEAR THINKING GROUP LLC | 401 TOWNE CENTRE DR | | HILLSBOROUGH | NJ | 08844 | USA | 11/20/20 | $60,629.00 | OTHER |
| DATASITE LLC | 733 S MARQUETTE AVE | SUITE 600 | Minneapolis | MN | 55402 | USA | 11/20/20 | $3,190.20 | OTHER |
| MU KITCHEN | 5310 W 23RD ST, STE 120 | | ST LOUIS PARK | MN | 55416 | USA | 11/20/20 | $1,582.16 | OTHER |
| PLAYMONSTER | 1400 E. Inman Parkway | | BELOIT | WI | 53511 | USA | 11/20/20 | $18,452.00 | OTHER |
| PRESTIGE PATIO | 42 West 38th Street | RM. 802 | New York | NY | 10018 | USA | 11/20/20 | $19,810.07 | OTHER |
| PYRAMEX SAFETY | 281-A MOORELANE | | COLLIERVILLE | TN | 38017 | USA | 11/20/20 | $3,783.60 | OTHER |
| REAL SODA | 3110 KAYJAY DRIVE | | NORTHBROOK | IL | 60062 | USA | 11/20/20 | $25,132.32 | OTHER |
| STEEPLECHASE ADVISORS, LLC | 601 CARLSON PKWY | SUITE 1050 | MINNETONKA | MN | 55305 | USA | 11/20/20 | $19,570.24 | OTHER |
| CHICAGO AMERICAN MFG | 4500 WEST 47TH ST | | CHICAGO | IL | 60632 | USA | 11/23/20 | $30,108.00 | OTHER |
| DIAMOND PET FOODS | 103 NORTH OLIVE | P.O. BOX 156 | META | MO | 65058 | USA | 11/23/20 | $87,734.56 | OTHER |
| HOUSEWARE DISTRIBUTORS | P.O. BOX 855 | 145 PROGRESS DRIVE | WEST BEND | WI | 53095 | USA | 11/23/20 | $3,070.79 | OTHER |
| KONTOOR BRANDS--LEE LABEL | 2969 RIDGE COURT | | GREENLEAF | WI | 54126 | USA | 11/23/20 | $22,463.94 | OTHER |
| ROBERT HALF MANAGEMENT RESOURCES | PO BOX 743295 | | LOS ANGELES | CA | 90074 | USA | 11/23/20 | $34,997.49 | OTHER |
| SUPERVALU | 2611 NORTH LINCOLN AVENUE | | URBANA | IL | 61802 | USA | 11/23/20 | $100,508.89 | OTHER |
| VALASSIS | 199775 VICTOR PARKWAY | | LIVONIA | MI | 48152 | USA | 11/23/20 | $171,385.33 | OTHER |
| FAVORITE FISHING USA | 603 N 9TH ST | | THAYER | MO | 65791 | USA | 11/24/20 | $120,860.00 | OTHER |
| JOHNIE SKEEN | 440 FIREFLY DRIVE | | MICHIGAN CITY | IN | 46360 | USA | 11/24/20 | $194.89 | OTHER |
| KOLE IMPORTS | 24600 MAIN ST | | CARSON | CA | 90745 | USA | 11/24/20 | $20,820.88 | OTHER |
| MOEWS FARMS | 15332 EAST 2430 NORTH RD | | DANVILLE | IL | 61834 | USA | 11/24/20 | $4,393.75 | OTHER |
| PETTY CASH - CRAWFORDSVILLE STOR | 1601 US HWY 231 | | CRAWFORDSVILLE | IN | 47933 | USA | 11/24/20 | $247.90 | OTHER |
| PETTY CASH - GIBSON STORE #2 | 623 E FIRST ST | | GIBSON CITY | IL | 60936 | USA | 11/24/20 | $100.81 | OTHER |
| PETTY CASH - WASHINGTON STORE #1 | 70 CHERRY TREE SHOPPING CNTR | | WASHINGTON | IL | 61571 | USA | 11/24/20 | $300.00 | OTHER |
| SALESFORCE.COM, INC | SALESFORCE TOWER | 415 MISSION STREET 3RD FLOOR | SAN FRANCISCO | CA | 94105 | USA | 11/24/20 | $60,000.00 | OTHER |
| HOUSEWARE DISTRIBUTORS | P.O. BOX 855 | 145 PROGRESS DRIVE | WEST BEND | WI | 53095 | USA | 11/25/20 | $4,449.93 | OTHER |
| MWI VETERINARY SUPPLY, INC. | 3041 W. PASADENA DR | | BOISE | ID | 83705 | USA | 11/25/20 | $49,969.48 | OTHER |
| CONSUMER SUPPLY | P.O. BOX 404322 | | ATLANTA | GA | 30384 | USA | 11/30/20 | $8,784.90 | OTHER |
| ORGILL DISTRIBUTING | 3742 TYNDALE DRIVE | | MEMPHIS | TN | 38125 | USA | 11/30/20 | $301,953.42 | OTHER |
| SUPERVALU | 2611 NORTH LINCOLN AVENUE | | URBANA | IL | 61802 | USA | 11/30/20 | $32,704.85 | OTHER |
| COTTAGE WATCHMAN SECURITY SYSTEM | 883 S 900 E | | PIERCETON | IN | 46562 | USA | 12/1/20 | $2,086.75 | OTHER |
| ORGILL DISTRIBUTING | 3742 TYNDALE DRIVE | | MEMPHIS | TN | 38125 | USA | 12/1/20 | $300,000.00 | OTHER |
| OHIO DEPT OF AGRICULTURE | DIVISION OF PLANT HEALTH | 8995 EAST MAIN ST | REYNOLDSBURG | OH | 43068 | USA | 12/2/20 | $250.00 | OTHER |
| TOM STURGIS PRETZELS INC | 2267 LANCASTER PIKE | | READING | PA | 19601 | USA | 12/2/20 | $13,158.00 | OTHER |
| WISCONSIN DEPARTMENT OF AGRICULT | TRADE AND CONSUMER PROTECTION | | MILWAUKEE | WI | 53293 | USA | 12/2/20 | $100.00 | OTHER |

Tea Olive I, LLC
Certain parties subject to creditors against whom transfers of this case

