UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re:

Tea Olive I, LLC d/b/a Stock+Field,

    Debtor.

Case No.: 21-30037
Chapter 11 Case

RECEIVED 21 FEB 16 PM 1:28 U.S. BANKRUPTCY COURT ST. PAUL, MN

## RECLAMATION CLAIMS AND/OR TWENTY DAY CLAIMS FORM

**Name, Address, Phone Number and Email Contact Information of Claimant and Counsel:**

| Claimant: INDERA MILLS COMPANY P.O. BOX 309 YADKINVILLE, NC 27055 JAMES OLSON - 336 679-4440 JOLSON @ INDERAMILLS.COM | Counsel: |
|---|---|

**Summary of Asserted Reclamation Claims and/or Twenty Day Claims:**
For each claim you are asserting, indicate below the Debtor, product, type of claim, amount of claim (excluding any rights to setoff or offset), and applicable state law.

| Debtor | Product | Reclamation Claim Amount & State (exclude setoff/offset) | Twenty Day Claim Amount (exclude setoff/offset) |
|---|---|---|---|
| INDERA MILLS | THERMAL UNDERWEAR | $34,054.02 | $2,444.85 |
| | | | |
| | SEE ATTACHED | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Setoff/Offset Rights:**

Do you assert setoff or offset rights with respect to any of the claims above? Circle: Yes / **No**

If Yes, identify which claims and basis for setoff or offset rights in attached supporting documentation.

| Invoice Date | Invoice Amount | | | | | |
|---|---|---|---|---|---|---|
| 11/6/2020 | $2,920.83 | | | | | |
| 11/9/2020 | $5,118.81 | | | | | |
| 11/10/2020 | $5,184.00 | | | | | |
| 11/11/2020 | $2,441.86 | | | | | |
| 11/12/2020 | $4,243.50 | | | | | |
| 11/23/2020 | $95.48 | | | | | |
| 11/24/2020 | $104.22 | | $34,054.02 | | Reclamation claim | |
| 11/25/2020 | $101.76 | | | | | |
| 12/2/2020 | $940.50 | | | | | |
| 12/3/2020 | $10,190.70 | | | | | |
| 12/7/2020 | $1,268.18 | | | | | |
| 12/14/2020 | $1,288.43 | | | | | |
| 12/17/2020 | $137.70 | | | | | |
| 12/18/2020 | $18.05 | | | | | |
| | | | | | | |
| 12/21/2020 | $285.75 | | | | | |
| 12/22/2020 | $1,052.10 | | | | | |
| 12/23/2020 | $105.36 | | | | | |
| 12/30/2020 | $164.70 | | $2,444.85 | | Twenty day claim amount | |
| 12/31/2020 | $47.70 | | | | | |
| 1/4/2021 | $575.04 | | | | | |
| 1/5/2021 | $214.20 | | | | | |
| | | | | | | |
| | $36,498.87 | | | | | |

1 of 1