**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MINNESOTA**

In re:

Tea Olive I, LLC d/b/a Stock+Field,   Case No.: 21-30037
                                       Chapter 11 Case
        Debtor.

**ASSUMPTION AND ASSIGNMENT NOTICE**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

The above-referenced debtor ("Debtor") filed with the United States Bankruptcy Court for the District of Minnesota ("Bankruptcy Court") the Motion For (A) An Order (I) Granting Expedited Relief, (II) Approving Sale Free and Clear, and (III) Approving the Assumption and Assignment of Certain Contracts and Leases (the "Sale Motion"). Capitalized terms used but not otherwise defined herein shall having the meaning ascribed to them in the Sale Motion. Pursuant to the Sale Motion, the Debtor seeks approval of the sale of substantially all of its assets to R.J. Acquisition Corporation ("Purchaser"). A contract or lease to which you are a counterparty may potentially be assumed and assigned. Identified on **Exhibit 1** to the Sale Motion, and included for convenience as **Exhibit 1** hereto, is (i) the title of the contract or lease, (ii) the name of the counterparty to the contract or lease, and (iii) the proposed Cure Cost with respect to each contract or lease. Information regarding adequate assurance of future performance is available upon request.

Parties receiving this Assumption and Assignment Notice should locate their names and their contract(s) or lease(s) listed on **Exhibit 1** hereto.

The Court will hold a hearing on the Sale Motion (the "Sale Approval Hearing") at 10:00 a.m. (central time) on March 15, 2021, in **Courtroom 2B, 232 Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, MN 55101**. **The hearing will be held telephonically:** Dial 1-888-684-8852; when prompted, enter ACCESS CODE: 5988550; when prompted, enter SECURITY CODE: 0428.

Any response to the proposed assumption and assignment of contracts and leases must be filed and served no later than March 10, 2021, which is five days before the time set for the hearing (including Saturdays, Sundays and holidays). Any counterparty to a proposed assumed contract or lease who fails to file and serve an objection will be deemed to have consented to the assumption, assignment, and/or transfer of the contract or lease to the Purchaser. **UNLESS A RESPONSE OPPOSING THE RELIEF REQUESTED IS TIMELY FILED, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT A HEARING.**

The Sale Approval Hearing may be adjourned by the Debtor from time to time without further notice to creditors or other parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Approval Hearing or by filing a notice on the docket of the Debtor's chapter 11 case.

A copy of the Sale Motion may be obtained free of charge on the dedicated webpage related to the Debtor's chapter 11 case maintained at www.donlinrecano.com/tolive/index.

Dated:  February 26, 2021

*Clinton E. Cutler*
Clinton E. Cutler (#0158094)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone:  612.492.7000
ccutler@fredlaw.com
**ATTORNEYS FOR DEBTORS**

72260320 v1

The inclusion of any lease, contract, or other agreement on this list does not constitute an admission that a particular lease, contract, or other agreement is an executory contract or unexpired lease within the meaning of 11 U.S.C. § 365, or require or guarantee that such lease, contract, or other agreement will be assumed and assigned, and all rights of the Debtor with respect thereto are reserved.  The Debtor has generally not included amendments, statements of work, revisions, addendums, or other ancillary documents in the list below, as the Debtor views such ancillary documents as a part of and encompassed by the main lease, contract, or other agreements listed.

