# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Tea Olive I, LLC d/b/a Stock+Field,

Debtor.

Case No. 21-30037

Chapter 11 Case

## NOTICE OF CONTINUED HEARING

**PLEASE TAKE NOTICE** that the hearing on the First Application for Allowance of Fees and Expenses of Accountant February 24, 2021 through May 31, 2021 (Copeland Buhl & Company, PLLP) which was originally scheduled for Tuesday, July 13, 2021 at 9:30 a.m. [Docket No. 359], **has been continued to Tuesday, August 17, 2021, at 10:00 a.m.** in Courtroom 2B, 232 Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101. The hearing will be held telephonically:

a. Dial 1-888-684-8852;
b. When prompted, enter ACCESS CODE: 5988550; and
c. When prompted, enter SECURITY CODE: 0428.

**MESSERLI & KRAMER P.A.**

Dated: July 30, 2021

By:  /s/ Terri A. Running
Terri A. Running (238338)
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN 55402
612.672.3600
trunning@messerlikramer.com

**ATTORNEYS FOR COPELAND BUHL & COMPANY, PLLP**

2343882