UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Chapter 7
Bky Case No. 21-30037-WJF

Tea Olive I, LLC, d/b/a Stock+Field,

Debtor.

**NOTICE OF HEARING AND MOTION OF GREENBERG TRAURIG, LLP TO ALLOW THIRD INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO: The debtor and other entities specified in the applicable Federal Rules of Bankruptcy Procedure and Local Rule 9013-2.

1. Greenberg Traurig, LLP ("Applicant" or "Greenberg Traurig") hereby gives notice of hearing and moves the court for entry of an order allowing third interim compensation in the amount of $83,185.33 and reimbursement of costs and expenses in the amount of $3,307.73, for a total of $86,493.06.

2. The Court will hold a hearing on this motion at **9:30 am CT on December 2, 2025**. The hearing will be conducted telephonically. Please contact Judge Fisher's Courtroom Deputy by email at *mnb_fisher_hearings@mnb.uscourts.gov* or by telephone at 651-848-1061 to obtain the dial-in information. Dial-in instructions for telephonic hearings will also be displayed the day prior to the hearing on Judge Fisher's public calendar here: https://www.mnb.uscourts.gov/judges-calendars. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

3. Any response to this motion must be filed and delivered **not later than November 25, 2025**, which is seven (7) days before the time set for the hearing (including

Saturdays, Sundays, and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

4. This court has jurisdiction over this motion under 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This proceeding is a core proceeding. The case was commenced by the filing of a petition for relief under chapter 11 on January 10, 2021. The case converted to chapter 7 on June 23, 2021. The case is now pending in this court.

5. This motion arises under 11 U.S.C. §§ 327, 330 and 331. This motion is filed pursuant to Fed. R. Bankr. P. 2016 and 9013 and Local Rules 2016-1 and 9013-2. Applicant requests relief as set forth below.

6. On January 5, 2022, Patti J. Sullivan, chapter 7 trustee of the bankruptcy estate of Tea Olive I, LLC, d/b/a Stock+Field ("Tea Olive"), filed an application to employ Greenberg Traurig as special counsel [Docket No. 439] (the "Retention Application"). The Court approved the Retention Application by orders dated January 7, 2022 [Docket No. 441] and October 5, 2023 [Docket No. 818] (together, the "Retention Orders"). Copies of the Retention Orders are attached as **Exhibit A**.

7. The trustee retained Applicant as special counsel to investigate and, if appropriate, pursue breach of fiduciary duty, aiding and abetting, fraud, corporate theft, conversion, fraudulent transfer, preference, avoidance, and related claims against officers, directors, and insiders of the Debtor, including but not limited to Matthew F. Whebbe ("Whebbe") and his various closely-held companies (the "Whebbe-Controlled Entities"), and other third party individuals and entities doing business with Whebbe and the Whebbe-Controlled Entities relating to the Debtor's management, operation, and acquisition of the "Big R" retail chain assets (the "Engagement"). Trustee also retained Applicant to analyze an insurance policy issued to the Debtor, ForeFront Portfolio Policy

No. 8260-0511 (the "Policy"), by Chubb Group of Insurance Companies, through Federal Insurance Company (the "Insurer").

8. Pursuant to paragraph 5(a) of the Retention Application, made applicable by the Retention Orders, Applicant is entitled to compensation and reimbursement of costs and expenses on the following terms:

> Greenberg Traurig will be entitled to 33% of any recovery from prosecution or settlement of claims relating to the Engagement, including, without limitation, any funds received from the Policy. Greenberg Traurig also will be entitled to recover its actual and necessary costs and expenses incurred or advanced in connection with the Engagement, which costs and expenses shall be deducted and paid after calculation and payment of Greenberg Traurig's 33% contingent fee.

9. From and after its retention, Applicant analyzed the Policy, investigated claims of the estate, and took several Bankruptcy Rule 2004 examinations, including examinations of Whebbe and the Whebbe-Controlled Entities. From such investigation, Applicant commenced three adversary proceedings on behalf of the trustee: Adv. Nos. 22-03019, 22-03020, and 22-03021 (collectively, the "Adversary Proceedings"). In connection with the Adversary Proceedings, Applicant conducted discovery, engaged in motion practice, and participated in multiple mediations, among other things.

10. On September 12, 2023, Applicant filed a motion seeking allowance of first interim compensation and reimbursement expenses for the period of December 16, 2021, through August 31, 2023 [Docket No. 808] (the "First Compensation Motion"). The impetus for Applicant's First Compensation Motion was the trustee's settlement of Adv. No. 22-03021 (such settlement, the "Whebbe Settlement"). [*See* Docket Nos. 799, 804.] By order dated October 5, 2023 [Docket No. 818], the Court granted the First Compensation Motion. The Court allowed Applicant $577,500.00 in fees and $27,481.93 for expense reimbursement, which the trustee subsequently paid to Applicant.

