**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: Tea Olive I, LLC | § | Case No. 21-30037-WJF |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Patti J. Sullivan, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

200 Warren E. Burger Federal Building and United States Courthouse

316 North Robert Street

St. Paul, MN 55101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/02/2026                    By: /s/ Patti J. Sullivan

                                                                        Trustee

Patti J. Sullivan

1041 Grand Ave., No. 272

St. Paul, MN 55105

(651) 699-4825

patti@pattisullivan.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION**

In re: Tea Olive I, LLC                              §      Case No. 21-30037-WJF
                                                     §
                                                     §
                                                     §
              Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| *The Final Report shows receipts of :* | $ | 11,746,278.25 |
| *and approved disbursements of:* | $ | 9,714,702.21 |
| *leaving a balance on hand of[1]:* | $ | 2,031,576.04 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 73S | TARTER FARM & RANCH EQUIPMENT | 103,000.85 | 103,000.85 | 0.00 | 0.00 |
| 109S-2 | Wells Fargo Bank, N.A. | 11,000.00 | 11,000.00 | 0.00 | 0.00 |
| 233 | BLACKWOOD PET FOOD LLC | 107,164.00 | 107,164.00 | 0.00 | 0.00 |
| 313 | WORLDWIDE DISTRIBUTORS | 3,641,744.32 | 3,641,744.32 | 0.00 | 0.00 |
| 318S | WEBER PLUMBING | 23,304.00 | 23,304.00 | 0.00 | 0.00 |
| 372S | Crown Equipment Corp | 9,230.92 | 9,230.92 | 0.00 | 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 2,031,576.04 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Patti J. Sullivan | 368,076.04 | 299,285.24 | 68,790.80 |
| Trustee, Expenses - Patti J. Sullivan | 11,780.64 | 6,664.95 | 5,115.69 |
| Attorney for Trustee Fees - Sullivan Law Firm, P.A. | 41,550.00 | 41,550.00 | 0.00 |
| Fees, United States Trustee | 96,115.00 | 96,115.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Manty & Associates, P.A. | 49,182.50 | 49,182.50 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Anthony R. Battles Law Firm, P.A. | 19,317.50 | 19,317.50 | 0.00 |
| Special Counsel for Trustee Fees - Greenberg Traurig, LLP | 2,393,185.33 | 2,393,185.33 | 0.00 |
| Attorney for Trustee Expenses (Other Firm)  - Manty & Associates, P.A. | 183.94 | 183.94 | 0.00 |
| Special Counsel for Trustee Expenses - Greenberg Traurig, LLP | 50,397.38 | 50,397.38 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Wesler & Associates, CPA PC | 27,762.50 | 24,110.00 | 3,652.50 |
| Accountant for Trustee Expenses (Other Firm) - Wesler & Associates, CPA PC | 1,224.57 | 956.62 | 267.95 |
| Consultant for Trustee Fees - Alvarez & Marsal Disputes and Investigations, LLC | 589,415.00 | 589,415.00 | 0.00 |
| Consultant for Trustee Fees - Integra Realty Resources, Inc. | 91,943.75 | 91,943.75 | 0.00 |
| Consultant for Trustee Expenses - Alvarez & Marsal Disputes and Investigations, LLC | 2,650.19 | 2,650.19 | 0.00 |
| Consultant for Trustee Expenses - Integra Realty Resources, Inc. | 880.07 | 880.07 | 0.00 |

Total to be paid for chapter 7 administrative expenses:       $            77,826.94
Remaining balance:                                            $         1,953,749.10

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees (Chapter 11) - Fredrikson & Byron, P.A. | 18,625.01 | 18,625.01 | 0.00 |
| Other Prior Chapter Professional's Fees - Bassford Remele, P.A. (ADMINISTRATIVE) | 5,916.00 | 5,916.00 | 0.00 |
| Other Prior Chapter Professional's Fees - Heller Draper & Horn LLC | 4,872.50 | 4,872.50 | 0.00 |
| Other Prior Chapter Professional's Fees - Clear Thinking Group, LLC | 19,621.25 | 19,621.25 | 0.00 |
| Other Prior Chapter Professional's Expenses - Heller Draper & Horn LLC | 1,244.50 | 1,244.50 | 0.00 |
| Other Prior Chapter Professional's Expenses - Bassford Remele, P.A. (ADMINISTRATIVE) | 854.86 | 854.86 | 0.00 |
| Prior Chapter Other Operating Expenses - Coca-Cola Consolidated | 3,812.28 | 3,812.28 | 0.00 |
| Prior Chapter Other Operating Expenses - Duke Energy Indiana, LLC | 8,751.42 | 8,751.42 | 0.00 |
| Prior Chapter Other Operating Expenses - Constellation NewEnergy, Inc. | 15,685.51 | 15,685.51 | 0.00 |
| Prior Chapter Other Operating Expenses - DCC Propane, LLC d/b/a Hicksgas, LLC d/b/a Liberty Propane | 19,025.71 | 19,025.71 | 0.00 |
| Prior Chapter Other Operating Expenses - Deck Commerce, LLC | 9,200.00 | 9,200.00 | 0.00 |