**Form 207 - Statement of Financial Affairs # 3 - EXHIBIT A**

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| SAFEWAY PEST MANAGEMENT, INC | S83 W 18622 SATURN DR | | MUSKEGO | WI | 53150 | USA | 12/4/20 | $150.60 | OTHER |
| SUPERVALU | 2611 NORTH LINCOLN AVENUE | | URBANA | IL | 61802 | USA | 12/7/20 | $44,396.86 | OTHER |
| BEN JOHNSON | 5800 SHERIDAN AVE S | | MINNEAPOLIS | MN | 55410 | USA | 12/8/20 | $141.57 | OTHER |
| BRYAN PARISH | 545 FAIRFIELD DR | | WABASH | IN | 46992 | USA | 12/8/20 | $60.80 | OTHER |
| CHAD DAVIS | 60260 SAINT JOSEPH ST. | | SOUTH BEND | IN | 46614 | USA | 12/8/20 | $329.88 | OTHER |
| CLEAR THINKING GROUP LLC | 401 TOWNE CENTRE DR | | HILLSBOROUGH | NJ | 08844 | USA | 12/8/20 | $60,000.00 | OTHER |
| DEVYN MORRIS | 3640 WOODDALE AVE S | 212 | ST LOUIS PARK | MN | 55416 | USA | 12/8/20 | $366.51 | OTHER |
| FREDERICK JAMES | 410 S 7TH ST | | PIERCETON | IN | 46562 | USA | 12/8/20 | $42.08 | OTHER |
| IL SECRETARY OF STATE | 213 State Capitol | | SPRINGFIELD | IL | 62707 | USA | 12/8/20 | $268.00 | OTHER |
| IROQUOIS COUNTY HEALTH DEPT | 1001 EAST GRANT ST | | WATSEKA | IL | 60970 | USA | 12/8/20 | $300.00 | OTHER |
| JOE BRADY | 306 E ELLIS STREET | PO BOX 92 | MARINTON | IL | 60951 | USA | 12/8/20 | $16.40 | OTHER |
| JOHN CHRISTIE | 224 S MAIN | | GILMAN | IL | 60938 | USA | 12/8/20 | $397.90 | OTHER |
| MATTHEW KIESEL | 2533 US-23 | | ALVADA | OH | 44802 | USA | 12/8/20 | $280.86 | OTHER |
| MEGHAN KROHN | 1479 24TH STREET | | HOULTON | WI | 54082 | USA | 12/8/20 | $152.93 | OTHER |
| NICOLE A. HURST | 306 E PLUMB ST | | RANSOM | IL | 60470 | USA | 12/8/20 | $48.00 | OTHER |
| PETTY CASH - ELKHART STORE #24 | 3101 NORTHVIEW DR | | NORTH ELKHART | IN | 46514 | USA | 12/8/20 | $214.35 | OTHER |
| PETTY CASH - STREATOR STORE #23 | 11 NORTHPOINT DR | | STREATOR | IL | 61364 | USA | 12/8/20 | $167.86 | OTHER |
| RANDY FORSHEE | W9934 HWY 127 | | PORTAGE | WI | 53901 | USA | 12/8/20 | $146.01 | OTHER |
| ROBERT HALF MANAGEMENT RESOURCES | PO BOX 743295 | | LOS ANGELES | CA | 90074 | USA | 12/8/20 | $70,967.70 | OTHER |
| STEEPLECHASE ADVISORS, LLC | 601 CARLSON PKWY | SUITE 1050 | MINNETONKA | MN | 55305 | USA | 12/8/20 | $19,993.70 | OTHER |
| SUPERIOR LANDSCAPING | 709 S LADD ST | | PONTIAC | IL | 61764 | USA | 12/8/20 | $770.00 | OTHER |
| WDATCP | STATE OF WISCONSIN WDATCP | BOX 93479 | MILWAUKEE | WI | 53293 | USA | 12/8/20 | $200.00 | OTHER |
| ALARMAX INC. | 3424 N SR 63 | | CAYUGA | IN | 47928 | USA | 12/11/20 | $5,457.33 | OTHER |
| DLS TRUCKING ENT, INC | 21 WALDRON AVE | | KANKAKEE | IL | 06091 | USA | 12/11/20 | $8,500.00 | OTHER |
| JASON INDUSTRIES | 258 WESTGATE DRIVE | | CAROL STREAM | IL | 60188 | USA | 12/11/20 | $4,770.63 | OTHER |
| METAL WARE/NESCO | 1700 MONROE STREET | | TWO RIVERS | WI | 54241 | USA | 12/11/20 | $2,076.23 | OTHER |
| PETEDGE DEALER SERVICES | P.O. BOX 1000 | | BEVERLY | MA | 01915 | USA | 12/11/20 | $1,972.18 | OTHER |
| ORGILL DISTRIBUTING | 3742 TYNDALE DRIVE | | MEMPHIS | TN | 38125 | USA | 12/14/20 | $202,500.00 | OTHER |
| SUPERVALU | 2611 NORTH LINCOLN AVENUE | | URBANA | IL | 61802 | USA | 12/14/20 | $46,914.23 | OTHER |
| FARM INNOVATORS | P.O. BOX 546 | | PLYMOUTH | IN | 46563 | USA | 12/15/20 | $105,185.80 | OTHER |
| ORGILL DISTRIBUTING | 3742 TYNDALE DRIVE | | MEMPHIS | TN | 38125 | USA | 12/15/20 | $352,881.94 | OTHER |
| WIDOJ | | | | | | USA | 12/16/20 | $10,980.00 | OTHER |
| AARON MUELLER | 215 S. MAIN STREET | | KIMBERLY | WIL | 54136 | USA | 12/18/20 | $626.61 | OTHER |
| ALARMAX INC. | 3424 N SR 63 | | CAYUGA | IN | 47928 | USA | 12/18/20 | $723.00 | OTHER |
| ARAMARK UNIFORM & CAREER APPAREL | AUS ST.LOUIS MC LOCKBOX | 26792 NETWORK PLACE | CHICAGO | IL | 60673 | USA | 12/18/20 | $2,449.76 | OTHER |
| ARMALY BRANDS | 1900 Easy Street | | Comm Charter TWP | MI | 48390 | USA | 12/18/20 | $2,832.54 | OTHER |
| BASIC SPORTSWEAR CO. | 120 BROADWAY | SUITE 2121 | NEW YORK | NY | 10271 | USA | 12/18/20 | $5,355.00 | OTHER |
| BEHRENS MANUFACTURING | 1250 E SANBORN STREET | | WINONA | MN | 55987 | USA | 12/18/20 | $3,780.00 | OTHER |
| BENEBONE LLC | 17 SANDHOPPER TRAIL | | WESTPORT | CT | 06880 | USA | 12/18/20 | $48,313.19 | OTHER |
| BILL HICKS COMPANY | 15155 23RD AVE NORTH | | MINNEAPOLIS | MN | 55447 | USA | 12/18/20 | $27,646.90 | OTHER |
| BRANDON FETTER - STRAW | 7661 E 100 S | | MARION | IN | 46953 | USA | 12/18/20 | $3,964.50 | OTHER |
| BRYAN PARISH | 545 FAIRFIELD DR | | WABASH | IN | 46992 | USA | 12/18/20 | $280.18 | OTHER |
| C & L TRUCKING & MAINTENANCE | 300 N VETERANS PARKWAY | | WATSEKA | IL | 60970 | USA | 12/18/20 | $29,622.00 | OTHER |
| CAM 2 INTERNATIONAL   10 | 3412 PEMBERTON SQUARE BLV | SUITE 2-317 | VICKSBURG | MS | 39180 | USA | 12/18/20 | $10,353.96 | OTHER |
| CITY OF PEKIN | 111 SOUTH CAPITOL ST. | | PEKIN | IL | 61554 | USA | 12/18/20 | $50.00 | OTHER |
| CLEAR THINKING GROUP LLC | 401 TOWNE CENTRE DR | | HILLSBOROUGH | NJ | 08844 | USA | 12/18/20 | $20,000.00 | OTHER |
| CROWN LIFT TRUCKS | P.O. BOX 641173 | | CINCINNATI | OH | 45264 | USA | 12/18/20 | $6,093.40 | OTHER |
| CUTTING EDGE LAWN CARE | 1725 DELL RD | | LANSING | MI | 48911 | USA | 12/18/20 | $3,505.00 | OTHER |
| FAVORITE FISHING USA | 603 N 9TH ST | | THAYER | MO | 65791 | USA | 12/18/20 | $17,074.00 | OTHER |
| FREDRIKSON & BRYAN P.A. | P.O. BOX 1484 | | MINNEAPOLIS | MN | 55480 | USA | 12/18/20 | $50,774.00 | OTHER |
| GREEN LEAF | P.O. BOX 88 | | FONTANET | IN | 47851 | USA | 12/18/20 | $7,699.03 | OTHER |
| HALSTED CORPORATION | 51 COMMERCE DR. | | CRANBURY | NJ | 08512 | USA | 12/18/20 | $2,500.00 | OTHER |
| INSIGHT DIRECT | PO BOX 731069 | | DALLAS | TX | 75373 | USA | 12/18/20 | $10,051.00 | OTHER |
| JCS APPAREL GROUP INC   17 | 1407 BROADWAY, SUITE 202 | | NEW YORK | NY | 10018 | USA | 12/18/20 | $3,585.00 | OTHER |
| JEAN LAVVORN | 1987 N US HWY 421 | | MICHIGAN CITY | IN | 46360 | USA | 12/18/20 | $88.16 | OTHER |
| JOHNSON CONTROL SECURITY SOLUTIO | P.O. BOX 371967 | | PITTSBURGH | PA | 15250 | USA | 12/18/20 | $1,717.34 | OTHER |
| JONATHAN LOPEZ | 14150 OSAGE ST NW | | ANDOVER | MN | 55304 | USA | 12/18/20 | $8,558.04 | OTHER |
| KEITH MAYS | 4296 WHITE PINE CIRCLE | | ST JOSEPH | MI | 49085 | USA | 12/18/20 | $698.45 | OTHER |
| KEN FREY | W6839 WINDWARD DR. | | GREENVILLE | WI | 54942 | USA | 12/18/20 | $288.86 | OTHER |
| KOLE IMPORTS | 24600 MAIN ST | | CARSON | CA | 90745 | USA | 12/18/20 | $5,205.22 | OTHER |
| MATCO FIRE PROTECTION, INC. | 1195 E. PELLS | SUITE B | PAXTON | IL | 60957 | USA | 12/18/20 | $11,070.00 | OTHER |
| MIDWEST CAN COMPANY | 1950 N MANNHEIM RD | | MELROSE PARK | IL | 60160 | USA | 12/18/20 | $17,798.75 | OTHER |