| COUNTERPARTY | ADDRESS | TITLE OR DESCRIPTION OF CONTRACT / LEASE / AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| Clocktower Plaza, LLC | 970 Windham Court Suite 7 Boardman, OH 44513 | Lima Store Lease | $29,948.75 |
| Crown Credit Company | P.O. Box 640352 Cincinnati, OH 45264 | Lease: Make: ENER, Model: 12-85G-7, Type: Battery, Serial #: MPA1227340 | $68,466.97 (note, debtor is in process of allocating this combined cure amount to applicable leases) |
| | | Lease: Make: ENER, Model: 12-E140-15, Type: Battery, Serial #: RNC848645 | |
| | | Lease: Make: ENER, Model: 18-125P-13, Type: Battery, Serial #: MNF1205664 | |
| | | Lease: Make: DEKA, Model: 18-D125-13, Type: Battery, Serial #: 6043GE | |
| | | Lease: Make: DEKA, Model: 18-D125-13, Type: Battery, Serial #: 3863CG | |
| | | Lease: Make: DEKA, Model: 18-D85-17, Type: Battery, Serial #: 5503DE | |
| | | Lease: Make: DEKA, Model: 18-H120-13, Type: Battery, Serial #: 0331DC | |
| | | Lease: Make: DEKA, Model: 18-H120-13, Type: Battery, Serial #: 0344DC | |
| | | Lease: Make: DEKA, Model: 18-P140-15, Type: Battery, Serial #: 0387AD | |
| | | Lease: Make: AES, Model: 18Y-865X3, Type: Charger, Serial #: 07L42143 | |
| | | Lease: Make: AMTK, Model: 750H3-18C, Type: Charger, Serial #: 406CS45504 | |
| | | Lease: Make: GNB, Model: FLX20018750T1H, Type: Charger, Serial #: 10F3368M | |
| | | Lease: Make: CRW, Model: FS3-MP324-2, Type: Charger, Serial #: 3E734027 | |
| | | Lease: Make: CRW, Model: FS3-MP344-1, Type: Charger, Serial #: 3M19090491 | |
| | | Lease: Make: ACT, Model: P36750R25SB, Type: Charger, Serial #: 37120046IB | |
| | | Lease: Make: GNB, Model: SCR20012965T1H, Type: Charger, Serial #: 07J8158M | |
| | | Lease: Make: CRW, Model: SC5225-30, Type: Sit Down Forklift - Electric, Serial #: 9A189296 | |
| | | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 10041960 | |
| | | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 10045103 | |
| | | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 10069117 | |
| | | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 10054470 | |
| | | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 10044879 | |
| | | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 10053221 | |
| | | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 10034568 | |
| | | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 10059685 | |
| | | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 10034564 | |
| | | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 9A232494 | |
| | | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 9A217224 | |
| | | Lease: Make: CRW, Model: C51000-50, Type: Sit Down Forklift - LP unit, Serial #: 10028699 | |
| | | Lease: Make: CRW, Model: C51000-60, Type: Sit Down Forklift - LP unit, Serial #: 9A193839 | |
| | | Lease: Make: CRW, Model: C51050-50, Type: Sit Down Forklift - LP unit, Serial #: 10023140 | |
| | | Lease: Make: CRW, Model: C51050-50, Type: Sit Down Forklift - LP unit, Serial #: 9A230745 | |
| | | Lease: Make: CRW, Model: C51050-50, Type: Sit Down Forklift - LP unit, Serial #: 10147217 | |
| | | Lease: Make: CRW, Model: C51050-50, Type: Sit Down Forklift - LP unit, Serial #: 9A226873 | |
| | | Lease: Make: CRW, Model: C51050-50, Type: Sit Down Forklift - LP unit, Serial #: 9A207939 | |
| | | Lease: Make: CRW, Model: C51050-50, Type: Sit Down Forklift - LP unit, Serial #: 9A203960 | |