11. On January 23, 2024, Applicant filed a motion seeking allowance of second interim compensation and reimbursement expenses for the period of August 2, 2023, through December 4, 2023 [Docket Nos. 841, 843] (the "Second Compensation Motion"). The impetus for Applicant's Second Compensation Motion was the trustee's settlements of Adv. Nos. 22-03019 and 22-03020 [*See* Docket Nos. 827, 829.] By order dated February 27, 2024 [Docket No. 847], the Court granted the Second Compensation Motion. The Court allowed Applicant $1,732,500 in fees and $19,607.72 for expense reimbursement, which the trustee subsequently paid to Applicant.

12. Applicant now files this motion for third interim compensation and reimbursement of expenses for the period of October 5, 2023, through the filing date of this motion. Applicant files this motion because the trustee recently received $252,076.78 of additional cash proceeds from the Whebbe Settlement.

13. As part of the Whebbe Settlement, the bankruptcy estate of Matthew F. Whebbe, Bky No. 22-31881 (the "Whebbe Estate"), agreed to pay the trustee 50% of the allowed amount of the Illinois Department of Revenue's priority tax claim under 11 U.S.C. § 507(a)(8) filed in the Tea Olive estate as Claim No. 155P-2 (such claim, the "Illinois Priority Tax Claim"). The allowed amount of the Illinois Priority Tax Claim is $504,153.56. Accordingly, pursuant to the Whebbe Settlement, on August 25, 2025, the Whebbe Estate paid the trustee 50% of that amount, or $252,076.78 (*i.e.*, $504,153.56 x 50% = $252,076.78).

14. Pursuant to paragraph 5(a) of the Retention Application, made applicable by the Retention Orders, Applicant is entitled to "33% of any recovery from prosecution or settlement of claims relating to the Engagement." Accordingly, Applicant is entitled to 33% of $252,076.78 as compensation, or $83,185.33 (*i.e.*, $252,076.78 x 33% = $83,185.33).

15. Additionally, Applicant requests reimbursement of costs and expenses in the amount of $3,307.73 for the period of October 5, 2023, through the filing date of this motion. Attached as **Exhibit B** is an itemized statement of such costs and expenses.

16. All services for which compensation is requested were performed on behalf of the trustee. All costs and expenses incurred were actual and necessary for the benefit of the estate, and Applicant has not previously sought reimbursement for such costs and expenses.[1]

17. In connection with its retention as special counsel for the trustee, Applicant did not receive a retainer. Additionally, Applicant does not have any agreement or understanding with any other entity for sharing of compensation received or to be received for services rendered in connection with the case.

18. To the best of Applicant's belief, there are other unpaid administrative expenses. However, to the extent that there are any unpaid administrative expenses, Applicant understands that the trustee has sufficient funds to pay such administrative expenses. Specifically, Applicant understands that the chapter 7 trustee currently holds $1,394,803.40.

19. If there are not sufficient funds to pay all chapter 7 administrative expenses in this case in full, Applicant understands that it may be required to disgorge funds that are paid pursuant to this motion as the court may order.

---

[1] In its Second Compensation Motion filed January 23, 2024, Applicant sought reimbursement for costs and expenses for the period of August 2, 2023, through December 4, 2023. By this motion, Applicant seeks reimbursement for costs and expenses for the period of October 5, 2023, through the filing date of this motion. There is a small overlap of time periods because at the time Applicant filed its Second Compensation Motion, Applicant had not yet entered certain costs and expenses from October, November, and December 2023 into its billing and accounting system. Applicant now seeks reimbursement for those costs and expenses via this motion. In other words, despite the time overlap, Applicant has not previously sought reimbursement for any of the costs and expenses set forth on **Exhibit B**.

**WHEREFORE**, Applicant requests the Court to enter an order:

1. Allowing Applicant third interim compensation for services rendered as special counsel for the trustee in the amount of $83,185.33 and reimbursement of costs and expenses in the amount of $3,307.73, for a total of $86,493.06;

2. Authorizing and directing the trustee to pay Applicant the sum of $86,493.06, which represents total compensation and costs and expenses requested; and

3. Granting such other relief as the court deems just and proper.

**GREENBERG TRAURIG, LLP**

Dated: October 31, 2025

/e/ *Peter D. Kieselbach*

Michael B. Fisco (#0175341)
Peter D. Kieselbach (#0397531)
90 South 7th St., Suite 3500
Minneapolis, MN 55402
Phone: (612) 259-9700
Email: fiscom@gtlaw.com
kieselbachp@gtlaw.com

*Attorneys for Patti J. Sullivan, as Chapter 7 Trustee*

**VERIFICATION**

I, Peter D. Kieselbach of Greenberg Traurig, LLP, the Applicant herein, declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge, information and belief.