Total to be paid for prior chapter administrative expenses: $              0.00
Remaining balance: $       1,953,749.10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,522,502.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 84P | Michigan Department of Treasury | 839,524.86 | 440,297.51 | 346,352.63 |
| 155P-2 | Illinois Department of Revenue Bankruptcy Section | 504,153.56 | 264,408.56 | 207,992.54 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 206P | Indiana Department of Revenue | 1,171,577.88 | 614,446.16 | 483,343.72 |
| 231P | Ohio Department of Taxation | 768,908.99 | 403,262.29 | 317,219.48 |
| 242-6P | Department of Treasury - Internal Revenue Service | 828,261.10 | 346,435.17 | 429,660.61 |
| 275P | Ohio Department of Taxation Bankruptcy Division | 96,490.91 | 50,605.66 | 39,808.09 |
| 295 | OHIO BUREAU OF WORKERS' COMPENSATION | 6,451.72 | 3,383.67 | 2,661.71 |
| 341P | Wisconsin Department of Revenue | 285,036.81 | 149,490.51 | 117,594.19 |
| 358 | City of Burlington WI | 6,238.89 | 3,272.05 | 2,573.90 |
| 405-2P | ELKHART COUNTY TREASURER | 15,857.74 | 8,316.76 | 6,542.23 |