Tea Olive I, LLC
Certain payments made to creditors within 90 days before filing of this case

**Form 207 - Statement of Financial Affairs # 3 - EXHIBIT A**

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| MIDWEST STIHL | 301 COMMERCE PARKWAY | | COTTAGE GROVE | WI | 53527 | USA | 12/18/20 | $21,083.83 | OTHER |
| NAVEGATE, INC | 1300 MENDOTA HEIGHTS ROAD | | MENDOTA HEIGHTS | MN | 55120 | USA | 12/18/20 | $10,925.00 | OTHER |
| PETTY CASH - WABASH STORE #18 | 1550 N CASS ST | | WABASH | IN | 46992 | USA | 12/18/20 | $280.18 | OTHER |
| POO-POURRI | 4901 KELLER SPRINGS RD | SUITE 106D | ADDISON | TX | 75001 | USA | 12/18/20 | $2,280.00 | OTHER |
| ROBERT HALF.COM MANAGEMENT RESOURCES | PO BOX 743295 | | LOS ANGELES | CA | 90074 | USA | 12/18/20 | $14,077.06 | OTHER |
| SALESFORCE.COM, INC | SALESFORCE TOWER | 415 MISSION STREET 3RD FLOOR | SAN FRANCISCO | CA | 94105 | USA | 12/18/20 | $60,000.00 | OTHER |
| SOPUS / SHELL / ROTELLA | 609 SCIENCE DRIVE | | MOORPARK | CA | 93021 | USA | 12/18/20 | $10,000.00 | OTHER |
| STEEPLECHASE ADVISORS, LLC | 601 CARLSON PKWY | SUITE 1050 | MINNETONKA | MN | 55305 | USA | 12/18/20 | $19,228.95 | OTHER |
| TRUE MEDIA | 500 BUSINESS LOOP 70 WEST | | COLUMBIA | MO | 65203 | USA | 12/18/20 | $50,000.00 | OTHER |
| UNITED PAVING | P.O. BOX 67 | | PAXTON | IL | 60957 | USA | 12/18/20 | $2,976.10 | OTHER |
| VETERAN SHREDDING, LLC | 1800 CLIFF ROAD EAST | SUITE 9 | BURNSVILLE | MN | 55337 | USA | 12/18/20 | $225.00 | OTHER |
| WELLS FARGO EQUIPMENT FINANCE | MANUFACTURER SERVICE GROUP | PO BOX 1433 | DES MOINES | IA | 50306 | USA | 12/18/20 | $847.62 | OTHER |
| LOOMIS | DEPT CH 10500 | | PALATINE | IL | 60055 | USA | 12/21/20 | $102,175.66 | OTHER |
| SUPERVALU | 2611 NORTH LINCOLN AVENUE | | URBANA | IL | 61802 | USA | 12/21/20 | $75,578.38 | OTHER |
| CLEAR THINKING GROUP LLC | 401 TOWNE CENTRE DR | | HILLSBOROUGH | NJ | 08844 | USA | 12/23/20 | $20,000.00 | OTHER |
| ORACLE AMERICA, INC. | BANK OF AMERICA LOCKBOX SERV | 15612 COLLECTIONS CTR DR | CHICAGO | IL | 60693 | USA | 12/23/20 | $3,591.00 | OTHER |
| C & L TRUCKING & MAINTENANCE | 300 N VETERANS PARKWAY | | WATSEKA | IL | 60970 | USA | 12/28/20 | $31,270.36 | OTHER |
| JMC COMPANY, INC | 40 SOUTH 7TH ST | STE 212-314 | MINNEAPOLIS | MN | 55402 | USA | 12/28/20 | $13,945.00 | OTHER |
| KIDSEMBRACE | INSPIRED PRODUCTS | 6711 ODESSA AVE | VAN NUYS | CA | 91406 | USA | 12/28/20 | $23,940.00 | OTHER |
| JACQUELINE PIPES | 400 S HOUGH ST. | | BARRINGTON | MN | 60010 | USA | 12/29/20 | $928.48 | OTHER |
| CLEAR THINKING GROUP LLC | 401 TOWNE CENTRE DR | | HILLSBOROUGH | NJ | 08844 | USA | 12/30/20 | $20,000.00 | OTHER |
| LOCOMOTIVE SOLUTIONS LLC | 2663 GRANDBURY GROVE ROAD | | LAKELAND | FL | 33811 | USA | 12/30/20 | $13,500.60 | OTHER |
| C & L TRUCKING & MAINTENANCE | 300 N VETERANS PARKWAY | | WATSEKA | IL | 60970 | USA | 12/31/20 | $99,125.62 | OTHER |
| CROWN CREDIT COMPANY | P.O. BOX 640352 | | CINCINNATI | OH | 45264 | USA | 12/31/20 | $24,094.68 | OTHER |
| HICKSGAS | 1620 E WALNUT | | WATSEKA | IL | 60970 | USA | 12/31/20 | $104.50 | OTHER |
| HICKSGAS | 1620 E WALNUT | | WATSEKA | IL | 60970 | USA | 12/31/20 | $257.40 | OTHER |
| LEVI STRAUSS & CO. | 1155 BATTERY STREET, LS/5 | | SAN FRANCISCO | CA | 94111 | USA | 12/31/20 | $0.01 | OTHER |
| ORGILL DISTRIBUTING | 3742 TYNDALE DRIVE | | MEMPHIS | TN | 38125 | USA | 12/31/20 | $0.02 | OTHER |
| STEEPLECHASE ADVISORS, LLC | 601 CARLSON PKWY | SUITE 1050 | MINNETONKA | MN | 55305 | USA | 12/31/20 | $19,341.50 | OTHER |