| COUNTERPARTY | ADDRESS | TITLE OR DESCRIPTION OF CONTRACT / LEASE / AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| (Continued) Crown Credit Company | P.O. Box 640352 Cincinnati, OH 45264 | Lease: Make: CRW, Model: C51050-50, Type: Sit Down Forklift - LP unit, Serial #: 10147224 | |
| | | Lease: Make: CRW, Model: C51050-50, Type: Sit Down Forklift - LP unit, Serial #: 10021052 | |
| | | Lease: Make: CRW, Model: C51050-50, Type: Sit Down Forklift - LP unit, Serial #: 10023710 | |
| | | Lease: Make: CRW, Model: RM6025-45, Type: Stand-up Reach truck, Serial #: 1A421554 | |
| | | Lease: Make: CRW, Model: RR5715-35, Type: Stand-up Reach truck, Serial #: 1A375578 | |
| | | Lease: Make: CRW, Model: RR5725-35, Type: Stand-up Reach truck, Serial #: 1A448399 | |
| | | Lease: Make: CRW, Model: RR5725-45, Type: Stand-up Reach truck, Serial #: 1A372937 | |
| | | Lease: Make: CRW, Model: RR5725-45, Type: Stand-up Reach truck, Serial #: 1A376854 | |
| | | Lease: Make: CRW, Model: RR5725-45, Type: Stand-up Reach truck, Serial #: 1A399996 | |
| | | Lease: Make: CRW, Model: RR5725-45, Type: Stand-up Reach truck, Serial #: 1A428572 | |
| | | Lease: Make: CRW, Model: RR5725-45, Type: Stand-up Reach truck, Serial #: 1A353398 | |
| | | Lease: Make: CRW, Model: SX3000-30, Type: Walkie stacker, Serial #: 5A551256 | |
| | | Lease: Make: CRW, Model: WAV60-118, Type: Work Assist Vehicle (WAVE), Serial #: 10041966 | |
| | | Lease: Make: CRW, Model: WAV60-118, Type: Work Assist Vehicle (WAVE), Serial #: 10035016 | |
| | | Lease: Make: CRW, Model: WAV60-118, Type: Work Assist Vehicle (WAVE), Serial #: 10034569 | |
| | | Lease: Make: CRW, Model: WAV60-118, Type: Work Assist Vehicle (WAVE), Serial #: 10151796 | |
| | | Lease: Make: CRW, Model: WAV60-118, Type: Work Assist Vehicle (WAVE), Serial #: 10034560 | |
| | | Lease: Make: CRW, Model: WAV60-118, Type: Work Assist Vehicle (WAVE), Serial #: 10035013 | |
| | | Lease: Make: CRW, Model: WAV60-118, Type: Work Assist Vehicle (WAVE), Serial #: 10035012 | |
| | | Lease: Make: CRW, Model: WAV60-118, Type: Work Assist Vehicle (WAVE), Serial #: 10147227 | |
| Findlay Mall Capital Holding | 1010 Northern Blvd, Suite 212 Great Neck, NY 11021 | Findlay Store Lease | $30,472.58 |
| First National Bank of Omaha | 1620 Dodge Street Omaha, NE 68197 | Contract - Joint Marketing Agreement of Co-Branded Credit Card | $0.00 |
| Fleet Equipment | 555 E. South Frontage Rd Bolingbrook, IL 60440 | Fleet Equipment Trailer Leases | $73,975.00 |
| Fox River Plaza, LLC | 138 Buntrock Ave Thiensville, WI 53092 | Burlington Store Lease | $20,000.00 |
| Getty Images | Western Union Telegraph Building 195 Broadway New York, NY 10007 | Getty Images Marketing | $0.00 |
| Guardian Life | P.O. Box 677458 Dallas, TX 75267 | Benefits Contract | $9,923.15 |
| Health Care Service Corporation | 25551 Network Place Chicago, IL 60673 | Benefits Contract | $370,746.84 |
| Home Depot USA, Inc | 400 White Clay Center Dr. Lock Box 7491 Neward, DE 19711 | Marion Store Lease | $15,812.50 |
| HSA Bank | P.O. Box 939 Sheboygan, WI 53082 | Benefits Contract | $532.25 |
| Illiana Realty, LLC | P.O. Box 158 Watseka, IL 60970 | Distribution Center -53 Store Lease McHenry Store Lease | $2,000.00 |
| Joda Crabtree | P.O. Box 461 Watseka, IL 60970 | Distribution Center -51 Store Lease | $4,000.00 |
| Juniper I, LLC | 2600 Eagan Woods Dr Eagan, MN 55121 | Portage Store Lease | $274,207.35 |
| Juniper II, LLC | 2600 Eagan Woods Dr Eagan, MN 55121 | Lansing Store Lease | $490,090.75 |
| Lincoln Financial Group | P.O. Box 0821 Carol Stream, Il 60132 | Benefits Contract | $8,888.51 |
| Mastercard International Incorporated | Attn: Craig Vosburg, President, North Am 20000 Purchase Street Purchase, NY 10577 | Contract - Co-Branded Credit Card Provider | $0.00 |

| COUNTERPARTY | ADDRESS | TITLE OR DESCRIPTION OF CONTRACT / LEASE / AGREEMENT | CURE AMOUNT |
|---|---|---|---|
| Northpoint Development Holdings LLC | Keith Weinstein<br>20 North Point Drive<br>Streator, Il 61364 | Streator Store Lease | $14,089.00 |
| Oracle+Netsuite | Bank of America Lockbox Serv<br>500 Oracel Parkway<br>Redwood Shores, CA 94065 | Bronto Email Services | $0.00 |
| People's ETC | 275 E. Court Street, Suite 201<br>Kankakee, IL 60901 | Contract - Payroll service provider | $0.00 |
| Pink Dogwood | 2600 Eagan Woods Dr<br>Eagan, MN 55121 | Distribution Center -52 Store Lease | $0.00 |
| Salesforce.com Inc | 415 Mission Street<br>San Francisco, CA 94105 | Website Service Contract | $55,560.00 |
| Seritage SRC Finance LLC | P.O. Box 776148<br>Chicago, Il 60677 | North Elkhart Store Lease | $28,292.18 |
| Store Capital | 8377 E. Hartford Dr.<br>Scottsdale, AZ 85255 | Store Capital Master Lease #1<br>Store Capital Master Lease #2<br>Store Capital Master Lease #3 | $1,102,517.00 |
| VPS Service Plan | P.O. Box 742135<br>Los Angeles, CA 90074 | Benefits Contract | $7,963.53 |

72262492.1

**EXHIBIT 1**