**GREENBERG TRAURIG, LLP**

Dated: October 31, 2025

/e/ *Peter D. Kieselbach*

Peter D. Kieselbach (#0397531)
90 South 7th St., Suite 3500
Minneapolis, MN 55402
Phone: (612) 259-9700
Email: kieselbachp@gtlaw.com

*Attorneys for Patti J. Sullivan, as Chapter 7 Trustee*

# EXHIBIT A

(Retention Orders)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Tea Olive I, LLC d/b/a Stock+Field,

Debtor.

Chapter 7
Case No. 21-30037 (WJF)

---

**ORDER**

---

The trustee's Application to Employ Greenberg Traurig, LLP as Special Counsel came before the Court. Based on the Application, the Verified Statement accompanying the Application, and the recommendation of the United States Trustee, and pursuant to 11 U.S.C. § 327,

IT IS ORDERED: The Employment Application is approved retroactive to December 16, 2021.

Dated: *January 7, 2022*

/e/ William J. Fisher

William J. Fisher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on ***01/07/2022***
Tricia Pepin, Clerk, by DT

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re: Chapter 7
Bky Case No. 21-30037-WJF

Tea Olive I, LLC, d/b/a Stock+Field,

Debtor.

---

**ORDER GRANTING MOTION OF GREENBERG TRAURIG, LLP TO (I) AMEND RETENTION APPLICATION AND (II) ALLOW INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

---

This matter came before the court on the Notice of Hearing and Motion of Greenberg Traurig, LLP to (I) Amend Retention Application and (II) Allow Interim Compensation and Reimbursement of Expenses. Based upon the verified Motion, the files and records herein, and arguments of counsel having been set forth on the record;

IT IS ORDERED THAT:

1. Paragraph 5(a) of the Retention Application is amended and restated as follows:

> Greenberg Traurig will be entitled to 33% of any recovery from prosecution or settlement of claims relating to the Engagement, including, without limitation, any funds received from the Policy. Greenberg Traurig also will be entitled to recover its actual and necessary costs and expenses incurred or advanced in connection with the Engagement, which costs and expenses shall be deducted and paid after calculation and payment of Greenberg Traurig's 33% contingent fee.

2. Greenberg Traurig, LLP's interim compensation in the amount of $577,500.00 and expense reimbursement in the amount of $27,481.93 for the period of December 16, 2021, through August 31, 2023, are allowed.

3. The trustee is authorized to pay Greenberg Traurig, LLP such allowed compensation, costs, and expenses, totaling $604,981.93.

4. In the event that there are not sufficient funds to pay all chapter 7 administrative expenses in this case in full, Greenberg Traurig, LLP has agreed to disgorge funds that are paid pursuant to this Order in such amount as the Court may order.

Dated: *October 05, 2023*

*/e/William J. Fisher*

William J. Fisher
United States Bankruptcy Judge

# EXHIBIT B

(Costs and Expenses)