Total to be paid for priority claims: $ 1,953,749.10

Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $18,798,219.02 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | KDAR Company | 13,068.30 | 0.00 | 0.00 |
| 3 | LANSING BOARD OF WATER AND LIGHT | 27,926.54 | 0.00 | 0.00 |
| 4 | Carstens Enterprises, Inc | 52,366.80 | 0.00 | 0.00 |
| 5 | VERITIV OPERATING CO | 6,411.00 | 0.00 | 0.00 |
| 6 | TOWNLINE POULTRY FARM | 122,466.27 | 0.00 | 0.00 |
| 7 | ATI Products, Inc. and A&I Products, its Division | 4,674.74 | 0.00 | 0.00 |
| 8 | Stens Specialty Brands LLC | 1,820.47 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | WW Industrial Corp. dba Sniper Treestands | 54,069.60 | 0.00 | 0.00 |
| 10 | Alliance Outdoor Group dba X-Stand Treestands | 140,976.28 | 0.00 | 0.00 |
| 11 | Koch Industries, Inc. | 45,543.43 | 0.00 | 0.00 |
| 12 | HOLIDAY TRIMS INC. | 25,077.48 | 0.00 | 0.00 |
| 13 | MCT PRO TOOLS INC. | 10,008.00 | 0.00 | 0.00 |
| 14 | INNOVATIVE OFFICE SOLUTIONS LLC | 261,745.45 | 0.00 | 0.00 |
| 15 | Midwest Communications, Inc. | 20,612.50 | 0.00 | 0.00 |
| 16 | GOOGAN BAITS | 108,288.00 | 0.00 | 0.00 |
| 17 | United Paving Inc | 28,570.50 | 0.00 | 0.00 |
| 18 | C.O. Lynch Enterprises, Inc. | 99,937.45 | 0.00 | 0.00 |
| 19 | Qualco, Inc. | 50,523.22 | 0.00 | 0.00 |
| 20 | Scotwood Industries LLC | 52,253.36 | 0.00 | 0.00 |
| 21 | Libra, Inc. | 10,868.86 | 0.00 | 0.00 |
| 22 | PETSPORT USA | 9,263.52 | 0.00 | 0.00 |
| 24 | KETTLE HEROES LLC | 6,750.00 | 0.00 | 0.00 |
| 25 | BOATBURNER INC | 64,000.00 | 0.00 | 0.00 |
| 26 | EILLIENS CANDIES INC | 147,466.44 | 0.00 | 0.00 |
| 27 | Arrow Services Inc | 4,365.84 | 0.00 | 0.00 |
| 28 | STARADIO CORP. | 7,189.30 | 0.00 | 0.00 |
| 29 | Michigan West Shore Nursery, Inc. | 27,138.64 | 0.00 | 0.00 |
| 30 | Spoontiques Inc., a corporation | 7,972.35 | 0.00 | 0.00 |
| 31 | Master Toys & Novelties Inc., a corporation | 18,665.77 | 0.00 | 0.00 |
| 32 | Fabri-Tech Inc. | 56,848.30 | 0.00 | 0.00 |
| 33 | 30-06 Outdoors LLC | 3,831.37 | 0.00 | 0.00 |
| 34 | United Gilsonite Laboratories | 811.88 | 0.00 | 0.00 |
| 35 | The Coleman Company, Inc. | 7,789.09 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 36 | D&M Fencing | 12,000.00 | 0.00 | 0.00 |
| 37 | Sanford, L.P., subsidiary of Newell Brands, Inc. | 6,796.68 | 0.00 | 0.00 |
| 38 | Rubbermaid, subsidiary of Newell Brands, Inc. | 19,601.65 | 0.00 | 0.00 |
| 39 | Sunbeam Products, Inc., subsidiary of Newell Brand | 10,513.06 | 0.00 | 0.00 |
| 40 | Bell Laboratories, Inc. | 48,542.33 | 0.00 | 0.00 |
| 41 | Euler Hermes N.A as Agent for KMS, LLC (437586) | 59,904.00 | 0.00 | 0.00 |
| 42 | EULER HERMES N.A as Agent for Nordic Products Inc | 8,006.51 | 0.00 | 0.00 |
| 43 | Euler Hermes N.A as Agent for UNI HOSIERY CO., INC | 14,521.20 | 0.00 | 0.00 |
| 44 | EULER HERMES NA Agent for TRINITY LOGISTICS, INC | 21,367.00 | 0.00 | 0.00 |
| 45 | COMPUTER ADD ONS INC | 93,397.00 | 0.00 | 0.00 |
| 46 | Dalen Products, Inc. | 52,806.60 | 0.00 | 0.00 |
| 47 | OHAWA PLANT FOOD INC. | 14,921.45 | 0.00 | 0.00 |
| 48U | Coca-Cola Consolidated | 27,094.32 | 0.00 | 0.00 |
| 50 | Watseka B&D Enterprises, Inc. | 5,868.07 | 0.00 | 0.00 |
| 51 | Wolverine World Wide, Inc. | 186,650.10 | 0.00 | 0.00 |
| 52 | Uline | 2,456.85 | 0.00 | 0.00 |
| 53 | Value Max Products, LLC | 8,882.04 | 0.00 | 0.00 |
| 54 | Wilson's general store & cafe | 552.00 | 0.00 | 0.00 |
| 55 | Lodge Manufacturing Company | 18,696.74 | 0.00 | 0.00 |
| 56 | Lemax Incorporated | 34,275.79 | 0.00 | 0.00 |
| 57 | Power Distributors, LLC | 6,317.27 | 0.00 | 0.00 |
| 58 | Kampen's Lawn Care & Handyman Services, Inc. | 896.76 | 0.00 | 0.00 |
| 59 | Earthkind, LLC | 42,161.12 | 0.00 | 0.00 |
| 60 | TRUWALL CONSTRUCTION | 4,850.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 61 | DOMAIN OUTDOOR LLC | 2,859.00 | 0.00 | 0.00 |
| 62 | BLACKSTONE INDUSTRIES LLC | 1,368.90 | 0.00 | 0.00 |