| ORACLE AMERICA, INC. | BANK OF AMERICA LOCKBOX SERV | 15612 COLLECTIONS CTR DR | CHICAGO | IL | 60693 | USA | 1/6/21 | $20,067.70 | OTHER |
| CLEAR THINKING GROUP LLC | 401 TOWNE CENTRE DR | | HILLSBOROUGH | NJ | 08844 | USA | 1/7/21 | $104,400.00 | OTHER |
| DONLIN RECANO & COMPANY, INC. | 6201 15th Ave | | BROOKLYN | NY | 11219 | USA | 1/7/21 | $50,000.00 | OTHER |
| FREDRIKSON & BRYAN P.A. | P.O. BOX 1484 | | MINNEAPOLIS | MN | 55480 | USA | 1/7/21 | $125,000.00 | OTHER |
| ICC BUSINESS PRODUCTS | PO BOX 26058 | | INDIANAPOLIS | IN | 46226 | USA | 1/7/21 | $42,972.55 | OTHER |
| JENNY DEMARS | 6322 JEWEL BAY S | | COTTAGE GROVE | MN | 55016 | USA | 1/7/21 | $1,384.60 | OTHER |
| LOCOMOTIVE SOLUTIONS LLC | 2663 GRANDBURY GROVE ROAD | | LAKELAND | FL | 33811 | USA | 1/7/21 | $3,360.00 | OTHER |
| STEEPLECHASE ADVISORS, LLC | 601 CARLSON PKWY | SUITE 1050 | MINNETONKA | MN | 55305 | USA | 1/7/21 | $31,731.25 | OTHER |
| FREDRIKSON & BRYAN P.A. | P.O. BOX 1484 | | MINNEAPOLIS | MN | 55480 | USA | 1/8/21 | $73,095.00 | OTHER |
| ALL STATES DNR | 216 EDWARDS DRIVE | | | | | USA | 01/01-01/09 | $1,809.50 | OTHER |
| CARGILL | 841 GRAPHIC ARTS ROAD | | EMPORIA | KA | 66801 | USA | 01/01-01/09 | $122,983.57 | OTHER |
| ALL STATES DNR | 216 EDWARDS DRIVE | | | | | USA | December | $37,185.05 | OTHER |
| CARGILL | 841 GRAPHIC ARTS ROAD | | EMPORIA | KA | 66801 | USA | December | $431,407.08 | OTHER |
| ALL STATES DNR | 216 EDWARDS DRIVE | | | | | USA | November | $226,520.55 | OTHER |
| CARGILL | 841 GRAPHIC ARTS ROAD | | EMPORIA | KA | 66801 | USA | November | $574,006.90 | OTHER |
| ALL STATES DNR | 216 EDWARDS DRIVE | | | | | USA | October | $129,007.65 | OTHER |
| CARGILL | 841 GRAPHIC ARTS ROAD | | EMPORIA | KA | 66801 | USA | October | $294,729.86 | OTHER |
| HICKSGAS | 1620 E WALNUT | | WATSEKA | IL | 60970 | USA | October | $13,946.15 | OTHER |
| PEOPLE'S ETC | 275 E. Court Street | Suite 201 | KANKAKEE | IL | 60901 | USA | 10/15/20 | $735,049.79 | PAYROLL |
| PEOPLE'S ETC | 275 E. Court Street | Suite 201 | KANKAKEE | IL | 60901 | USA | 10/15/20 | $5,117.75 | PAYROLL |
| PEOPLE'S ETC | 275 E. Court Street | Suite 201 | KANKAKEE | IL | 60901 | USA | 10/16/20 | $97.72 | PAYROLL |
| PEOPLE'S ETC | 275 E. Court Street | Suite 201 | KANKAKEE | IL | 60901 | USA | 10/29/20 | $747,772.18 | PAYROLL |
| PEOPLE'S ETC | 275 E. Court Street | Suite 201 | KANKAKEE | IL | 60901 | USA | 11/10/20 | $755,157.53 | PAYROLL |
| PEOPLE'S ETC | 275 E. Court Street | Suite 201 | KANKAKEE | IL | 60901 | USA | 11/24/20 | $748,636.27 | PAYROLL |
| PEOPLE'S ETC | 275 E. Court Street | Suite 201 | KANKAKEE | IL | 60901 | USA | 12/8/20 | $769,972.66 | PAYROLL |
| PEOPLE'S ETC | 275 E. Court Street | Suite 201 | KANKAKEE | IL | 60901 | USA | 12/9/20 | $4,746.61 | PAYROLL |
| PEOPLE'S ETC | 275 E. Court Street | Suite 201 | KANKAKEE | IL | 60901 | USA | 12/9/20 | $189.18 | PAYROLL |
| PEOPLE'S ETC | 275 E. Court Street | Suite 201 | KANKAKEE | IL | 60901 | USA | 12/15/20 | $236.83 | PAYROLL |
| PEOPLE'S ETC | 275 E. Court Street | Suite 201 | KANKAKEE | IL | 60901 | USA | 12/22/20 | $748,663.59 | PAYROLL |
| PEOPLE'S ETC | 275 E. Court Street | Suite 201 | KANKAKEE | IL | 60901 | USA | 1/4/21 | $613.98 | PAYROLL |
| PEOPLE'S ETC | 275 E. Court Street | Suite 201 | KANKAKEE | IL | 60901 | USA | 1/6/21 | $1,043,841.82 | PAYROLL |
| PEOPLE'S ETC | 275 E. Court Street | Suite 201 | KANKAKEE | IL | 60901 | USA | 1/7/21 | $3,640.15 | PAYROLL |
| KEY BANK | | | | 0 | 0 | 0 USA | 11/1/20 | $630,635.87 | RENT |