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/05/23 | PACER Research Charges for October 2023 | $ | 0.20 |
| 10/05/23 | PACER Research Charges for October 2023 | $ | 5.30 |
| 10/06/23 | PACER Research Charges for October 2023 | $ | 0.70 |
| 10/11/23 | PACER Research Charges for October 2023 | $ | 21.00 |
| 10/12/23 | PACER Research Charges for October 2023 | $ | 4.00 |
| 10/16/23 | PACER Research Charges for October 2023 | $ | 1.00 |
| 10/17/23 | PACER Research Charges for October 2023 | $ | 1.00 |
| 10/18/23 | PACER Research Charges for October 2023 | $ | 0.40 |
| 10/20/23 | PACER Research Charges for October 2023 | $ | 3.20 |
| 10/20/23 | PACER Research Charges for October 2023 | $ | 3.30 |
| 10/23/23 | PACER Research Charges for October 2023 | $ | 1.60 |
| 10/25/23 | PACER Research Charges for October 2023 | $ | 0.50 |
| 10/26/23 | PACER Research Charges for October 2023 | $ | 0.70 |
| 11/03/23 | PACER Research Charges for November 2023 | $ | 1.20 |
| 11/05/23 | PACER Research Charges for November 2023 | $ | 10.10 |
| 11/06/23 | PACER Research Charges for November 2023 | $ | 0.10 |
| 11/08/23 | PACER Research Charges for November 2023 | $ | 6.40 |
| 11/09/23 | PACER Research Charges for November 2023 | $ | 3.00 |
| 11/09/23 | PACER Research Charges for November 2023 | $ | 3.00 |
| 11/13/23 | PACER Research Charges for November 2023 | $ | 3.00 |
| 11/17/23 | PACER Research Charges for November 2023 | $ | 12.10 |
| 11/20/23 | PACER Research Charges for November 2023 | $ | 4.10 |
| 11/28/23 | PACER Research Charges for November 2023 | $ | 0.80 |
| 12/01/23 | VENDOR: LexisNexis - ACH INVOICE#: 3094865578 DATE: 2/1/2024 Lexis Charges: Period Dec 1 to Dec 31 2023 | $ | 41.56 |
| 12/03/23 | PACER Research Charges for December 2023 | $ | 8.40 |
| 12/05/23 | PACER Research Charges for December 2023 | $ | 0.60 |
| 12/06/23 | PACER Research Charges for December 2023 | $ | 1.50 |
| 12/07/23 | PACER Research Charges for December 2023 | $ | 0.80 |
| 12/12/23 | PACER Research Charges for December 2023 | $ | 4.50 |
| 12/19/23 | PACER Research Charges for December 2023 | $ | 4.60 |
| 12/20/23 | VENDOR: LexisNexis - ACH INVOICE#: 3094865578 DATE: 2/1/2024 Lexis Charges: Period Dec 1 to Dec 31 2023 | $ | 83.12 |
| 01/05/24 | PACER Research Charges for January 2024 | $ | 0.10 |
| 01/23/24 | PACER Research Charges for January 2024 | $ | 0.10 |
| 01/25/24 | VENDOR: Gerhardson, Jessica A. INVOICE#: 28605 DATE: 1/29/2024 Filing Fee; 01/25/2024 Certificate of Service - Tea Olive; Merchant: GTCC BK ATTORNEY SERVICES | $ | 2,017.84 |
| 01/26/24 | PACER Research Charges for January 2024 | $ | 0.60 |

Description of Expenses Billed

| | | | |
|---|---|---|---|
| 02/09/24 | VENDOR: LexisNexis - ACH INVOICE#: 3094974323 DATE: 2/29/2024 Lexis Charges: Period Feb 1 - Feb 31 2024 | $ | 19.74 |
| 03/16/24 | VENDOR: Platinum Courier Service INVOICE#: 53028 DATE: 3/16/2024 Courier Expense | $ | 35.67 |
| 05/03/24 | PACER Research Charges for May 2024 | $ | 1.90 |
| | Total Expenses: | $ | 2,307.73 |

**Summary of Expenses:**

| | |
|---|---|
| Printing/Mailing for Service for Second Compensation Motion | 2,017.84 |
| Messenger/Courier Service | 35.67 |
| Information and Research for Litigation, Trial Prep, and Settlement | 254.22 |
| Estimated Service Costs* | 1,000.00 |
| Total Expenses | 3,307.73 |

*This is the estimated cost to print and serve Applicant's Motion for Third Interim Compensation and Reimbursement of Expenses on required service parties, including the entire creditor matrix. This is about half of what it cost to print and serve Applicant's Second Compensation Motion. Applicant only seeks half in this instance to help conserve estate resources.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re: Chapter 7
Bky Case No. 21-30037-WJF

Tea Olive I, LLC, d/b/a Stock+Field,

Debtor.

---

**ORDER GRANTING MOTION OF GREENBERG TRAURIG, LLP TO ALLOW THIRD INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

---

This matter came before the court on the Notice of Hearing and Motion of Greenberg Traurig, LLP to Allow Third Interim Compensation and Reimbursement of Expenses (the "Verified Motion"). Based upon the Verified Motion, the files and records herein, and arguments of counsel on the record;

IT IS ORDERED THAT:

1. Greenberg Traurig, LLP's interim compensation in the amount of $83,185.33 and reimbursement of costs and expenses in the amount of $3,307.73, for the period of October 5, 2023, through the filing date of the Verified Motion, are allowed.

2. The trustee is authorized to pay Greenberg Traurig, LLP such allowed compensation, costs, and expenses, totaling $86,493.06.

3. If there are not sufficient funds to pay all chapter 7 administrative expenses in this case in full, Greenberg Traurig, LLP has agreed to disgorge funds that are paid pursuant to this Order in such amount as the Court may order.

Dated: ____________________________________
William J. Fisher
United States Bankruptcy Judge