| 63 | DEEZ CUTZ LLC | 2,432.50 | 0.00 | 0.00 |
| 64 | THE ORIGINAL SALT COMPANY INC | 2,044.00 | 0.00 | 0.00 |
| 65 | STEPHEN'S PIPE AND STEEL | 19,323.80 | 0.00 | 0.00 |
| 66 | Mazel and Co | 28,141.79 | 0.00 | 0.00 |
| 67 | Origin Point Brands, LLC | 131,876.91 | 0.00 | 0.00 |
| 68 | NEWTONS CLEANING AND RESTORATION LLC | 644.74 | 0.00 | 0.00 |
| 69 | Echo Global Logistics | 14,564.00 | 0.00 | 0.00 |
| 70 | CONTINENTAL INDUSTRIES INC | 11,212.79 | 0.00 | 0.00 |
| 71 | BECKS SUPERIOR HYBRIDS | 2,571.84 | 0.00 | 0.00 |
| 72 | PERRY PRODUCTS INC | 4,436.84 | 0.00 | 0.00 |
| 73U | TARTER FARM & RANCH EQUIPMENT | 3,945.00 | 0.00 | 0.00 |
| 74 | BLOCKER OUTDOORS LLC | 91,685.83 | 0.00 | 0.00 |
| 75 | JCB Flavors, LLC | 16,560.00 | 0.00 | 0.00 |
| 77 | ADAPTIVE ENVIROMENTS | 150.00 | 0.00 | 0.00 |
| 78 | PREMIER COOPERATIVE INC | 2,326.91 | 0.00 | 0.00 |
| 79 | Ark Naturals Company | 24,394.00 | 0.00 | 0.00 |
| 80 | PLANTATION PRODUCTS LLC | 50,862.78 | 0.00 | 0.00 |
| 81 | Euler Hermes N.A as Agent for CHARLES AMASH IMPORT | 45,565.24 | 0.00 | 0.00 |
| 82 | Euler Hermes N.A as agent for MIDDLEGATE FACTORS | 71,904.36 | 0.00 | 0.00 |
| 83 | GENERAC POWER SYSTEMS | 54,390.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 85 | SCHOLL DAIRY CO | 215.00 | 0.00 | 0.00 |
| 86 | American Accessories, Inc. | 28,415.37 | 0.00 | 0.00 |
| 87 | MARIGOLD ENTERPRISES LTD DWAYNE BOYCE | 19,034.20 | 0.00 | 0.00 |
| 88 | My Pillow, Inc. | 16,391.88 | 0.00 | 0.00 |
| 90 | PURHEAT LLC | 47,186.20 | 0.00 | 0.00 |
| 91 | HEALTH EXTENSION PET CARE | 28,370.40 | 0.00 | 0.00 |
| 92 | King Tools & Equipment, Inc. | 46,618.50 | 0.00 | 0.00 |
| 93 | M AND F WESTERN PRODUCTS | 19,156.77 | 0.00 | 0.00 |
| 94 | EULER HERMES N.A as Agent for Jordan Manufacturing | 25,400.00 | 0.00 | 0.00 |
| 96 | IQ BRANDS | 35,100.00 | 0.00 | 0.00 |
| 97 | TEE JAY SERVICE | 4,128.36 | 0.00 | 0.00 |
| 98 | SA Consumer Products, Inc. | 239,137.50 | 0.00 | 0.00 |
| 99 | NORTH ATLANTIC IMPORTS LLC | 12,067.00 | 0.00 | 0.00 |
| 100 | Gracious Living Corporation | 59,658.44 | 0.00 | 0.00 |
| 101 | Absorbent Products, Ltd. | 6,924.24 | 0.00 | 0.00 |
| 102 | Pro-4 Marketing LLC | 8,125.57 | 0.00 | 0.00 |
| 103 | CITGO PETROLEUM CORP | 170,515.59 | 0.00 | 0.00 |
| 104 | Amerisource Funding, Inc. | 9,038.13 | 0.00 | 0.00 |
| 106 | MARTIN VOORHEES | 660.00 | 0.00 | 0.00 |
| 107 | GREEN LEAF INC | 49,679.01 | 0.00 | 0.00 |
| 108 | Epicor Software Corporation | 73,612.65 | 0.00 | 0.00 |
| 109U-2 | Wells Fargo Bank, N.A. | 4,882.73 | 0.00 | 0.00 |
| 110 | PARKER-HANNIFIN CORPORATION | 13,253.53 | 0.00 | 0.00 |
| 111 | Bermo LLC | 8,750.50 | 0.00 | 0.00 |
| 112 | Vermillion River Tender Treats | 19,512.30 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 114 | HILL'S PET NUTRITION | 151,167.01 | 0.00 | 0.00 |
| 115 | Euler Hermes agent for MASSIMO MOTOR SPORTS, LLC | 113,750.00 | 0.00 | 0.00 |
| 116 | Euler Hermes agent for APACHE, INC. (2002190265) | 64,662.59 | 0.00 | 0.00 |
| 117 | Euler Hermes agent for MARKET SHARE BRAND | 50,433.00 | 0.00 | 0.00 |
| 118 | Ideal Clamp Products, Inc. | 11,123.00 | 0.00 | 0.00 |
| 119 | Consumers Energy Company | 12,695.44 | 0.00 | 0.00 |
| 120 | FeraDyne Outdoors, LLC | 328,923.29 | 0.00 | 0.00 |
| 121 | Euler Hermes agent for LEM PRODUCTS HOLDING LLC | 196.07 | 0.00 | 0.00 |
| 122 | Motion Industries | 64,662.59 | 0.00 | 0.00 |
| 123-2 | Ameren Illinois | 95,213.17 | 0.00 | 0.00 |
| 124 | Dexter Decorating, Inc. | 13,300.00 | 0.00 | 0.00 |
| 125 | The Home City Ice Company | 13,242.16 | 0.00 | 0.00 |
| 126 | WILDMAN BUSINESS GROUP | 7,844.25 | 0.00 | 0.00 |
| 127 | GERSON CO | 20,657.52 | 0.00 | 0.00 |
| 128 | STEINTEX MFG NY LLC | 10,247.70 | 0.00 | 0.00 |
| 129 | BLACKBURN MFG CO | 9,809.46 | 0.00 | 0.00 |
| 130 | MEEKER FARMS | 7,628.50 | 0.00 | 0.00 |
| 131 | All-Star Sports & More, LLC | 20,497.18 | 0.00 | 0.00 |
| 132 | Multipet International, Inc | 93,853.65 | 0.00 | 0.00 |