Tea Olive I, LLC
Certain payments made to creditors within 90 days before filing of this case

**Form 207 - Statement of Financial Affairs # 3 - EXHIBIT A**

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| CENTRAL BIG R | PO BOX 158 | | WATSEKA | IL | 60970 | USA | 11/2/20 | $20,000.00 | RENT |
| CLOCKTOWER PLAZA, LLC | 970 WINDHAM COURT | SUITE 7 | BOARDMAN | OH | 44512 | USA | 11/2/20 | $29,948.75 | RENT |
| FINDLAY MALL CAPITAL HOLDING, LL | 1010 NORTHERN BLVD | SUITE 212 | GREAT NECK | NY | 11021 | USA | 11/2/20 | $30,472.58 | RENT |
| FOX RIVER PLAZA, LLC | 138 BUNTROCK AVE | | THIENSVILLE | WI | 53092 | USA | 11/2/20 | $20,000.00 | RENT |
| HOME DEPOT USA, INC. | ATTN: LOCKBOX 7491 | 400 WHITE CLAY CENTER DR. | NEWARD | DE | 19711 | USA | 11/2/20 | $15,812.50 | RENT |
| ILLIANA REALTY LLC | PO BOX 158 | | WATSEKA | IL | 60970 | USA | 11/2/20 | $2,000.00 | RENT |
| JUNIPER I, LLC | 3435 PROMENADE AVE #1001 | | EAGAN | MN | 55123 | USA | 11/2/20 | $24,207.35 | RENT |
| JUNIPER II, LLC | 3435 PROMENADE AVE #1001 | | EAGAN | MN | 55123 | USA | 11/2/20 | $40,090.75 | RENT |
| NORTHPOINT DEVELOPMENT HOLDINGS | ATTN: KEITH WEINSTEIN | 20  NORTHPOINT DR | STREATOR | IL | 61364 | USA | 11/2/20 | $14,089.00 | RENT |
| PINK DOGWOOD I | 3435 PROMENADE AVE #1001 | | EAGAN | MN | 55123 | USA | 11/2/20 | $25,312.50 | RENT |
| SERITAGE SRC FINANCE LLC | PO BOX 776148 | | CHICAGO | IL | 60677 | USA | 11/2/20 | $28,292.18 | RENT |
| JUNIPER I, LLC | 3435 PROMENADE AVE #1001 | | EAGAN | MN | 55123 | USA | 11/30/20 | $24,207.35 | RENT |
| JUNIPER II, LLC | 3435 PROMENADE AVE #1001 | | EAGAN | MN | 55123 | USA | 11/30/20 | $40,090.75 | RENT |
| PINK DOGWOOD I | 3435 PROMENADE AVE #1001 | | EAGAN | MN | 55123 | USA | 11/30/20 | $25,312.50 | RENT |
| CENTRAL BIG R | PO BOX 158 | | WATSEKA | IL | 60970 | USA | 12/1/20 | $20,000.00 | RENT |
| ILLIANA REALTY LLC | PO BOX 158 | | WATSEKA | IL | 60970 | USA | 12/1/20 | $2,000.00 | RENT |
| JODA CRABTREE | PO BOX 461 | | WATSEKA | IL | 60970 | USA | 12/1/20 | $8,000.00 | RENT |
| KEY BANK | | | | 0 | 0 | USA | 12/1/20 | $630,635.87 | RENT |
| CLOCKTOWER PLAZA, LLC | 970 WINDHAM COURT | SUITE 7 | BOARDMAN | OH | 44512 | USA | 12/18/20 | $29,948.75 | RENT |
| FINDLAY MALL CAPITAL HOLDING, LL | 1010 NORTHERN BLVD | SUITE 212 | GREAT NECK | NY | 11021 | USA | 12/18/20 | $30,472.58 | RENT |
| FOX RIVER PLAZA, LLC | 138 BUNTROCK AVE | | THIENSVILLE | WI | 53092 | USA | 12/18/20 | $20,000.00 | RENT |
| HOME DEPOT USA, INC. | ATTN: LOCKBOX 7491 | 400 WHITE CLAY CENTER DR. | NEWARD | DE | 19711 | USA | 12/18/20 | $15,812.50 | RENT |
| NORTHPOINT DEVELOPMENT HOLDINGS | ATTN: KEITH WEINSTEIN | 20  NORTHPOINT DR | STREATOR | IL | 61364 | USA | 12/18/20 | $14,089.00 | RENT |
| SERITAGE SRC FINANCE LLC | PO BOX 776148 | | CHICAGO | IL | 60677 | USA | 12/18/20 | $28,292.18 | RENT |
| WHITEWATER MANAGEMENT | 12301 WHITEWATER DRIVE | SUITE 110 | MINNETONKA | MN | 55343 | USA | November | $14,315.00 | RENT |
| WHITEWATER MANAGEMENT | 12301 WHITEWATER DRIVE | SUITE 110 | MINNETONKA | MN | 55343 | USA | December | $14,845.76 | RENT |
| OGLE COUNTY COLLECTOR | P.O. BOX 40 | | OGLE | IL | | USA | 10/13/20 | $21,148.80 | TAXES |
| TAZEWELL COUNTY COLLECTOR | 11 S. 4TH ST. STE 308 | | TAZEWELL | IL | | USA | 10/13/20 | $24,581.44 | TAXES |
| INDIANA DEPT. OF REVENUE | P.O. BOX 1674 | | INDIANAPOLIS | IN | 46206 | USA | 10/16/20 | $312,089.65 | TAXES |
| OHIO | | | | | | USA | 10/26/20 | $37,084.22 | TAXES |
| OHIO | | | | | | USA | 10/26/20 | $35,542.97 | TAXES |
| COMCAST | PO BOX 70219 | | PHILADELPHIA | PA | 19176 | USA | 10/12/20 | $431.98 | UTILITIES |
| COMCAST | PO BOX 70219 | | PHILADELPHIA | PA | 19176 | USA | 10/15/20 | $220.27 | UTILITIES |
| COMCAST | PO BOX 70219 | | PHILADELPHIA | PA | 19176 | USA | 10/15/20 | $173.35 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 10/16/20 | $361.97 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 10/19/20 | $2,040.24 | UTILITIES |
| INDIANA MICHIGAN POWER | P.O. BOX 371496 | | PITTSBURGH | PA | 15250 | USA | 10/19/20 | $4,902.24 | UTILITIES |
| ILLINOIS-AMERICAN WATER CO. | P.O. BOX 6029 | | CAROL STEAM | IL | 60197 | USA | 10/20/20 | $1,000.00 | UTILITIES |
| MORRIS MUNICIPAL SERVICES BUILDI | 700 N DIVISION ST | | MORRIS | IL | 60450 | USA | 10/20/20 | $851.74 | UTILITIES |
| SYMMETRY ENERGY SOLUTIONS LLC | 1111 LOUISIANA ST | B-241 | HOUSTON | TX | 77002 | USA | 10/22/20 | $1,196.19 | UTILITIES |
| INDIANA-AMERICAN WATER CO., INC. | P.O. BOX 6029 | | CAROL STREAM | IL | 60197 | USA | 10/26/20 | $417.24 | UTILITIES |
| NIPSCO | P.O. BOX 13007 | | MERRILLVILLE | IN | 46411 | USA | 10/26/20 | $15,656.77 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 10/27/20 | $4,698.29 | UTILITIES |
| CITY OF LIMA UTILITIES DEPT. | P.O. BOX 183199 | | COLUMBUS | OH | 43218 | USA | 10/29/20 | $2,772.13 | UTILITIES |
| CONSUMERS ENERGY | PAYMENT CENTER | PO BOX 740309 | CINCINNATI | OH | 45274 | USA | 10/29/20 | $3,091.60 | UTILITIES |
| AMERICAN ELECTRIC POWER | P.O BOX 371496 | | PITTSBURG | PA | 15250 | USA | 10/30/20 | $6,361.64 | UTILITIES |
| DYNEGY ENERGY SERVICES | 27679 NETWORK PLAZA | | CHICAGO | IL | 60673 | USA | 10/30/20 | $25,798.21 | UTILITIES |
| FRONTIER | PO BOX 740407 | | CINCINNATI | OH | 45274 | USA | 10/30/20 | $348.87 | UTILITIES |
| MARION MUNICIPAL UTILITIES | P.O. BOX 718 | | MARION | IN | 46952 | USA | 10/30/20 | $2,991.50 | UTILITIES |
| SPECTRUM ENTERPRISE | TIME WARNER CABLE | BOX 223085 | PITTSBURGH | PA | 15251 | USA | 10/30/20 | $473.40 | UTILITIES |
| CITY OF WATSEKA | P.O. BOX 338 | | WATSEKA | IL | 60970 | USA | 11/2/20 | $25.14 | UTILITIES |
| ELKHART PUPLIC UTILITIES | P.O. BOX 116 | | GOSHEN | IN | 46527 | USA | 11/5/20 | $217.69 | UTILITIES |
| AMERICAN ELECTRIC POWER | P.O BOX 371496 | | PITTSBURGH | PA | 15250 | USA | 11/9/20 | $38.18 | UTILITIES |
| INDIANA MICHIGAN POWER | P.O. BOX 371496 | | PITTSBURGH | PA | 15250 | USA | 11/9/20 | $7,763.16 | UTILITIES |
| INDIANA MICHIGAN POWER | P.O. BOX 371496 | | PITTSBURGH | PA | 15250 | USA | 11/9/20 | $8,282.87 | UTILITIES |
| INDIANA MICHIGAN POWER | P.O. BOX 371496 | | PITTSBURGH | PA | 15250 | USA | 11/9/20 | $233.45 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 11/10/20 | $1,439.59 | UTILITIES |
| CRAWFORDSVILLE ELECTRIC LIGHT | P.O. BOX 428 | | CRAWFORDSVILLE | IN | 47933 | USA | 11/10/20 | $10,218.41 | UTILITIES |
| ILLINOIS-AMERICAN WATER CO. | P.O. BOX 6029 | | CAROL STEAM | IL | 60197 | USA | 11/10/20 | $420.00 | UTILITIES |
| ILLINOIS-AMERICAN WATER CO. | P.O. BOX 6029 | | CAROL STEAM | IL | 60197 | USA | 11/10/20 | $122.94 | UTILITIES |
| SWAYZEE PHONE CO | 214 S WASHINGTON ST. | | SWAYZEE | IN | 46986 | USA | 11/10/20 | $319.24 | UTILITIES |
| ALLIANT ENERGY | PO BOX 3062 | | CEDAR RAPIDS | IA | 52406 | USA | 11/12/20 | $3,449.25 | UTILITIES |