| 133 | Cable Electric, LLC | 27,646.89 | 0.00 | 0.00 |
| 134 | HOUSE HANDLE | 13,355.71 | 0.00 | 0.00 |
| 135 | CITY OF WABASH IN | 1,241.94 | 0.00 | 0.00 |
| 136 | Eagle Imports Inc | 33,180.48 | 0.00 | 0.00 |
| 137 | INNOVATIVE MANUFACTURING LLC | 3,719.37 | 0.00 | 0.00 |
| 138 | Dare Products, Inc. | 146,170.67 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 139 | LUSTER LEAF PRODUCTS INC | 7,568.44 | 0.00 | 0.00 |
| 140 | CEKA Farms LLC | 21,115.71 | 0.00 | 0.00 |
| 141 | B&B LIVE BAIT | 2,608.40 | 0.00 | 0.00 |
| 142 | H AND P SALES INC | 7,946.60 | 0.00 | 0.00 |
| 143 | Forney Industries Inc. | 87,315.40 | 0.00 | 0.00 |
| 144 | ARIAT INTERNATIONAL | 316,095.89 | 0.00 | 0.00 |
| 145-2 | Buckeye Exterminating Inc | 1,715.69 | 0.00 | 0.00 |
| 146 | PHOENIX MFG | 5,831.80 | 0.00 | 0.00 |
| 147 | Townsquare Media, Inc. | 28,434.15 | 0.00 | 0.00 |
| 148 | Insight Direct USA, Inc. | 51,008.75 | 0.00 | 0.00 |
| 149 | MICHIGAN CITY GARAGE DOOR | 737.66 | 0.00 | 0.00 |
| 150 | JONES NATURALS, LLC | 68,801.01 | 0.00 | 0.00 |
| 151 | PATHGUIDE TECHNOLOGIES INC | 17,955.00 | 0.00 | 0.00 |
| 152 | Boss Pet Products, Inc. | 83,665.95 | 0.00 | 0.00 |
| 153 | Stuart Lippman & Associates | 51,858.00 | 0.00 | 0.00 |
| 154 | Radio Systems Corp | 48,737.47 | 0.00 | 0.00 |
| 156-2 | Needleart World, LLC | 346,554.00 | 0.00 | 0.00 |
| 157-2 | C AND L TRUCKING AND MAINTENANCE | 116,495.00 | 0.00 | 0.00 |
| 158 | CONSUMERS SUPPLY DISTRIBUTING, LLC | 4,864.24 | 0.00 | 0.00 |
| 159 | iHeart Media, Inc. | 28,819.68 | 0.00 | 0.00 |
| 160 | FITT USA INC. | 29,166.90 | 0.00 | 0.00 |
| 161 | ROSS-LEEMON CONSTRUCTION | 6,360.00 | 0.00 | 0.00 |
| 162 | Bill Hicks & Co., Ltd. | 513,443.03 | 0.00 | 0.00 |
| 163 | DDP Specialty Electronic Materials US, LLC | 8,862.96 | 0.00 | 0.00 |
| 164 | Soft Air USA, Inc. | 60,025.79 | 0.00 | 0.00 |
| 166-2 | Bottling Group LLC | 8,791.49 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 167 | THE BRENMAR COMPANY | 3,022.44 | 0.00 | 0.00 |
| 168 | KOLE IMPORTS | 25,301.33 | 0.00 | 0.00 |
| 169 | CENTURY DRILL AND TOOL CORP | 99,536.63 | 0.00 | 0.00 |
| 170 | Johnson Controls Security Solutions LLC | 5,642.91 | 0.00 | 0.00 |
| 171-2 | J&C Pet Supply LLC | 4,230.60 | 0.00 | 0.00 |
| 172 | Northern Musicast Inc. | 12,956.49 | 0.00 | 0.00 |
| 173-2 | SCHELL & KAMPETER, INC. | 168,687.70 | 0.00 | 0.00 |
| 174 | WaterWorks Plumbing Co | 474.81 | 0.00 | 0.00 |
| 175 | True Media LLC | 136,470.79 | 0.00 | 0.00 |
| 176 | Eagan Woods Office Center | 14,772.73 | 0.00 | 0.00 |
| 177 | THE KL COMPANIES INC | 259,378.00 | 0.00 | 0.00 |
| 178 | ShelterLogic Group | 87,007.40 | 0.00 | 0.00 |
| 179 | TXU Energy Retail Company LLC/DYNEGY | 37,093.25 | 0.00 | 0.00 |
| 180 | HIRECREDIT LLC | 1,523.64 | 0.00 | 0.00 |
| 181 | K AND H TRUCK PLAZA | 5,922.27 | 0.00 | 0.00 |
| 183 | Durham Electric, Inc. | 416.74 | 0.00 | 0.00 |
| 184 | W S BADGER CO | 5,032.00 | 0.00 | 0.00 |
| 185 | Carry-On Trailer, Inc. | 111,975.10 | 0.00 | 0.00 |
| 186 | THE NCC NY, LLC | 14,457.09 | 0.00 | 0.00 |
| 187 | ASM Industries/Pacer Pumps | 16,814.96 | 0.00 | 0.00 |
| 188 | KT INDUSTRIES INC | 43,647.29 | 0.00 | 0.00 |
| 189 | Republic Services, Inc | 53,059.85 | 0.00 | 0.00 |
| 190 | Fiber By-Products Corporation | 12,410.60 | 0.00 | 0.00 |
| 191 | Ohio Power Company dba AEP Ohio | 1,023.69 | 0.00 | 0.00 |
| 192 | HatsanUSA, Inc. | 14,664.75 | 0.00 | 0.00 |
| 193-2 | Pet King Brands, Inc. | 6,256.08 | 0.00 | 0.00 |
| 194 | NATIONAL PRESTO | 27,562.85 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 195 | Bahler Transportation Services, Inc. | 2,015.00 | 0.00 | 0.00 |
| 196 | CVL Broadcasting, Inc | 8,857.00 | 0.00 | 0.00 |
| 197 | PANACEA PRODUCTS | 43,480.07 | 0.00 | 0.00 |
| 198 | J.T. Eaton & Co., Inc. | 36,650.64 | 0.00 | 0.00 |
| 200 | Echo Global Logistics | 6,348.36 | 0.00 | 0.00 |
| 201 | QUAGGA ACCESSORIES LLC | 119,404.00 | 0.00 | 0.00 |