Form 207 - Statement of Financial Affairs # 3 - EXHIBIT A

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| MICHIANA RECYCLING AND DISPOSAL | P.O. BOX 1148 | | NILES | MI | 49120 | USA | 11/12/20 | $583.50 | UTILITIES |
| AMERICAN ELECTRIC POWER | P.O BOX 371496 | | PITTSBURG | PA | 15250 | USA | 11/16/20 | $11,566.35 | UTILITIES |
| INDIANA MICHIGAN POWER | P.O. BOX 371496 | | PITTSBURGH | PA | 15250 | USA | 11/16/20 | $4,275.19 | UTILITIES |
| NIPSCO | P.O. BOX 13007 | | MERRILLVILLE | IN | 46411 | USA | 11/17/20 | $16,150.05 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 11/18/20 | $11,599.26 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 11/18/20 | $1,880.86 | UTILITIES |
| LANSING BOARD OF WATER AND LIGHT | 148 S CEDAR ST. | | LANSING | MI | 48912 | USA | 11/18/20 | $26,089.50 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 11/19/20 | $289.74 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 11/19/20 | $175.04 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 11/20/20 | $700.80 | UTILITIES |
| AT&T | P.O.BOX 5014 | | CAROL STREAM | IL | 60197 | USA | 11/20/20 | $175.56 | UTILITIES |
| INDIANA MICHIGAN POWER | P.O. BOX 371496 | | PITTSBURGH | PA | 15250 | USA | 11/20/20 | $4,144.04 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 11/23/20 | $1,929.15 | UTILITIES |
| DYNEGY ENERGY SERVICES | 27679 NETWORK PLAZA | | CHICAGO | IL | 60673 | USA | 11/23/20 | $56,287.44 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 12/1/20 | $6,011.28 | UTILITIES |
| AQUA ILLINOIS | P.O BOX 70279 | | PHILADELPHIA | PA | 19176 | USA | 12/2/20 | $620.89 | UTILITIES |
| DUKE ENERGY | P.O. BOX 1326 | | CHARLOTTE | NC | 28201 | USA | 12/2/20 | $10,008.50 | UTILITIES |
| DUKE ENERGY | P.O. BOX 1326 | | CHARLOTTE | NC | 28201 | USA | 12/2/20 | $8,584.85 | UTILITIES |
| DUKE ENERGY | P.O. BOX 1326 | | CHARLOTTE | NC | 28201 | USA | 12/2/20 | $9,919.78 | UTILITIES |
| INDIANA-AMERICAN WATER CO., INC. | P.O. BOX 6029 | | CAROL STREAM | IL | 60197 | USA | 12/2/20 | $516.95 | UTILITIES |
| INDIANA-AMERICAN WATER CO., INC. | P.O. BOX 6029 | | CAROL STREAM | IL | 60197 | USA | 12/2/20 | $415.36 | UTILITIES |
| INDIANA-AMERICAN WATER CO., INC. | P.O. BOX 6029 | | CAROL STREAM | IL | 60197 | USA | 12/2/20 | $391.27 | UTILITIES |
| ILLINOIS-AMERICAN WATER CO. | P.O. BOX 6029 | | CAROL STEAM | IL | 60197 | USA | 12/3/20 | $135.26 | UTILITIES |
| ILLINOIS-AMERICAN WATER CO. | P.O. BOX 6029 | | CAROL STREAM | IL | 60197 | USA | 12/3/20 | $255.22 | UTILITIES |
| ILLINOIS-AMERICAN WATER CO. | P.O. BOX 6029 | | CAROL STREAM | IL | 60197 | USA | 12/3/20 | $182.27 | UTILITIES |
| INDIANA-AMERICAN WATER CO., INC. | P.O. BOX 6029 | | CAROL STREAM | IL | 60197 | USA | 12/3/20 | $275.06 | UTILITIES |
| INDIANA-AMERICAN WATER CO., INC. | P.O. BOX 6029 | | CAROL STREAM | IL | 60197 | USA | 12/3/20 | $275.06 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 12/4/20 | $1,719.74 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 12/4/20 | $1,518.00 | UTILITIES |
| AQUA ILLINOIS | P.O BOX 70279 | | PHILADELPHIA | PA | 19176 | USA | 12/4/20 | $68.70 | UTILITIES |
| AQUA ILLINOIS | P.O BOX 70279 | | PHILADELPHIA | PA | 19176 | USA | 12/4/20 | $484.73 | UTILITIES |
| VECTREN ENERGY DELIVERY | P.O. BOX 1423 | | HOUSTON | TX | 77251 | USA | 12/4/20 | $951.06 | UTILITIES |
| COMCAST | PO BOX 70219 | | PHILADELPHIA | PA | 19176 | USA | 12/7/20 | $545.94 | UTILITIES |
| COMCAST | PO BOX 70219 | | PHILADELPHIA | PA | 19176 | USA | 12/7/20 | $444.29 | UTILITIES |
| ILLINOIS-AMERICAN WATER CO. | P.O. BOX 6029 | | CAROL STREAM | IL | 60197 | USA | 12/7/20 | $208.81 | UTILITIES |
| INDIANA MICHIGAN POWER | P.O. BOX 371496 | | PITTSBURGH | PA | 15250 | USA | 12/7/20 | $6,962.81 | UTILITIES |
| AMERICAN ELECTRIC POWER | P.O BOX 371496 | | PITTSBURG | PA | 15250 | USA | 12/8/20 | $38.75 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 12/9/20 | $1,931.86 | UTILITIES |
| AMERICAN ELECTRIC POWER | P.O BOX 371496 | | PITTSBURG | PA | 15250 | USA | 12/9/20 | $4,687.88 | UTILITIES |
| AT&T | P.O.BOX 5014 | | CAROL STREAM | IL | 60197 | USA | 12/9/20 | $369.91 | UTILITIES |
| AT&T | P.O.BOX 5014 | | CAROL STREAM | IL | 60197 | USA | 12/9/20 | $310.44 | UTILITIES |
| COMCAST | PO BOX 70219 | | PHILADELPHIA | PA | 19176 | USA | 12/9/20 | $153.35 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 12/10/20 | $1,931.86 | UTILITIES |
| AMERICAN ELECTRIC POWER | P.O BOX 371496 | | PITTSBURG | PA | 15250 | USA | 12/11/20 | $12,007.85 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 12/14/20 | $12,785.60 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 12/14/20 | $434.00 | UTILITIES |
| AQUA ILLINOIS | P.O BOX 70279 | | PHILADELPHIA | PA | 19176 | USA | 12/14/20 | $166.52 | UTILITIES |
| AQUA ILLINOIS | P.O BOX 70279 | | PHILADELPHIA | PA | 19176 | USA | 12/14/20 | $511.58 | UTILITIES |
| LANSING BOARD OF WATER AND LIGHT | 148 S CEDAR ST. | | LANSING | MI | 48912 | USA | 12/14/20 | $26,086.54 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 12/15/20 | $161.25 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 12/15/20 | $2,091.06 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 12/15/20 | $858.95 | UTILITIES |
| CALL ONE | PO BOX 76112 | | CLEVELAND | OH | 44101 | USA | 12/15/20 | $14,370.17 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 12/16/20 | $2,168.39 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 12/16/20 | $399.97 | UTILITIES |
| AQUA ILLINOIS | P.O BOX 70279 | | PHILADELPHIA | PA | 19176 | USA | 12/16/20 | $1,108.85 | UTILITIES |
| CONSUMERS ENERGY | PAYMENT CENTER | PO BOX 740309 | CINCINNATI | OH | 45274 | USA | 12/16/20 | $1,467.97 | UTILITIES |
| CITY OF FINDLAY - WATER AND | WASTEWATER DEPT. | 136 N. BLANCHARD ST. | FINDLAY | OH | 45840 | USA | 12/18/20 | $441.41 | UTILITIES |
| CRAWFORDSVILLE ELECTRIC LIGHT | P.O. BOX 428 | | CRAWFORDSVILLE | IN | 47933 | USA | 12/18/20 | $9,724.45 | UTILITIES |
| DUKE ENERGY | P.O. BOX 1326 | | CHARLOTTE | NC | 28201 | USA | 12/18/20 | $70.00 | UTILITIES |
| SPECTRUM ENTERPRISE | TIME WARNER CABLE | BOX 223085 | PITTSBURGH | PA | 15251 | USA | 12/18/20 | $201.59 | UTILITIES |
| AMEREN ILLINOIS | P.O. BOX 88034 | | CHICAGO | IL | 60680 | USA | 12/22/20 | $23,819.31 | UTILITIES |

Tea Olive I, LLC
Certain payments or transfers to creditors within 90 days before filing this case