| 202 | FBG BOTTLING GROUP LLC | 12,705.00 | 0.00 | 0.00 |
| 203 | CROSS POINTS SALES INC | 600.00 | 0.00 | 0.00 |
| 204 | MATCO FIRE PROTECTION INC | 7,505.00 | 0.00 | 0.00 |
| 205 | Entercom Communications Corp | 33,751.80 | 0.00 | 0.00 |
| 207 | Dorfman-Pacific Co. | 3,885.00 | 0.00 | 0.00 |
| 208 | Milano Hat Company | 17,083.00 | 0.00 | 0.00 |
| 209 | ADVENTURE PRODUCTS/EGO | 17,726.64 | 0.00 | 0.00 |
| 210 | Angel Pest Control, LLC | 11,146.50 | 0.00 | 0.00 |
| 211 | KONTOOR BRANDS WRANGLER | 59,941.15 | 0.00 | 0.00 |
| 212 | City of Lima, Ohio | 4,163.62 | 0.00 | 0.00 |
| 213 | EDER FLAG MANUFACTURING CO INC. | 46,829.58 | 0.00 | 0.00 |
| 214 | Outdoor Product Innovations, Inc. | 81,498.50 | 0.00 | 0.00 |
| 215 | Buyers Products Company | 50.00 | 0.00 | 0.00 |
| 216 | Stephen Hazebrouck | 14.12 | 0.00 | 0.00 |
| 217 | AGSCO CORP | 6,147.00 | 0.00 | 0.00 |
| 218 | Alpha Media LLC | 13,261.70 | 0.00 | 0.00 |
| 219 | CAB assignee of Funrise Inc. | 49,192.14 | 0.00 | 0.00 |
| 220 | Do-All Traps LLC | 143,385.57 | 0.00 | 0.00 |
| 221 | O'Rorke Construction Services, Inc. | 2,448.89 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 222 | COGIMEX | 20,644.10 | 0.00 | 0.00 |
| 223 | Pamela Antolik-Lester | 40.00 | 0.00 | 0.00 |
| 224 | GREAT PLAINS | 11,683.54 | 0.00 | 0.00 |
| 225 | Commonwealth Edison Company | 8,817.24 | 0.00 | 0.00 |
| 226 | Hunter's Reserve | 14,956.38 | 0.00 | 0.00 |
| 227 | Behrens Manufacturing LLC | 11,862.37 | 0.00 | 0.00 |
| 228-3U | Duke Energy Indiana, LLC | 9,056.70 | 0.00 | 0.00 |
| 229 | Kensington Digital Media of Indiana, LLC | 8,136.20 | 0.00 | 0.00 |
| 230 | Tek Nek Toys International, Inc. | 30,265.12 | 0.00 | 0.00 |
| 232 | BEHLEN MFG. CO. | 85,401.35 | 0.00 | 0.00 |
| 234 | LEVI STRAUSS CO | 17,923.30 | 0.00 | 0.00 |
| 235 | WEGE | 2,866.20 | 0.00 | 0.00 |
| 236 | MARK KIZEWSKI CONSTRUCTION, LLC | 22,360.39 | 0.00 | 0.00 |
| 237 | CUSTOM LANDSCAPING INC | 7,877.50 | 0.00 | 0.00 |
| 239 | Brad Baker | 40.00 | 0.00 | 0.00 |
| 240 | Eco-Shell, LP | 19,827.60 | 0.00 | 0.00 |
| 241 | Rosenthal & Rosenthal, Inc. | 12,000.00 | 0.00 | 0.00 |
| 243 | CTM Enterprises, Inc. | 33,725.56 | 0.00 | 0.00 |
| 244 | Berne Apparel Company | 100,730.41 | 0.00 | 0.00 |
| 246 | Thermos L.L.C. | 32,358.04 | 0.00 | 0.00 |
| 247 | JAKKS Pacific Inc. | 3,731.25 | 0.00 | 0.00 |
| 248 | GROUP SALES | 12,240.00 | 0.00 | 0.00 |
| 250 | Nikwax North America, Inc. | 12,250.80 | 0.00 | 0.00 |
| 251 | Red River Commodities, Inc. | 22,528.80 | 0.00 | 0.00 |
| 252 | Driftwood Enterprises | 737.66 | 0.00 | 0.00 |
| 253 | SKELL INC | 2,907.00 | 0.00 | 0.00 |
| 254 | Tyson Foods, Inc. | 31,071.41 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 255 | KIMBERLY JO CUMMINGS | 50.00 | 0.00 | 0.00 |
| 256 | Hubbard Radio Chicago, LLC | 28,530.25 | 0.00 | 0.00 |
| 257 | Iroquois County Broadcasting Co | 8,373.35 | 0.00 | 0.00 |
| 258 | RELIABLE OF MILWAUKEE OPC 18 | 137,290.50 | 0.00 | 0.00 |
| 259-2 | ConAgra Brands Inc Attn: Justin Muhammad | 13,288.80 | 0.00 | 0.00 |
| 260 | Sexstone Enterprises, Inc., dba Tri-State Trading | 65,594.88 | 0.00 | 0.00 |
| 262 | Cam2 International | 684,358.10 | 0.00 | 0.00 |
| 264 | INNOVATIVE WATER CARE LLC | 70,203.30 | 0.00 | 0.00 |
| 266 | Robert Bosch Tool Corporation | 14,897.95 | 0.00 | 0.00 |
| 267 | WEST PAW INC | 1,234.50 | 0.00 | 0.00 |
| 268 | BCS DISTRIBUTING | 133,908.98 | 0.00 | 0.00 |
| 269 | Karen Calhoun | 50.00 | 0.00 | 0.00 |
| 270 | Valassis Direct Mail, Inc. | 283,595.85 | 0.00 | 0.00 |
| 271 | Valassis Direct Mail, Inc. | 396,065.46 | 0.00 | 0.00 |
| 272 | MULTY HOME LP | 9,502.50 | 0.00 | 0.00 |
| 273 | Tom Sturgis Pretzels Inc | 13,158.00 | 0.00 | 0.00 |
| 274 | Bloem LLC | 25,141.51 | 0.00 | 0.00 |
| 276 | Illini FS, a division of GROWMARK, Inc. | 13,665.63 | 0.00 | 0.00 |
| 277 | Rocky Brands Inc | 195,040.08 | 0.00 | 0.00 |