**Form 207 - Statement of Financial Affairs # 3 - EXHIBIT A**

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| ILLINOIS-AMERICAN WATER CO. | P.O. BOX 6029 | | CAROL STEAM | IL | 60197 | USA | 12/23/20 | $998.05 | UTILITIES |
| ILLINOIS-AMERICAN WATER CO. | P.O. BOX 6029 | | CAROL STEAM | IL | 60197 | USA | 12/23/20 | $143.51 | UTILITIES |
| ILLINOIS-AMERICAN WATER CO. | P.O. BOX 6029 | | CAROL STEAM | IL | 60197 | USA | 12/23/20 | $132.34 | UTILITIES |
| MEDIACOM | 611 S. 4TH ST | | CHILLICOTHE | IL | 61523 | USA | 12/28/20 | $2,099.01 | UTILITIES |
| CALL ONE | PO BOX 76112 | | CLEVELAND | OH | 44101 | USA | 12/31/20 | $4,075.80 | UTILITIES |
| INDIANA MICHIGAN POWER | P.O. BOX 371496 | | PITTSBURGH | PA | 15250 | USA | 1/4/21 | $205.15 | UTILITIES |
| NIPSCO | P.O. BOX 13007 | | MERRILLVILLE | IN | 46411 | USA | 1/4/21 | $325.58 | UTILITIES |
| ILLINOIS-AMERICAN WATER CO. | P.O. BOX 6029 | | CAROL STEAM | IL | 60197 | USA | 1/6/21 | $209.18 | UTILITIES |
| ILLINOIS-AMERICAN WATER CO. | P.O. BOX 6029 | | CAROL STEAM | IL | 60197 | USA | 1/6/21 | $442.99 | UTILITIES |
| ILLINOIS-AMERICAN WATER CO. | P.O. BOX 6029 | | CAROL STEAM | IL | 60197 | USA | 1/6/21 | $15.00 | UTILITIES |
| ILLINOIS-AMERICAN WATER CO. | P.O. BOX 6029 | | CAROL STEAM | IL | 60197 | USA | 1/6/21 | $105.80 | UTILITIES |
| ILLINOIS-AMERICAN WATER CO. | P.O. BOX 6029 | | CAROL STEAM | IL | 60197 | USA | 1/6/21 | $92.00 | UTILITIES |
| INDIANA-AMERICAN WATER CO., INC. | P.O. BOX 6029 | | CAROL STREAM | IL | 60197 | USA | 1/6/21 | $478.45 | UTILITIES |
| INDIANA-AMERICAN WATER CO., INC. | P.O. BOX 6029 | | CAROL STREAM | IL | 60197 | USA | 1/6/21 | $3,381.45 | UTILITIES |
| INDIANA-AMERICAN WATER CO., INC. | P.O. BOX 6029 | | CAROL STREAM | IL | 60197 | USA | 1/6/21 | $367.10 | UTILITIES |
| INDIANA-AMERICAN WATER CO., INC. | P.O. BOX 6029 | | CAROL STREAM | IL | 60197 | USA | 1/6/21 | $683.44 | UTILITIES |
| INDIANA-AMERICAN WATER CO., INC. | P.O. BOX 6029 | | CAROL STREAM | IL | 60197 | USA | 1/6/21 | $524.75 | UTILITIES |
| INDIANA-AMERICAN WATER CO., INC. | P.O. BOX 6029 | | CAROL STREAM | IL | 60197 | USA | 1/6/21 | $417.25 | UTILITIES |
| NICOR | P.O. BOX 5407 | | CAROL STREAM | IL | 60197 | USA | 1/6/21 | $450.66 | UTILITIES |
| NICOR | P.O. BOX 5407 | | CAROL STREAM | IL | 60197 | USA | 1/6/21 | $178.48 | UTILITIES |
| NICOR | P.O. BOX 5407 | | CAROL STREAM | IL | 60197 | USA | 1/6/21 | $858.32 | UTILITIES |
| AMERICAN ELECTRIC POWER | P.O BOX 371496 | | PITTSBURG | PA | 15250 | USA | December | $16,156.65 | UTILITIES |
| AT&T | P.O.BOX 5014 | | CAROL STREAM | IL | 60197 | USA | December | $3,957.79 | UTILITIES |
| COMCAST | PO BOX 70219 | | PHILADELPHIA | PA | 19176 | USA | December | $4,497.42 | UTILITIES |
| IN/IL AMERICAN WATER | 870 IN-32 | | WINCHESTER | IN | 47394 | USA | December | $842.58 | UTILITIES |
| STEEPLECHASE ADVISORS, LLC | 601 CARLSON PKWY | SUITE 1050 | MINNETONKA | MN | 55305 | USA | 12/23/2020 | $19,341.50 | OTHER |
| TIGER CAPITAL GROUP | 99 PARK AVE | #1930 | NEW YORK | NY | 10016 | USA | 12/23/2020 | $175,000.00 | OTHER |

Tea Olive, LLC

All financial institutions, creditors, and other parties to whom the debtor issued a financial statement within 2 years before filing this case

Form 207 - Statement of Financial Affairs #26D - Exhibit B

| Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| ARIAT INTERNATIONAL | PO BOX 201282 | | | DALLAS | TX | 75320 | USA |
| Atradius | 211 Schilling Circle | Suite 200 | | Hunt Valley | MD | 21031 | USA |
| BLACK DIAMOND GROUP/CARHARTT FOO | BLACK DIAMOND GROUP | PO BOX 715108 | | CINCINNATI | OH | 45271 | USA |
| BRYAN EQUIPMENT SALES, INC | PO BOX 645549 | | | CINCINNATI | OH | 45264 | USA |
| C.O. LYNCH ENTERPRISES | 2655 FAIRVIEW AVENUE | | | ROSEVILLE | MN | 55113 | USA |
| CARHARTT | PO BOX 856843 | | | MINNEAPOLIS | MN | 55485 | USA |
| CHAMPION POWER EQUIPMENT | 12039 SMITH AVE | | | SANTA FE SPRINGS | CA | 90670 | USA |
| CITGO, PETROLEUM CORP | 1293 ELDRIDGE PARKWAY | | | HOUSTON | TX | 77077 | USA |
| COLUMBIA SPORTSWEAR | PO BOX 1450 | | | MINNEAPOLIS | MN | 55485 | USA |
| Credit International | 204 Stonehinde Ln | | | Carle Place | NY | 11514 | USA |
| CROW SHOOTING SUPPLY | 200 SOUTH FRONT STREET | | | MONTEZUMA | IA | 50171 | USA |
| DAVIDSON'S GUNS | 6100 WILKINSON DRIVE | | | PRESCOTT | AZ | 86301 | USA |
| FACTORY MOTOR PARTS | PO BOX 9107 | | | MINNEAPOLIS | MN | 55480 | USA |
| FORNEY INDUSTRIES, INC | P.O. BOX  563 | FAX #970-498-9505 | | FORT COLLINS | CO | 80522 | USA |
| GENERAC POWER SYSTEMS | 29330 NETWORK PLACE | | | CHICAGO | IL | 60673 | USA |
| GERSON COMPANY | PO BOX 1209 | | | OLATHE | KS | 66051 | USA |
| GORDINI USA, INC. | 67 ALLEN MARTIN DRIVE | PO BOX 8440 | | ESSEX JUNCTION | VT | 05451 | USA |
| HONEYWELL SAFETY PRODUCTS | P.O. BOX 418430 | | | BOSTON | MA | 02241 | USA |
| HUSQVARNA | PO BOX 2774 | | | CAROL STREAM | IL | 60132 | USA |
| INDERA MILLS COMPANY | PO BOX 890614 | | | CHARLOTTE | NC | 28289 | USA |
| JESCO FOOTWEAR GROUP INC | 37 WEST 37TH STREET #301 | | | New York | NY | 10018 | USA |
| JUSTIN BOOTS | JUSTIN BRANDS INC | PO BOX 99188 | | FORT WORTH | TX | 76199 | USA |
| KEY INDUSTRIES | PO BOX 505305 | | | SAINT LOUIS | MO | 63150 | USA |
| KING KUTTER INC. | P.O. BOX 1200 | 305 COMMERCE DRIVE | | Winfield | AL | 35594 | USA |
| KNOX FERTILIZER | 2600 E 100 S | PO BOX 248 | | KNOX | IN | 46534 | USA |
| KONTOOR BRANDS--WRANGLER | VF JEANSWEAR L.P | PO BOX 640017 | | PITTSBURGH | PA | 15264 | USA |
| LEVI STRAUSS & CO. | 2313 COLLECTIONS CENTER DR. | | | CHICAGO | IL | 60693 | USA |
| LIBMAN COMPANY | 5167 EAGLE WAY | | | CHICAGO | IL | 60678 | USA |
| MANNA PRO | P.O. BOX 959074 | | | ST. LOUIS | MO | 63195 | USA |
| MIDWEST STIHL | PO BOX 117245 | | | ATLANTA | GA | 30368 | USA |
| NFI FOOTWEAR, INC. | NATIONAL FASHION IMPORTS INC | 54 FREEMAN ST | | NEWARK | NJ | 07105 | USA |
| ORGILL DISTRIBUTING | ORGILL INC. | P O BOX 1000 DEPT 7 | | MEMPHIS | TN | 38148 | USA |
| PERFORMANCE SEED | Performance Seed | PO Box 7126 | | St Cloud | MN | 56302 | USA |
| PRESSMAN TOY CORP DBA GOLIATH | GOLIATH | DEPT#3842 | PO BOX 123842 | DALLAS | TX | 75312 | USA |
| RED WING SHOE | 24062 NETWORK PLACE | | | CHICAGO | IL | 60673 | USA |
| RUST-OLEUM CORPORATION | PO BOX 931946 | | | CLEVELAND | OH | 44193 | USA |
| SA CONSUMER PRODUCTS | 3305 W 132ND ST | | | LEAKWOOD | KS | 66209 | USA |
| SUTTON HOME FASHIONS | CIT GROUP COMMERCIAL SERVICES | PO BOX 1036 | | CHARLOTTE | NC | 28201 | USA |