| 278 | Pennzoil-Quaker State Company dba SOPUS Products | 55,221.78 | 0.00 | 0.00 |
| 279 | DISSELKOEN & MULDER FARMS | 18,687.50 | 0.00 | 0.00 |
| 280 | Hy-C Company | 4,718.30 | 0.00 | 0.00 |
| 281 | ANDY'S SEASONING | 15,320.40 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 282 | COMPASS MINERALS AMERICA INC | 321,696.58 | 0.00 | 0.00 |
| 283 | NORTHPOINT TRADING INC | 30,587.40 | 0.00 | 0.00 |
| 284 | CHS SUNFLOWER | 35,763.75 | 0.00 | 0.00 |
| 285 | Indiana Bell Telephone Company, Incorporated | 765.74 | 0.00 | 0.00 |
| 286 | COOPER BUSSMANN LLC | 411.90 | 0.00 | 0.00 |
| 287 | TRILLANT FOOD AND NUTRITION | 129,107.20 | 0.00 | 0.00 |
| 288 | TOYSMITH | 16,060.00 | 0.00 | 0.00 |
| 289 | Wunderman Thompson LLC | 280,860.35 | 0.00 | 0.00 |
| 290 | MWI Veterinary Supply Co. | 568,060.00 | 0.00 | 0.00 |
| 291 | Lansing Real Green Lawn Care Inc | 7,785.00 | 0.00 | 0.00 |
| 292 | KALMBACH FEEDS, INC. | 15,244.53 | 0.00 | 0.00 |
| 293 | KELLY MCCANN ROTO ROOTER SERVICE | 742.50 | 0.00 | 0.00 |
| 294 | THERMACELL REPELLENTS INC | 22,407.63 | 0.00 | 0.00 |
| 296 | STRIKE KING LURE | 22,650.53 | 0.00 | 0.00 |
| 297 | ARTAMIST SOURCING | 13,020.00 | 0.00 | 0.00 |
| 298 | AT&T Corp. | 3,494.62 | 0.00 | 0.00 |
| 299 | ILLIANA REALTY | 71,367.18 | 0.00 | 0.00 |
| 301 | Federal Insurance Company c/o Chubb | 19,477.00 | 0.00 | 0.00 |
| 302 | World Wide International Logistics Inc | 102,706.58 | 0.00 | 0.00 |
| 303-2 | J.C.S. Apparel Group Inc. | 10,755.00 | 0.00 | 0.00 |
| 306-2U | Constellation NewEnergy, Inc. | 72,974.07 | 0.00 | 0.00 |
| 307 | PREMIUM WATERS INC | 60,703.20 | 0.00 | 0.00 |
| 308 | MIDWEST CAN CO | 20,902.95 | 0.00 | 0.00 |
| 309 | LYN- CAL LLC | 5,040.00 | 0.00 | 0.00 |
| 310 | UNDER ARMOUR | 691,820.34 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 311 | LEW'S DO OUTDOORS INC | 63,384.78 | 0.00 | 0.00 |
| 312 | MPet Group, Corp. | 36,164.39 | 0.00 | 0.00 |
| 314 | Pilot Knob Comforts LLC | 4,762.80 | 0.00 | 0.00 |
| 315 | Hebei Minmetals Co., LTD (Origin Point Brands) | 131,876.91 | 0.00 | 0.00 |
| 316 | 8x8, INC | 3,978.33 | 0.00 | 0.00 |
| 317 | American Distribution & Manufacturing Co, LLC | 419,901.21 | 0.00 | 0.00 |
| 318U | WEBER PLUMBING | 10,953.40 | 0.00 | 0.00 |
| 319 | Dad's Root Beer Company | 17,905.50 | 0.00 | 0.00 |
| 320 | Frontier Communications | 3,642.20 | 0.00 | 0.00 |
| 321 | CEACO INC | 27,348.80 | 0.00 | 0.00 |
| 322 | GILDAN USA INC. | 145,460.52 | 0.00 | 0.00 |
| 323 | SALESFORCE.COM, INC. | 351,120.00 | 0.00 | 0.00 |
| 327-2U | DCC Propane, LLC d/b/a Hicksgas, LLC d/b/a Liberty Propane | 66,556.14 | 0.00 | 0.00 |
| 330 | Fleet Equipment Center, Inc. | 82,115.80 | 0.00 | 0.00 |
| 334-2 | Orgill, Inc. | 1,374,813.33 | 0.00 | 0.00 |
| 335 | Buyers Products Company | 146,035.40 | 0.00 | 0.00 |
| 336 | The Lighthouse for the Blind | 2,776.11 | 0.00 | 0.00 |
| 337 | The Lighthouse for the Blind | 896.16 | 0.00 | 0.00 |
| 339-2 | Vtech (Dongguan) Telecommunications Ltd | 86,225.21 | 0.00 | 0.00 |
| 340 | DOUGS OVERHEAD DOORS | 2,644.87 | 0.00 | 0.00 |
| 342 | HOME DEPOT U.S.A., INC. | 473,508.70 | 0.00 | 0.00 |
| 343 | Wabash County Treasurer | 97,555.23 | 0.00 | 0.00 |
| 344 | Streamlight Inc | 2,894.28 | 0.00 | 0.00 |
| 345 | Advanced Technology International USA LLC | 8,342.06 | 0.00 | 0.00 |
| 346 | SERITAGE SRC FINANCE LLC | 291,194.59 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 347 | Eversole Run | 8,556.36 | 0.00 | 0.00 |
| 348 | Black Diamond Plumbing & Mechanical, Inc | 921.50 | 0.00 | 0.00 |
| 349 | Bermo LLC | 8,750.50 | 0.00 | 0.00 |
| 351 | MasterPieces Puzzle Co., Inc. | 44,215.87 | 0.00 | 0.00 |
| 352 | J F Ahern | 650.00 | 0.00 | 0.00 |
| 355 | TY INC | 49,975.00 | 0.00 | 0.00 |
| 359 | Parris Manufacturing Company | 5,853.33 | 0.00 | 0.00 |
| 360 | Wells Fargo Trade Capital | 3,542.40 | 0.00 | 0.00 |
| 361 | Lord & Hodge, Inc. | 2,796.76 | 0.00 | 0.00 |
| 363 | Entrance Technologies 1, LLC | 2,046.48 | 0.00 | 0.00 |
| 364 | Buyers Products Company | 6,909.26 | 0.00 | 0.00 |
| 366 | SOUTH BEND MUNICIPAL UTILITIES | 166.02 | 0.00 | 0.00 |
| 367 | VICTORY PROPANE LLC | 4,992.21 | 0.00 | 0.00 |
| 369 | Fiskars Brands Inc | 6,040.14 | 0.00 | 0.00 |
| 370 | ROOFOPTIONS LLC | 6,043.99 | 0.00 | 0.00 |
| 371-2 | Wells Fargo Trade Capital Services, Inc. | 64,195.50 | 0.00 | 0.00 |
| 372U | Crown Equipment Corp | 52,393.24 | 0.00 | 0.00 |
| 373 | ORIN BRIANT INC DBA STICK JACKET | 7,853.99 | 0.00 | 0.00 |
| 374 | Diecast Masters America Inc | 53,962.50 | 0.00 | 0.00 |
| 375 | Novelty, Inc. | 38,805.30 | 0.00 | 0.00 |
| 377 | C.H. ROBINSON WORLDWIDE, INC. | 37,424.35 | 0.00 | 0.00 |
| 378 | Crown Equipment Corp | 2,286.95 | 0.00 | 0.00 |
| 379 | N.E.W. PLUMBING AND HEATING IND. | 541.50 | 0.00 | 0.00 |
| 380 | Environmental Recycling & Disposal Service | 4,161.86 | 0.00 | 0.00 |
| 381 | CCA and B, LLC | 10,698.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 382 | BALMSHOT LLC | 1,289.52 | 0.00 | 0.00 |
| 383 | Burke Costanza & Carberry LLP | 935.00 | 0.00 | 0.00 |
| 384-2 | LAVIN/DIV OF ROGERS-WHITLEY | 40,280.02 | 0.00 | 0.00 |
| 385 | MAC WHOLESALE INC | 63,710.00 | 0.00 | 0.00 |
| 386 | WS Badger Company Inc | 5,032.00 | 0.00 | 0.00 |
| 387 | PMT HOLDINGS LTD | 18,454.79 | 0.00 | 0.00 |
| 388 | Forest Products Distributors | 35,153.22 | 0.00 | 0.00 |
| 389 | Ohio Power Company dba AEP Ohio | 801.04 | 0.00 | 0.00 |
| 390 | Sellars Absorbent Materials, LLC | 8,699.08 | 0.00 | 0.00 |
| 392 | D&M Fencing | 3,200.00 | 0.00 | 0.00 |
| 393 | ALLEN CO | 44,375.53 | 0.00 | 0.00 |
| 396 | Perry Products, Inc. | 4,436.84 | 0.00 | 0.00 |
| 397 | Pilot Knob Comforts LLC | 4,762.80 | 0.00 | 0.00 |
| 398 | MGMT3D LLC | 50,185.48 | 0.00 | 0.00 |
| 399 | Vaughan & Bushnell Manufacturing Company | 6,566.59 | 0.00 | 0.00 |
| 407 | Bryan Equipment Sales, Inc. | 20,000.00 | 0.00 | 0.00 |
| 408-2 | W Appliance Company, LLC | 40,000.00 | 0.00 | 0.00 |
| 409-1 | Salesforce, Inc. | 28,403.48 | 0.00 | 0.00 |
| 410 | Housewares Distributers Inc. | 11,500.00 | 0.00 | 0.00 |
| 411-1 | Northern Indiana Public Service Company LLC | 19,346.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $123,399.07 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 171-2T | J&C Pet Supply LLC | 28,000.00 | 0.00 | 0.00 |
| 400 | Sports Specialists of Milwaukee, Inc. | 17,824.78 | 0.00 | 0.00 |
| 401 | Fiocchi of America, Inc. | 11,414.00 | 0.00 | 0.00 |
| 402 | Intgerity Fire Protection LLC | 1,172.00 | 0.00 | 0.00 |
| 404 | State of Indiana, Department of Natural Resources | 284.25 | 0.00 | 0.00 |
| 405-2U | ELKHART COUNTY TREASURER | 1,023.69 | 0.00 | 0.00 |
| 412-2 | Northern Indiana Public Service Company | 63,680.35 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims:     $_____0.00
Remaining balance:     $_____0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $992,987.92 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 84U | Michigan Department of Treasury | 176,206.27 | 0.00 | 0.00 |
| 155U-2 | Illinois Department of Revenue Bankruptcy Section | 45,488.15 | 0.00 | 0.00 |
| 206U | Indiana Department of Revenue | 176,432.97 | 0.00 | 0.00 |
| 231U | Ohio Department of Taxation | 444,994.26 | 0.00 | 0.00 |
| 242-6U | Department of Treasury - Internal Revenue Service | 72,089.14 | 0.00 | 0.00 |
| 275U | Ohio Department of Taxation Bankruptcy Division | 13,542.51 | 0.00 | 0.00 |
| 341U | Wisconsin Department of Revenue | 59,985.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 405-2N | ELKHART COUNTY TREASURER | 4,249.62 | 0.00 | 0.00 |

Total to be paid for subordinated claims:  $            0.00

Remaining balance:  $            0.00

Prepared By: /s/ Patti J. Sullivan

Trustee

Patti J. Sullivan

1041 Grand Ave., No. 272

St. Paul, MN 55105

(651) 699-4825

patti@pattisullivan.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**