All financial institutions, creditors, and other parties to whom the debtor issued a financial statement within 2 years before filing this case

Form 207 - Statement of Financial Affairs #26D - Exhibit B

| Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| TOYSMITH | 3101 WEST VALLEY HWY EAST | | | SUMNER | WA | 98390 | USA |
| VELOCITY GREAT OUTDOORS | 1300 VIRGINIA DR. | SUITE 119 | | FT. WASHINGTON | PA | 19034 | USA |
| WABASH VALLEY FARMS | WABASH VALLEY FARMS, INC. | 6323 N 150 E | | Monon | IN | 47959 | USA |
| WILLIAMSON-DICKIE MFG. CO | PO BOX 915156 | | | DALLAS | TX | 75391 | USA |
| WOLVERINE | WOLVERINE WORLD WIDE, INC | 25759 NETWORK PLACE | | CHICAGO | IL | 60673 | USA |
| WORLD MARKETING | P.O. BOX 192 | | | MILL CREEK | PA | 17060 | USA |
| WORDLWIDE DISTRIBUTORS | P.O. BOX 88607 | | | SEATTLE | WA | 98138 | USA |
| YARDMAX | 534 CONGRESS CIRCLE NORTH | | | ROSELLE | IL | 60172 | USA |
| Nolan Capital | 58 11th St | | | Hermosa Beach | CA | 90254 | USA |
| Pacific Avenue Capital | 2321 Rosecrans Ave #3255 | | | El Segundo/Los Angeles | CA | 90245 | USA |
| Balmoral Funds LLC | 11150 Santa Monica Blvd #825, | | | Los Angeles | CA | 90025 | USA |
| Goode Partners | 767 3rd Ave #22, | | | New  York | NY | 10017 | USA |
| Bruckmann, Rosser, Sherril & Co. | 126 East 56th Street, 29th Floor | | | New  York | NY | 10022 | USA |
| Prospect Hill Growth Partners | 500 Totten Pond Rd, 6th Floor | | | Waltham | MA | 02451 | USA |
| TA Associates | 200 Clarendon St, 56th Floor | | | Boston | MA | 02116 | USA |
| Great Range Capital | 1968 Shawnee Mission Pkwy. | | | Mission Woods | KS | 66205 | USA |
| Sun Capital | 5200 Town Center Cir, 4th Floor | | | Boca Raton | FL | 33486 | USA |
| Wellspring Capital Mgmt LLC | 390 Park Ave # 5 | | | New York | NY | 10022 | USA |
| Platinum Equity | 52 Vanderbilt Ave # 1 | | | New  York | NY | 10017 | USA |
| Spell Capital | 222 South Ninth Street, Suite 2800 | | | Minneapolis | MN | 55402 | USA |
| Critical Point Capital | 1230 Rosecrans Avenue, Suite 170 | | | Los Angeles | CA | 90226 | USA |
| Kingswood Capital Management | 11777 San Vicente Blvd. | | | Los Angeles | CA | 90049 | USA |
| Mason Asset Management | 747 Middle Neck Road, Suite 101 | | | Great Neck | NY | 11024 | USA |
| Silverpoint Capital | 20 Horseneck Ln #6300, | | | Greenwich | CT | 06830 | USA |
| Schneiders | 8255 E Washington St. | | | Chagrin Falls | OH | 44023 | USA |
| Tyndale Advisors / Orgill | 4100 S Houston Levee Rd | | | Collierville | TN | 38017 | USA |
| Runnings | 901 US-59 | | | Marshall | MN | 56258 | USA |
| Menards | 5101 Menard Dr, Eau Claire | | | Eau Claire | WI | 54703 | USA |
| Northern Tool + Equipment | 2800 Southcross Drive West Burnsville | | | Burnsville | MN | 55306 | USA |
| Pathlight Capital | 18 Shipyard Dr, | | | Boston | MA | 02043 | USA |
| Crystal Financial | Two International Place,17th Floor | | | Boston | MA | 02110 | USA |
| Gordon Brothers Capital Finance / Callodine | Prudential Tower 800 Boylston Street, 27th Floor | | | Boston | MA | 02199 | USA |
| Hilco Capital Finance | 5 Revere Dr. Suite 206 | | | Chicago IL | IL | 60062 | USA |
| Tiger Debt/Capital | 60 State St. 11th Floor | | | Boston | MA | 02109 | USA |
| Sandton Capital | 16 West 46th Street, 11th Floor | | | New York | NY | 10036 | USA |
| Solheim Investment Partners LLC | 275 Market Street, Suite 600 | | | Minneapolis | MN | 55405 | USA |
| Peak Rock Capital | 13413 Galleria Cir #300 | | | Austin | TX | 78738 | USA |
| Citizen's Bank | One Citizen's Plaza | | | Providence | RI | 02903 | USA |
| PNC Business Credit | 1 N Franklin St. Ste 2500 | | | Chicago IL | IL | 60606 | USA |

All financial institutions, creditors, and other parties to whom the debtor issued a financial statement within 2 years before filing this case

**Form 207 - Statement of Financial Affairs #26D - Exhibit B**

| Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| White Oak Commercial Finance | 300 N LaSalle, Suite 1825 | | | Chicago IL | IL | 60654 | USA |
| Assembled Brands | 76 Greene St. 4th floor | | | New  York | NY | 10012 | USA |
| Tiger Group | 99 Park Avenue, 19th Floor, | | | New York | NY | 10016 | USA |
| Hilco Global | 5 Revere Dr. Suite 206 | | | Northbrook | IL | 60062 | USA |
| Gordon Brothers | 800 Boylston Street, 27th Floor | | | Boston | MA | 02199 | USA |
| Great American/B. Riley | 2901 28th Street, Suite 100 | | | Los Angeles | CA | 90405 | USA |
| SB360 Capital Partners | 75 Second Avenue, Suite 570 | | | Needham | MA | 02494 | USA |
| Bank of America | 1 Bryant Park | | | New York | NY | 10036 | USA |
| Second Avenue Capital Partners | 1010 Northern Blvd. | Suite 340 | | Great Neck | NY | 11021 | USA |
| CIT/Northbridge | 1010 Northern Blvd. | Suite 340 | | Great Neck | NY | 11021 | USA |
| Steeplechase Advisors LLC | 5850 Opus Pkwy | | | Minnetonka | MN | 55343 | USA |
| Clear Thinking Group | 401 Towne Centre Dr. | | | Hillsborough | NJ | 08844 | USA |
| Copeland and Buhl | 800 Wayzata Blvd E | Suite 300 | | Wayzata | MN | 55391 | USA |
| Eide Bailly | 800 Nicollet Mall | Ste 1300 | | Minneapolis | MN | 55402 | USA |

LOCAL FORM  1007-1
REVISED  06/16

# United States Bankruptcy Court
## District of Minnesota

In re   Tea Olive I, LLC _____   Case No.   21-30037
_____ Debtor(s)                   Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal Services, I have agreed to accept    ...........................  $  See Application to Employ Fredrikson & Byron, P.A.
Prior to the filing of this statement I have received    ..............  $  135,703.00
Balance Due    ........................................................................  $  Amounts to be allowed by the Court

2.    The source of the compensation paid to me was:
☑ Debtor                    ☐ Other (specify)

3.    The source of the compensation to be paid to me is:
☑ Debtor                    ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

D. Representation of the debtor in contested bankruptcy matters; and

E. Other services reasonably necessary to represent the debtor(s).

6.    Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

## CERTIFICATION

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

LOCAL FORM 1007-1
REVISED 06/16

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: 2/8/2021

Signature of Attorney
/e/ Clinton E. Cutler
Clinton E. Cutler 158094

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy